# EXHIBIT U

**From:**
**Sent:** Tuesday, October 29, 2024 8:48 PM
**To:**

**Subject:** [Ext] Re: Arbitrator ▉ - ▉

**Attachments:** voicemail_2024-10-29_09.00.51 ▉ VM re Valve Case).amr

All -

This morning I received a telephone call from a number I did not recognize - ▉ ▉, with a caller ID of ▉. I did not answer and the person left a voicemail message, an audio file copy of which is attached. The person indicated that he was calling about "the Valve case." Needless to say, the call took me by surprise as no one is to communicate with me by telephone outside of regularly scheduled hearings.

Upon reflection, I reviewed the list of Claimants whose matters have been assigned to me. A ▉ is listed as a Claimant. Although I cannot be certain, I suspect that the individual who called and left the voicemail message is the same - Claimant, ▉.

I have no intention of returning ▉ call, or otherwise communicating with him. Counsel should take all reasonable steps to inform their clients, staff, et al. that under no circumstances are they to communicate with me directly. Only counsel may communicate with me about these matters. Any such communications must take the form of an email simultaneously copied to the AAA Case Manager and all other counsel.

On this subject, please direct any inquiries to the AAA Case Manager, and not to me.

▉ | Arbitrator | ▉

▉

1



This electronic message is from a law firm. It may contain confidential or privileged information. If you receive this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.