HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

VALVE CORPORATION,

          Petitioner,

v.

ABBRUZZESE et. al.,

          Respondents.

No. 2:24-cv-1717-JNW

**VALVE CORPORATION'S LCR 7(l) NOTICE OF WITHDRAWAL OF PETITION AS TO RESPONDENT LUKE NINEMIRE**

Valve Corporation ("Valve") respectfully submits this notice of withdrawal of the Petition to Enjoin Arbitrations (the "Petition," Dkt. 1) brought under the Federal Arbitration Act (the "FAA"), 9 U.S.C. § 4, without prejudice with respect to Respondent Luke Ninemire.[1] Valve learned Mr. Ninemire is a service member on active duty deployed overseas. Valve has no desire to be in active litigation with a deployed service member. The withdrawal of the Petition as to Mr. Ninemire moots Mr. Ninemire's motion filed on November 14, 2024, to stay the proceedings under the Servicemembers Civil Relief Act, 50 U.S.C. § 3932 (Dkt. 20).

---

[1] *See Moses H. Cone Mem'l Hosp. v. Mercury Constr. Corp.*, 460 U.S. 1, 22 n.26 (1983) (petition for an order under Section 4 of the FAA "was properly treated procedurally as a motion"); L.R.Civ.P. 7(l) ("A moving party may withdraw its own pending motion by filing a Notice to Withdraw Pending Motion.").

VALVE CORPORATION'S LCR 7(l) NOTICE OF WITHDRAWAL OF PETITION AS TO RESPONDENT LUKE NINEMIRE – Page 1

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

DATED this 15th day of November 2024.

        CORR CRONIN LLP

        *s/ Blake Marks-Dias*
        Blake Marks-Dias, WSBA No. 28169
        1015 Second Avenue, Floor 10
        Seattle, Washington 98104
        (206) 625-8600 Phone
        (206) 625-0900 Fax
        bmarksdias@corrcronin.com

        Michael W. McTigue Jr., *Admitted Pro Hac Vice*
        Meredith C. Slawe, *Admitted Pro Hac Vice*
        SKADDEN, ARPS, SLATE,
           MEAGHER & FLOM LLP
        One Manhattan West
        New York, New York 10001
        michael.mctigue@skadden.com
        meredith.slawe@skadden.com
        *Attorneys for Petitioner Valve Corporation*

VALVE CORPORATION'S LCR 7(l) NOTICE OF WITHDRAWAL OF PETITION AS TO RESPONDENT LUKE NINEMIRE – Page 2

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900