UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

**Valve Corporation**

    VS.        Plaintiff(s),

**Jennifer A Nelson; et al.**

        Defendant(s),

Case No.:2:24-cv-01717-LK

DECLARATION OF SERVICE

The undersigned, being first duly sworn on oath deposes and says: That he/she is now and at all times herein mentioned was a resident of the United States, over the age of eighteen years, not a party to or interested in the above entitled action and competent to be a witness therein.

That on 10/25/2024 at 2:22 PM at the address of 18300 8th Ave NE, Shoreline, within King County, WA 98155, the undersigned duly served the following document(s): Summons in a Civil Action; Petition to Enjoin Arbitrations with Appendix A; Civil Cover Sheet; Memorandum of Points and Authorities in Support of Petition to Enjoin Arbitrations; Declaration of Andrew J. Fuchs in Support of Petition to Enjoin Arbitrations with Exhibits 1-7; Declaration of Scott Lynch in Support of Petition to Enjoin Arbitrations with Exhibits A-C; Notice of Related Cases; Valve's Corporate Disclosure Statement; Instructions for Completion of Application for Leave to Appear Pro Hac Vice for Michael W. McTigue Jr.; Instructions for Completion of Application for Leave to Appear Pro Hac Vice for Meredith C. Slawe; Docket Sheet in the above entitled action upon Renny Herbert, by then and there personally delivering 1 true and correct set(s) of the above documents into the hands of and leaving same with Renny Herbert.

Physical description of person served: Gender: Male | Skin Color: White | Age: 30s | Height: 5' 5" | Weight: 150 | Hair: Brown

I declare under penalty of perjury under the laws of the state of WASHINGTON that the foregoing is true and correct.

DATE: 10/28/2024

*T. Leonor*

T. Leonor
Registered Process Server
License#: 2022-20 - Expiration Date: 3/27/2025
Serving By Irving Inc.
18 East 41st Street, Suite 1600
New York, NY 10017
(212) 233-3346

DECLARATION OF SERVICE

453732  PAGE 1

## PROOF OF SERVICE

| State: | WASHINGTON |
|---|---|
| Court: | UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT |
| County: | -- |
| Plaintiff/ Petitioner: | VALVE CORPORATION |
| Defendant/ Respondent: | ABBRUZZESE, et al. |
| Case Number: | -- |
| Index/Docket Number: | 2:24-cv-01717-LK |

I, ___GARY HANSEN___, declare and says that: I am over the age of 18 years old and not a party to this action, and reside within the boundaries of the state where service was effected,.

I served ___MARTIN HERNANDEZ___ *Summons and attachments, Petition to Enjoin Arbitrations with Appendix A, Civil Cover Sheet, Memorandum of Points and Authorities in Support of Petition to Enjoin Arbitrations, Declaration of Andrew J. Fuchs in Support of Petition to Enjoin Arbitration, Exhibits 1 to 7, Declaration of Scott Lynch in Support of Petition to Enjoin Arbitrations, Exhibits A to C, Notice of Related Cases, Valve's Corporate Disclosure Statement, Instructions for Completion of Application for Leave to Appear Pro Hac Vice, Michael W. McTigue Jr.'s Application for Leave to Appear Pro Hac Vice, Electronic Case Filing Agreement, Instructions for Completion of Application for Leave to Appear Pro Hac Vice, Meredith C. Slawe's Application for Leave to Appear Pro Hac Vice, Electronic Case Filing Agreement, and Docket Sheet*

| Date Served: | 10/25/2024 | Name of Person Served: | MARTIN HERNANDEZ |
|---|---|---|---|
| Time Served: | 10:42 AM | Description: | |
| Manner of Service: | PERSONAL | Age | 40 |
| Street Address: | 173 E. ELLIS ST. LONG BEACH, CA 90805 | Hair Color | BLK |
| | | Sex | MALE |
| | | Race | HISPANIC |
| | | Height | 5-4 |
| | | Weight | 150 |
| | | Other notable details or comments | |

I declare under penalty of perjury that this information is true.

Signature of Process Server _____     Date ___10/30/2024___

# PROOF OF SERVICE

| State: | WASHINGTON |
|---|---|
| Court: | UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT |
| County: | -- |
| Plaintiff/ Petitioner: | VALVE CORPORATION |
| Defendant/ Respondent: | ABBRUZZESE, et al. |
| Case Number: | -- |
| Index/Docket Number: | 2:24-cv-01717-LK |

I, _Don Stromberg_, declare and says that: I am over the age of 18 years old and not a party to this action, and reside within the boundaries of the state where service was effected,.

I served _William Holmes_ Summons and attachments, Petition to Enjoin Arbitrations with Appendix A, Civil Cover Sheet, *Memorandum of Points and Authorities in Support of Petition to Enjoin Arbitrations, Declaration of Andrew J. Fuchs in Support of Petition to Enjoin Arbitration, Exhibits 1 to 7, Declaration of Scott Lynch in Support of Petition to Enjoin Arbitrations, Exhibits A to C, Notice of Related Cases, Valve's Corporate Disclosure Statement, Instructions for Completion of Application for Leave to Appear Pro Hac Vice, Michael W. McTigue Jr.'s Application for Leave to Appear Pro Hac Vice, Electronic Case Filing Agreement, Instructions for Completion of Application for Leave to Appear Pro Hac Vice, Meredith C. Slawe's Application for Leave to Appear Pro Hac Vice, Electronic Case Filing Agreement, and Docket Sheet*

| Date Served: | 10/25/2024 | Name of Person Served: | William Holmes |
|---|---|---|---|
| Time Served: | 4:40 PM | Description: | |
| Manner of Service: | Direct | Age | 28 |
| Street Address: | 401 Ridgewood Ave #202 Mpls, MN 55403 | Hair Color | Black |
| | | Sex | Male |
| | | Race | Caucasian |
| | | Height | 5'10" |
| | | Weight | 190 lbs. |
| | | Other notable details or comments | |

I declare under penalty of perjury that this information is true.

Signature of Process Server _____

Date _10-31-24_

## PROOF OF SERVICE

| State: | WASHINGTON |
|---|---|
| Court: | UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT |
| County: | -- |
| Plaintiff/ Petitioner: | VALVE CORPORATION |
| Defendant/ Respondent: | ABBRUZZESE, et al. |
| Case Number: | -- |
| Index/Docket Number: | 2:24-cv-01717-LK |

I, **Frank Montoya**, declare and says that: I am over the age of 18 years old and not a party to this action, and reside within the boundaries of the state where service was effected,.

I served **Shaun Howe** Summons and attachments, Petition to Enjoin Arbitrations with Appendix A, Civil Cover Sheet, *Memorandum of Points and Authorities in Support of Petition to Enjoin Arbitrations, Declaration of Andrew J. Fuchs in Support of Petition to Enjoin Arbitration, Exhibits 1 to 7, Declaration of Scott Lynch in Support of Petition to Enjoin Arbitrations, Exhibits A to C, Notice of Related Cases, Valve's Corporate Disclosure Statement, Instructions for Completion of Application for Leave to Appear Pro Hac Vice, Michael W. McTigue Jr.'s Application for Leave to Appear Pro Hac Vice, Electronic Case Filing Agreement, Instructions for Completion of Application for Leave to Appear Pro Hac Vice, Meredith C. Slawe's Application for Leave to Appear Pro Hac Vice, Electronic Case Filing Agreement, and Docket Sheet*

| Date Served: | 10/25/24 | | Name of Person Served: | Shaun Howe |
|---|---|---|---|---|
| Time Served: | 8:44 a.m. | | Description: | |
| Manner of Service: | personal | | Age | 30-35 |
| Street Address: | 1004 Spruce Dr. Durango, CO 81301 | | Hair Color | blonde |
| | | | Sex | Male |
| | | | Race | white |
| | | | Height | 5'6" |
| | | | Weight | 160 |
| | | | Other notable details or comments | light blonde mustache & beard |

I declare under penalty of perjury that this information is true.

Signature of Process Server _Frank Montoya_          Date _11/4/24_

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

Index No.: **2:24-cv-01717-LK**
Date Filed:**10/18/2024**

## AFFIRMATION OF SERVICE

| | |
|---|---|
| Plaintiff(s): | **Valve Corporation** |
| Defendant(s): | **ABBRUZZESE, et al** |

**Amber Morgan**, the undersigned, affirm that I was at the time of service over the age of eighteen and not a party to this action. I reside in the State of New York.

On **10/25/2024** at **3:28 PM**, I served the Summons in a Civil Action, Petition to Enjoin Arbitrations with Appendix A, Civil Cover Sheet, Memorandum of Points and Authorities in Support of Petition to Enjoin Arbitrations Oral Argument Requested, Declaration of Andrew J. Fuchs in Support of Petition to Enjoin Arbitration with Exhibits 1-7, Declaration of Scott Lynch in Support of Petition to Enjoin Arbitrations with Exhibits A-C, Notice of Related Cases, Valve's Corporate Disclosure Statement, Instructions for Completion of Application of Attorney Michael W. McTigue Jr. for Leave to Appear Pro Hac Vice for Petitioner Valve Corporation, Michael W. McTigue Jr.' Application for Leave to Appear Pro Hac Vice, Electronic Case Filing Agreement, Instruction for Completion of Application of Attorney Meredith C. Slawe for Leave to Appear Pro Hac Vice for Petitioner Valve Corporation, Meredith C. Slawe's Application for Leave to Appear Pro Hac Vice, Electronic Case Filing Agreement, Docket Sheet to

**Matthew Husar** at **8 Riverview Avenue, Apt 103, Cortland, NY 13045** in the manner indicated below:

**PERSONAL SERVICE**: By delivering a true copy of said documents to the individual personally. The individual served confirmed their identity at the time of service. An approximate description of Matthew Husar is as follows:

Sex: **Male**  Color of skin/race: **White** Color of hair: **Brown** Age: **30** Height: **5ft 4in - 5ft 8in** Weight: **251-300 lbs.**

The undersigned asked whether Matthew Husar was in active military service of the United States or the State of New York in any capacity or if they are financially dependent on anyone in the military and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that Matthew Husar is not in the military and is not financially dependent on someone in active military service of the United States or the State of New York.

I affirm on _____October 30, 2024_____, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

X___*Amber Morgan*___
Amber Morgan

Corr Cronin LLP - **Serving By Irving Inc.**





*234384*

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

**VALVE CORPORATION**

CIVIL ACTION NO.: 2:24-CV
-01717-LK

**vs**                                    *Plaintiff*

**ABBRUZZESE, et al**

                                          *Defendant*


## AFFIRMATION OF SERVICE


The undersigned, affirms and says;

Undersigned is not a party herein, is over 18 years of age and resides in East Meadow, New York

That on **10/25/2024 at 3:27 PM at 8105 4th Avenue, Apt. 2J, Brooklyn, NY 11209**

undersigned served a(n) Summons in a Civil Action, Petition to Enjoin Arbitrations with Appendix A, Civil Cover Sheet, Memorandum of Points and Authorities in Support of Petition to Enjoin Arbitrations Oral Argument Requested, Declaration of Andrew J. Fuchs in Support of Petition to Enjoin Arbitration with Exhibits 1-7, Declaration of Scott Lynch in Support of Petition to Enjoin Arbitrations with Exhibits A-C, Notice of Related Cases, Valve's Corporate Disclosure Statement, Instructions for Completion of Application of Attorney Michael W. McTigue Jr. for Leave to Appear Pro Hac Vice for Petitioner Valve Corporation, Michael W. McTigue Jr.' Application for Leave to Appear Pro Hac Vice, Electronic Case Filing Agreement, Instruction for Completion of Application of Attorney Meredith C. Slawe for Leave to Appear Pro Hac Vice for Petitioner Valve Corporation, Meredith C. Slawe's Application for Leave to Appear Pro Hac Vice, Electronic Case Filing Agreement, Docket Sheet

on Itiel Jimenez

by delivering a true copy of each to said defendant personally;

undersigned knew the person so served to be the person described as said defendant therein.

<u>Description of Person Served:</u>
Gender: Male
Skin:  White
Hair: Black
Age: 22 - 35 Yrs.
Height: 5' 9" - 6' 0"
Weight:161-200 Lbs.
Other:


I affirm on 11/05/2024 under the penalties of perjury under the
laws of New York, which may include a fine or imprisonment,
that the foregoing is true, and I understand that this document
may be filed in an action or proceeding in a court of law.

Juan Aguirre
License No.2119916

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

Index No.: **2:24-cv-01717-LK**
Date Filed:**10/18/2024**

## AFFIRMATION OF SERVICE

| | |
|---|---|
| Plaintiff(s): | **Valve Corporation** |
| Defendant(s): | **ABBRUZZESE, et al** |

**Nicole Parent-Kimball**, the undersigned, affirm that I was at the time of service over the age of eighteen and not a party to this action. I reside in the State of New York.

On **10/25/2024** at **1:40 PM**, I served the Summons in a Civil Action, Petition to Enjoin Arbitrations with Appendix A, Civil Cover Sheet, Memorandum of Points and Authorities in Support of Petition to Enjoin Arbitrations Oral Argument Requested, Declaration of Andrew J. Fuchs in Support of Petition to Enjoin Arbitration with Exhibits 1-7, Declaration of Scott Lynch in Support of Petition to Enjoin Arbitrations with Exhibits A-C, Notice of Related Cases, Valve's Corporate Disclosure Statement, Instructions for Completion of Application of Attorney Michael W. McTigue Jr. for Leave to Appear Pro Hac Vice for Petitioner Valve Corporation, Michael W. McTigue Jr.' Application for Leave to Appear Pro Hac Vice, Electronic Case Filing Agreement, Instruction for Completion of Application of Attorney Meredith C. Slawe for Leave to Appear Pro Hac Vice for Petitioner Valve Corporation, Meredith C. Slawe's Application for Leave to Appear Pro Hac Vice, Electronic Case Filing Agreement, Docket Sheet to

**Joshua Kranz** at **9 Winding Way, Oswego, NY 13126** in the manner indicated below:

**SUITABLE AGE PERSON**: By delivering a true copy of said documents to **Pam Kranz,** Mother and Co-Occupant, a person of suitable age and discretion. Said premises is the usual place of abode of Joshua Kranz within the state. An approximate description of Pam Kranz is as follows:

Sex: **Female**  Color of skin/race: **White** Color of hair: **Blonde** Age: **55** Height: **5ft 4in - 5ft 8in** Weight: **131-160 lbs.**

The undersigned asked whether Joshua Kranz was in active military service of the United States or the State of New York in any capacity or if they are financially dependent on anyone in the military and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that Joshua Kranz is not in the military and is not financially dependent on someone in active military service of the United States or the State of New York.

I affirm on _____October 30, 2024_____, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

x _Nicole Parent-Kimball_
Nicole Parent-Kimball

## AFFIRMATION OF MAILING

**Renee Cropo**, the undersigned, affirm that on **10/28/2024**, I mailed a copy of the above listed documents to **Joshua Kranz** at 9 Winding Way, Oswego, NY, 13126 . The documents were enclosed in a 1st Class postpaid properly addressed envelope not indicating that the mailing was from an attorney or concerned legal action and marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office.

