# RETURN OF SERVICE

**State of WA** **County of Western** **U.S. District Court**

Case Number: 2:24-CV-01717-LK

Plaintiff:
**VALVE CORPORATION**

vs.

Defendant:
**ABBRUZZESE et al.**

For:
Blake Mark-Dias
Corr Cronin LLP
1015 Second Avenue, Floor 10
Seattle, WA 98104-1001

Received by Serving By Irving Inc. on the 29th day of October, 2024 at 12:33 pm to be served on **Julius Roberts, 303 N. Keefer Dr., Wylie, TX 75098.**

I, Carlos Barrera, do hereby affirm that on the **30th day of October, 2024** at **3:50 pm, I:**

**Substitute Service was executed** by delivering a true copy of the **Summons and attachments, Petition to Enjoin Arbitrations with Appendix A, Civil Cover Sheet, Memorandum of Points and Authorities in Support of Petition to Enjoin Arbitrations, Declaration of Andrew J. Fuchs in Support of Petition to Enjoin Arbitration,Exhibits 1 to 7, Declaration of Scott Lynch in Support of Petition to Enjoin Arbitrations, Exhibits A to C, Notice of Related Cases, Valve's Corporate Disclosure Statement, Instructions for Completion of Application for Leave to Appear Pro Hac Vice, Michael W. McTigue Jr.'s Application for Leave to Appear Pro Hac Vice, Electronic Case Filing Agreement, Instructions for Completion of Application for Leave to Appear Pro Hac Vice, Meredith C. Slawe's Application for Leave to Appear Pro Hac Vice, Electronic Case Filing Agreement, and Docket Sheet** with the date of service endorsed thereon by me, to: **Tonya Taylor** as **Sister** at the address of: **303 N. Keefer Dr., Wylie, TX 75098**, the within named person's usual place of **Abode**, who resides therein, who is sixteen (16) years of age or older and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Texas Process Server, in good standing, in the judicial circuit in which the process was served.

**Carlos Barrera**
PSC 5305 Exp 6/30/26

**Serving By Irving Inc.**
**18 East 41st Street, Suite 1600**
**New York, NY 10017**
**(212) 233-3346**

Our Job Serial Number: AHC-2024001494
Ref: 2024001494

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V

# PROOF OF SERVICE

| | |
|---|---|
| **State:** | WASHINGTON |
| **Court:** | UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT |
| **County:** | -- |
| **Plaintiff/ Petitioner:** | VALVE CORPORATION |
| **Defendant/ Respondent:** | ABBRUZZESE, et al. |
| **Case Number:** | -- |
| **Index/Docket Number:** | 2:24-cv-01717-LK |

I, **Lorenzo Kenerson**, declare and says that: I am over the age of 18 years old and not a party to this action, and reside within the boundaries of the state where service was effected,.

I served Ethan Rodabaugh ***Summons and attachments, Petition to Enjoin Arbitrations with Appendix A, Civil Cover Sheet, Memorandum of Points and Authorities in Support of Petition to Enjoin Arbitrations, Declaration of Andrew J. Fuchs in Support of Petition to Enjoin Arbitration, Exhibits 1 to 7, Declaration of Scott Lynch in Support of Petition to Enjoin Arbitrations, Exhibits A to C, Notice of Related Cases, Valve's Corporate Disclosure Statement, Instructions for Completion of Application for Leave to Appear Pro Hac Vice, Michael W. McTigue Jr.'s Application for Leave to Appear Pro Hac Vice, Electronic Case Filing Agreement, Instructions for Completion of Application for Leave to Appear Pro Hac Vice, Meredith C. Slawe's Application for Leave to Appear Pro Hac Vice, Electronic Case Filing Agreement, and Docket Sheet***

| | |
|---|---|
| **Date Served:** | 10/30/2024 |
| **Time Served:** | 6:53 PM |
| **Manner of Service:** | Co-Resident |
| **Street Address:** | 1482 Pine Road, Marietta, GA 30062 |

| | |
|---|---|
| **Name of Person Served:** | Leanne Rodabaugh |
| **Description:** | |
| Age | 36-50 Yrs. |
| Hair Color | Brown |
| Sex | Female |
| Race | White |
| Height | 5'4"-5'8" |
| Weight | 161-200 Lbs. |
| Other notable details or comments | |

I declare under penalty of perjury that this information is true.

Signature of Process Server ____________

Date 11/8/24

## AFFIDAVIT OF SERVICE

| Case: 2:24-cv-01717-LK | Court: UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON | County: | Job: 12060639 |
|---|---|---|---|
| Plaintiff / Petitioner: VALVE CORPORATION | | Defendant / Respondent: ABBRUZZESE ET AL. | |
| Received by: Serving By Irving Inc. | | For: | |
| To be served upon: Mark Schaefer | | | |

I, Lucinda Carrasquillo, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Mark Schaefer, Delivered a copy to him/her personally, at his/her place of abode HOME: 730 MILL STREET APT F18, BELLEVILLE, NJ 07109

**Manner of Service:** Personal/Individual, Oct 30, 2024, 8:21 pm EDT

**Documents:** Summons and attachments, Petition to Enjoin Arbitrations with Appendix A, Civil Cover Sheet, Memorandum of Points and Authorities in Support of Petition to Enjoin Arbitrations, Declaration of Andrew J. Fuchs in Support of Petition to Enjoin Arbitration, Exhibits 1 to 7, Declaration of Scott Lynch in Support of Petition to Enjoin Arbitrations, Exhibits A to C, Notice of Related Cases, Valve's Corporate Disclosure Statement, Instructions for Completion of Application for Leave to Appear Pro Hac Vice, Michael W. McTigue Jr.'s Application for Leave to Appear Pro Hac Vice, Electronic Case Filing Agreement, Instructions for Completion of Application for Leave to Appear Pro Hac Vice, Meredith C. Slawe's Application for Leave to Appear Pro Hac Vice, Electronic Case Filing Agreement, and Docket Sheet

**Additional Comments:**

1) Unsuccessful Attempt: Oct 29, 2024, 11:46 am EDT at HOME: 730 MILL STREET APT F18, BELLEVILLE, NJ 07109
No answer, dog barking and TV is on.

