UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VALVE CORPORATION,<br><br>    Petitioner,<br><br>  v.<br><br>ABBRUZZESE et al.,<br><br>    Respondents. | No. 24-cv-1717-JNW<br><br>**DECLARATION OF BLAKE MARKS-DIAS IN SUPPORT OF PETITIONER'S RENEWED *EX PARTE* MOTION SEEKING LEAVE TO PROVIDE COMMUNICATION TO CERTAIN RESPONDENTS** |

DECLARATION OF BLAKE MARKS-DIAS - 1

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

I, Blake Marks-Dias, declare as follows:

1. I am over 18 years of age, I have personal knowledge of the matters stated herein, and I am competent to testify to these matters.

2. I am one of the attorneys representing Petitioner Valve Corporation ("Valve"), and I make this Declaration in support of Valve's Renewed *Ex Parte* Motion Seeking Leave to Provide Communication to Certain Respondents, filed herewith.

3. Since Valve began serving its Petition to Enjoin Arbitrations ("Petition") (Dkt. 1) on Respondents, numerous Respondents (or their parents) have reached out directly by email, customer support ticket, and/or telephone to Valve or its counsel for guidance, either because those Respondents do not understand who their counsel is in the arbitrations or because their purported counsel, William Ward Bucher IV of Bucher Law PLLC (collectively, "Bucher"), is not responsive to their inquiries.

4. In addition, some individuals who appear to be Respondents have posted publicly in online forums indicating similar confusion. However, because the posts are anonymous, Valve is unable to confirm that a particular Respondent made a particular post.

5. One Respondent even reached out to an arbitrator by telephone, who then transmitted that Respondent's voicemail to the parties.

6. Valve and its counsel have not responded to any of the emails, customer support tickets, or voicemails that they have received from Respondents because Bucher has advised Valve that it represents those Respondents.

7. These facts are supported by the communications, emails, and other materials described below and exhibited hereto:

**Email communications from Respondents to Valve and/or Valve's Counsel:**[1]

8. Attached hereto as <u>Exhibit A</u> is a true and correct copy of an email communication received from a Respondent to my law firm's "Contact Us" email address on October 24, 2024, at 3:25 p.m. This Respondent wrote:

---

[1] All personal information has been redacted.

DECLARATION OF BLAKE MARKS-DIAS - 2

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

> "Is there any way I could simply remove myself from the legal proceedings entirely? I no longer wish to pursue my case against Valve, and regret my original decision to join what I thought was a class action being served on some legal basis, rather than the fraudulent behavior I now believe it is. Please let me know what I can do to respond to these summons and/or withdraw from these legal proceedings entirely."

9. Attached hereto as <u>Exhibit B</u> is a true and correct copy of an email communication received from a Respondent to my law firm email address on October 24, 2024, at 5:49 p.m. This Respondent expressed confusion, stating:

> "I don't really understand how to reply to this summons. Is there a form I have to fill out?"

On November 25, 2024, Bucher emailed the AAA and Valve's counsel and informed that this Respondent "hereby withdraws their claim." Accordingly, Valve is preparing to file a notice of withdrawal as to this Respondent.

10. Attached hereto as <u>Exhibit C</u> is a true and correct copy of an email communication received from a Respondent at my law firm email address on October 25, 2024, at 8:12 a.m. This Respondent told Valve he wanted to end his participation in the litigation, but was unable to contact Bucher:

> "I am sending this to all 3 sides of this party so there is no miscommunication or any I did not receive that email or response. I … [hereby] remove myself from any all court proceedings and retract my class action suit and involvement in this case. I am writing this email of my own free will and because i have no actual way to contact the attorney that hold my case on Bucher Law Firm side which is why i am sending this email to all parties involved. I [hereby] at this point agree to user agreement put in place by Steam (Valve Corp.). I do not wish to be contacted about any of this any further as i have more urgent matters in life that need tending to."

