AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Western District of Washington  ☑

| | |
|---|---|
| VALVE CORPORATION | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| ABBRUZZESE et al. | ) |
| (See Addendum) | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

Civil Action No.   2:24-cv-01717-LK

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  See Rider

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Blake Marks-Dias
> CORR CRONIN LLP
> 1015 Second Avenue, Floor 10
> Seattle, Washington 98104-1001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:      10/24/2024

_____
*Signature of Clerk or Deputy Clerk*

JAN 2 4 2025
'200

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   2:24-cv-01717-LK

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Journal

Not sure what I'm suppose to answer with
All I know is I haven't logged into Steam
in years + have never accepted the new subscriber
agreement, I would like to continue the arbitration
process

Journal

US POSTAGE PITNEY BOWES

ZIP 54022
02 7M
0008034394 DEC 11 2024

$ 000.69⁰

FIRST-CLASS

Deposit funds at
www.inmatecanteen.com



Eau Claire County Jail
710 Second Avenue
Eau Claire, WI 54703

Daniel Kahne
Ec county Jail
710 2nd Ave
Eau Claire, WI 54703

FILED
LODGED
RECEIVED

FEB 04 2025

MAIL

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                    DEPUTY

U.S. District Court
Clerk of Ct
700 Stewart Street, Suite 2310
Seattle WA 98101

9610934442