|   |   |
|---|---|
| 1 | THE HONORABLE JAMAL N. WHITEHEAD |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| VALVE CORPORATION, | No. 2:24-cv-1717-JNW |
|---|---|
| Petitioner, | |
| v. | **DECLARATION OF BLAKE MARKS-DIAS** |
| ABBRUZZESE et. al., | |
| Respondents. | |

Blake Marks-Dias states and declares as follows:

1. I am over 18 years of age, I have personal knowledge of the matters stated herein and I am competent to testify to these matters.

2. I am one of the attorneys representing Valve Corporation ("Valve") and make this Declaration in support of Valve's Status Report.

3. Attached hereto as Exhibit 1 is an email from Shaud Tavakoli to William Burnside, dated February 7, 2025.

4. Attached hereto as Exhibit 2 is a true and correct copy of an article published in the *Manistee News Advocate* titled "'Mystery Reader' Surprises Son After 9 Months Away" and dated March 20, 2025, *available at* https://www.manisteenews.com/news/article/military-dad-surprises-son-manistee-school-20228115.php (last accessed Apr. 9, 2025).

DECLARATION OF BLAKE MARKS-DIAS – 1

5. Attached hereto as Exhibit 3 is an email from me to William Burnside, dated April 7, 2025.

6. Attached hereto as Exhibit 4 is an email from William Burnside to me, dated April 7, 2025.

7. Attached hereto as Exhibit 5 is an excerpt of a transcript of a telephonic hearing held before AAA arbitrator Robert J. Gaglione in the matter of *Grescowle et al. v. Valve Corp.*, dated March 30, 2025.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 9th day of April, 2025, at Seattle, Washington.

*s/ Blake Marks-Dias*
Blake Marks-Dias

DECLARATION OF BLAKE MARKS-DIAS – 2

**CORR CRONIN LLP**
1015 Second Avenue, 10th Floor
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900