# EXHIBIT 3

**From:** Marks-Dias, Blake
**To:** will@baileyduquette.com
**Subject:** Valve Corp. v. Abbruzzese, 24-cv-1717 (W.D. Wash.)
**Date:** 4/7/2025 11:03:00 AM
**CC:**
**BCC:**

**Message:**
Will,

On November 14, 2024, your firm filed a motion on behalf of now-withdrawn Respondent Luke Ninemire. The motion sought to stay the above-referenced Petition under the Servicemembers Civil Relief Act, 50 U.S.C. § 3932 on the basis that Mr. Ninemire was a deployed servicemember "serving in Iraq." (Dkt. 20 at 5.) Your firm also filed a motion to extend the deadline to respond to the Petition on behalf of two other Respondents based on the motion to stay. (Dkt. 22.) As reported in the press, Mr. Ninemire returned from service abroad no later than March 18, 2025.

Please confirm today you will immediately notify the court of this material development and withdraw the motion to stay and motion for an extension. Otherwise Valve will be required to take appropriate action.

Thanks,
Blake

**Blake Marks-Dias**  Partner
**CORR | CRONIN**
1015 Second Avenue, Floor 10, Seattle, WA 98104-1001
P: 206-625-8600  D: 206-501-3509  F: 206-625-0900
bmarksdias@corrcronin.com  corrcronin.com



Notice: This electronic message transmission contains information which may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, please be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you received this electronic transmission in error, please notify the sender and delete the copy you received.