THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VALVE CORPORATION,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>THOMAS ABBRUZZESE, et al.,<br><br>　　　　Respondents. | Case No. 2:24-cv-1717-JNW<br><br>BUCHER LAW PLLC AND BAILEY DUQUETTE P.C.'S RESPONSE TO COURT ORDER |

Bucher Law PLLC ("**Bucher**") and Bailey Duquette P.C. ("**Bailey Duquette**") hereby provide the following response to the Court's Order requesting "a chart indicating the Respondents they jointly and/or separately represent in this matter." Dkt. 58 at 8.

In response to Request No. 7, the attached chart (Ex. A) identifies the Respondents jointly and/or separately represented by Bucher Law and Bailey Duquette. Bailey Duquette represents five Respondents and has filed notices of appearance for those individuals. As stated in Bailey Duquette's status report filed on December 9, 2024, the firm "respectfully requests guidance from the Court on some threshold issues before undertaking further representations (whether on a class or individual basis)." Dkt. 49 at 5. To the extent the Court needs to resolve

BUCHER LAW PLLC AND BAILEY DUQUETTE P.C.'S
RESPONSE TO COURT ORDER – Page 1

BAILEY DUQUETTE P.C.
800 FIFTH AVENUE, SUITE 101-800
SEATTLE, WASHINGTON 98104
T 206.353.8021 | F 888.233.5869

these threshold questions efficiently, it retains *sua sponte* authority to dismiss the entire petition for lack of subject matter jurisdiction or for failure to state a claim, even without the appearance of a single Respondent. *See id.* at 3–5.

Bucher is recently in receipt of the list of individuals who have emailed Valve, and has contacted each to confirm whether they wish to remain represented by Bucher and whether they intend to continue in arbitration. A few individuals, either through their correspondence with Valve or through ambiguous responses to Bucher, have created uncertainty regarding their preferences. Bucher has followed up with each of these individuals and stands ready to submit their names in camera if the Court finds that helpful.

The attached chart (**Ex. A**) contains the following columns:

- *Represented in Arbitration:*

Individuals currently represented by Bucher in ongoing or recently concluded arbitrations which form the underlying basis for this dispute. Bucher represents them in this collateral dispute as well with the aid of local counsel, but has refrained from appearing given the potential to have this dispute more sensibly resolved on a class basis. Bucher is prepared to appear individually on their behalf in these proceedings with the aid of local counsel should the Court find it has jurisdiction and declines to proceed on a class basis.

- *Appearance by Bailey Duquette:*

Individuals for whom Bailey Duquette has directly appeared.

- *Potential Class Members:*

Individuals whom Bailey Duquette is willing to represent in a class capacity, subject to Court approval and an opt-out procedure to allow individuals to decline class representation.

BUCHER LAW PLLC AND BAILEY DUQUETTE P.C.'S
RESPONSE TO COURT ORDER – Page 2

BAILEY DUQUETTE P.C.
800 FIFTH AVENUE, SUITE 101-800
SEATTLE, WASHINGTON 98104
T 206.353.8021 | F 888.233.5869

Bucher and Bailey Duquette appreciate the opportunity to clarify any uncertainty Valve may have created regarding the representation of Respondents. Both firms remain available to provide additional information or documentation at the Court's request.

DATED this 4th day of June, 2025.

**BAILEY DUQUETTE P.C.**

By: */s William R. Burnside*
William R. Burnside, WSBA #36002
800 Fifth Ave, Suite 101-800
Seattle, Washington 98104
T: 206.353.8021
E: will@baileyduquette.com
*Attorney for Respondents*

**BUCHER LAW PLLC**

By: /s/ *Will Bucher*
William Ward Bucher IV
(*pro hac vice admitted*)
350 Northern Blvd
STE 324 -1519
Albany, NY 12204-1000
T: 202.997.3029
E: will@bucherlawfirm.com
*Attorney for Respondents*

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I caused a true and correct copy of the foregoing BUCHER LAW PLLC AND BAILEY DUQUETTE PC'S RESPONSE TO COURT ORDER served upon counsel of record herein, as follows:

| | |
|---|---|
| Blake Marks-Dias, WSBA No. 28169<br>1015 Second Avenue, Floor 10<br>Seattle, Washington 98104<br>(206) 625-8600 Phone<br>(206) 625-0900 Fax<br>E: bmarksdias@corrcronin.com | ☒ Via Electronic Service |

Michael W. McTigue Jr., *Admitted Pro Hac Vice*
Meredith C. Slawe, *Admitted Pro Hac Vice*
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
E: michael.mctigue@skadden.com
E: meredith.slawe@skadden.com

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated: June 4, 2025 at Seattle, Washington.

*s/ William R. Burnside*
William Burnside