UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VALVE CORPORATION, | |
| Plaintiff, | Cause No. 2:24-cv-1717-JNW |
| v. | NOTICE OF APPEARANCE OF WILLIAM R. BURNSIDE ON BEHALF OF RESPONDENT CHRISTIAN GRABER |
| THOMAS ABBRUZZESE, *et al.*, | |
| Defendants. | |

TO:        The Clerk of the Court;

AND TO:    All Counsel of Record.

PLEASE TAKE NOTICE that William R. Burnside of Bailey Duquette P.C. hereby enters his appearance in this matter as counsel to Respondent Christian Graber ("Respondent").

All future notices and pleadings directed to Respondent should be served upon him at the address of counsel below, exclusive of original process and service of process.

Dated this 22nd day of July, 2025.

**BAILEY DUQUETTE P.C.**

By */s/ William R. Burnside*

---

NOTICE OF APPEARANCE OF WILLIAM R. BURNSIDE ON BEHALF OF RESPONDENT CHRISTIAN GRABER - 1

**BAILEY DUQUETTE P.C.**
800 Fifth Ave, Suite 101-800
Seattle, Washington 98104
T: 206.353.8021 | F: 888.233.5869

1
2
3
4

William R. Burnside, WSBA #36002
800 Fifth Ave, Suite 101-800
Seattle, Washington 98104
Phone: 206.353.8021
Facsimile: 888.233.5869
Email: will@baileyduquette.com

5

*Attorney for Respondent Christian Graber*

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

NOTICE OF APPEARANCE OF WILLIAM R. BURNSIDE ON
BEHALF OF RESPONDENT CHRISTIAN GRABER - 1

**BAILEY DUQUETTE P.C.**
800 Fifth Ave, Suite 101-800
Seattle, Washington 98104
T: 206.353.8021 | F: 888.233.5869

**CERTIFICATE OF SERVICE**

I hereby certify that on July 22nd, 2025, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the parties of record.

Dated this July 22nd, 2025 at Seattle, Washington.

*/s/ William R. Burnside*
William R. Burnside

NOTICE OF APPEARANCE OF WILLIAM R. BURNSIDE ON BEHALF OF RESPONDENT CHRISTIAN GRABER - 1

**BAILEY DUQUETTE P.C.**
800 Fifth Ave, Suite 101-800
Seattle, Washington 98104
T: 206.353.8021 | F: 888.233.5869