# Sullivan, Melinda

| | |
|---|---|
| **From:** | AAA Jill Roettger <JillRoettger@adr.org> |
| **Sent:** | Wednesday, June 11, 2025 8:55 AM |
| **To:** | AAA Jill Roettger; will@bucherlawfirm.com; valveteam@moni.law; erik@atzbachlex.com; xinlin@moni.law; jing@moni.law; thomas@bucherlawfirm.com; zachary@bucherlawfirm.com; judson@judsonecrump.com; Slawe, Meredith C; Milstead, Virginia; McTigue Jr., Michael W; Tavakoli, Shaud G; McInerney, Colm P; gavins@valvesoftware.com; AAAFiling@valvesoftware.com; DLVALVEST@skadden.com; Fuchs, Andrew J; Marks-Dias, Blake; sdanner@hsgllp.com; ptimblo@hsgllp.com; aindorf@hsgllp.com; dblack@hsgllp.com; bbomkamp@hsgllp.com |
| **Subject:** | [Ext] Kyle Jackson v. Valve Corporation d/b/a Steam - Case 01-23-0005-3416 |
| **Attachments:** | image942842.png; 2025-06-11 - AAA - Closing Letter.pdf; image008876.png |

Dear Parties,

Please see the attached document for the above mentioned case.

Thank you,
*Ryan Rumney on behalf of*
Jill Roettger



**AAA Jill Roettger**
Manager of ADR Services

American Arbitration Association
2355 Highway 36 West, Suite 400, Roseville, MN 55113
**T:** 612 509 2224   **F:** 612 342 2334   **E:** JillRoettger@adr.org
adr.org | icdr.org | aaaicdrfoundation.org

The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, discl… distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immedia… reply email and destroy all copies of the transmittal. Thank you.



Tacy Zysk
Assistant Vice President
2355 Highway 36 W.
Suite 400
Roseville, MN 55113

June 11, 2025

Will Bucher
Bucher Law PLLC
350 Northern Boulevard
Suites 324-1519
Albany, NY 12204-1000
Via Email to: will@bucherlawfirm.com

Michael W. McTigue, Jr., Esq.
Skadden, Arps, Slate, Meagher & Form, LLP
One Manhattan West
New York, NY 10001
Via Email to: michael.mctigue@skadden.com

Case Number: 01-23-0005-3416

Kyle Jackson
-vs-
Valve Corporation d/b/a Steam

Dear Parties:

On June 5, 2025, the American Arbitration Association (AAA) reviewed this matter and closed this case as withdrawn.

On June 11, 2025, the AAA finalized the billing for this matter. The AAA will process any refund due to a party as soon as possible.

Pursuant to the AAA's current policy, in the normal course of our administration, the AAA may maintain certain electronic case documents in our electronic records system. Such electronic documents may not constitute a complete case file. Other than certain types of electronic case documents that the AAA maintains indefinitely, electronic case documents will be destroyed 18 months after the stated closing date.

We thank Arbitrator Kinglsey, who is receiving a copy of this correspondence, for serving on this matter.

Thank you for choosing the AAA to administer your arbitration.

Sincerely,
/s/ *Ryan Rumney on behalf of*
Jill Roettger
Manager of ADR Services
Direct Dial: (612)509-2224
Email: jillroettger@adr.org
Fax: (612)342-2334