UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WASHINGTON

Valve Corporation )
)
) **RETURN OF SERVICE**
)
) Case No: <u>2:24-cv-01717-LK</u>
-vs- )
Abbruzzese et al )
)   Alaska Court Services
)   821 N Street #104
)   Anchorage, AK 99501
)   907-258-3211

I certify that on Friday, August 1, 2025 at <u>1:14 PM</u> I served the following documents:

Summons in a civil Action; Addendum; Civil Docket for 2:24-cv-01717-LK; Petition to Enjoin Arbitrations; Civil Cover Sheet; Memorandum of Points and Authorities in Support of Petition to Enjoin Arbitrations; Declaration of Andrew J Fuchs in Support of Petition to Enjoin Arbitrations; Exhibit 1-7; Exhibit A; Declaration of Scott Lynch in Support of Petition to Enjoin Arbitrations; Exhibit A-C; Notice of Related Cases; Valve's Corporate Disclosure Statement; Instructions for Completion of Application for Leave to Appear Pro Hac Vice

for service upon <u>Lloyd Walker</u>

at <u>330 W 76th Ave #C</u> in Anchorage, Alaska.
By leaving a true and correct copy with   Lloyd Walker

SUBSCRIBED AND SWORN to me on   August 1, 2025

Client: Ridgeline Advisors

Attention:
File No:
Service Fee: $100.00
Mileage:
Endeavor: $254.20   1271 Pages at $0.20 per page
Endeavor:
Endeavor:
Endeavor:
Total: $354.20

Process Server / Steve Arturo

Notary Public in and for the State of Alaska
My Commission Expires 6-5-2029



'OFFICIAL SEAL'
Rod Zieger
NOTARY PUBLIC, STATE OF ALASKA
MY COMMISSION EXPIRES 6-5-29