THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VALVE CORPORATION<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THOMAS ABBRUZZESE *et al.*,<br><br>　　　　　Defendants. | No. 2:24-CV-1717-JNW<br><br>**ORDER GRANTING VALVE CORPORATION'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>**(PROPOSED)** |

　　　THIS MATTER having come before this Court on Valve Corporation's Motion for Preliminary Injunction and the Court having considered the materials on file on this issue, and being fully advised, now, therefore

　　　IT IS HEREBY ORDERED that Valve Corporation's Motion for Preliminary Injunction is GRANTED.

　　　IT IS FURTHER ORDERED that the Court finds good cause to waive, and hereby waives, the FRCP 65(c) requirement for Valve Corporation to give security pending a final resolution on the merits.

ORDER GRANTING VALVE CORPORATION'S
MOTION FOR PRELIMINARY INJUNCTION – 1
No. 2:24-CV-1717-JNW

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

IT IS SO ORDERED.

DATED this ____ day of _____, 2025.

_____
HONORABLE JAMAL N. WHITEHEAD
UNITED STATES DISTRICT JUDGE

*Presented by:*

CORR CRONIN LLP

*s/ Blake Marks-Dias*
Blake Marks-Dias, WSBA No. 28169
1015 Second Avenue, Floor 10
Seattle, Washington 98104
(206) 625-8600 Phone
(206) 625-0900 Fax
bmarksdias@corrcronin.com

Michael W. McTigue Jr., Admitted Pro Hac Vice
Meredith C. Slawe, Admitted Pro Hac Vice
SKADDEN, ARPS, SLATE,
    MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
michael.mctigue@skadden.com
meredith.slawe@skadden.com

Attorneys for Plaintiff Valve Corporation

ORDER GRANTING VALVE CORPORATION'S
MOTION FOR PRELIMINARY INJUNCTION – 2
No. 2:24-CV-1717-JNW

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900