I affirm on _____October 30, 2024_____, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

x _Renee Cropo_
Renee Cropo

Corr Cronin LLP **- Serving By Irving Inc.**





*234391*

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| **VALVE CORPORATION** | CIVIL ACTION NO.: 2:24-CV-01717-LK |
| **vs**                    *Plaintiff* | |
| **ABBRUZZESE, et al** | |
| *Defendant* | |

## AFFIDAVIT OF SERVICE

State of New York  }
County of Albany }  ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in the state of New York,

That on **10/25/2024** at **7:36 AM** at **11 Brianwood Rd, Loudonville, NY 12211**

deponent served a(n) **Summons in a Civil Action, Petition to Enjoin Arbitrations with Appendix A, Civil Cover Sheet, Memorandum of Points and Authorities in Support of Petition to Enjoin Arbitrations Oral Argument Requested, Declaration of Andrew J. Fuchs in Support of Petition to Enjoin Arbitration with Exhibits 1-7, Declaration of Scott Lynch in Support of Petition to Enjoin Arbitrations with Exhibits A-C, Notice of Related Cases, Valve's Corporate Disclosure Statement, Instructions for Completion of Application of Attorney Michael W. McTigue Jr. for Leave to Appear Pro Hac Vice for Petitioner Valve Corporation, Michael W. McTigue Jr.' Application for Leave to Appear Pro Hac Vice, Electronic Case Filing Agreement, Instruction for Completion of Application of Attorney Meredith C. Slawe for Leave to Appear Pro Hac Vice for Petitioner Valve Corporation, Meredith C. Slawe's Application for Leave to Appear Pro Hac Vice, Electronic Case Filing Agreement, Docket Sheet**

on **Nick Lauder,**

by delivering thereat a true copy of each to **John Doe, (refused to give his name) (Grandfather)** a person of suitable age and discretion. Said premises is defendant's dwelling place/usual place of abode within the state.

Within 20 days of such delivery, deponent mailed a copy of same by first class mail in a postpaid envelope properly addressed to defendant at defendant's last known residence at **11 Brianwood Rd, Loudonville, NY 12211**.  The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

Mailed Copy on **10/25/2024**

Description of Person Served:
Gender: Male
Skin:  White
Hair: Gray
Age: Over 65 Yrs.
Height: 5' 9" - 6' 0"
Weight: Over 200 Lbs.
Other:

MILITARY SERVICE: Upon information and belief based upon the conversation(s) and observation(s) as aforesaid deponent avers that the defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to before me this
25th day of October, 2024

_____
NOTARY PUBLIC

**HEATHER MORIGERATO**
Notary Public  State of New York
No. 01MO6261464
Qualified in Albany County
My Commission Expires May 14, 2025

_____
James Perone

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

VALVE CORPORATION

CIVIL ACTION NO.: 2:24-CV
-01717-LK

**vs**

*Plaintiff*

ABBRUZZESE, et al

*Defendant*

## PROOF OF SERVICE

I am not a party herein, am over 18 years of age and reside in the state of Michigan,

That on **10/25/2024** at **12:43 PM** at **813 Carom Circle, Mason , MI 48854**

I served a(n) **Summons in a Civil Action, Petition to Enjoin Arbitrations with Appendix A, Civil Cover Sheet, Memorandum of Points and Authorities in Support of Petition to Enjoin Arbitrations Oral Argument Requested, Declaration of Andrew J. Fuchs in Support of Petition to Enjoin Arbitration with Exhibits 1-7, Declaration of Scott Lynch in Support of Petition to Enjoin Arbitrations with Exhibits A-C, Notice of Related Cases, Valve's Corporate Disclosure Statement, Instructions for Completion of Application of Attorney Michael W. McTigue Jr. for Leave to Appear Pro Hac Vice for Petitioner Valve Corporation, Michael W. McTigue Jr.' Application for Leave to Appear Pro Hac Vice, Electronic Case Filing Agreement, Instruction for Completion of Application of Attorney Meredith C. Slawe for Leave to Appear Pro Hac Vice for Petitioner Valve Corporation, Meredith C. Slawe's Application for Leave to Appear Pro Hac Vice, Electronic Case Filing Agreement, Docket Sheet**

on **Jonathan Lewis**,

by delivering a true copy to said defendant personally;

I knew the person so served to be the person described as said defendant therein.

Description of Person Served:
Gender : Male
Skin :  Caucasian
Hair : Brown
Age : 22 - 35 Yrs.
Height : 5' 7" - 5' 9"
Weight :Over 200 Lbs.
Other :

MILITARY SERVICE:  At the time of service defendant was asked whether he/she was in the military service of the State of New York or the United States and received a negative reply.  Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

I declare under penalty of perjury that the forgoing is true and correct.

Date: _10/28/2024_

_Jeremy Christensen_

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

**VALVE CORPORATION**

CIVIL ACTION NO.: 2:24-CV-01717-LK

**vs**

*Plaintiff*

**ABBRUZZESE, et al**

*Defendant*

## AFFIRMATION OF SERVICE

The undersigned, affirms and says;

Undersigned is not a party herein, is over 18 years of age and resides in East Meadow, New York

That on **10/25/2024** at **1:43 PM** at **957 Greene Street, Brooklyn, NY 11221**

undersigned served a(n) **Summons in a Civil Action, Petition to Enjoin Arbitrations with Appendix A, Civil Cover Sheet, Memorandum of Points and Authorities in Support of Petition to Enjoin Arbitrations Oral Argument Requested, Declaration of Andrew J. Fuchs in Support of Petition to Enjoin Arbitration with Exhibits 1-7, Declaration of Scott Lynch in Support of Petition to Enjoin Arbitrations with Exhibits A-C, Notice of Related Cases, Valve's Corporate Disclosure Statement, Instructions for Completion of Application of Attorney Michael W. McTigue Jr. for Leave to Appear Pro Hac Vice for Petitioner Valve Corporation, Michael W. McTigue Jr.' Application for Leave to Appear Pro Hac Vice, Electronic Case Filing Agreement, Instruction for Completion of Application of Attorney Meredith C. Slawe for Leave to Appear Pro Hac Vice for Petitioner Valve Corporation, Meredith C. Slawe's Application for Leave to Appear Pro Hac Vice, Electronic Case Filing Agreement, Docket Sheet**

on **Scott Lewis**

by delivering a true copy of each to said defendant personally;

undersigned knew the person so served to be the person described as said defendant therein.

Description of Person Served:
Gender: Male
Skin:  Brown
Hair: Shaved Head
Age: 36 - 50 Yrs.
Height: 5' 9" - 6' 0"
Weight:161-200 Lbs.
Other:

I affirm on 11/05/2024 under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

Juan Aguirre
License No.2119916

## <u>RETURN OF SERVICE</u>

**IN THE  COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF WESTERN**

Case Number: 2:24-CV-01717-LK

Plaintiff: **VALVE CORPORATION**
vs.
Defendant: **ABBRUZZESE ET AL.
(See Addendum)**

Service Documents:
SUMMONS; ADDENDUM; RIDER;
PETITION TO ENJOIN ARBITRATIONS;
APPENDIX A; CIVIL COVER SHEET;
MEMORANDUM OF POINTS AND
AUTHORITIES IN SUPPORT OF
PETITION TO ENJOIN ARBITRATIONS;
DECLARATION OF ANDREW J. FUCHS
IN SUPPORT OF PETITION TO ENJOIN
ARBITRATIONS; EXHIBITS 1 - 7;
DECLARATION OF SCOTT LYNCH IN
SUPPORT OF PETITION TO ENJOIN
ARBITRATIONS; EXHIBITS A - C;
NOTICE OF RELATED CASES; VALVE'S
CORPORATE DISCLOSURE
STATEMENT; INSTRUCTIONS FOR
COMPLETION OF APPLICATION FOR
LEAVE TO APPEAR PRO HAC VICE;
APPLICATION FOR LEAVE TO APPEAR
PRO HAC VICE; STATEMENT OF
LOCAL COUNSEL; Electronic Case
Filing Agreement; INSTRUCTIONS FOR
COMPLETION OF APPLICATION FOR
LEAVE TO APPEAR PRO HAC VICE;
STATEMENT OF LOCAL COUNSEL;
Electronic Case Filing Agreement; CIVIL
DOCKET FOR CASE #: 2:24-cv-01717-
LK

For:
BLAKE MARKS-DIAS
CORR CRONIN LLP
1015 SECOND AVENUE, FLOOR 10
SEATTLE

Received by Andrew Drosinos on the 24th day of October, 2024 at 11:51 pm to be served on **Jason Mccall,
11011 Grant Dr, Port Richey, FL 34668**.

I, Andrew Drosinos, do hereby affirm that on the **25th day of October, 2024** at **5:49 pm, I:**

**SUBSTITUTE** served by delivering a true copy of the **SUMMONS; ADDENDUM; RIDER; PETITION TO**



## <u>RETURN OF SERVICE For 2:24-CV-01717-LK</u>

**ENJOIN ARBITRATIONS; APPENDIX A; CIVIL COVER SHEET; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OFPETITION TO ENJOIN ARBITRATIONS; DECLARATION OF ANDREW J. FUCHS IN SUPPORT OF PETITION TO ENJOIN ARBITRATIONS; EXHIBITS 1 - 7; DECLARATION OF SCOTT LYNCH IN SUPPORT OF PETITION TO ENJOIN ARBITRATIONS; EXHIBITS A - C; NOTICE OF RELATED CASES; VALVE'S CORPORATE DISCLOSURE STATEMENT; INSTRUCTIONS FOR COMPLETION OF APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE; APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE; STATEMENT OF LOCAL COUNSEL; Electronic Case Filing Agreement; INSTRUCTIONS FOR COMPLETION OF APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE; STATEMENT OF LOCAL COUNSEL; Electronic Case Filing Agreement; CIVIL DOCKET FOR CASE #: 2:24-cv-01717-LK** with the date and hour of service endorsed thereon by me, to: **Christine Mccall** as **Wife** at the address of: **11011 Grant Dr, Port Richey, FL 34668**, the within named person's usual place of **Abode**, who resides therein, who is fifteen (15) years of age or older and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Marital Status:** Based upon inquiry of party served, Defendant is married.

**Description** of Person Served: Age: 50 to 55, Sex: F, Race/Skin Color: Caucasian, Height: 5'6" to 5'11", Weight: 145 to 150, Hair: Dark Brown, Glasses: N

Under penalty of perjury, I declare that I have read the foregoing and the facts in it are true to the best of my knowledge. Pursuant to F.S. 92.525 (2) I have no interest in the above action,

**Andrew Drosinos**
PPS 9103

Our Job Serial Number: RSE-2024006456
Ref: 354054

# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### Western District of Washington

Case Number: 2:24-CV-01717-LK

Plaintiff: **VALVE CORPORATION**
vs.
Defendant: **ABBRUZZESE ET AL.**
**(See Addendum)**

Service Documents:
SUMMONS; ADDENDUM; RIDER;
PETITION TO ENJOIN ARBITRATIONS;
APPENDIX A; CIVIL COVER SHEET;
MEMORANDUM OF POINTS AND
AUTHORITIES IN SUPPORT OF
PETITION TO ENJOIN ARBITRATIONS;
DECLARATION OF ANDREW J. FUCHS
IN SUPPORT OF PETITION TO ENJOIN
ARBITRATIONS; EXHIBITS 1 - 7;
DECLARATION OF SCOTT LYNCH IN
SUPPORT OF PETITION TO ENJOIN
ARBITRATIONS; EXHIBITS A - C;
NOTICE OF RELATED CASES; VALVE'S
CORPORATE DISCLOSURE
STATEMENT; INSTRUCTIONS FOR
COMPLETION OF APPLICATION FOR
LEAVE TO APPEAR PRO HAC VICE;
APPLICATION FOR LEAVE TO APPEAR
PRO HAC VICE; STATEMENT OF
LOCAL COUNSEL; Electronic Case
Filing Agreement; INSTRUCTIONS FOR
COMPLETION OF APPLICATION FOR
LEAVE TO APPEAR PRO HAC VICE;
STATEMENT OF LOCAL COUNSEL;
Electronic Case Filing Agreement; CIVIL
DOCKET FOR CASE #: 2:24-cv-01717-
LK

For:
BLAKE MARKS-DIAS
CORR CRONIN LLP
1015 SECOND AVENUE, FLOOR 10
SEATTLE

Received by Gregory A. Scott on the 24th day of October, 2024 at 11:16 pm to be served on **Kenny Ortiz,
4818 Rolling Green Dr., Wesley Chapel, FL 33543**.

I, Gregory A. Scott, do hereby affirm that on the **25th day of October, 2024** at **6:57 pm, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **SUMMONS; ADDENDUM;
RIDER; PETITION TO ENJOIN ARBITRATIONS; APPENDIX A; CIVIL COVER SHEET;
MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OFPETITION TO ENJOIN
ARBITRATIONS; DECLARATION OF ANDREW J. FUCHS IN SUPPORT OF PETITION TO ENJOIN
ARBITRATIONS; EXHIBITS 1 - 7; DECLARATION OF SCOTT LYNCH IN SUPPORT OF PETITION TO
ENJOIN ARBITRATIONS; EXHIBITS A - C; NOTICE OF RELATED CASES; VALVE'S CORPORATE
DISCLOSURE STATEMENT; INSTRUCTIONS FOR COMPLETION OF APPLICATION FOR LEAVE TO
APPEAR PRO HAC VICE; APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE; STATEMENT OF
LOCAL COUNSEL; Electronic Case Filing Agreement; INSTRUCTIONS FOR COMPLETION OF
APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE; STATEMENT OF LOCAL COUNSEL;
Electronic Case Filing Agreement; CIVIL DOCKET FOR CASE #: 2:24-cv-01717-LK** with the date and
hour of service endorsed thereon by me, to: **Kenny Ortiz** at the address of: **4818 Rolling Green Dr.,
Wesley Chapel, FL 33543**, and informed said person of the contents therein, in compliance with state
statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United
States of America.



## <u>RETURN OF SERVICE For 2:24-CV-01717-LK</u>

**Description** of Person Served: Age: 35 to 40, Sex: M, Race/Skin Color: Hispanic, Height: 5'10" to 6'0", Weight: 165 to 180, Hair: Light Brown, Glasses: N

Under penalty of perjury, I declare that I have read the foregoing and the facts in it are true to the best of my knowledge. Pursuant to F.S. 92.525 (2) I have no interest in the above action.