2) Successful Attempt: Oct 30, 2024, 8:21 pm EDT at HOME: 730 MILL STREET APT F18, BELLEVILLE, NJ 07109 received by Mark Schaefer, Delivered a copy to him/her personally, at his/her place of abode. Age: 35; Ethnicity: Caucasian; Gender: Male; Weight: 165; Height: 5'9"; Hair: Black;

[signature] 11/06/2024

Lucinda Carrasquillo — Date

Serving By Irving Inc.

*Subscribed and sworn to before me by the affiant who is personally known to me.*

[signature]

Notary Public

Nov. 6, 2024 — June 8, 2028

Date — Commission Expires

ALEXANDRA N TRUJILLO
My Commission Expires 06-08-2028
NOTARY PUBLIC
Comm. # 50210822
STATE OF NEW JERSEY

# PROOF OF SERVICE

| | |
|---|---|
| **State:** | WASHINGTON |
| **Court:** | UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT |
| **County:** | -- |
| **Plaintiff/ Petitioner:** | VALVE CORPORATION |
| **Defendant/ Respondent:** | ABBRUZZESE, et al. |
| **Case Number:** | -- |
| **Index/Docket Number:** | 2:24-cv-01717-LK |

I, Greg Olinger, declare and says that: I am over the age of 18 years old and not a party to this action, and reside within the boundaries of the state where service was effected,.

I served Alexander Schlosser *Summons and attachments, Petition to Enjoin Arbitrations with Appendix A, Civil Cover Sheet, Memorandum of Points and Authorities in Support of Petition to Enjoin Arbitrations, Declaration of Andrew J. Fuchs in Support of Petition to Enjoin Arbitration, Exhibits 1 to 7, Declaration of Scott Lynch in Support of Petition to Enjoin Arbitrations, Exhibits A to C, Notice of Related Cases, Valve's Corporate Disclosure Statement, Instructions for Completion of Application for Leave to Appear Pro Hac Vice, Michael W. McTigue Jr.'s Application for Leave to Appear Pro Hac Vice, Electronic Case Filing Agreement, Instructions for Completion of Application for Leave to Appear Pro Hac Vice, Meredith C. Slawe's Application for Leave to Appear Pro Hac Vice, Electronic Case Filing Agreement, and Docket Sheet*

| | |
|---|---|
| **Date Served:** | 10-30-24 |
| **Time Served:** | 1:57 PM |
| **Manner of Service:** | Personal |
| **Street Address:** | 1026 Pritchard Mesa Court Grand Junction, CO 81505 |

| | |
|---|---|
| **Name of Person Served:** | Alexander Scchlosser |
| **Description:** | |
| Age | 25 |
| Hair Color | Black |
| Sex | Male |
| Race | Caucasian |
| Height | 5'11" |
| Weight | 190 |
| Other notable details or comments | He had a beard. |

I declare under penalty of perjury that this information is true.

Signature of Process Server ______________________ Date 10-31-24

# PROOF OF SERVICE

| | |
|---|---|
| **State:** | WASHINGTON |
| **Court:** | UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT |
| **County:** | -- |
| **Plaintiff/ Petitioner:** | VALVE CORPORATION |
| **Defendant/ Respondent:** | ABBRUZZESE, et al. |
| **Case Number:** | -- |
| **Index/Docket Number:** | 2:24-cv-01717-LK |

I, **Michael Rivers**, declare and says that: I am over the age of 18 years old and not a party to this action, and reside within the boundaries of the state where service was effected,.

I served Zachary Smith ***Summons and attachments, Petition to Enjoin Arbitrations with Appendix A, Civil Cover Sheet, Memorandum of Points and Authorities in Support of Petition to Enjoin Arbitrations, Declaration of Andrew J. Fuchs in Support of Petition to Enjoin Arbitration, Exhibits 1 to 7, Declaration of Scott Lynch in Support of Petition to Enjoin Arbitrations, Exhibits A to C, Notice of Related Cases, Valve's Corporate Disclosure Statement, Instructions for Completion of Application for Leave to Appear Pro Hac Vice, Michael W. McTigue Jr.'s Application for Leave to Appear Pro Hac Vice, Electronic Case Filing Agreement, Instructions for Completion of Application for Leave to Appear Pro Hac Vice, Meredith C. Slawe's Application for Leave to Appear Pro Hac Vice, Electronic Case Filing Agreement, and Docket Sheet***

| | |
|---|---|
| **Date Served:** | 10/30/2024 |
| **Time Served:** | 8:10 PM |
| **Manner of Service:** | Personal |
| **Street Address:** | 102 Estoria Street, Atlanta, GA 30316 |

| | |
|---|---|
| **Name of Person Served:** | Zachary Smith |
| **Description:** | |
| Age | 22-35 Yrs. |
| Hair Color | Brown |
| Sex | Male |
| Race | White |
| Height | Over 6'0" |
| Weight | Over 200 Lbs. |
| Other notable details or comments | |

I declare under penalty of perjury that this information is true.