11. Attached hereto as <u>Exhibit D</u> is a true and correct copy of an email communication received from a Respondent via Valve's general contact form on October 25, 2024, at 4:35 p.m. This Respondent asked to speak directly with Valve's in-house attorneys:

> "Can you put me in touch with your legal department, I'm so sorry, I'm very confused by this and more than a little worried. . . . I'm a new dad who just signed onto something a long time ago and absolutely do not actually want any of Steam's money, I'm so sorry!"

DECLARATION OF BLAKE MARKS-DIAS - 3

12. Attached hereto as Exhibit E is a true and correct copy of an email communication received from a Respondent at my law firm email address on October 26, 2024, at 9:04 a.m. This Respondent told Valve that Bucher threatened to charge fees beyond what this Respondent could possibly pay if the Respondent sought to end his arbitration at this point:

> "I read the summons as thoroughly as I was able, and the events detailed within came as a great shock to me -- at this point in time, I no longer have any interest in further association with Bucher Law, or in pursuing a claim against Valve Corporation. However, I have been informed by Bucher that terminating him as my attorney immediately would leave the summons unresolved, and retaining him for the limited purpose of negotiating an end to my involvement in the arbitration and this case (or hiring another attorney to do so on my behalf) would incur fees that I am not currently equipped to deal with."

On November 25, 2024, Bucher emailed the AAA and Valve's counsel and informed that this Respondent "hereby withdraws their claim." Accordingly, Valve is preparing to file a notice of withdrawal of the Petition as to this Respondent.

13. Attached hereto as Exhibit F is a true and correct copy of a letter dated October 28, 2024, that I received on November 4, 2024, from a Respondent who stated they had been served with the summons. They further stated they had been "misled" into signing up for the arbitration and wanted to release their claim:

> "I have a very vague recollection of this item or issue. I would concur with the statement listed in the Petition on Page 9, Section 4, that I, '... appear to have been misled about what they signed up for, believing it was a class action or class action settlement that didn't exist'.
>
> I would further concur with the statement listed in the Petition on Page 9, Section 6, that I, 'apparently (and perhaps unwittingly) retained Bucher Law to bring claims against Valve'.
>
> I have already accepted the Current SSA during the recent purchase of a new game on the Steam platform.
>
> I will gladly release and cease any claim brought by me or on my behalf in this matter (case) if I can be removed as a Defendant in this case and released from any and all judgements for relief and liability that may result from a settlement or verdict in this case."

DECLARATION OF BLAKE MARKS-DIAS - 4

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

14. Attached hereto as <u>Exhibit G</u> is a true and correct copy of an email communication received from a Respondent's mother at my law firm email address on October 30, 2024, at 9:21 a.m. The minor Respondent's mother expressed uncertainty and sought advice from Valve's counsel:

> "My 17 year old son . . . was served a summons in the above mentioned civil action. . . . He is a minor and our wish is to not be involved in any further legal proceedings. I am uncertain on how we need to proceed to be excluded or removed from this. Please advise."

15. Attached hereto as <u>Exhibit H</u> is a true and correct copy of an email communication received from a Respondent by Meredith C. Slawe, my co-counsel from the law firm Skadden, Arps, Slate, Meagher & Flom LLP ("Skadden"), on October 30, 2024, at 4:10 p.m. That Respondent stated:

> "I don't want any part in this lawsuit. I have no local office to deal with it and I just want out of it."

16. Attached hereto as <u>Exhibit I</u> is a true and correct copy of an email communication received from a Respondent at my law firm email address on October 31, 2024, at 9:06 a.m. This Respondent told Valve that when he asked Bucher to drop his claim, Bucher threatened that he would have to pay him money to withdraw his arbitration or find new counsel:

> "I am one of the 624 people named in the petition to enjoin arbitrations you guys are a representing Valve for. … I no longer wish to be involved in it after reading the petition … I have reached out to Will Bucher and he says if I drop my arbitration claim now then I'll need to hire another lawyer at my own expense to negotiate with you to remove me from the federal action, or I can pay him a bunch of money to do it. Rather than doing either of those things (I don't really have a lot of money and can't afford either of those) I thought I'd just reach out and ask directly. I intend to tell him to drop the arbitration case. Can I please be removed from the federal action when I do? I will send you whatever supporting documentation you need."