**Gregory A. Scott**
PPS 9021

Our Job Serial Number: RSE-2024006454
Ref: 354048

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

VALVE CORPORATION

CIVIL ACTION NO.: 2:24-CV-01717-LK

**vs**

Plaintiff

ABBRUZZESE, et al

Defendant

## AFFIRMATION OF SERVICE

The undersigned, affirms and says;

Undersigned is not a party herein, is over 18 years of age and resides in East Meadow, New York

That on **10/25/2024** at **11:06 AM** at **5822 78th Street, Middle Village, NY 11379**

undersigned served a(n) Summons in a Civil Action, Petition to Enjoin Arbitrations with Appendix A, Civil Cover Sheet, Memorandum of Points and Authorities in Support of Petition to Enjoin Arbitrations Oral Argument Requested, Declaration of Andrew J. Fuchs in Support of Petition to Enjoin Arbitration with Exhibits 1-7, Declaration of Scott Lynch in Support of Petition to Enjoin Arbitrations with Exhibits A-C, Notice of Related Cases, Valve's Corporate Disclosure Statement, Instructions for Completion of Application of Attorney Michael W. McTigue Jr. for Leave to Appear Pro Hac Vice for Petitioner Valve Corporation, Michael W. McTigue Jr.' Application for Leave to Appear Pro Hac Vice, Electronic Case Filing Agreement, Instruction for Completion of Application of Attorney Meredith C. Slawe for Leave to Appear Pro Hac Vice for Petitioner Valve Corporation, Meredith C. Slawe's Application for Leave to Appear Pro Hac Vice, Electronic Case Filing Agreement, Docket Sheet

on **Alexander Pachnicki**

by delivering a true copy of each to said defendant personally;

undersigned knew the person so served to be the person described as said defendant therein.

Description of Person Served:
Gender: Male
Skin:  White
Hair: Brown
Age: 22 - 35 Yrs.
Height: 5' 4" - 5' 8"
Weight:131-160 Lbs.
Other:

I affirm on 11/05/2024 under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

Juan Aguirre
License No.2119916

# VERIFIED RETURN OF SERVICE

Job # 354051

**Client Info:**

CORR CRONIN LLP
BLAKE MARKS-DIAS
1015 SECOND AVENUE, FLOOR 10
SEATTLE, WASHINGTON 98104-1001

**Case Info:**

| | |
|---|---|
| **PLAINTIFF:** | UNITED STATES DISTRICT COURT |
| VALVE CORPORATION | Court Division: WESTERN DISTRICT OF WASHINGTON |
| -versus- | Court Case # **2:24-cv-01717-LK** |
| **DEFENDANT:** | |
| ABBRUZZESE ET AL. (See Addendum) | |

**Service Info:**

**Date Received: 10/24/2024** at **03:16 PM**
**Service:** I Served **Harley Palmer**
With: **SUMMONS; ADDENDUM; RIDER; PETITION TO ENJOIN ARBITRATIONS; APPENDIX A; CIVIL COVER SHEET; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PETITION TO ENJOIN ARBITRATIONS; DECLARATION OF ANDREW J. FUCHS IN SUPPORT OF PETITION TO ENJOIN ARBITRATIONS; EXHIBITS 1 - 7; DECLARATION OF SCOTT LYNCH IN SUPPORT OF PETITION TO ENJOIN ARBITRATIONS; EXHIBITS A - C; NOTICE OF RELATED CASES; VALVE'S CORPORATE DISCLOSURE STATEMENT; INSTRUCTIONS FOR COMPLETION OF APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE; APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE; STATEMENT OF LOCAL COUNSEL; Electronic Case Filing Agreement; INSTRUCTIONS FOR COMPLETION OF APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE; STATEMENT OF LOCAL COUNSEL; Electronic Case Filing Agreement; CIVIL DOCKET FOR CASE #: 2:24-cv-01717-LK**
by leaving with **Harley Palmer, PERSONALLY**

**At Residence 2117 WINTERSET ROAD WINTER HAVEN, FL 33884**
On **10/25/2024** at **12:45 PM**
**Manner of Service: INDIVIDUAL**
F.S. 48.031(1) INDIVIDUAL SERVICE

**Served Description:  (Approx)**

Age: **25**, Sex: **Male**, Race: **White-Caucasian**, Height: **5' 10"**, Weight: **160**, Hair: **Brown** Glasses:  **No**

**Military Status:**

**Military Status = No**

I **CARL CHASSE, PROCESS SERVER** acknowledge that I am over the age of 18, authorized to serve process, in good standing in the jurisdiction wherein service was effected in accordance with State Statute, and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true. FS.92.525(2).



**CARL CHASSE, PROCESS SERVER**
Lic # **358**

**SERVING BY IRVING**
18 East 41st Street, Suite 1600
New York, NY 10017

Job # 354051




1 of 1

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

**VALVE CORPORATION**

CIVIL ACTION NO.: 2:24-CV
-01717-LK

**vs**                                                         *Plaintiff*

**ABBRUZZESE, et al**

*Defendant*

# PROOF OF SERVICE

I am not a party herein, am over 18 years of age and reside in the state of California,

That on **10/25/2024** at **7:16 AM** at **10058 Alta Mesa Rd, Wilton, CA 95693**

I served a(n) **Summons in a Civil Action, Petition to Enjoin Arbitrations with Appendix A, Civil Cover Sheet, Memorandum of Points and Authorities in Support of Petition to Enjoin Arbitrations Oral Argument Requested, Declaration of Andrew J. Fuchs in Support of Petition to Enjoin Arbitration with Exhibits 1-7, Declaration of Scott Lynch in Support of Petition to Enjoin Arbitrations with Exhibits A-C, Notice of Related Cases, Valve's Corporate Disclosure Statement, Instructions for Completion of Application of Attorney Michael W. McTigue Jr. for Leave to Appear Pro Hac Vice for Petitioner Valve Corporation, Michael W. McTigue Jr.' Application for Leave to Appear Pro Hac Vice, Electronic Case Filing Agreement, Instruction for Completion of Application of Attorney Meredith C. Slawe for Leave to Appear Pro Hac Vice for Petitioner Valve Corporation, Meredith C. Slawe's Application for Leave to Appear Pro Hac Vice, Electronic Case Filing Agreement, Docket Sheet**

on **Michael Patterson**,

by delivering a true copy to said defendant personally;

I knew the person so served to be the person described as said defendant therein.

Description of Person Served:
Gender : Male
Skin : Black
Hair : Black
Age : 22 - 35 Yrs.
Height : 5' 9" - 6' 0"
Weight : 161-200 Lbs.
Other :

I declare under penalty of perjury that the forgoing is true and correct.

Date: 10/30/2024

Katrina Williams
Sacramento County Reg#: 2015-10

**AFFIDAVIT OF SERVICE**

| Court:<br>UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON | Index:<br>Docket No. 2:24-cv-1717 | |
|---|---|---|
| Plaintiff / Petitioner:<br>VALVE CORPORATION | Defendant / Respondent:<br>ABBRUZZESE, et al | |
| | | |
| To be served upon:<br>Joshua Pedrick | | |

I, Daniel Chasse, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Joshua pedrick, 9525 Mission Gorge Road - Apt 52, Santee, CA 92071

**Manner of Service:** Personal/Individual, Oct 25, 2024, 9:25 am PDT

**Documents:** Summons and attachments, Petition to Enjoin Arbitrations with Appendix A, Civil Cover Sheet, Memorandum of Points and Authorities in Support of Petition to Enjoin Arbitrations, Declaration of Andrew J. Fuchs in Support of Petition to Enjoin Arbitration, Exhibits 1 to 7, Declaration of Scott Lynch in Support of Petition to Enjoin Arbitrations, Exhibits A to C, Notice of Related Cases, Valve's Corporate Disclosure Statement, Instructions for Completion of Application for Leave to Appear Pro Hac Vice, Michael W. McTigue Jr.'s Application for Leave to Appear Pro Hac Vice, Electronic Case Filing Agreement, Instructions for Completion of Application for Leave to Appear Pro Hac Vice, Meredith C. Slawe's Application for Leave to Appear Pro Hac Vice, Electronic Case Filing Agreement, and Docket Sheet.

**Additional Comments:**
1) Successful Attempt: Oct 25, 2024, 9:25 am PDT at 9525 Mission Gorge Road - Apt 52, Santee, CA 92071 received by Joshua Pedrick.

Age: 35; Ethnicity: African American; Gender: Male; Weight: 260; Height: 6'3"; Hair: Black; Eyes: Brown;

I declare under penalty of perjury the foregoing is true and correct.

_____    _____11/02/2024_____
Daniel Chasse                                                **Date**
SAN DIEGO COUNTY REG. NO. 3653

**AFFIDAVIT OF SERVICE**

| Court:<br>UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON | Index Dock No. 2:24-cv-1717 | |
|---|---|---|
| Plaintiff / Petitioner:<br>VALVE CORPORATION | Defendant / Respondent: | |
| | | |
| To be served upon:<br>Mateo Platero | | |

I, Daniel Chasse, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state of California County of San Diego where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

| | |
|---|---|
| **Recipient Name / Address:** | Mateo Platero, 2151 54th St, San Diego, CA 92105 |
| **Manner of Service:** | Personal/Individual, Oct 25, 2024, 12:27 pm PDT |
| **Documents:** | Summons and attachments, Petition to Enjoin Arbitrations with Appendix A, Civil Cover Sheet, Memorandum of Points and Authorities in Support of Petition to Enjoin Arbitrations, Declaration of Andrew J. Fuchs in Support of Petition to Enjoin Arbitration, Exhibits 1 to 7, Declaration of Scott Lynch in Support of Petition to Enjoin Arbitrations, Exhibits A to C, Notice of Related Cases, Valve's Corporate Disclosure Statement, Instructions for Completion of Application for Leave to Appear Pro Hac Vice, Michael W. McTigue Jr.'s Application for Leave to Appear Pro Hac Vice, Electronic Case Filing Agreement, Instructions for Completion of Application for Leave to Appear Pro Hac Vice, Meredith C. Slawe's Application for Leave to Appear Pro Hac Vice, Electronic Case Filing Agreement, and Docket Sheet. |

**Additional Comments:**
1) Unsuccessful Attempt: Oct 25, 2024, 10:18 am PDT at 2151 54th St, San Diego, CA 92105
Unsuccessful-need to come back later. Currently not in, he stepped out for a few minutes according to roommate.

2) Successful Attempt: Oct 25, 2024, 12:27 pm PDT at 2151 54th St, San Diego, CA 92105 received by Mateo Platero

Age: 59; Ethnicity: Hispanic; Gender: Male; Weight: 180; Height: 5'9"; Hair: Black; Eyes: Brown

I declare under penalty of perjury the foregoing is true and correct.

*Daniel Chasse*                11/02/2024
_____    _____
Daniel Chasse                 **Date**
SAN DIEGO COUNTY REG. NO. 3653

Blue Moon Legal, Inc.
7040 Avenida Encinas 104
Carlsbad, CA 92011-4652
(619) 800-5303

**UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON**

**VALVE CORPORATION**
**Plaintiff**

**Case Number: 2:24-CV-01717-LK**

**vs**

**ABBRUZZESE, et al**
**Defendant**

**AFFIDAVIT OF**
**SERVICE**

Now comes, Robert Versis the undersigned and does hereby swear and affirm, affiant is a Private Process Server and disinterested Person over the age of eighteen. Affiant is not a party in the above styled cause and has a legal domicile of Gambrills, MD.

I, Robert Versis certify that on, **10/25/2024, at 4:51 PM, I served a copy of the within** *Summons and attachments, Petition to Enjoin Arbitrations with Appendix A, Civil Cover Sheet, Memorandum of Points and Authorities in Support of Petition to Enjoin Arbitrations, Declaration of Andrew J. Fuchs in Support of Petition to Enjoin Arbitration, Exhibits 1 to 7, Declaration of Scott Lynch in Support of Petition to Enjoin Arbitrations, Exhibits A to C, Notice of Related Cases, Valve's Corporate Disclosure Statement, Instructions for Completion of Application for Leave to Appear Pro Hac Vice, Michael W. McTigue Jr.'s Application for Leave to Appear Pro Hac Vice, Electronic Case Filing Agreement, Instructions for Completion of Application for Leave to Appear Pro Hac Vice, Meredith C. Slawe's Application for Leave to Appear Pro Hac Vice, Electronic Case Filing Agreement, and Docket Sheet,* , upon the within named **Christopher Prato-Shein**, in the following manner,

**(xx)    PERSONAL SERVICE:** Through Personal Delivery of each document, a true copy to the party named herein.

Said service was effected at the following location: **611 Manor Road, Severna Park, MD 21146.**

I, Robert Versis describe the individual accepting service **Christopher Prato-Shein** as follows: **Christopher Prato-Shein** is a White Male, approximately 41 - 50 yrs. old, with Brown hair, approximately Over 6' and weighing Over 200 lb.

I, Robert Versis certify that my statements, contained within the foregoing affidavit are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

10-28-24
_____
**Date**

74705

*Robert V*
_____
**Robert Versis**
**P.O. Box 18647**
**Washington, DC  20036**
**202-296-0222**

# PROOF OF SERVICE

| State: | WASHINGTON |
| --- | --- |
| Court: | UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT |
| County: | -- |
| Plaintiff/ Petitioner: | VALVE CORPORATION |
| Defendant/ Respondent: | ABBRUZZESE, et al. |
| Case Number: | -- |
| Index/Docket Number: | 2:24-cv-01717-LK |

I, _Dan Stomberg_ , declare and says that: I am over the age of 18 years old and not a party to this action, and reside within the boundaries of the state where service was effected,.

I served _Jacob Pulle_ *Summons and attachments, Petition to Enjoin Arbitrations with Appendix A, Civil Cover Sheet, Memorandum of Points and Authorities in Support of Petition to Enjoin Arbitrations, Declaration of Andrew J. Fuchs in Support of Petition to Enjoin Arbitration, Exhibits 1 to 7, Declaration of Scott Lynch in Support of Petition to Enjoin Arbitrations, Exhibits A to C, Notice of Related Cases, Valve's Corporate Disclosure Statement, Instructions for Completion of Application for Leave to Appear Pro Hac Vice, Michael W. McTigue Jr.'s Application for Leave to Appear Pro Hac Vice, Electronic Case Filing Agreement, Instructions for Completion of Application for Leave to Appear Pro Hac Vice, Meredith C. Slawe's Application for Leave to Appear Pro Hac Vice, Electronic Case Filing Agreement, and Docket Sheet*

| Date Served: | 10/25/2024 | Name of Person Served: | Kyle Krogh |
| --- | --- | --- | --- |
| Time Served: | 6:10 PM | Description: | |
| Manner of Service: | Subservice | Age | 45 |
| Street Address: | 5709 38th Ave S Mpls, MN 55417 | Hair Color | Black |
| | | Sex | Male |
| | | Race | Caucasian |
| | | Height | 5'10" |
| | | Weight | 190 lbs. |
| | | Other notable details or comments | |

I declare under penalty of perjury that this information is true.