Signature of Process Server [signature]

Date 11/8/24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| VALVE CORPORATION<br><br>vs *Plaintiff*<br><br>ABBRUZZESE, et al<br><br>*Defendant* | CIVIL ACTION NO.: 2:24-CV -01717-LK |

# PROOF OF SERVICE

I am not a party herein, am over 18 years of age and reside in the state of Michigan,

That on **10/30/2024** at **3:37 PM** at **2045 East South Street, Jackson, MI 49203**

I served a(n) **Summons in a Civil Action, Petition to Enjoin Arbitrations with Appendix A, Civil Cover Sheet, Memorandum of Points and Authorities in Support of Petition to Enjoin Arbitrations Oral Argument Requested, Declaration of Andrew J. Fuchs in Support of Petition to Enjoin Arbitration with Exhibits 1-7, Declaration of Scott Lynch in Support of Petition to Enjoin Arbitrations with Exhibits A-C, Notice of Related Cases, Valve's Corporate Disclosure Statement, Instructions for Completion of Application of Attorney Michael W. McTigue Jr. for Leave to Appear Pro Hac Vice for Petitioner Valve Corporation, Michael W. McTigue Jr.' Application for Leave to Appear Pro Hac Vice, Electronic Case Filing Agreement, Instruction for Completion of Application of Attorney Meredith C. Slawe for Leave to Appear Pro Hac Vice for Petitioner Valve Corporation, Meredith C. Slawe's Application for Leave to Appear Pro Hac Vice, Electronic Case Filing Agreement, Docket Sheet**

on **Decker Spencer** ,

by delivering a true copy to said defendant personally;

I knew the person so served to be the person described as said defendant therein.

Description of Person Served:
Gender : Male
Skin : Caucasian
Hair : Brown
Age : 22 - 35 Yrs.
Height : 5' 9" - 6' 0"
Weight :121-150 Lbs.
Other :

MILITARY SERVICE: At the time of service defendant was asked whether he/she was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

I declare under penalty of perjury that the forgoing is true and correct.

Date: 11/14/2024

Jeremy Christensen

# RETURN OF SERVICE

**State of WA** **County of Western** **U.S. District Court**

Case Number: 2:24-CV-01717-LK

Plaintiff:
**VALVE CORPORATION**

vs.

Defendant:
**ABBRUZZESE et al.**

For:
Blake Mark-Dias
Corr Cronin LLP
1015 Second Avenue, Floor 10
Seattle, WA 98104-1001

Received by Serving By Irving Inc. on the 29th day of October, 2024 at 12:33 pm to be served on **Patrick Squire, 3008 Emerald Dr., Mesquite, TX 75150.**

I, Carlos Barrera, do hereby affirm that on the **30th day of October, 2024** at **4:30 pm, I:**

**Substitute Service was executed** by delivering a true copy of the **Summons and attachments, Petition to Enjoin Arbitrations with Appendix A, Civil Cover Sheet, Memorandum of Points and Authorities in Support of Petition to Enjoin Arbitrations, Declaration of Andrew J. Fuchs in Support of Petition to Enjoin Arbitration, Exhibits 1 to 7, Declaration of Scott Lynch in Support of Petition to Enjoin Arbitrations, Exhibits A to C, Notice of Related Cases, Valve's Corporate Disclosure Statement, Instructions for Completion of Application for Leave to Appear Pro Hac Vice, Michael W. McTigue Jr.'s Application for Leave to Appear Pro Hac Vice, Electronic Case Filing Agreement, Instructions for Completion of Application for Leave to Appear Pro Hac Vice, Meredith C. Slawe's Application for Leave to Appear Pro Hac Vice, Electronic Case Filing Agreement, and Docket Sheet** with the date of service endorsed thereon by me, to: **Shannon Kelsey** as **Co-Resident** at the address of: **3008 Emerald Dr., Mesquite, TX 75150**, the within named person's usual place of **Abode**, who resides therein, who is sixteen (16) years of age or older and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Texas Process Server, in good standing, in the judicial circuit in which the process was served.

**Carlos Barrera**
PSC 5305 Exp 6/30/26

**Serving By Irving Inc.**
**18 East 41st Street, Suite 1600**
**New York, NY 10017**
**(212) 233-3346**

Our Job Serial Number: AHC-2024001496
Ref: 2024001496

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V

# UNITED STATES DISTRICT COURT

**UNITED STATES DISTRICT COURT for the**
**WESTERN DISTRICT of WASHINGTON (Seattle)**

---

**VALVE CORPORATION**
Petitioner.

vs.

**ABBRUZZESE et. al.**
Respondents

Civil Docket for Case No. 2:24-cv-01717-LK
Affidavit of service

---

STATE OF WISCONSIN
WAUKESHA COUNTY

Tim Petersdorff swears as follows:

1. I am an adult resident of the State of Wisconsin and not a party to this action.

2. On the 29th day of October, 2024 at 6:04 o'clock, in the p.m. at W180n6368 Marcy Rd., in the City of Menomonee Falls, County of Waukesha, State of Wisconsin, I did attempt to serve the Summons and attachments, Petition to Enjoin Arbitrations with Appendix A, Civil Cover Sheet, Memorandum of Points and Authorities in Support of Petition to Enjoin Arbitrations, Declaration of Andrew J. Fuchs in Support of Petition to Enjoin Arbitration, Exhibits 1 to 7, Declaration of Scott Lynch in Support of Petition to Enjoin Arbitrations, Exhibits A to C, Notice of Related Cases, Valve's Corporate Disclosure Statement, Instructions for Completion of Application for Leave to Appear Pro Hac Vice, Michael W. McTigue Jr.'s Application for Leave to Appear Pro Hac Vice, Electronic Case Filing Agreement, Instructions for Completion of Application for Leave to Appear Pro Hac Vice, Meredith C. Slawe's Application for Leave to Appear Pro Hac Vice, Electronic Case Filing Agreement, and Docket Sheet in the above-entitled action the Respondent, that is Matthew Stengel however there was no answer at this address.