17. Attached hereto as <u>Exhibit J</u> is a true and correct copy of an email communication received from a Respondent at my law firm email address on October 31, 2024, at 11:36 a.m. This Respondent expressed his desire to withdraw his claim entirely and sought advice:

DECLARATION OF BLAKE MARKS-DIAS - 5

**Corr Cronin LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

> "I received some court documents stating a lawsuit has been filed against me from Valve Corp. and I have been summoned (in-person). I'd like to know what my options are at this time."

18. Attached hereto as Exhibit K is a true and correct copy of a communication received from a Respondent in the form of a help request submitted through Valve's Steam platform's customer support ticketing system on November 1, 2024, at 2:56 p.m. This Respondent stated that he had signed up based on advertisements he saw while a minor and sought advice on how to end his participation in the litigation:

> "I got the Counter Lawsuit Documents from whatever is happening with the class action lawsuit that I forgot I even joined. I don't know whats really going on nor do I want to continue with what im doing. I saw ad's on this when I was 14/15 and signed up because I didn't really know what was going on and thought 'free money'. Is there anything that I can do?"

19. Attached hereto as Exhibit L is a true and correct copy of an email I received from a Respondent on November 7, 2024, at 6:52 p.m. stating that the Respondent (i) was unable to reach Bucher, (ii) agreed to Valve's current Steam Subscriber Agreement that requires all claims to proceed in court, and (iii) sought to withdraw her arbitration:

> "Hi, I apologize for writing to you directly. But I have not had any success in reaching out to the law firm to withdraw out of this. I am content with valves updated terms of service and I have just received the copies of the court documents that were sent over and I am trying to properly respond appropriately. But I have had no luck with anything and I am a disabled woman. Any information you can provide me with would be greatly appreciated."

This Respondent thereafter sent an email message to me on November 8, 2024 at 4:37 p.m., a true and correct copy of which has been attached hereto as Exhibit L-2. In that message, the Respondent explained that she had decided to withdraw from the arbitration proceeding:

> "I apologize for the inconvenience my previous email may have caused. But, I managed to get in contact again with the firm in question. But I have selected to withdraw from the arbitration."

20. Attached hereto as Exhibit M is a true and correct copy of a Steam customer support ticket submitted by a Respondent on November 9, 2024, at 12:02 p.m. This Respondent was attempting to contact Valve counsel and expressed that she was misinformed about the arbitration

DECLARATION OF BLAKE MARKS-DIAS - 6

proceeding, was terminating Bucher as her counsel, ending her arbitration against Valve and seeking directions on how to do so:

> "I was not sure where to find Steam's legal contact information so I hope this will find its way to the right place—I would like to formally state my withdrawal from the Bucher Law Arbitration case. I was misinformed and it was not in my interest to file any kind of lawsuit against Valve Corperation *[sic]*. I am in the process of having my claims withdrawn, terminating any association with Bucher Law and will not take any action going forward against Valve Corperation *[sic]*.
>
> I ask in good faith for Steam permission *[sic]* to have my name dropped from the Washington Injunction Request. I will send over the formal verification of withdrawal as soon as I receive the proper direction. I hope to hear from you soon!"

This Respondent also left a thirty-one second voicemail message with my law firm's main receptionist on November 13, 2024, at 12:44 a.m., seeking to discuss her lawsuit with Valve and asking for someone to call her back:

> "I wanted to discuss the steam valve versus I forget the name Boucher Booker law arbitration lawsuit. Please give me a call whenever you have the chance."

A true and correct copy of an automated transcription of that voice message is attached hereto as Exhibit M-2.