Signature of Process Server _____    Date _11-1-24_

## AFFIDAVIT OF SERVICE
UNITED STATES DISTRICT COURT
Western District of Washington

Case Number: 2:24-CV-1717-LK

Plaintiff: **Valve Corporation,**
vs.
Defendant: **Jennifer A Nelson, Thomas Abbruzzese; et al.,**

Service Documents:
SUMMONS WITH ADDENDUM AND RIDER, PETITION TO ENJOIN ARBITRATIONS WITH APPENDIX A, CIVIL COVER SHEET, MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PETITION TO ENJOIN ARBITRATIONS, DECLARATION OF ANDREW J. FUCHS IN SUPPORT OF PETITION TO ENJOIN ARBITRATIONS WITH EXHIBITS "1" TO "7", DECLARATION OF SCOTT LYNCH IN SUPPORT OF PETITION TO ENJOIN ARBITRATIONS WITH EXHIBITS "A" TO "C", NOTICE OF RELATED CASES, VALVE'S CORPORATE DISCLOSURE STATEMENT, INSTRUCTIONS FOR COMPLETION OF APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE, MICHAEL W. MCTIGUE JR.'S APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE, ELECTRONIC CASE FILING AGREEMENT, INSTRUCTIONS FOR COMPLETION OF APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE, MEREDITH C. SLAWE'S APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE, ELECTRONIC CASE FILING AGREEMENT, and DOCKET SHEET

For:
Blake Marks-Dias
Corr Cronin LLP
1015 Second Avenue
Floor 10
Seattle, WA 98104

Received by Anthony Ko on the 24th day of October, 2024 at 5:00 pm to be served on SAMUEL ROBERTS, 812 Maumee Street, Orlando, FL 32828.

I, Anthony Ko, being duly sworn, depose and say that on the 25th day of October, 2024 at 7:28 pm, I:

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **SUMMONS WITH ADDENDUM AND RIDER, PETITION TO ENJOIN ARBITRATIONS WITH APPENDIX A, CIVIL COVER SHEET, MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PETITION TO ENJOIN ARBITRATIONS, DECLARATION OF ANDREW J. FUCHS IN SUPPORT OF PETITION TO ENJOIN ARBITRATIONS WITH EXHIBITS "1" TO "7", DECLARATION OF SCOTT LYNCH IN SUPPORT OF PETITION TO ENJOIN ARBITRATIONS WITH EXHIBITS "A" TO "C", NOTICE OF RELATED CASES, VALVE'S CORPORATE DISCLOSURE STATEMENT, INSTRUCTIONS FOR COMPLETION OF APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE, MICHAEL W. MCTIGUE JR.'S APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE, ELECTRONIC CASE FILING AGREEMENT, INSTRUCTIONS FOR COMPLETION OF APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE, MEREDITH C. SLAWE'S APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE, ELECTRONIC CASE FILING AGREEMENT, and DOCKET SHEET** with the date and hour of service endorsed thereon by me, to: **SAMUEL ROBERTS** at the address of: **812 Maumee Street, Orlando, FL 32828**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 36, Sex: M, Race/Skin Color: White, Height: 6'0", Weight: 190, Hair: Brown, Glasses: N



## AFFIDAVIT OF SERVICE For 2:24-CV-1717-LK

I certify that I am a Certified Process Server in good standing and have proper authority in the jurisdiction in which this service is made. I am not a party to this action and have no interest in the party being served. Under the penalties of perjury, I declare that I have read the foregoing return of service and that the facts stated in it are true.

Subscribed and Sworn to before me on the __3ᵈ__ day
of ___October___, __2024__ by the affiant who is
personally known and was physically present.

_____
NOTARY PUBLIC

DAVID J. BIDDLE
Notary Public
State of Florida
Comm# HH394380
Expires 5/6/2027

**Anthony Ko**
CPS# 0250

**Serving By Irving**
**18 East 41st Street**
**Suite 1600**
**New York, NY 10017**
**(212) 233-3346**

Our Job Serial Number: ALS-2024006057

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

**VALVE CORPORATION**

CIVIL ACTION NO.: 2:24-CV
-01717-LK

**vs**                                    *Plaintiff*

**ABBRUZZESE, et al**

*Defendant*

# PROOF OF SERVICE

I am not a party herein, am over 18 years of age and reside in the state of Arizona,

That on **10/25/2024** at **5:46 PM** at **37497 W Giallo Ln, Maricopa, AZ 85138**

I served a(n) **Summons in a Civil Action, Petition to Enjoin Arbitrations with Appendix A, Civil Cover Sheet, Memorandum of Points and Authorities in Support of Petition to Enjoin Arbitrations Oral Argument Requested, Declaration of Andrew J. Fuchs in Support of Petition to Enjoin Arbitration with Exhibits 1-7, Declaration of Scott Lynch in Support of Petition to Enjoin Arbitrations with Exhibits A-C, Notice of Related Cases, Valve's Corporate Disclosure Statement, Instructions for Completion of Application of Attorney Michael W. McTigue Jr. for Leave to Appear Pro Hac Vice for Petitioner Valve Corporation, Michael W. McTigue Jr.' Application for Leave to Appear Pro Hac Vice, Electronic Case Filing Agreement, Instruction for Completion of Application of Attorney Meredith C. Slawe for Leave to Appear Pro Hac Vice for Petitioner Valve Corporation, Meredith C. Slawe's Application for Leave to Appear Pro Hac Vice, Electronic Case Filing Agreement, Docket Sheet**

on **Luis Sotillet Rojas**,

by delivering thereat a true copy of each to **Gwen Stock** (**Mother**), a person of suitable age and discretion. Said premises is defendant's dwelling place/usual place of abode within the state.

Description of Person Served:
Gender : Female
Skin :  Hispanic
Hair : Black
Age : 50 - 60 Yrs.
Height : 5' 4" - 5' 8"
Weight :131-160 Lbs.
Other : Glasses

I declare under penalty of perjury that the forgoing is true and correct.

Date:_ November 06, 2024 _____

Robert Harenberg Jr MC-8309

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

VALVE CORPORATION

CIVIL ACTION NO.: 2:24-CV
-01717-LK

vs                                          *Plaintiff*

ABBRUZZESE, et al

*Defendant*

## PROOF OF SERVICE

I am not a party herein, am over 18 years of age and reside in the state of Michigan,

That on **10/25/2024** at **7:38 PM** at **1106 Elmdale Dr, Saginaw, MI 48602**

I served a(n) **Summons in a Civil Action, Petition to Enjoin Arbitrations with Appendix A, Civil Cover Sheet, Memorandum of Points and Authorities in Support of Petition to Enjoin Arbitrations Oral Argument Requested, Declaration of Andrew J. Fuchs in Support of Petition to Enjoin Arbitration with Exhibits 1-7, Declaration of Scott Lynch in Support of Petition to Enjoin Arbitrations with Exhibits A-C, Notice of Related Cases, Valve's Corporate Disclosure Statement, Instructions for Completion of Application of Attorney Michael W. McTigue Jr. for Leave to Appear Pro Hac Vice for Petitioner Valve Corporation, Michael W. McTigue Jr.' Application for Leave to Appear Pro Hac Vice, Electronic Case Filing Agreement, Instruction for Completion of Application of Attorney Meredith C. Slawe for Leave to Appear Pro Hac Vice for Petitioner Valve Corporation, Meredith C. Slawe's Application for Leave to Appear Pro Hac Vice, Electronic Case Filing Agreement, Docket Sheet**

on **Ethan Sams**,

by delivering a true copy to said defendant personally;

I knew the person so served to be the person described as said defendant therein.

<u>Description of Person Served:</u>
Gender : Male
Skin :  White
Hair : Brown
Age : 22 - 35 Yrs.
Height : 5' 9" - 6' 0"
Weight :161-200 Lbs.
Other : Short Beard

I declare under penalty of perjury that the forgoing is true and correct.

Date: _11 / 1 / 2024_

Paul R. Jezak
License No. 3701300274

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF
WASHINGTON**



**\*254826\***

**AFFIDAVIT OF SERVICE**

Index no : **2:24-cv-01717-LK**

Valve Corporation

        Plaintiff(s),

vs.

**Abbruzzese, et al**

        Defendant(s).

**STATE OF CONNECTICUT**

        **ss: East Hartford**

**HARTFORD COUNTY**

**Ethan Yade**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the State of Connecticut.

On **10/25/2024** at **3:42 PM**, I served the within **Summons and attachments, Petition to Enjoin Arbitrations with Appendix A, Civil Cover Sheet, Memorandum of Points and Authorities in Support of Petition to Enjoin Arbitrations, Declaration of Andrew J. Fuchs in Support of Petition to Enjoin Arbitration, Exhibits 1 to 7, Declaration of Scott Lynch in Support of Petition to Enjoin Arbitrations, Exhibits A to C, Notice of Related Cases, Valve's Corporate Disclosure Statement, Instructions for Completion of Application for Leave to Appear Pro Hac Vice, Michael W. McTigue Jr.'s Application for Leave to Appear Pro Hac Vice, Electronic Case Filing Agreement, Instructions for Completion of Application for Leave to Appear Pro Hac Vice, Meredith C. Slawe's Application for Leave to Appear Pro Hac Vice, Electronic Case Filing Agreement, and Docket Sheet** on Andre Santana at **65 Whittlesey Brook Road, Deep River, CT 06417** in the manner indicated below:

SUITABLE AGE: By delivering a true copy of each to **Lindsay Goergen, Mother/Co-resident,** a person of suitable age and discretion. Said premises is recipient's usual place of abode within the state.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| **Female** | **White** | **Brown** | **40** | **5'6"** | **195** |
| Other Features: | | | | | |

Your deponent asked the person spoken to whether the Recipient was in the active military service and received a negative reply. Upon information and belief I have; being based on the conversations and observations above narrated, Recipient is not in the military service.

Sworn to and subscribed before me on
October 29, 2024
by an affiant who is personally known to
me or produced identification.

X_____
Ethan Yade
Serving By Irving, Inc.
18 East 41st Street, Ste. 1600
New York, NY 10017
212-233-3346
Atty File#:

_____
NOTARY PUBLIC
My Commission Expires: _____

**KEITH D. NIZIANKIEWICZ**
*NOTARY PUBLIC*
**MY COMMISSION EXPIRES** 8/31/2029

# VERIFIED RETURN OF SERVICE

Job # 354049

**Client Info:**

CORR CRONIN LLP
BLAKE MARKS-DIAS
1015 SECOND AVENUE, FLOOR 10
SEATTLE, WASHINGTON 98104-1001

**Case Info:**

| | |
|---|---|
| **PLAINTIFF:** | UNITED STATES DISTRICT COURT |
| VALVE CORPORATION | Court Division: WESTERN DISTRICT OF WASHINGTON |
| -versus- | Court Case # **2:24-cv-01717-LK** |
| **DEFENDANT:** | |
| ABBRUZZESE ET AL. (See Addendum) | |

**Service Info:**

**Date Received: 10/24/2024** at **03:08 PM**
**Service:** I Served **GABRIEL SANTANA**
With: **SUMMONS; ADDENDUM; RIDER; PETITION TO ENJOIN ARBITRATIONS; APPENDIX A; CIVIL COVER SHEET; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PETITION TO ENJOIN ARBITRATIONS; DECLARATION OF ANDREW J. FUCHS IN SUPPORT OF PETITION TO ENJOIN ARBITRATIONS; EXHIBITS 1 - 7; DECLARATION OF SCOTT LYNCH IN SUPPORT OF PETITION TO ENJOIN ARBITRATIONS; EXHIBITS A - C; NOTICE OF RELATED CASES; VALVE'S CORPORATE DISCLOSURE STATEMENT; INSTRUCTIONS FOR COMPLETION OF APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE; APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE; STATEMENT OF LOCAL COUNSEL; Electronic Case Filing Agreement; INSTRUCTIONS FOR COMPLETION OF APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE; STATEMENT OF LOCAL COUNSEL; Electronic Case Filing Agreement; CIVIL DOCKET FOR CASE #: 2:24-cv-01717-LK**
by leaving with **GABRIEL SANTANA, PERSONALLY**

**At Residence 1837 LYNNCREST RD LAKELAND, FL 33803**
On **10/25/2024** at **01:30 PM**
**Manner of Service: INDIVIDUAL**
F.S. 48.031(1) INDIVIDUAL SERVICE

**Served Description:  (Approx)**

Age: **29**, Sex: **Male**, Race: **Hispanic**, Height: **5' 10"**, Weight: **135**, Hair: **Black** Glasses:  **No**

**Military Status:**

**Military Status = No**

I **CARL CHASSE, PROCESS SERVER** acknowledge that I am over the age of 18, authorized to serve process, in good standing in the jurisdiction wherein service was effected in accordance with State Statute, and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true. FS.92.525(2).



_____
**CARL CHASSE, PROCESS SERVER**
Lic # **358**

**SERVING BY IRVING**
18 East 41st Street, Suite 1600
New York, NY 10017

Job # 354049




UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

VALVE CORPORATION

CIVIL ACTION NO.: 2:24-CV
-01717-LK

**vs**                                              *Plaintiff*

ABBRUZZESE, et al

*Defendant*

## AFFIRMATION OF SERVICE

The undersigned, affirms and says;

Undersigned is not a party herein, is over 18 years of age and resides in East Meadow, New York

That on **10/25/2024 at 4:35 PM at 1946 West 8th Street, Brooklyn, NY 11223**

undersigned served a(n) Summons in a Civil Action, Petition to Enjoin Arbitrations with Appendix A, Civil Cover Sheet, Memorandum of Points and Authorities in Support of Petition to Enjoin Arbitrations Oral Argument Requested, Declaration of Andrew J. Fuchs in Support of Petition to Enjoin Arbitration with Exhibits 1-7, Declaration of Scott Lynch in Support of Petition to Enjoin Arbitrations with Exhibits A-C, Notice of Related Cases, Valve's Corporate Disclosure Statement, Instructions for Completion of Application of Attorney Michael W. McTigue Jr. for Leave to Appear Pro Hac Vice for Petitioner Valve Corporation, Michael W. McTigue Jr.' Application for Leave to Appear Pro Hac Vice, Electronic Case Filing Agreement, Instruction for Completion of Application of Attorney Meredith C. Slawe for Leave to Appear Pro Hac Vice for Petitioner Valve Corporation, Meredith C. Slawe's Application for Leave to Appear Pro Hac Vice, Electronic Case Filing Agreement, Docket Sheet

on **Salvatore Sardisco**

by delivering a true copy of each to said defendant personally;

undersigned knew the person so served to be the person described as said defendant therein.

Description of Person Served:
Gender: Male
Skin:  White
Hair: Brown
Age: 22 - 35 Yrs.
Height: 5' 9" - 6' 0"
Weight:131-160 Lbs.
Other: Glasses

I affirm on 11/05/2024 under the penalties of perjury under the
laws of New York, which may include a fine or imprisonment,
that the foregoing is true, and I understand that this document
may be filed in an action or proceeding in a court of law.