3. On the 30th day of October, 2024 at 1:31 o'clock, in the p.m. at W180n6368 Marcy Rd., in the City of Menomonee Falls, County of Waukesha, State of Wisconsin, I did attempt to serve the Summons and attachments, Petition to Enjoin Arbitrations with Appendix A, Civil Cover Sheet, Memorandum of Points and Authorities in Support of Petition to Enjoin Arbitrations, Declaration of Andrew J. Fuchs in Support of Petition to Enjoin Arbitration, Exhibits 1 to 7, Declaration of Scott Lynch in Support of Petition to Enjoin Arbitrations, Exhibits A to C, Notice of Related Cases, Valve's Corporate Disclosure Statement, Instructions for Completion of Application for Leave to Appear Pro Hac Vice, Michael W. McTigue

Jr.'s Application for Leave to Appear Pro Hac Vice, Electronic Case Filing Agreement, Instructions for Completion of Application for Leave to Appear Pro Hac Vice, Meredith C. Slawe's Application for Leave to Appear Pro Hac Vice, Electronic Case Filing Agreement, and Docket Sheet in the above-entitled action personally on the Respondent, that is Matthew Stengel by leaving a true and authenticated copy with him personally at this address.

Tim Petersdorff

Signed and sworn to before me this 31st
day of October, 2024.

Notary Public, State of Wisconsin
My commission 11-7-27

CATHY SOPPA
NOTARY PUBLIC
STATE OF WISCONSIN

# PROOF OF SERVICE

| | |
|---|---|
| **State:** | WASHINGTON |
| **Court:** | UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT |
| **County:** | -- |
| **Plaintiff/ Petitioner:** | VALVE CORPORATION |
| **Defendant/ Respondent:** | ABBRUZZESE, et al. |
| **Case Number:** | -- |
| **Index/Docket Number:** | 2:24-cv-01717-LK |

I, Christopher Barnes declare and says that: I am over the age of 18 years old and not a party to this action, and reside within the boundaries of the state where service was effected,.

I served Matthew Sweeney *Summons and attachments, Petition to Enjoin Arbitrations with Appendix A, Civil Cover Sheet, Memorandum of Points and Authorities in Support of Petition to Enjoin Arbitrations, Declaration of Andrew J. Fuchs in Support of Petition to Enjoin Arbitration, Exhibits 1 to 7, Declaration of Scott Lynch in Support of Petition to Enjoin Arbitrations, Exhibits A to C, Notice of Related Cases, Valve's Corporate Disclosure Statement, Instructions for Completion of Application for Leave to Appear Pro Hac Vice, Michael W. McTigue Jr.'s Application for Leave to Appear Pro Hac Vice, Electronic Case Filing Agreement, Instructions for Completion of Application for Leave to Appear Pro Hac Vice, Meredith C. Slawe's Application for Leave to Appear Pro Hac Vice, Electronic Case Filing Agreement, and Docket Sheet*

| | |
|---|---|
| **Date Served:** | 10/30/2024 |
| **Time Served:** | 4:25 pm |
| **Manner of Service:** | Personal |
| **Street Address:** | 102 Savannah Ridge CT Angier, NC 27501 |

| | |
|---|---|
| **Name of Person Served:** | Matthew Sweeney |
| **Description:** | |
| Age | 30's – 40's |
| Hair Color | Blond |
| Sex | Male |
| Race | white / caucasian |
| Height | 5'8 – 5'11 |
| Weight | 190 |
| Other notable details or comments | Defendant was in his garage. Garage was open. He accepted documents |

I declare under penalty of perjury that this information is true.

Signature of Process Server [signature]

Date 10 – 31 – 2024

# AFFIDAVIT OF SERVICE

| Case: 2:24-CV-1717 | Court: UNITED STATES DISTRICT | County: WESTERN DISTRICT OF WASHINGTON, SE | Job: 12090029 |
|---|---|---|---|
| **Plaintiff / Petitioner:** VALVE CORPORATION | | **Defendant / Respondent:** CHRISTOPHER VEIGA; ISAIAH TAYLOR; ELIJAH MONROE; ANDREW ROSSON; MITCHELL PAPENDORF; DEVON MUSTO; JOSHUA ROBERTS; STEVEN JENNETT; DAVID RICHEY; RAY MILLER; CALEB THERIOT | |
| **Received by:** JUSTIN CASE PROCESS AND INVESTIGATIONS | | **For:** SERVING BY IRVING | |
| **To be served upon:** ISAIAH TAYLOR | | | |

I, RICKY COOPER, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** ISAIAH TAYLOR, 3602 Sussex Court, Old Hickory, TN 37138