I also received an email message from this Respondent at my law firm email address on November 20, 2024, at 9:51 a.m., reiterating the message that she transmitted to Valve on November 9 and informing me that she is still in the process of withdrawing her claim and terminating any association with Bucher:

> "I am writing to formally state my intention to withdraw from the Bucher Law arbitration case against Valve Corporation. After reviewing the circumstances, I realize that I was misinformed, and I now understand that pursuing any legal action against Valve Corporation is not in my interest. Therefore, I am actively in the process of having my claims withdrawn and formally terminating any association with Bucher Law. I will not be pursuing any further action against Valve Corporation.
>
> In good faith, I respectfully request that my name be removed from the Washington Injunction Request. I am committed to completing the necessary steps to finalize this withdrawal and will promptly

DECLARATION OF BLAKE MARKS-DIAS - 7

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

> provide formal verification of my claim's termination as soon as I receive the appropriate documentation and instructions."

A true and correct copy of this email message is attached hereto as <u>Exhibit M-3</u>.

This Respondent left another thirty-two second voicemail at my law firm phone number on November 21, 2024, at 12:12 p.m., once again seeking to discuss her lawsuit with Valve and asking that I respond to her email:

> "I just wanted to speak to you about the valve arbitration lawsuit. I also sent an email from . . . . If you could respond to that, I'm not often near my phone. So email would be a better form of communication."

A true and correct copy of an automated transcription of that voice message is attached hereto as <u>Exhibit M-4</u>.

### **Phone Calls and Voicemails from Respondents to Valve and Its Counsel:**[2]

21. Attached hereto as <u>Exhibit N</u> is a true and correct copy of an automated transcription of a forty-second voicemail left by a Respondent at my law firm phone number on October 25, 2024, at 10:08 a.m. This Respondent asked Valve to return his call and discuss the Petition:

> "I have a summons in a civil action, with a lawsuit file being filed against me. Can you please call me back . . . so we can get this sorted. Or, however, this is going to work. Please."

22. On October 25, 2024, I received a phone call from one of the Respondents regarding this matter. The Respondent told me that he was not sure who his lawyers were or what they were doing on his behalf and that these lawyers would not get back to him. I responded that I understood that this individual may be represented by an attorney in this matter and therefore I was unable to communicate directly with him. I stated that he should communicate with his attorney, and his attorney could reach out to me on his behalf.

23. Attached hereto as <u>Exhibit O</u> is a true and correct copy of an automated transcription of a two-minute and twenty-nine second voicemail left by a Respondent at my law

---

[2] All personal information has been redacted.

DECLARATION OF BLAKE MARKS-DIAS - 8

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

firm's main receptionist number on October 26, 2024, at 8:53 a.m. This Respondent expressed confusion and worry:

> "It's a huge stack of papers, but it seems to be about something about the whole [Bucher Law] thing! I don't know what it's about . . . I don't know what I need to do. I'm very confused, very concerned. I don't know what to do. I need information. I need information badly. So can somebody, anybody, an actual person call me back so I can see about just taking getting this taken care of, or something, please."

24. On October 29, 2024, Ms. Slawe's assistant received a call from one of the Respondents, who stated that he wanted to withdraw from the arbitration, that he had been unsuccessful reaching Bucher, and therefore wanted to speak with somebody. Ms. Slawe's assistant did not discuss the matter with the Respondent, and no one at Valve or representing Valve reached out to contact the Respondent thereafter.

25. Attached hereto as <u>Exhibit P</u> is a transcription prepared by Valve's counsel of a voicemail left by a Respondent at the office number of Michael W. McTigue Jr., a partner at Skadden and one of Valve's outside counsel on October 30, 2024, at 5:01 p.m. This Respondent stated that "I think I may have been served a summons by you. So, uh it's good to have the opportunity to talk about it," and he wanted Mr. McTigue to call him back.