Juan Aguirre
License No.2119916

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

VALVE CORPORATION

CIVIL ACTION NO.: 2:24-CV-01717-LK

**vs**                                                    *Plaintiff*

ABBRUZZESE, et al

                                                          *Defendant*

## AFFIRMATION OF SERVICE

The undersigned, affirms and says;

Undersigned is not a party herein, is over 18 years of age and resides in East Meadow, New York

That on **10/25/2024** at **11:48 AM** at **2011 23rd Street, Astoria, NY 11105**

undersigned served a(n) Summons in a Civil Action, Petition to Enjoin Arbitrations with Appendix A, Civil Cover Sheet, Memorandum of Points and Authorities in Support of Petition to Enjoin Arbitrations Oral Argument Requested, Declaration of Andrew J. Fuchs in Support of Petition to Enjoin Arbitration with Exhibits 1-7, Declaration of Scott Lynch in Support of Petition to Enjoin Arbitrations with Exhibits A-C, Notice of Related Cases, Valve's Corporate Disclosure Statement, Instructions for Completion of Application of Attorney Michael W. McTigue Jr. for Leave to Appear Pro Hac Vice for Petitioner Valve Corporation, Michael W. McTigue Jr.' Application for Leave to Appear Pro Hac Vice, Electronic Case Filing Agreement, Instruction for Completion of Application of Attorney Meredith C. Slawe for Leave to Appear Pro Hac Vice for Petitioner Valve Corporation, Meredith C. Slawe's Application for Leave to Appear Pro Hac Vice, Electronic Case Filing Agreement, Docket Sheet

on **Simon Savlas**,

by delivering thereat a true copy of each to **Athena Vogiatzis (Grandmother)** a person of suitable age and discretion. Said premises is defendant's dwelling place/usual place of abode within the state.

Description of Person Served:
Gender: Female
Skin:  White
Hair: Blonde
Age: Over 65 Yrs.
Height: 5' 0" - 5' 3"
Weight: 131-160 Lbs.
Other:

I affirm on 11/05/2024 under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

------------------------------------------
Juan Aguirre
License No.2119916

# VERIFIED RETURN OF SERVICE

Job # 354052

**Client Info:**

CORR CRONIN LLP
BLAKE MARKS-DIAS
1015 SECOND AVENUE, FLOOR 10
SEATTLE, WASHINGTON 98104-1001

**Case Info:**

| | |
|---|---|
| **PLAINTIFF:** | UNITED STATES DISTRICT COURT |
| VALVE CORPORATION | Court Division: WESTERN DISTRICT OF WASHINGTON |
| -versus- | Court Case # **2:24-cv-01717-LK** |
| **DEFENDANT:** | |
| ABBRUZZESE ET AL. (See Addendum) | |

**Service Info:**

**Date Received: 10/24/2024** at **03:19 PM**
Service: I Served **Greg Smith**
With: **SUMMONS; ADDENDUM; RIDER; PETITION TO ENJOIN ARBITRATIONS; APPENDIX A; CIVIL COVER SHEET; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PETITION TO ENJOIN ARBITRATIONS; DECLARATION OF ANDREW J. FUCHS IN SUPPORT OF PETITION TO ENJOIN ARBITRATIONS; EXHIBITS 1 - 7; DECLARATION OF SCOTT LYNCH IN SUPPORT OF PETITION TO ENJOIN ARBITRATIONS; EXHIBITS A - C; NOTICE OF RELATED CASES; VALVE'S CORPORATE DISCLOSURE STATEMENT; INSTRUCTIONS FOR COMPLETION OF APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE; APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE; STATEMENT OF LOCAL COUNSEL; Electronic Case Filing Agreement; INSTRUCTIONS FOR COMPLETION OF APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE; STATEMENT OF LOCAL COUNSEL; Electronic Case Filing Agreement; CIVIL DOCKET FOR CASE #: 2:24-cv-01717-LK**
by leaving with **Greg Smith, PERSONALLY**

**At Residence 13093 UNITY STREET SPRING HILL, FL 34609**
Latitude: **28.444474**,   Longitude: **-82.508254**

On **10/25/2024** at **09:57 AM**
**Manner of Service: INDIVIDUAL**
F.S. 48.031(1) INDIVIDUAL SERVICE

**Served Description:  (Approx)**

Age: **60**, Sex: **Male**, Race: **White-Caucasian**, Height: **Sitting**, Weight: **190**, Hair: **Brown** Glasses:  **Yes**

**Military Status:**

**Military Status = No**

**Marital Status:**

Inquired if subject was married and was informed subject was married.

I **CURTIS GADOW** acknowledge that I am over the age of 18, authorized to serve process, in good standing in the jurisdiction wherein service was effected in accordance with State Statute, and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true. FS.92.525(2).




Job # 354052

_Curtis Gadow_

**CURTIS GADOW**
Lic # **101819-10**

**SERVING BY IRVING**
18 East 41st Street, Suite 1600
New York, NY 10017

Job # 354052




| *Attorney or Party without Attorney:* | | | | *For Court Use Only* |
|---|---|---|---|---|
| : <br> : <br> : <br> : <br> : <br> *Telephone No:* | | | *Ref. No. or File No.:* | |
| *Attorney for:* Plaintiff | | | | |

| *Insert name of Court, and Judicial District and Branch Court:* |
|---|
| UNITED STATES DISTRICT COURT |
| *Plaintiff:* VALVE CORPORATION |
| *Defendant:* ABBRUZZESE ET AL |

| PROOF OF SERVICE<br>SUMMONS | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>2:24-CV-01717-LK |
|---|---|---|---|---|

*1.  At the time of service I was at least 18 years of age and not a party to this action.*

2.  I served copies of the Summons  And Attachments, Petition To Enjoin Arbitrations With Appendix A, Civil Cover Sheet, Memorandum Of Points And Authorities In Support Of Petition To Enjoin Arbitrations, Declaration Of Andrew J. Fuchs In Support Of Petition To Enjoin Arbitration, Exhibits 1 To 7, Declaration Of Scott Lynch In Support Of Petition To Enjoin Arbitrations, Exhibits A To C, Notice Of Related Cases, Valve's Corporate Disclosure Statement, Instructions For Completion Of Application For Leave To Appear Pro Hac Vice, Michael W. Mctigue Jr.'s Application For Leave To Appear Pro Hac Vice, Electronic Case Filing Agreement, Instructions For Completion Of Application For Leave To Appear Pro Hac Vice, Meredith C. Slawe's Application For Leave To Appear Pro Hac Vice, Electronic Case Filing Agreement, And Docket Sheet

| 3.  a. *Party served:*<br>    b. *Person served:* | NORM SOMERS<br>party in item 3.a., White, Male, 70 Years Old, Gray Hair, Blue Eyes, 6 Feet 4 Inches, 190 Pounds |
|---|---|
| 4.  *Address where the party was served:* | 1329 COFFEE VILLA DRIVE<br>MODESTO, CA  95355 |

5.  I served the party:
    a. **by personal service.**  I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Fri., Oct. 25, 2024 (2) at: 3:15PM

Recoverable Cost Per CCP 1033.5(a)(4)(B)

| 7. ***Person Who Served Papers:*** | | |
|---|---|---|
| a. JOSHUA  SALAS<br>b. SERVING BY IRVING INC<br> 18 E. 41 STREET, SUITE 1600<br> NEW YORK, NY  10017<br>c. 212-233-3346 | d.  *The Fee for Service was:*<br>e.  I am: (3)  registered California process server | |
| | (i)    Independent Contractor | |
| | (ii)   *Registration No.:* | PS-677 |
| | (iii)  *County:* | San Joaquin |
| | (iv)  *Expiration Date:* | Sat, Dec. 20, 2025 |

*8.  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   Date: Mon, Oct. 28, 2024

PROOF OF SERVICE<br>SUMMONS

(JOSHUA  SALAS)

*serving.155041*

## AFFIDAVIT OF SERVICE
### UNITED STATES DISTRICT COURT
Western District of Washington

Case Number: 2:24-CV-1717-LK

Plaintiff: **Valve Corporation,**
vs.
Defendant: **Jennifer A Nelson, Thomas Abbruzzese; et al.,**

Service Documents:
SUMMONS WITH ADDENDUM AND RIDER, PETITION TO ENJOIN ARBITRATIONS WITH APPENDIX A, CIVIL COVER SHEET, MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PETITION TO ENJOIN ARBITRATIONS, DECLARATION OF ANDREW J. FUCHS IN SUPPORT OF PETITION TO ENJOIN ARBITRATIONS WITH EXHIBITS "1" TO "7", DECLARATION OF SCOTT LYNCH IN SUPPORT OF PETITION TO ENJOIN ARBITRATIONS WITH EXHIBITS "A" TO "C", NOTICE OF RELATED CASES, VALVE'S CORPORATE DISCLOSURE STATEMENT, INSTRUCTIONS FOR COMPLETION OF APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE, MICHAEL W. MCTIGUE JR.'S APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE, ELECTRONIC CASE FILING AGREEMENT, INSTRUCTIONS FOR COMPLETION OF APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE, MEREDITH C. SLAWE'S APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE, ELECTRONIC CASE FILING AGREEMENT, and DOCKET SHEET

For:
Blake Marks-Dias
Corr Cronin LLP
1015 Second Avenue
Floor 10
Seattle, WA 98104

Received by Parry E. Howell on the 24th day of October, 2024 at 5:00 pm to be served on DONALD SPINELLI, 1317 Edgewater Drive, #232, Orlando, FL 32804.

I, Parry E. Howell, being duly sworn, depose and say that on the 25th day of October, 2024 at 2:41 pm, I:

**SUBSTITUTED** service by delivering a true copy of the **SUMMONS WITH ADDENDUM AND RIDER, PETITION TO ENJOIN ARBITRATIONS WITH APPENDIX A, CIVIL COVER SHEET, MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PETITION TO ENJOIN ARBITRATIONS, DECLARATION OF ANDREW J. FUCHS IN SUPPORT OF PETITION TO ENJOIN ARBITRATIONS WITH EXHIBITS "1" TO "7", DECLARATION OF SCOTT LYNCH IN SUPPORT OF PETITION TO ENJOIN ARBITRATIONS WITH EXHIBITS "A" TO "C", NOTICE OF RELATED CASES, VALVE'S CORPORATE DISCLOSURE STATEMENT, INSTRUCTIONS FOR COMPLETION OF APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE, MICHAEL W. MCTIGUE JR.'S APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE, ELECTRONIC CASE FILING AGREEMENT, INSTRUCTIONS FOR COMPLETION OF APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE, MEREDITH C. SLAWE'S APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE, ELECTRONIC CASE FILING AGREEMENT, and DOCKET SHEET** to: **CAL GARDNER**, a person in charge at the recipient's **PRIVATE MAILBOX** location at the address of: **1317 Edgewater Drive, #232, Orlando, FL 32804**; the only address known after reasonable investigation and after determining that the person or business to be served maintains a mailbox at this location, in compliance with Florida Statute 48.031(6).

**Additional Information pertaining to this Service:**
10/25/2024 2:41 pm Provided address is a virtual address/private mailbox location. Served to the manager of this location pursuant to Florida Statute. Defendant was confirmed as one of the persons authorized for this box.

**Description** of Person Served: Age: 35, Sex: F, Race/Skin Color: White, Height: 5'3", Weight: 155, Hair: Brown, Glasses: N



## AFFIDAVIT OF SERVICE For 2:24-CV-1717-LK

I certify that I am a Certified Process Server in good standing and have proper authority in the jurisdiction in which this service is made. I am not a party to this action and have no interest in the party being served. Under the penalties of perjury, I declare that I have read the foregoing return of service and that the facts stated in it are true.

Subscribed and Sworn to before me on the **29** day
of **October**, **2024** by the affiant who is
personally known and was physically present.

_____
NOTARY PUBLIC



DAVID J. BIDDLE
Notary Public
State of Florida
Comm# HH394380
Expires 5/6/2027

_____

Parry E. Howell
18-0030

**Serving By Irving**
**18 East 41st Street**
**Suite 1600**
**New York, NY 10017**
**(212) 233-3346**

Our Job Serial Number: ALS-2024006056

# PROOF OF SERVICE

| State: | WASHINGTON |
|---|---|
| Court: | UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT |
| County: | -- |
| Plaintiff/ Petitioner: | VALVE CORPORATION |
| Defendant/ Respondent: | ABBRUZZESE, et al. |
| Case Number: | -- |
| Index/Docket Number: | 2:24-cv-01717-LK |

I, _Thomas Davoux_, declare and says that: I am over the age of 18 years old and not a party to this action, and reside within the boundaries of the state where service was effected,.

I served _Samuel Stevens_ *Summons and attachments, Petition to Enjoin Arbitrations with Appendix A, Civil Cover Sheet, Memorandum of Points and Authorities in Support of Petition to Enjoin Arbitrations, Declaration of Andrew J. Fuchs in Support of Petition to Enjoin Arbitration, Exhibits 1 to 7, Declaration of Scott Lynch in Support of Petition to Enjoin Arbitrations, Exhibits A to C, Notice of Related Cases, Valve's Corporate Disclosure Statement, Instructions for Completion of Application for Leave to Appear Pro Hac Vice, Michael W. McTigue Jr.'s Application for Leave to Appear Pro Hac Vice, Electronic Case Filing Agreement, Instructions for Completion of Application for Leave to Appear Pro Hac Vice, Meredith C. Slawe's Application for Leave to Appear Pro Hac Vice, Electronic Case Filing Agreement, and Docket Sheet*

| Date Served: | 10/25/2024 | Name of Person Served: | Michelle Stevens |
|---|---|---|---|
| Time Served: | 8.43PM | **Description:** | |
| Manner of Service: | Subservice | Age | 43 |
| Street Address: | 9617 Xerxes Rd S Bloomington, MN 55431 | Hair Color | Brown |
| | | Sex | Female |
| | | Race | Caucasian |
| | | Height | 5'10" |
| | | Weight | 180 lbs |
| | | Other notable details or comments | |

I declare under penalty of perjury that this information is true.

Signature of Process Server _____        Date ___10/31/2024___

## AFFIDAVIT OF SERVICE
### UNITED STATES DISTRICT COURT
#### Western District of Washington

Case Number: 2:24-CV-01717-LK

Plaintiff: **VALVE CORPORATION**
vs.
Defendant: **ABBRUZZESE et al.**

Service Documents:
Summons, Civil Docket Sheet, Petition, Civil Cover Sheet, Memo of Points and Authorities, Declaration of Andrew J. Fuchs in Support of Petition to Enjoin Arbitrations, Exhibit 1-7, Declaration of Scott Lynch in Support of Petition to Enjoin Arbitrations, Exhibit A-C, Notice of Related Cases, Valve's Corporate Disclosure Statement, Instruction for Completion of Application for Leave to Appear Pro Hac Vice w/ Electronic Case Filing Agreement by Michael W. McTigue Jr, and Instruction for Completion of Application for Leave to Appear Pro Hac Vice w/ Electronic Case Filing Agreement by Meredith C. Slawe

Received by SERVING BY IRVING INC to be served on **CODY STEWART, 113 N COLLEGE ST, LIBERAL, MO 64762**.