**Manner of Service:** Personal/Individual, Oct 30, 2024, 1:36 pm CDT

**Documents:** Summons and attachments, Petition to Enjoin Arbitrations with Appendix A, Civil Cover Sheet, Memorandum of Points and Authorities in Support of Petition to Enjoin Arbitrations, Declaration of Andrew J. Fuchs in Support of Petition to Enjoin Arbitration, Exhibits 1 to 7, Declaration of Scott Lynch in Support of Petition to Enjoin Arbitrations, Exhibits A to C, Notice of Related Cases, Valve's Corporate Disclosure Statement, Instructions for Completion of Application for Leave to Appear Pro Hac Vice, Michael W. McTigue Jr.'s Application for Leave to Appear Pro Hac Vice, Electronic Case Filing Agreement, Instructions for Completion of Application for Leave to Appear Pro Hac Vice, Meredith C. Slawe's Application for Leave to Appear Pro Hac Vice, Electronic Case Filing Agreement, and Docket Sheet (Received Oct 29, 2024 at 12:00am CDT)

**Additional Comments:**
1) Successful Attempt: Oct 30, 2024, 1:36 pm CDT at 3602 Sussex Court, Old Hickory, TN 37138 received by ISAIAH TAYLOR. Age: 30; Ethnicity: Caucasian; Gender: Male; Weight: 160; Height: 5'7"; Hair: Brown; Other: HE HAS A BEARD. IT TOOK HIM A FEW MINUTES TO GET TO THE DOOR, BECAUSE HE SAID HE WORKED LAST NIGHT.;
HAND DELIVERED AND PERSONALLY SERVED ISAIAH TAYLOR, BY PLACING IN HIS HAND.

Ricky Cooper 11/20/2024

RICKY COOPER **Date**

JUSTIN CASE PROCESS AND INVESTIGATIONS
2817 W End Ave SUITE 126-472
Nashville, TN 37203

# Affidavit of Service

Received by Barr & Associates on the 29th day of October, 2024, a sealed packet for delivery to Patrick Titterness at 3349 State Route 75, Huntington, West Virginia. The contents of the package were a Summons and attachments, Petition to Enjoin Arbitrations with Appendix A, Civil Cover Sheet, Memorandum of Points and Authorities in Support of Petition to Enjoin Arbitrations, Declaration of Andrew J. Fuchs in Support of Petition to Enjoin Arbitration, Exhibits 1 to 7, Declaration of Scott Lynch in Support of Petition to Enjoin Arbitrations, Exhibits A to C, Notice of Related Cases, Valve's Corporate Disclosure Statement, Instructions for Completion of Application for Leave to Appear Pro Hac Vice, Michael W. McTigue Jr.'s Application for Leave to Appear Pro Hac Vice, Electronic Case Filing Agreement, Instructions for Completion of Application for Leave to Appear Pro Hac Vice, Meredith C. Slawe's Application for Leave to Appear Pro Hac Vice, Electronic Case Filing Agreement, and Docket Sheet

I, Robert Grant, state that on October 30, 2024 at 1:24 pm, the packet was delivered to the given address where they were accepted by Sara Titterness, wife of Patrick Titterness. Ms. Titterness is a white female, approximately 45 years of age, standing 5'6" with brown hair and weighing approximately 160 pounds.

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server, in good standing, in the judicial circuit in which the process was served.

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
Theresa B. Grant
10 Kensington Lane
Huntington WV 25705
My Commission Expires February 16, 2026

Subscribed and Sworn to before me
On 30th day of October, 2024, by the
Affiant who is personally known to me.

Theresa B Grant

Notary Public

Robert Grant

Robert Grant
Process Server

Barr & Associates
10 Kensington Lane
Huntington, WV 25705
(304) 638-0798
acting on behalf of
Gabriela Galindo
Serving By Irving Inc.
18 East 41st Street, Suite 1600
New York, NY 10017

## AFFIDAVIT OF SERVICE

| Case: 2:24-cv-01717-LK | Court: UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON | County: | Job: 12056831 |
|---|---|---|---|
| **Plaintiff / Petitioner:** VALVE CORPORATION | | **Defendant / Respondent:** ABBRUZZESE ET AL. | |
| **For:** SERVING BY IRVING, INC. | | **Received by:** DEWSNAP & ASSOCIATES LLC | |
| **To be served upon:** JEFFREY TRODDEN | | | |

I, BRAD MEHRING, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** JEFFREY TRODDEN, 72 HILLSIDE ROAD APT. 1 , SOUTHBRIDGE, MA 01550

**Manner of Service:** Personal/Individual, Oct 30, 2024, 1:54 pm EDT

**Documents:** Document 1: Petition to Enjoin Arbitrations with Appendix A; Civil Cover Sheet; Document 2: Memorandum of Points and Authorities in Support of Petition to Enjoin Arbitrations; Document 3: Declaration of Andrew J. Fuchs in Support of Petition to Enjoin Arbitrations; Exhibits 1 to 7; Document 4: Declaration of Scott Lynch in Support of Petition to Enjoin Arbitrations; Exhibits A to C; Document 5: Notice of Related Cases; Document 6: Valve's Corporate Disclosure Statement; Document 7: Instructions for Completion of Application for Leave to Appear Pro Hac Vice; Michael W. McTigue Jr.'s Application for Leave to Appear Pro Hac Vice; Electronic Case Filing Agreement; Document 8: Instructions for Completion of Application for Leave to Appear Pro Hac Vice; Meredith C. Slawe's Application for Leave to Appear Pro Hac Vice; Electronic Case Filing Agreement; Document 9: Summons and attachments; and Document 10: Docket Sheet.

**Additional Comments:**
Unsuccessful Attempt: Oct 25, 2024, 3:06 pm EDT at 72 HILLSIDE ROAD APT. 1 , SOUTHBRIDGE, MA 01550
Please note that there was no response at door. Unable to serve.