26. Attached hereto as <u>Exhibit Q</u> is a true and correct copy of an automated transcription of a sixteen-second voicemail left by a Respondent at my law firm phone number on November 2, 2024, at 12:52 a.m. This Respondent asked Valve's counsel for help understanding the Petition:

> "I just got served papers for some sort of court thing for Valve corporation with your name on it as an attorney just trying to figure out what the * this is."

27. Attached hereto as <u>Exhibit R</u> is a true and correct copy of an automated transcription of a forty-five second voicemail message left by a Respondent at my law firm's main reception number on November 5, 2024, at 9:05 a.m. This Respondent had attempted to contact his or her lawyer and sought guidance instead from Valve:

DECLARATION OF BLAKE MARKS-DIAS - 9

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

> "I rescinded my statement from them. I think I really realized it was a scam and everything, so I don't know what I received these papers for the civil action. But I've already emailed them that I was trying to get rid of like I already caught them on their. So you can call me back at this number, so I can discuss this with you or see what's going on with this. That'd be awesome."

This Respondent also left a voicemail message at the number of a paralegal at Skadden, also on November 5, 2024, at 5:50 p.m. That voicemail message has been transcribed by Valve's counsel and is attached hereto as Exhibit R-2:

> Um, I've got a…I've got a… um… serving from you guys from the Valve thing and I was just trying to tell you I redacted my statement. I don't know why I still got this, but apparently, I've been… was… taken advantage of for Bucher. So, I was trying to redact my statement from this. I don't know how to. Can you please call me back at . . . . Thank you so much. If you can. Bye."

28.    Attached hereto as Exhibit S is a true and correct copy of an automated transcription of a one-minute and twenty-seven second voicemail message left by a Respondent at my law firm phone number on November 6, 2024, at 2:57 p.m. This Respondent expressed confusion, stated that Bucher told him his arbitration was actually a class action, and expressed that he did not want to go through with his arbitration:

> "I would just like to discuss a couple details on the case with you. Considering I'm a I've been filed against. Also. I have some some questions about a couple parts of the case. As well as you know. I'm thinking about backing out personally of the cause. I was under the assumption from what I've been told by Mr. Butcher [*sic*] said it was a class action. But I honestly, I don't want to go through with it anymore. It's kinda it's kind of shitty after having read all of it. If you need to contact me, my phone number is. . . ."

29.    Attached hereto as Exhibit T is a true and correct copy of an automated transcription of a one-minute and sixteen-second voicemail message left by a Respondent at my law firm phone number on November 7, 2024, at 9:37 a.m. This Respondent stated that he also thought he had signed up for a class action lawsuit with Bucher and sought guidance from Valve on how to end his participation in the arbitration proceedings:

> "I'm one of the respondents on the steam claims. Case. I am in over my head. I have no intention of continuing to pursue action. I thought this was a class action lawsuit. I am just looking for information on how I respond. To your office like, do I just send a

DECLARATION OF BLAKE MARKS-DIAS - 10

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

letter to you guys? To get to get this finished and drop my claim so I can be removed also. How do I file with with the court, and which court am I filing with? Just so that I can terminate my my claim? I have no intention of pursuing money or any legal action. . . . Just need some basic information on how to resolve this on your guy's side. And then I can take care of resolving issues on Bucher's side. Thanks."

30.  Attached hereto as Exhibit U is a true and correct copy of an automated transcription of a forty-two second voicemail message left by a Respondent at my law firm phone number on November 7, 2024, at 10:09 a.m. This Respondent sought guidance from Valve:

"In regards to the Valve Corporation versus the 624 individual claimants, I, as one of those claimants, have a question for you in regards to how to move forward. If you can give me a call back at . . . ."

31.  Attached hereto as Exhibit V is a true and correct copy of an automated transcription of a thirteen second voicemail message left by a Respondent at my law firm's main receptionist number on November 7, 2024, at 10:28 a.m. This Respondent asked to speak with someone about the Petition:

"This is . . . calling in regards to the Valve corporation lawsuit. I need to speak to someone about this. You can call me back at . . . . Thank you."