I, NICOLE BUCKLEW, being duly sworn, depose and say that on the **25th day of October, 2024** at **6:41 pm**, I:

**INDIVIDUALLY/PERSONALLY served by delivering a true copy of the Summons, Civil Docket Sheet, Petition, Civil Cover Sheet, Memo of Points and Authorities, Declaration of Andrew J. Fuchs in Support of Petition to Enjoin Arbitrations, Exhibit 1-7, Declaration of Scott Lynch in Support of Petition to Enjoin Arbitrations, Exhibit A-C, Notice of Related Cases, Valve's Corporate Disclosure Statement, Instruction for Completion of Application for Leave to Appear Pro Hac Vice w/ Electronic Case Filing Agreement by Michael W. McTigue Jr, and Instruction for Completion of Application for Leave to Appear Pro Hac Vice w/ Electronic Case Filing Agreement by Meredith C. Slawe with the date and hour of service endorsed thereon by me, to: CODY STEWART at the address of: 113 N COLLEGE ST, LIBERAL, MO 64762, and informed said person of the contents therein, in compliance with state statutes.**

**Description** of Person Served: Age: 30, Sex: m, Race/Skin Color: white, Height: 4', Weight: 300, Hair: brown, Glasses: n

I certify that I am over the age of 18 and have no interest in the above action.

Subscribed and Sworn to before me on the __28__ day of __October__, __2024__ by the affiant who is personally known to me.

_____
NOTARY PUBLIC

NICOLE BUCKLEW
Process Server

**SERVING BY IRVING INC**
**18 EAST 41ST ST**
**SUITE 1600**
**NEW YORK, NY 10017**
**(212) 233-3346**

Our Job Serial Number: NBU-2024000840

JERMECIA BUCKNER
Notary Public, Notary Seal
State of Missouri
Boone County
Commission # 24464362
My Commission Expires 04/09/2028



UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF
WASHINGTON

**AFFIDAVIT OF SERVICE**



*254827*

Index no : **2:24-cv-01717-LK**

**Valve Corporation**

Plaintiff(s),

vs.

**Abbruzzese, et al**

Defendant(s).

_____/

**STATE OF CONNECTICUT**
        **ss: East Hartford**
**HARTFORD COUNTY**

**Ethan Yade**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the State of Connecticut.

On **10/25/2024** at **2:30 PM**, I served the within **Summons and attachments, Petition to Enjoin Arbitrations with Appendix A, Civil Cover Sheet, Memorandum of Points and Authorities in Support of Petition to Enjoin Arbitration, Declaration of Andrew J. Fuchs in Support of Petition to Enjoin Arbitration, Exhibits 1 to 7, Declaration of Scott Lynch in Support of Petition to Enjoin Arbitrations, Exhibits A to C, Notice of Related Cases, Valve's Corporate Disclosure Statement, Instructions for Completion of Application for Leave to Appear Pro Hac Vice, Michael W. McTigue Jr.'s Application for Leave to Appear Pro Hac Vice, Electronic Case Filing Agreement, Instructions for Completion of Application for Leave to Appear Pro Hac Vice, Meredith C. Slawe's Application for Leave to Appear Pro Hac Vice, Electronic Case Filing Agreement, and Docket Sheet on John Taddei at 74 Elizabeth Ann Drive, New Haven, CT 06512** in the manner indicated below:

INDIVIDUAL: By delivering a true copy of each to said recipient personally; deponent knew the person to be the person described as said person therein.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| **Male** | **White** | **Black** | **25** | **5'9"** | **160** |
| Other Features: | | | | | |

Your deponent asked the person spoken to whether the Recipient was in the active military service and received a negative reply. Upon information and belief I have; being based on the conversations and observations above narrated, Recipient is not in the military service.

Sworn to and subscribed before me on
October 29, 2024
by an affiant who is personally known to
me or produced identification.

_____
NOTARY PUBLIC
My Commission Expires: _____

X _____
Ethan Yade
Serving By Irving, Inc.
18 East 41st Street, Ste. 1600
New York, NY 10017
212-233-3346

**KEITH D. NIZIANKIEWICZ**
**NOTARY PUBLIC**
**MY COMMISSION EXPIRES** 8/31/2029

UNITED STATES DISTRICT COURT    Index No.: **2:24-cv-01717-LK**
WESTERN DISTRICT OF WASHINGTON    Date Filed:**10/18/2024**

### AFFIRMATION OF SERVICE

| | |
|---|---|
| Plaintiff(s): | **Valve Corporation** |
| Defendant(s): | **ABBRUZZESE, et al** |

**Michael Titus**, the undersigned, affirm that I was at the time of service over the age of eighteen and not a party to this action. I reside in the State of New York.

On **10/25/2024** at **3:17 PM**, I served the Summons in a Civil Action, Petition to Enjoin Arbitrations with Appendix A, Civil Cover Sheet, Memorandum of Points and Authorities in Support of Petition to Enjoin Arbitrations Oral Argument Requested, Declaration of Andrew J. Fuchs in Support of Petition to Enjoin Arbitration with Exhibits 1-7, Declaration of Scott Lynch in Support of Petition to Enjoin Arbitrations with Exhibits A-C, Notice of Related Cases, Valve's Corporate Disclosure Statement, Instructions for Completion of Application of Attorney Michael W. McTigue Jr. for Leave to Appear Pro Hac Vice for Petitioner Valve Corporation, Michael W. McTigue Jr.' Application for Leave to Appear Pro Hac Vice, Electronic Case Filing Agreement, Instruction for Completion of Application of Attorney Meredith C. Slawe for Leave to Appear Pro Hac Vice for Petitioner Valve Corporation, Meredith C. Slawe's Application for Leave to Appear Pro Hac Vice, Electronic Case Filing Agreement, Docket Sheet to

**Lucian Thompson** at **2842 Old State Route 12, Paris, NY 13456** in the manner indicated below:

**SUITABLE AGE PERSON**: By delivering a true copy of said documents to **Danielle Thompson,** Spouse and Co-Occupant, a person of suitable age and discretion. Said premises is the usual place of abode of Lucian Thompson within the state. An approximate description of Danielle Thompson is as follows:

Sex: **Female**   Color of skin/race: **White** Color of hair: **Blonde** Age: **45** Height: **5ft 4in - 5ft 8in** Weight: **131-160 lbs.**

I affirm on    October 31, 2024             , under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

X _____
Michael Titus

### AFFIRMATION OF MAILING

**Renee Cropo**, the undersigned, affirm that on **10/28/2024**, I mailed a copy of the above listed documents to **Lucian Thompson** at 2842 Old State Route 12, Paris, NY, 13456 . The documents were enclosed in a 1st Class postpaid properly addressed envelope not indicating that the mailing was from an attorney or concerned legal action and marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office.

I affirm on    October 30, 2024             , under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

X _Renee Cropo_____
Renee Cropo

Corr Cronin LLP - **Serving By Irving Inc.**





*234390*

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

|  |  |
|---|---|
| | CIVIL ACTION NO.: 2:24-CV -01717-LK |
| **VALVE CORPORATION** | |
| | |
| *Plaintiff* | |
| **vs** | |
| **ABBRUZZESE, et al** | |
| | |
| *Defendant* | |

# PROOF OF SERVICE

I am not a party herein, am over 18 years of age and reside in the state of Arizona,

That on **10/25/2024** at **6:21 PM** at **3644 W Amerigo Ct, Anthem, AZ 85086**

I served a(n) **Summons in a Civil Action, Petition to Enjoin Arbitrations with Appendix A, Civil Cover Sheet, Memorandum of Points and Authorities in Support of Petition to Enjoin Arbitrations Oral Argument Requested, Declaration of Andrew J. Fuchs in Support of Petition to Enjoin Arbitration with Exhibits 1-7, Declaration of Scott Lynch in Support of Petition to Enjoin Arbitrations with Exhibits A-C, Notice of Related Cases, Valve's Corporate Disclosure Statement, Instructions for Completion of Application of Attorney Michael W. McTigue Jr. for Leave to Appear Pro Hac Vice for Petitioner Valve Corporation, Michael W. McTigue Jr.' Application for Leave to Appear Pro Hac Vice, Electronic Case Filing Agreement, Instruction for Completion of Application of Attorney Meredith C. Slawe for Leave to Appear Pro Hac Vice for Petitioner Valve Corporation, Meredith C. Slawe's Application for Leave to Appear Pro Hac Vice, Electronic Case Filing Agreement, Docket Sheet**

on **Merrick Tipton**,

by delivering a true copy to said defendant personally;

I knew the person so served to be the person described as said defendant therein.

Description of Person Served:
Gender : Male
Skin :  Caucasian
Hair : Blonde
Age : 18 - 22 Yrs.
Height : 5' 4" - 5' 8"
Weight :131-160 Lbs.
Other : Glasses

MILITARY SERVICE:  At the time of service defendant was asked whether he/she was in the military service of the State of New York or the United States and received a negative reply.  Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

I declare under penalty of perjury that the forgoing is true and correct.

Date: 10/29/2024

Zachary Mueller
MC-8735

# PROOF OF SERVICE

| | |
|---|---|
| State: | WASHINGTON |
| Court: | UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT |
| County: | -- |
| Plaintiff/ Petitioner: | VALVE CORPORATION |
| Defendant/ Respondent: | ABBRUZZESE, et al. |
| Case Number: | -- |
| Index/Docket Number: | 2:24-cv-01717-LK |

I, Tami McLaughlin _____, declare and says that: I am over the age of 18 years old and not a party to this action, and reside within the boundaries of the state where service was effected,.

I served Leif Tollefson _____ *Summons and attachments, Petition to Enjoin Arbitrations with Appendix A, Civil Cover Sheet, Memorandum of Points and Authorities in Support of Petition to Enjoin Arbitrations, Declaration of Andrew J. Fuchs in Support of Petition to Enjoin Arbitration, Exhibits 1 to 7, Declaration of Scott Lynch in Support of Petition to Enjoin Arbitrations, Exhibits A to C, Notice of Related Cases, Valve's Corporate Disclosure Statement, Instructions for Completion of Application for Leave to Appear Pro Hac Vice, Michael W. McTigue Jr.'s Application for Leave to Appear Pro Hac Vice, Electronic Case Filing Agreement, Instructions for Completion of Application for Leave to Appear Pro Hac Vice, Meredith C. Slawe's Application for Leave to Appear Pro Hac Vice, Electronic Case Filing Agreement, and Docket Sheet*

| | | | |
|---|---|---|---|
| Date Served: | 10/25/2024 | Name of Person Served: | Seraphien Doe |
| Time Served: | 1016 am | Description: | |
| Manner of Service: | Sub Service | Age | 20's |
| Street Address: | 300 sites way Big Bear City Ca 92314 | Hair Color | Brown |
| | | Sex | Male |
| | | Race | white |
| | | Height | 5'9" |
| | | Weight | 125 |
| | | Other notable details or comments | Long hair - said Mr Tollefson was not here but in Alaska for unknown period of time but this his residence |

I declare under penalty of perjury that this information is true.

Signature of Process Server _____

Reg # 1822
county: San Bernardino

Date 11-6-2024

**AFFIDAVIT OF SERVICE**

| Case:<br>2:24-cv-<br>01717-LK | Court:<br>UNITED STATES DISTRICT COURT FOR THE WESTERN<br>DISTRICT OF WASHINGTON | County: | Job:<br>12057347 |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>VALVE CORPORATION | | **Defendant / Respondent:**<br>ABBRUZZESE ET AL. | |
| **For:**<br>SERVING BY IRVING, INC. | | **Received by:**<br>DEWSNAP & ASSOCIATES LLC | |
| **To be served upon:**<br>VEDA VALLES | | | |

I, MATTHEW ROBERTSON, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

| | |
|---|---|
| **Recipient Name / Address:** | Jonathan Valles, Brother, 1 GLEN LANE, RANDOLPH, MA 02368 |
| **Manner of Service:** | Substitute Service - Oct 25, 2024, 1:48 pm EDT |
| **Documents:** | Document 1: Petition to Enjoin Arbitrations with Appendix A; Civil Cover Sheet; Document 2: Memorandum of Points and Authorities in Support of Petition to Enjoin Arbitrations; Document 3: Declaration of Andrew J. Fuchs in Support of Petition to Enjoin Arbitrations; Exhibits 1 to 7; Document 4: Declaration of Scott Lynch in Support of Petition to Enjoin Arbitrations; Exhibits A to C; Document 5: Notice of Related Cases; Document 6: Valve's Corporate Disclosure Statement; Document 7: Instructions for Completion of Application for Leave to Appear Pro Hac Vice; Michael W. McTigue Jr.'s Application for Leave to Appear Pro Hac Vice; Electronic Case Filing Agreement; Document 8: Instructions for Completion of Application for Leave to Appear Pro Hac Vice; Meredith C. Slawe's Application for Leave to Appear Pro Hac Vice; Electronic Case Filing Agreement; Document 9: Summons and attachments; and Document 10: Docket Sheet. |

**Additional Comments:**
Successful Attempt: Oct 25, 2024, 1:48 pm EDT at 1 GLEN LANE, RANDOLPH, MA 02368 received by Jonathan Valles, Brother. Age: Approximately 35 years old; Ethnicity: African American; Gender: Male; Weight: Approximately 220lbs; Height: 6'1"; Hair: Black;

_____    10/29/2024
MATTHEW ROBERTSON                     **Date**
Process Server and Disinterested Person

DEWSNAP & ASSOCIATES LLC
92 State Street 8th Floor
Boston, MA 02109
617-367-1070

## CERTIFICATE OF SERVICE

**IN THE UNITED STATES DISTRICT COURT**                              Case #: 2:24-cv-01717-LK
**WESTERN DISTRICT OF WASHINGTON**

|  |  |
|---|---|
| **Valve Corporation** | Plaintiff |
| **vs.** | |
| **624 Individual Claimants** | |
|  | Defendant |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all the times herein mentioned was a citizen of the United States, over the age of 18, not a party to nor interested in the above entitled action, is competent to be witness therein, and that I served copies of the:

**Summons; Petition to Enjoin Arbitrations with Appendix A; Civil Cover Sheet; Memorandum of Points and Authorities in Support of Petition to Enjoin Arbitrations; Declaration of Andrew J. Fuchs in Support of Petition to Enjoin Arbitrations; Exhibits 1 to 7; Declaration of Scott Lynch in Support of Petition to Enjoin Arbitrations; Exhibits A to C; Notice of Related Cases; Valve's Corporate Disclosure Statement; Instructions for Completion of Application for Leave to Appear Pro Hac Vice; Michael W. McTigue Jr.'s Application for Leave to Appear Pro Hac Vice; Electronic Case Filing Agreement; Instructions for Completion of Application for Leave to Appear Pro Hac Vice; Meredith C. Slawe's Application for Leave to Appear Pro Hac Vice; Electronic Case Filing Agreement; Docket Sheet**

| | |
|---|---|
| PARTY SERVED: | **YOUSIF ALSAQLAWI** |
| PERSON SERVED: | **ZAINAB ALABDULLAH, MOTHER** |
| METHOD OF SERVICE: | **Substitute** - By leaving copies of the above referenced documents at the defendant's usual place of abode, with some person of the family or a person residing there, of required age by statute and informing that person of the contents thereof. |
| DATE & TIME OF DELIVERY: | **10/26/2024 at 6:05 PM** |
| ADDRESS, CITY AND STATE: | **8154 KEATING AVE., APT 201, SKOKIE, IL 60076** |
| | Race: **Middle Eastern**    Sex: **Female**    Age: **50** |
| | Height: **5'4"**    Weight: **150**    Hair: **Brown**    Glasses: **No** |

Serving By Irving, Inc.
18 E. 41st St., Ste 1600
New York, NY 10017
(212) 233-3346

I declare under penalties of perjury that the information contained herein is true and correct. Executed on 10/28/2024.