Unsuccessful Attempt: Oct 29, 2024, 1:26 pm EDT at 72 HILLSIDE ROAD APT. 1 , SOUTHBRIDGE, MA 01550
Please note that there was no response at door. Unable to serve.

Successful Attempt: Oct 30, 2024, 1:54 pm EDT at 72 HILLSIDE ROAD APT. 1 , SOUTHBRIDGE, MA 01550 received by JEFFREY TRODDEN. Age: 60s; Ethnicity: Caucasian; Gender: Male; Weight: 180; Height: 5'9"; Hair: Gray;

Brad Mehring 10/30/2024

BRAD MEHRING **Date**
Process Server and Disinterested Person

DEWSNAP & ASSOCIATES LLC
92 State Street 8th Floor
Boston, MA 02109
617-367-1070

# PROOF OF SERVICE

| | |
|---|---|
| **State:** | WASHINGTON |
| **Court:** | UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT |
| **County:** | -- |
| **Plaintiff/ Petitioner:** | VALVE CORPORATION |
| **Defendant/ Respondent:** | ABBRUZZESE, et al. |
| **Case Number:** | -- |
| **Index/Docket Number:** | 2:24-cv-01717-LK |

I, Tim Ault, declare and says that: I am over the age of 18 years old and not a party to this action, and reside within the boundaries of the state where service was effected,.

I served Kevin Viloria *Summons and attachments, Petition to Enjoin Arbitrations with Appendix A, Civil Cover Sheet, Memorandum of Points and Authorities in Support of Petition to Enjoin Arbitrations, Declaration of Andrew J. Fuchs in Support of Petition to Enjoin Arbitration, Exhibits 1 to 7, Declaration of Scott Lynch in Support of Petition to Enjoin Arbitrations, Exhibits A to C, Notice of Related Cases, Valve's Corporate Disclosure Statement, Instructions for Completion of Application for Leave to Appear Pro Hac Vice, Michael W. McTigue Jr.'s Application for Leave to Appear Pro Hac Vice, Electronic Case Filing Agreement, Instructions for Completion of Application for Leave to Appear Pro Hac Vice, Meredith C. Slawe's Application for Leave to Appear Pro Hac Vice, Electronic Case Filing Agreement, and Docket Sheet*

| | |
|---|---|
| **Date Served:** | 10/30/2024 |
| **Time Served:** | 08:49 PM |
| **Manner of Service:** | Personal Service |
| **Street Address:** | 50 Austin Ave, Apt 532<br>Hayward, CA 94544 |

| | |
|---|---|
| **Name of Person Served:** | Kevin Viloria |
| **Description:** | |
| Age | 20 |
| Hair Color | Blonde (dyed) |
| Sex | Male |
| Race | Asian |
| Height | 5'3" |
| Weight | 130 |
| Other notable details or comments | Glasses |

I declare under penalty of perjury that this information is true.

Signature of Process Server [signature]

Tim Ault, Reg County: Alameda, Reg No: 924

Date 11-2-2024

# AFFIDAVIT OF SERVICE

| Case: 2:24-cv-01717-LK | Court: UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON | County: | Job: 12060660 |
|---|---|---|---|
| Plaintiff / Petitioner: VALVE CORPORATION | | Defendant / Respondent: ABBRUZZESE ET AL. | |
| Received by: Serving By Irving Inc. | | For: | |
| To be served upon: Lance Vicente | | | |

I, Lucinda Carrasquillo, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Lance Vincente, Delivered a copy to him/her personally, at his/her place of abode HOME: 94 NORTH SPRING GARDEN AVENUE, NUTLEY, NJ 07110

**Manner of Service:** Personal/Individual, Oct 30, 2024, 8:39 pm EDT

**Documents:** Summons and attachments, Petition to Enjoin Arbitrations with Appendix A, Civil Cover Sheet, Memorandum of Points and Authorities in Support of Petition to Enjoin Arbitrations, Declaration of Andrew J. Fuchs in Support of Petition to Enjoin Arbitration, Exhibits 1 to 7, Declaration of Scott Lynch in Support of Petition to Enjoin Arbitrations, Exhibits A to C, Notice of Related Cases, Valve's Corporate Disclosure Statement, Instructions for Completion of Application for Leave to Appear Pro Hac Vice, Michael W. McTigue Jr.'s Application for Leave to Appear Pro Hac Vice, Electronic Case Filing Agreement, Instructions for Completion of Application for Leave to Appear Pro Hac Vice, Meredith C. Slawe's Application for Leave to Appear Pro Hac Vice, Electronic Case Filing Agreement, and Docket Sheet

**Additional Comments:**
1) Unsuccessful Attempt: Oct 29, 2024, 11:26 am EDT at HOME: 94 NORTH SPRING GARDEN AVENUE, NUTLEY, NJ 07110
No answer, no movement and no car in driveway. No visible mailbox

2) Successful Attempt: Oct 30, 2024, 8:39 pm EDT at HOME: 94 NORTH SPRING GARDEN AVENUE, NUTLEY, NJ 07110 received by Lance Vincente, Delivered a copy to him/her personally, at his/her place of abode. Age: 40; Ethnicity: Caucasian; Gender: Male; Weight: 140; Height: 6'0"; Hair: Black;

11/06/2024

Lucinda Carrasquillo — Date

Serving By Irving Inc.