32.  Attached hereto as Exhibit W is a true and correct copy of an automated transcription of a forty-one second voicemail message left by a Respondent at my law firm's main receptionist number on November 11, 2024, at 7:24 a.m. This Respondent expressed that he never wanted to take part in the arbitration proceedings I the first place:

"I'm wanting to know if I can drop this or get out of this, because I never actually really wanted any of this. And that'd be great if anyone can call me back. I do not live in [redacted] anymore. So if anyone can definitely give me a call back again."

33.  Attached hereto as Exhibit X is a true and correct copy of an automated transcription of a forty second voicemail message left by a Respondent at my law firm's main receptionist number on November 18, 2024, at 9:24 a.m. This Respondent sought clarification and advice regarding the "law class action thing":

DECLARATION OF BLAKE MARKS-DIAS - 11

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

> "I was served as part of the Valve Force's book sell law class action thing. Reading into it, I don't know how much involvement I want to have with that. I was reading through the documents and I'm just I'm I would just like a bit of clarification I guess, on what exactly you may want from me."

**Blog Posts by Individuals Who Appear To Be Respondents:**[3]

34. Many individuals who appear to be Respondents have posted publicly in online forums indicating their similar confusion. Because the posts are anonymous, Valve is unable to confirm whether any particular post was posted by a Respondent. I describe below examples of these posts.

35. Attached hereto as <u>Exhibit Y</u> is a true and correct screenshot from October 26, 2024, of a page from the online forum site Reddit.com where someone (apparently a Respondent) created a post titled "So I'm being sued by valve lol" and wrote:

> "I'm kinda an idiot and being sued by valve for something I basically got tricked into not really I signed something and the guy used my name to [threaten] to valve so uh yeah that's what's going on in my life." (Exhibit Y at 1.)

36. Attached hereto as <u>Exhibit Z</u> is a true and correct screenshot from October 26, 2024, of a page from the online forum site Reddit.com where someone created a post titled "Someone claimed to be sued by Valve. Not Familiar with the American court system, is this real?" One person who commented on the post (apparently a Respondent) indicated that he had been served with the Petition and stated that he spoke to an attorney, but not Bucher:

> "He explained that this guy had made arbitration on behalf of over 600 people and tried to overwhelm Valve with them so they would comply with his demands." (Exhibit Z at 2.)

Another person who commented on the post stated that their son (also apparently a Respondent) had been served with the Petition and "[h]e has been known to get himself into 'situations' by not researching prior to jumping in." (Exhibit Z at 2.)

37. Attached hereto as <u>Exhibit AA</u> is a true and correct screenshot from October 27, 2024, of a page from the online forum site Reddit.com, on a Reddit thread for individuals to seek

---

[3] All personal information has been redacted.

DECLARATION OF BLAKE MARKS-DIAS – 12

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

legal advice, where someone created a post titled "Served with petition to enjoin arbitrations after joining class action lawsuit, no clue what any of it means," and further wrote that her husband (apparently a Respondent) had been served with the Petition. That individual stated in a further response to her post that her husband had contacted the attorney representing him and that attorney "explained they were expecting it and nothing to worry about."

38. Attached hereto as Exhibit BB is a true and correct screenshot from October 28, 2024, of a page from the online forum site Reddit.com, on a Reddit thread for individuals to seek legal advice, where someone (apparently a Respondent) created a post titled "Received a civil court summons, but do I actually need to respond if I don't want to 'win' the case?" The individual further wrote:

> "The thing is, after reading through the summons and understanding the events so far, I no longer *want* to pursue a claim against Corporation V, or to associate any further with Attorney B, or really to have anything to do with this at all. I contacted Attorney B about withdrawing my arbitration, but I have been told that if I don't retain them for the limited purpose of negotiating an end to my involvement in this case, I would have to hire another attorney to answer the summons on my behalf. I do not have the kind of money for legal fees right now, so my question is... do I really?" (Exhibit BB at 1).