Steven A. Stosur
Registration No: 117-001119

CLIENT: **Serving By Irving, Inc.**                              Job #: 593750
FILE #:

## CERTIFICATE OF SERVICE

**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

**Case #: 2:24-cv-01717-LK**

---

**Valve Corporation**

Plaintiff

**vs.**

**624 Individual Claimants**

Defendant

---

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all the times herein mentioned was a citizen of the United States, over the age of 18, not a party to nor interested in the above entitled action, is competent to be witness therein, and that I served copies of the:

**Summons; Petition to Enjoin Arbitrations with Appendix A; Civil Cover Sheet; Memorandum of Points and Authorities in Support of Petition to Enjoin Arbitrations; Declaration of Andrew J. Fuchs in Support of Petition to Enjoin Arbitrations; Exhibits 1 to 7; Declaration of Scott Lynch in Support of Petition to Enjoin Arbitrations; Exhibits A to C; Notice of Related Cases; Valve's Corporate Disclosure Statement; Instructions for Completion of Application for Leave to Appear Pro Hac Vice; Michael W. McTigue Jr.'s Application for Leave to Appear Pro Hac Vice; Electronic Case Filing Agreement; Instructions for Completion of Application for Leave to Appear Pro Hac Vice; Meredith C. Slawe's Application for Leave to Appear Pro Hac Vice; Electronic Case Filing Agreement; Docket Sheet**

| | |
|---|---|
| PARTY SERVED: | **DAVID ARROYO** |
| PERSON SERVED: | **VIOLET ARROYO, MOTHER** |
| METHOD OF SERVICE: | **Substitute** - By leaving copies of the above referenced documents at the defendant's usual place of abode, with some person of the family or a person residing there, of required age by statute and informing that person of the contents thereof. |
| DATE & TIME OF DELIVERY: | **10/26/2024 at 9:32 AM** |
| ADDRESS, CITY AND STATE: | **13213 RED DRIVE, LEMONT, IL 60439** |

Race: **White**     Sex: **Female**     Age: **50**
Height: **5'7"**     Weight: **110**     Hair: **Blonde**     Glasses: **No**

Serving By Irving, Inc.
18 E. 41st St., Ste 1600
New York, NY 10017
(212) 233-3346

I declare under penalties of perjury that the information contained herein is true and correct. Executed on 10/28/2024.

Steve Rozhon
Registration No: 117-001119

---

## CERTIFICATE OF SERVICE

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

Case #: 2:24-cv-01717-LK

| | |
|---|---|
| **Valve Corporation** | Plaintiff |
| **vs.** | |
| **624 Individual Claimants** | Defendant |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all the times herein mentioned was a citizen of the United States, over the age of 18, not a party to nor interested in the above entitled action, is competent to be witness therein, and that I served copies of the:

**Summons; Petition to Enjoin Arbitrations with Appendix A; Civil Cover Sheet; Memorandum of Points and Authorities in Support of Petition to Enjoin Arbitrations; Declaration of Andrew J. Fuchs in Support of Petition to Enjoin Arbitrations; Exhibits 1 to 7; Declaration of Scott Lynch in Support of Petition to Enjoin Arbitrations; Exhibits A to C; Notice of Related Cases; Valve's Corporate Disclosure Statement; Instructions for Completion of Application for Leave to Appear Pro Hac Vice; Michael W. McTigue Jr.'s Application for Leave to Appear Pro Hac Vice; Electronic Case Filing Agreement; Instructions for Completion of Application for Leave to Appear Pro Hac Vice; Meredith C. Slawe's Application for Leave to Appear Pro Hac Vice; Electronic Case Filing Agreement; Docket Sheet**

| | |
|---|---|
| PARTY SERVED: | **CODY BARKER** |
| METHOD OF SERVICE: | **Personal Service** - By personally delivering copies to **CODY BARKER** |
| DATE & TIME OF DELIVERY: | **10/26/2024 at 6:30 PM** |
| ADDRESS, CITY AND STATE: | **214 BELTEBERG, LOVES PARK, IL 61111** |
| DESCRIPTION: | Race: **White**  Sex: **Male**  Age: **30** |
| | Height: **6'2"**  Weight: **210**  Hair: **Brown**  Glasses: **No** |

Serving By Irving, Inc.
18 E. 41st St., Ste 1600
New York, NY 10017
(212) 233-3346

I declare under penalties of perjury that the information contained herein is true and correct. Executed on 10/29/2024.

*Scott Rogers*

Scott Rogers
Registration No: 117-001119

CLIENT: **Serving By Irving, Inc.**
FILE #:

Job #: 593752

# PROOF OF SERVICE

| | |
|---|---|
| **State:** | WASHINGTON |
| **Court:** | UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT |
| **County:** | -- |
| **Plaintiff/ Petitioner:** | VALVE CORPORATION |
| **Defendant/ Respondent:** | ABBRUZZESE, et al. |
| **Case Number:** | -- |
| **Index/Docket Number:** | 2:24-cv-01717-LK |

I, _____GARY HANSEN_____, declare and says that: I am over the age of 18 years old and not a party to this action, and reside within the boundaries of the state where service was effected,.

I served ___BRIAN BASKOVICH___ *Summons and attachments, Petition to Enjoin Arbitrations with Appendix A, Civil Cover Sheet, Memorandum of Points and Authorities in Support of Petition to Enjoin Arbitrations, Declaration of Andrew J. Fuchs in Support of Petition to Enjoin Arbitration, Exhibits 1 to 7, Declaration of Scott Lynch in Support of Petition to Enjoin Arbitrations, Exhibits A to C, Notice of Related Cases, Valve's Corporate Disclosure Statement, Instructions for Completion of Application for Leave to Appear Pro Hac Vice, Michael W. McTigue Jr.'s Application for Leave to Appear Pro Hac Vice, Electronic Case Filing Agreement, Instructions for Completion of Application for Leave to Appear Pro Hac Vice, Meredith C. Slawe's Application for Leave to Appear Pro Hac Vice, Electronic Case Filing Agreement, and Docket Sheet*

| | | | |
|---|---|---|---|
| **Date Served:** | 10/26/2024 | **Name of Person Served:** | BRIAN BASKOVICH |
| **Time Served:** | 9:43 AM | **Description:** | |
| **Manner of Service:** | PERSONAL | Age | 30 |
| **Street Address:** | 3030 MERRILL DRIVE APT 30 TORRANCE, CA 90503 | Hair Color | RED |
| | | Sex | MALE |
| | | Race | WHITE |
| | | Height | 5-10 |
| | | Weight | 150 |
| | | Other notable details or comments | |

I declare under penalty of perjury that this information is true.

Signature of Process Server _____    Date ___10/30/2024___

## PROOF OF SERVICE

| State: | WASHINGTON |
|---|---|
| Court: | UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT |
| County: | -- |
| Plaintiff/ Petitioner: | VALVE CORPORATION |
| Defendant/ Respondent: | ABBRUZZESE, et al. |
| Case Number: | -- |
| Index/Docket Number: | 2:24-cv-01717-LK |

I, ___GARY HANSEN___, declare and says that: I am over the age of 18 years old and not a party to this action, and reside within the boundaries of the state where service was effected,.

I served ___JONATHAN BEER___ *Summons and attachments, Petition to Enjoin Arbitrations with Appendix A, Civil Cover Sheet, Memorandum of Points and Authorities in Support of Petition to Enjoin Arbitrations, Declaration of Andrew J. Fuchs in Support of Petition to Enjoin Arbitration, Exhibits 1 to 7, Declaration of Scott Lynch in Support of Petition to Enjoin Arbitrations, Exhibits A to C, Notice of Related Cases, Valve's Corporate Disclosure Statement, Instructions for Completion of Application for Leave to Appear Pro Hac Vice, Michael W. McTigue Jr.'s Application for Leave to Appear Pro Hac Vice, Electronic Case Filing Agreement, Instructions for Completion of Application for Leave to Appear Pro Hac Vice, Meredith C. Slawe's Application for Leave to Appear Pro Hac Vice, Electronic Case Filing Agreement, and Docket Sheet*

| Date Served: | 10/26/2024 | Name of Person Served: | JONATHAN BEER |
|---|---|---|---|
| Time Served: | 9:06 AM | Description: | |
| Manner of Service: PERSONAL | | Age | 35 |
| Street Address: 901 S. FLOWER STREET UNIT 410 LOS ANGELES, CA 90015 | | Hair Color | BLK |
| | | Sex | MALE |
| | | Race | WHITE |
| | | Height | 5-9 |
| | | Weight | 190 |
| | | Other notable details or comments | |
| | | | |
| | | | |
| | | | |
| | | | |

I declare under penalty of perjury that this information is true.

Signature of Process Server

Date ___10/30/2024___

**AFFIDAVIT OF SERVICE**

| Court:<br>UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON | Index<br>Docket No.: 2:24-cv-1717 | |
|---|---|---|
| Plaintiff / Petitioner:<br>VALVE CORPORATION | Defendant / Respondent:<br>Abbruzzese, et al | |
| | | |
| To be served upon:<br>Alexander Brumley | | |

I, Daniel Chasse, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:**  Alexander Brumley, 1736 31st Street, San Diego, CA 92102

**Manner of Service:**  Personal/Individual, Oct 26, 2024, 10:07 am PDT

**Documents:**  Summons and attachments, Petition to Enjoin Arbitrations with Appendix A, Civil Cover Sheet, Memorandum of Points and Authorities in Support of Petition to Enjoin Arbitrations, Declaration of Andrew J. Fuchs in Support of Petition to Enjoin Arbitration, Exhibits 1 to 7, Declaration of Scott Lynch in Support of Petition to Enjoin Arbitrations, Exhibits A to C, Notice of Related Cases, Valve's Corporate Disclosure Statement, Instructions for Completion of Application for Leave to Appear Pro Hac Vice, Michael W. McTigue Jr.'s Application for Leave to Appear Pro Hac Vice, Electronic Case Filing Agreement, Instructions for Completion of Application for Leave to Appear Pro Hac Vice, Meredith C. Slawe's Application for Leave to Appear Pro Hac Vice, Electronic Case Filing Agreement, and Docket Sheet

**Additional Comments:**
1) Unsuccessful Attempt: Oct 25, 2024, 9:59 am PDT at 1736 31st Street, San Diego, CA 92102
Bring Taco Bell numerous times, no answer.

2) Unsuccessful Attempt: Oct 25, 2024, 12:46 pm PDT at 1736 31st Street, San Diego, CA 92102
Front door is open, no answer after ringing doorbell 3 times.

3) Successful Attempt: Oct 26, 2024, 10:07 am PDT at 1736 31st Street, San Diego, CA 92102 received by Alexander Brumley.

Age: 28; Ethnicity: Caucasian; Gender: Male; Weight: 170; Height: 5'10"; Hair: Blond; Eyes: Blue

I declare under penalty of perjury the foregoing is true and correct.

_____  11/02/2024
Daniel Chasse    **Date**
SAN DIEGO COUNTY REG. NO. 3653

Blue Moon Legal, Inc.
7040 Avenida Encinas 104
Carlsbad, CA 92011-4652
(619) 800-5303

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

CIVIL ACTION NO.: 2:24-CV
-01717-LK

**VALVE CORPORATION**

*Plaintiff*

**vs**

**ABBRUZZESE, et al**

*Defendant*

# PROOF OF SERVICE

I am not a party herein, am over 18 years of age and reside in the state of Arizona,

That on **10/26/2024** at **12:00 PM** at **1325 E Avalon Drive, Phoenix, AZ 85014**

I served a(n) **Summons in a Civil Action, Petition to Enjoin Arbitrations with Appendix A, Civil Cover Sheet, Memorandum of Points and Authorities in Support of Petition to Enjoin Arbitrations Oral Argument Requested, Declaration of Andrew J. Fuchs in Support of Petition to Enjoin Arbitration with Exhibits 1-7, Declaration of Scott Lynch in Support of Petition to Enjoin Arbitrations with Exhibits A-C, Notice of Related Cases, Valve's Corporate Disclosure Statement, Instructions for Completion of Application of Attorney Michael W. McTigue Jr. for Leave to Appear Pro Hac Vice for Petitioner Valve Corporation, Michael W. McTigue Jr.' Application for Leave to Appear Pro Hac Vice, Electronic Case Filing Agreement, Instruction for Completion of Application of Attorney Meredith C. Slawe for Leave to Appear Pro Hac Vice for Petitioner Valve Corporation, Meredith C. Slawe's Application for Leave to Appear Pro Hac Vice, Electronic Case Filing Agreement, Docket Sheet**

on **Marcus Crowley**,

by delivering thereat a true copy of each to **Darren McMahon** (**Co-Resident**), a person of suitable age and discretion. Said premises is defendant's dwelling place/usual place of abode within the state.

Description of Person Served:
Gender : Male
Skin :  Caucasian
Hair : Gray
Age : 36 - 50 Yrs.
Height : 5' 6" - 5' 8"
Weight :141-180 Lbs.
Other :

I declare under penalty of perjury that the forgoing is true and correct.