*Subscribed and sworn to before me by the affiant who is personally known to me.*

Notary Public

Nov. 6, 2024 — June 8, 2028

Date — Commission Expires

ALEXANDRA N TRUJILLO
My Commission Expires 06-08-2028
NOTARY PUBLIC
Comm. # 50210822
STATE OF NEW JERSEY

# AFFIDAVIT OF SERVICE

**IN THE DISTRICT COURT OF THE STATE OF WASHINGTON**
**IN AND FOR THE COUNTY OF**

Case Number: 2:24-CV-01717

Plaintiff: **Valve Corporation**
vs.
Defendant: **Abbruzzese, Et Al**

SSJ2024007433

Service Documents:
*Summons and attachments*, Petition to Enjoin Arbitrations with Appendix A, Civil Cover Sheet, Memorandum of Points and Authorities in Support of Petition to Enjoin Arbitrations, Declaration of Andrew J. Fuchs in Support of Petition to Enjoin Arbitration, Exhibits 1 to 7, Declaration of Scott Lynch in Support of Petition to Enjoin Arbitrations, Exhibits A to C, Notice of Related Cases, Valve's Corporate Disclosure Statement, Instructions for Completion of Application for Leave to Appear Pro Hac Vice, Michael W. McTigue Jr.'s Application for Leave to Appear Pro Hac Vice, Electronic Case Filing Agreement, Instructions for Completion of Application for Leave to Appear Pro Hac Vice, Meredith C. Slawe's Application for Leave to Appear Pro Hac Vice, Electronic Case Filing Agreement, and Docket Sheet

For:
Corr Cronin, LLP

Received by Serving By Irving, Inc. on the 28th day of October, 2024 at 2:00 pm to be served on **Dominique Ward, 5291 Collins Rd. Lot #128, Jacksonville, FL 32244**.

I, Sandra S. Nordin, being duly sworn, depose and say that on the **30th day of October, 2024** at **10:50 am, I:**

**INDIVIDUALLY/PERSONALLY FS 48.031 (1)(a):** Served by delivering a true copy of the **Summons and attachments, Petition to Enjoin Arbitrations with Appendix A, Civil Cover Sheet, Memorandum of Points and Authorities in Support of Petition to Enjoin Arbitrations, Declaration of Andrew J. Fuchs in Support of Petition to Enjoin Arbitration, Exhibits 1 to 7, Declaration of Scott Lynch in Support of Petition to Enjoin Arbitrations, Exhibits A to C, Notice of Related Cases, Valve's Corporate Disclosure Statement, Instructions for Completion of Application for Leave to Appear Pro Hac Vice, Michael W. McTigue Jr.'s Application for Leave to Appear Pro Hac Vice, Electronic Case Filing Agreement, Instructions for Completion of Application for Leave to Appear Pro Hac Vice, Meredith C. Slawe's Application for Leave to Appear Pro Hac Vice, Electronic Case Filing Agreement, and Docket Sheet** with the date and hour of service endorsed thereon by me to **Dominique Ward,** at the individual's place of abode at **5291 Collins Rd. Lot #128, Jacksonville, FL 32244** and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 40, Sex: F, Race/Skin Color: White, Height: 5', Weight: 120, Hair: Black, Glasses: N

# AFFIDAVIT OF SERVICE For 2:24-CV-01717

I certify that I am over the age of 18, have no interest in the above action, and am a Special Process Server, in good standing, in the judicial circuit in which the process was served. Under the penalty of perjury, I declare that I have read the foregoing return of service and that the facts in it are true. Notary not required pursuant to F.S. 92.525(2)

Sworn to or affirmed and signed before me by means of physical presence on the 31st day of October, 2024 by the affiant who is personally known to me.

NOTARY PUBLIC

CATHERINE DRIVER
Notary Public-State of Florida
Commission # HH 375301
My Commission Expires
March 31, 2027

**Sandra S. Nordin**
#1176

**Serving By Irving, Inc.**
**18 East 41 Street, Ste 1600**
**New York, NY 10017**
**(212) 233-3346**

Our Job Serial Number: SSJ-2024007433

# AFFIDAVIT OF SERVICE

| Case:<br>2:24-cv-01717-LK | Court:<br>UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON | County: | Job:<br>12060677 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>VALVE CORPORATION | | Defendant / Respondent:<br>ABBRUZZESE ET AL. | |
| Received by:<br>Serving By Irving Inc. | | For: | |
| *To be served upon:*<br>Robert Woolf | | | |

I, John Auriemma, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Robert Woolf, Delivered a copy to him/her personally, at his/her place of abode HOME: 49 NORTH INDIAN VALLEY COURT, LITTLE EGG HARBOR TOWNSHIP, NJ 08087

**Manner of Service:** Personal/Individual, Oct 30, 2024, 7:14 pm EDT

**Documents:** Summons and attachments, Petition to Enjoin Arbitrations with Appendix A, Civil Cover Sheet, Memorandum of Points and Authorities in Support of Petition to Enjoin Arbitrations, Declaration of Andrew J. Fuchs in Support of Petition to Enjoin Arbitration, Exhibits 1 to 7, Declaration of Scott Lynch in Support of Petition to Enjoin Arbitrations, Exhibits A to C, Notice of Related Cases, Valve's Corporate Disclosure Statement, Instructions for Completion of Application for Leave to Appear Pro Hac Vice, Michael W. McTigue Jr.'s Application for Leave to Appear Pro Hac Vice, Electronic Case Filing Agreement, Instructions for Completion of Application for Leave to Appear Pro Hac Vice, Meredith C. Slawe's Application for Leave to Appear Pro Hac Vice, Electronic Case Filing Agreement, and Docket Sheet

**Additional Comments:**
1) Successful Attempt: Oct 30, 2024, 7:14 pm EDT at HOME: 49 NORTH INDIAN VALLEY COURT, LITTLE EGG HARBOR TOWNSHIP, NJ 08087 received by Robert Woolf, Delivered a copy to him/her personally, at his/her place of abode. Age: 35; Ethnicity: Caucasian; Gender: Male; Weight: 145; Height: 5'10"; Hair: Black; Eyes: Brown; Other: This is a blue duplex ;

[signature] 11-5-2024

John Auriemma Date

Serving By Irving Inc.