They also asked:

> "Will anything bad happen if I just terminate Attorney B immediately and leave this to resolve itself?" (*Id.*)

One anonymous individual responded with this advice:

> "You don't need a lawyer to defend yourself, as an individual, in a lawsuit. Fire your attorney, in writing. Contact counsel for Corp V and let them know that you are interested in settling (and possibly even testifying on their behalf, if that's something you're open to). . . . You can skip the depositions (except your own), sit like a lump at trial offering no evidence on your own behalf, and still get a decision in your favor. That gives you a lot of settlement leverage, so I don't recommend you just default, even though it might work out OK." (Exhibit BB at 2).

39. Attached hereto as Exhibit CC is a true and correct screenshot from October 28, 2024, of a page from the online forum site Reddit.com where someone (apparently a Respondent) created a post titled "being sued by valve" and further wrote:

DECLARATION OF BLAKE MARKS-DIAS – 13

Corr Cronin LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

"joined some stupid class action against them and just recently received a fat packet of paper saying valve is now suing me. i think i have something like 30 days to respond ? how f***ed am i."

**Emails from Respondents to Arbitrators:**[4]

40. Attached hereto as <u>Exhibit DD</u> is a true and correct copy of an October 29, 2024, email communication sent by an arbitrator in one of the underlying arbitrations brought by Bucher against Valve, summarizing for the parties a voicemail message left by a Respondent on that arbitrator's phone on October 29, 2024, in which the Respondent asks to speak about "the Valve case." Also attached hereto as <u>Exhibit DD-2</u> is a transcription prepared by Valve's counsel of that voicemail.

**Other Communications In Support of Valve's Motion:**

41. Bucher told Valve on October 29, 2024, that he "currently represents" all but one of the Respondents in connection with this Petition. A true and correct copy of that email is attached hereto as <u>Exhibit EE</u>.

42. On November 24, 2024, Bucher sent purported "settlement agreements" to Valve, promising to withdraw the arbitrations of eight Respondents who had missed their response deadlines in exchange for Valve's withdrawing its Petition as to those Respondents, paying AAA fees, agreeing that the claims in the underlying arbitration were not waived (all of which Valve had already agreed to do), and imposing other conditions on Valve.

43. On November 25, 2024, Bucher notified the AAA that two Respondents (both of whom had previously contacted Valve) were withdrawing their arbitration claims.

44. A Reddit user anonymously posted to reddit.com a link to an uploaded copy of Bucher's Steam Arbitration Engagement Letter, which includes a "Scope" clause defining the scope of Bucher's representation. That clause states that aside from "investigating and . . . filing an individual lawsuit or arbitration asserting claims of anticompetitive conduct, illegal monopoly maintenance, unfair competition, and similar claims . . . against Valve Corporation" and that "[t]he attorneys shall have **no obligation to represent you in any other matter**" (emphasis added). True

---

[4] All personal information has been redacted.

DECLARATION OF BLAKE MARKS-DIAS – 14

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

and correct screenshots of the reddit.com thread containing the link and the Bucher engagement letter from that link are attached hereto as Exhibit FF.

45. After filing the Petition, Valve's counsel asked Bucher to confirm that (1) he represents all Respondents in this action, and (2) he is authorized to, and would, accept service of the Petition on their behalf. Bucher would not accept service on Respondents' behalf. A true and correct copy of that email exchange is attached hereto as Exhibit GG.

46. Valve sent Bucher the Original Motion immediately after its filing. Bucher then emailed the Court identifying himself as counsel representing "Respondents **in the arbitrations at issue**." He pointedly did not say he represents Respondents **in this** action. A true and correct copy of Bucher's email to the Court is attached hereto as Exhibit HH.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 25th day of November, 2024 at Seattle, Washington.

*s/ Blake Marks-Dias*
Blake Marks-Dias

DECLARATION OF BLAKE MARKS-DIAS - 15

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900