Date:   11/13/2024

-------------------------------------------------
Branson Oxford MC-9061

## CERTIFICATE OF SERVICE

**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

**Case #: 2:24-cv-01717-LK**

---

**Valve Corporation**

Plaintiff

**vs.**

**624 Individual Claimants**

Defendant

---

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all the times herein mentioned was a citizen of the United States, over the age of 18, not a party to nor interested in the above entitled action, is competent to be witness therein, and that I served copies of the:

**Summons; Petition to Enjoin Arbitrations with Appendix A; Civil Cover Sheet; Memorandum of Points and Authorities in Support of Petition to Enjoin Arbitrations; Declaration of Andrew J. Fuchs in Support of Petition to Enjoin Arbitrations; Exhibits 1 to 7; Declaration of Scott Lynch in Support of Petition to Enjoin Arbitrations; Exhibits A to C; Notice of Related Cases; Valve's Corporate Disclosure Statement; Instructions for Completion of Application for Leave to Appear Pro Hac Vice; Michael W. McTigue Jr.'s Application for Leave to Appear Pro Hac Vice; Electronic Case Filing Agreement; Instructions for Completion of Application for Leave to Appear Pro Hac Vice; Meredith C. Slawe's Application for Leave to Appear Pro Hac Vice; Electronic Case Filing Agreement; Docket Sheet**

| | |
|---|---|
| PARTY SERVED: | **JOHN DAVIS** |
| METHOD OF SERVICE: | **Personal Service** - By personally delivering copies to **JOHN DAVIS** |
| DATE & TIME OF DELIVERY: | **10/26/2024 at 1:03 PM** |
| ADDRESS, CITY AND STATE: | **845 TITAL BLVD, CHATHAM, IL 62629** |
| DESCRIPTION: | Race: **Black**  Sex: **Male**  Age: **45** |
| | Height: **5'9"**  Weight: **175**  Hair: **Black**  Glasses: **No** |

Serving By Irving, Inc.
18 E. 41st St., Ste 1600
New York, NY 10017
(212) 233-3346

I declare under penalties of perjury that the information contained herein is true and correct. Executed on 11/8/2024.

_____
Rhonda G Frerichs

Registration No: 115.002478

---

CLIENT: **Serving By Irving, Inc.**                                                                 Job #: 593765
FILE #:

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

**VALVE CORPORATION**

CIVIL ACTION NO.: 2:24-CV-01717-LK

*Plaintiff*

**vs**

**ABBRUZZESE, et al**

*Defendant*

## PROOF OF SERVICE

I am not a party herein, am over 18 years of age and reside in the state of California.

That on **10/26/2024** at **10:00 AM** at **8907 Lismore Dr., Elk Grove, CA 95624**

I served a(n) **Summons in a Civil Action, Petition to Enjoin Arbitrations with Appendix A, Civil Cover Sheet, Memorandum of Points and Authorities in Support of Petition to Enjoin Arbitrations Oral Argument Requested, Declaration of Andrew J. Fuchs in Support of Petition to Enjoin Arbitration with Exhibits 1-7, Declaration of Scott Lynch in Support of Petition to Enjoin Arbitrations with Exhibits A-C, Notice of Related Cases, Valve's Corporate Disclosure Statement, Instructions for Completion of Application of Attorney Michael W. McTigue Jr. for Leave to Appear Pro Hac Vice for Petitioner Valve Corporation, Michael W. McTigue Jr.' Application for Leave to Appear Pro Hac Vice, Electronic Case Filing Agreement, Instruction for Completion of Application of Attorney Meredith C. Slawe for Leave to Appear Pro Hac Vice for Petitioner Valve Corporation, Meredith C. Slawe's Application for Leave to Appear Pro Hac Vice, Electronic Case Filing Agreement, Docket Sheet**

on **Logan Doose**,

by delivering a true copy to said defendant personally;

I knew the person so served to be the person described as said defendant therein.

Description of Person Served:
Gender : Male
Skin :  White
Hair : Brown
Age : 16 - 21 Yrs.
Height : 5' 4" - 5' 8"
Weight :Over 200 Lbs.
Other :

I declare under penalty of perjury that the forgoing is true and correct.

Date: 10/30/2024

Katrina Williams
Sacramento County Reg#: 2015-10

## DECLARATION OF SERVICE

| Case:<br>2:24-cv-1717 | Court:<br>United States District Court for The Western District of Washington At Seattle | County: | | Job:<br>12057470 |
|---|---|---|---|---|
| Plaintiff / Petitioner:<br>Valve Corporation | | Defendant / Respondent:<br>Jennifer A Nelson et al | | |
| Received by:<br>Mower Services, llc | | For:<br>Serving By Irving Inc | | |
| To be served upon:<br>William Dudley | | | | |

I, Tamy Holjeson, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

| | |
|---|---|
| **Recipient Name / Address:** | Flint Jacobson, 497 Adams Street, Montpelier, ID 83254 |
| **Manner of Service:** | Substitute Service - Abode, Oct 26, 2024, 4:07 pm MDT |
| **Documents:** | Petition to Enjoin Arbitrations with Appendix A; Civil Cover Sheet (Received Oct 24, 2024 at 9:40pm MDT), Memorandum of Points and Authorities in Support of Petition to Enjoin Arbitrations (Received Oct 24, 2024 at 9:40pm MDT), Declaration of Andrew J Fuchs in Support of Petition to Enjoin Arbitrations; Exhibits 1 to 7 (Received Oct 24, 2024 at 9:40pm MDT), Declaration of Scott Lynch in Support of Petition to Enjoin Arbitrations; Exhibits A to C (Received Oct 24, 2024 at 9:40pm MDT), Notice of Related Cases; Valve's Corporate Disclosure Statement (Received Oct 24, 2024 at 9:40pm MDT), Instructions for Completion of Application for Leave to Appear Pro Hac Vice; Michael W McTigues Jr's Application for Leave to Appear Pro Hac Vice; Electronic Case Filing Agreement (Received Oct 24, 2024 at 9:40pm MDT), Instructions for Completion of Application for Leave to Appear Pro Hac Vice; Meredith C Slawe's Application for Leave to Appear Pro Hav Vice; Electronic Case Filing Agreement (Received Oct 24, 2024 at 9:40pm MDT), Docket Sheet; Summons and Attachments (Received Oct 24, 2024 at 9:40pm MDT) |

**Additional Comments:**
1) Successful Attempt: Oct 26, 2024, 4:07 pm MDT at 497 Adams Street, Montpelier, ID 83254 received by Flint Jacobson. Age: 45; Ethnicity: Caucasian; Gender: Male; Weight: 175; Height: 5'9"; Hair: Brown; Relationship: Father;
a person over the eighteen (18) and residing then therein

I certify (or declare) under penalty of perjury pursuant to the law of the state of Idaho, that the foregoing is true and correct.

_____          10/27/2024
_____

Tamy Holjeson                            **Date**

# PROOF OF SERVICE

| State: | WASHINGTON |
| --- | --- |
| Court: | UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT |
| County: | -- |
| Plaintiff/Petitioner: | VALVE CORPORATION |
| Defendant/Respondent: | ABBRUZZESE, et al. |
| Case Number: | -- |
| Index/Docket Number: | 2:24-cv-01717-LK |

I, ___GARY HANSEN___, declare and says that: I am over the age of 18 years old and not a party to this action, and reside within the boundaries of the state where service was effected,.

I served ___MICHAEL DUFOUR___ *Summons and attachments, Petition to Enjoin Arbitrations with Appendix A, Civil Cover Sheet, Memorandum of Points and Authorities in Support of Petition to Enjoin Arbitrations, Declaration of Andrew J. Fuchs in Support of Petition to Enjoin Arbitration, Exhibits 1 to 7, Declaration of Scott Lynch in Support of Petition to Enjoin Arbitrations, Exhibits A to C, Notice of Related Cases, Valve's Corporate Disclosure Statement, Instructions for Completion of Application for Leave to Appear Pro Hac Vice, Michael W. McTigue Jr.'s Application for Leave to Appear Pro Hac Vice, Electronic Case Filing Agreement, Instructions for Completion of Application for Leave to Appear Pro Hac Vice, Meredith C. Slawe's Application for Leave to Appear Pro Hac Vice, Electronic Case Filing Agreement, and Docket Sheet*

| Date Served: | 10/26/2024 | Name of Person Served: | MICHAEL DUFOUR |
| --- | --- | --- | --- |
| Time Served: | 8:03 AM | Description: | |
| Manner of Service: | PERSONAL | Age | 35 |
| Street Address: | 7321 MIRAMONTE AVE. APT 206 LOS ANGELES, CA 90001 | Hair Color | BLONDE |
| | | Sex | MALE |
| | | Race | WHITE |
| | | Height | 5-8 |
| | | Weight | 200 |
| | | Other notable details or comments | MOVED FROM GIVEN APARTMENT 216 |

I declare under penalty of perjury that this information is true.

Signature of Process Server _____

Date ___10/30/2024___

## AFFIDAVIT OF SERVICE

| Case:<br>2:24-cv-<br>01717-LK | Court:<br>UNITED STATES DISTRICT COURT FOR THE WESTERN<br>DISTRICT OF WASHINGTON | County: | Job:<br>12098071 |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>VALVE CORPORATION | | **Defendant / Respondent:**<br>ABBRUZZESE et al | |
| **Received by:**<br>Integrity Legal Support Services | | **For:**<br>SERVING BY IRVING | |
| **To be served upon:**<br>JOSIAH EREDIA | | | |

I, Trent Mackie, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:**    ERNEST EREDIA- FATHER, 9389 ARENA ROAD, PIÑON HILLS, CA 92372

**Manner of Service:**    Substitute Service - Personal, Oct 26, 2024, 8:20 am PDT

**Documents:**    Summons and attachments, Petition to Enjoin Arbitrations with Appendix A, Civil Cover Sheet, Memorandum of Points and Authorities in Support of Petition to Enjoin Arbitrations, Declaration of Andrew J. Fuchs in Support of Petition to Enjoin Arbitration, Exhibits 1 to 7, Declaration of Scott Lynch in Support of Petition to Enjoin Arbitrations, Exhibits A to C, Notice of Related Cases, Valve's Corporate Disclosure Statement, Instructions for Completion of Application for Leave to Appear Pro Hac Vice, Michael W. McTigue Jr.'s Application for Leave to Appear Pro Hac Vice, Electronic Case Filing Agreement, Instructions for Completion of Application for Leave to Appear Pro Hac Vice, Meredith C. Slawe's Application for Leave to Appear Pro Hac Vice, Electronic Case Filing Agreement, and Docket Sheet

**Additional Comments:**
1) Successful Attempt: Oct 26, 2024, 8:20 am PDT at 9389 ARENA ROAD, PIÑON HILLS, CA 92372 received by ERNEST EREDIA- FATHER.

_____          10/31/2024
                                         _____
Trent Mackie                             Date
San Bernardino #534

Integrity Legal Support Services
2026 N Riverside Ave C-230
Rialto, CA 92377
909-429-1118

**UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON**

**VALVE CORPORATION**
**Plaintiff**

**Case Number: 2:24-CV-01717-LK**

**vs**

**ABBRUZZESE, et al**
**Defendant**

**AFFIDAVIT OF SERVICE**

Now comes, Rodney Getlan the undersigned and does hereby swear and affirm, affiant is a Private Process Server and disinterested Person over the age of eighteen. Affiant is not a party in the above styled cause and has a legal domicile of Phoenix, MD.

I, Rodney Getlan certify that on, **10/26/2024**, at **1:10 PM**, I served a copy of the within *Summons and attachments, Petition to Enjoin Arbitrations with Appendix A, Civil Cover Sheet, Memorandum of Points and Authorities in Support of Petition to Enjoin Arbitrations, Declaration of Andrew J. Fuchs in Support of Petition to Enjoin Arbitration, Exhibits 1 to 7, Declaration of Scott Lynch in Support of Petition to Enjoin Arbitrations, Exhibits A to C, Notice of Related Cases, Valve's Corporate Disclosure Statement, Instructions for Completion of Application for Leave to Appear Pro Hac Vice, Michael W. McTigue Jr.'s Application for Leave to Appear Pro Hac Vice, Electronic Case Filing Agreement, Instructions for Completion of Application for Leave to Appear Pro Hac Vice, Meredith C. Slawe's Application for Leave to Appear Pro Hac Vice, Electronic Case Filing Agreement, and Docket Sheet* **upon the within named** Anthony Galatolo, in the following manner,

**(xx)**    **SUBSTITUTE SERVICE:** Being unable to make Personal Service, a copy was delivered in the following manner, to **Arnando Galatolo,** Relationship: Father  who resides at the usual place of abode of the party named herein.

Said service was effected at the following location: **1711 Brookview Road, Baltimore, MD 21222.**

I, Rodney Getlan describe the individual accepting service **Arnando Galatolo** as follows: **Arnando Galatolo** is a White Male, approximately 62 yrs. old, with Black/Gray hair, approximately 5'7" and weighing 255 lb.

I, Rodney Getlan certify that my statements, contained within the foregoing affidavit are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

_10-28-2024_
*Date*



74710

**Rodney Getlan**
P.O. Box 18647
Washington, DC  20036
202-296-0222
**service@torrilegalservices.com**

**AFFIDAVIT OF SERVICE**

| Court:<br>UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON | | Index<br>Docket No. 2:24-cv-1717 | |
|---|---|---|---|
| Plaintiff / Petitioner:<br>VALVE CORPORATION | | Defendant / Respondent:<br>ABBRUZZESE, et al | |
| | | | |
| To be served upon:<br>Bryce Goens | | | |

I, Daniel Chasse, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Ray Goens , 40171 Corte Flamenco, Murrieta, CA 92562

**Manner of Service:** Substitute Service - Personal, Oct 26, 2024, 4:12 pm PDT

**Documents:** Summons and attachments, Petition to Enjoin Arbitrations with Appendix A, Civil Cover Sheet, Memorandum of Points and Authorities in Support of Petition to Enjoin Arbitrations, Declaration of Andrew J. Fuchs in Support of Petition to Enjoin Arbitration, Exhibits 1 to 7, Declaration of Scott Lynch in Support of Petition to Enjoin Arbitrations, Exhibits A to C, Notice of Related Cases, Valve's Corporate Disclosure Statement, Instructions for Completion of Application for Leave to Appear Pro Hac Vice, Michael W. McTigue Jr.'s Application for Leave to Appear Pro Hac Vice, Electronic Case Filing Agreement, Instructions for Completion of Application for Leave to Appear Pro Hac Vice, Meredith C. Slawe's Application for Leave to Appear Pro Hac Vice, Electronic Case Filing Agreement, and Docket Sheet

**Additional Comments:**
1) Unsuccessful Attempt: Oct 26, 2024, 7:16 am PDT at 40171 Corte Flamenco, Murrieta, CA 92562

2) Successful Attempt: Oct 26, 2024, 4:12 pm PDT at 40171 Corte Flamenco, Murrieta, CA 92562 received by Ray Goens .

Age: 50; Ethnicity: Caucasian; Gender: Male; Weight: 180; Height: 5'6"; Hair: Gray; Eyes: Blue; Relationship: Father.
Bryce is sixteen

I declare under penalty of perjury the foregoing is true and correct.

_____     _____
                                                                 11/02/2024
Daniel Chasse                                   **Date**
SAN DIEGO COUNTY REG. NO. 3653

Blue Moon Legal, Inc.
7040 Avenida Encinas 104
Carlsbad, CA 92011-4652
(619) 800-5303