*Subscribed and sworn to before me by the affiant who is personally known to me.*

[signature]

Notary Public

11-5-2024

Date Commission Expires

**Dawn Rodriguez**
**Notary Public**
**New Jersey**
**My commision expires 7-22-2028**
**No. 2436529**

# AFFIDAVIT OF SERVICE

| | |
|---|---|
| **Court:**<br>UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON | **Index**<br>Docket No. 2:24-cv-1717 |
| **Plaintiff / Petitioner:**<br>VALVE CORPORATION | **Defendant / Respondent:**<br>ABBRUZZESE, et al |
| | |
| **To be served upon:**<br>Johnathan Yi | |

I, Daniel Chasse, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Jennifer Yi, 12488 Heatherton Court apt: 51, San Diego, CA 92128

**Manner of Service:** Substitute Service - Personal, Oct 30, 2024, 7:53 pm PDT

**Documents:** Summons and attachments, Petition to Enjoin Arbitrations with Appendix A, Civil Cover Sheet, Memorandum of Points and Authorities in Support of Petition to Enjoin Arbitrations, Declaration of Andrew J. Fuchs in Support of Petition to Enjoin Arbitration, Exhibits 1 to 7, Declaration of Scott Lynch in Support of Petition to Enjoin Arbitrations, Exhibits A to C, Notice of Related Cases, Valve's Corporate Disclosure Statement, Instructions for Completion of Application for Leave to Appear Pro Hac Vice, Michael W. McTigue Jr.'s Application for Leave to Appear Pro Hac Vice, Electronic Case Filing Agreement, Instructions for Completion of Application for Leave to Appear Pro Hac Vice, Meredith C. Slawe's Application for Leave to Appear Pro Hac Vice, Electronic Case Filing Agreement, and Docket Sheet

**Additional Comments:**
1) Unsuccessful Attempt: Oct 25, 2024, 1:50 pm PDT at 3887 Pell Place, San Diego, CA 92130
Going to need a unit # on this one.

2) Unsuccessful Attempt: Oct 26, 2024, 9:13 am PDT at 3887 Pell Place, San Diego, CA 92130
No answer that 305 and 228. 228 doorbell stopped ringing after two tries. No movements seen or heard in unit.

3) Unsuccessful Attempt: Oct 27, 2024, 8:15 pm PDT at 3887 Pell Place, San Diego, CA 92130
Unit 305 lives two ladies, Caucasian. Unit 228 has lives the Changs.

4) Successful Attempt: Oct 30, 2024, 7:53 pm PDT at 12488 Heatherton Court apt: 51, San Diego, CA 92128 received by Jennifer Yi.

Age: 55; Ethnicity: Asian American; Gender: Female; Weight: 145; Height: 5'9"; Hair: Black; Eyes: Brown; Relationship: Mother

I declare under penalty of perjury the foregoing is true and correct,

Daniel Chasse 11/02/2024

Daniel Chasse **Date**
SAN DIEGO COUNTY REG. NO. 3653

# PROOF OF SERVICE

| | |
|---|---|
| **State:** | WASHINGTON |
| **Court:** | UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT |
| **County:** | -- |
| **Plaintiff/ Petitioner:** | VALVE CORPORATION |
| **Defendant/ Respondent:** | ABBRUZZESE, et al. |
| **Case Number:** | -- |
| **Index/Docket Number:** | 2:24-cv-01717-LK |

I, Jeannine Ibarra, declare and says that: I am over the age of 18 years old and not a party to this action, and reside within the boundaries of the state where service was effected,.

I served Adam Zuniga *Summons and attachments, Petition to Enjoin Arbitrations with Appendix A, Civil Cover Sheet, Memorandum of Points and Authorities in Support of Petition to Enjoin Arbitrations, Declaration of Andrew J. Fuchs in Support of Petition to Enjoin Arbitration, Exhibits 1 to 7, Declaration of Scott Lynch in Support of Petition to Enjoin Arbitrations, Exhibits A to C, Notice of Related Cases, Valve's Corporate Disclosure Statement, Instructions for Completion of Application for Leave to Appear Pro Hac Vice, Michael W. McTigue Jr.'s Application for Leave to Appear Pro Hac Vice, Electronic Case Filing Agreement, Instructions for Completion of Application for Leave to Appear Pro Hac Vice, Meredith C. Slawe's Application for Leave to Appear Pro Hac Vice, Electronic Case Filing Agreement, and Docket Sheet*

| | |
|---|---|
| **Date Served:** | 10-30-2024 |
| **Time Served:** | 12:56 p.m. |
| **Manner of Service:** | Subserve |
| **Street Address:** | 2217 Manning St. Bakersfield, CA 93309 |

| | |
|---|---|
| **Name of Person Served:** | Alex Zuniga : Son |
| **Description:** | |
| Age | 22 |
| Hair Color | dk. bro. |
| Sex | M |
| Race | Hispanic |
| Height | 6' |
| Weight | 165 lbs. |
| Other notable details or comments | |

I declare under penalty of perjury that this information is true.

Signature of Process Server Jeannine Ibarra

Date 11-4-2024