UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VALVE CORPORATION,<br><br>               Plaintiff,<br><br>    v.<br><br>THOMAS ABBRUZZESE *et al.*,<br><br>               Defendants. | No. 2:24-CV-1717-JNW<br><br>**DECLARATION OF SCOTT LYNCH IN SUPPORT OF VALVE CORPORATION'S MOTION FOR PRELIMINARY INJUNCTION** |

DECLARATION OF SCOTT LYNCH – 1

# DECLARATION OF SCOTT LYNCH

I, Scott Lynch, declare as follows:

1. I am the Chief Operating Officer for Plaintiff Valve Corporation ("Valve") in the above-captioned matter. I submit this declaration in support of Valve's Motion for Preliminary Injunction. I make this declaration based on my personal knowledge and, if called upon to do so, would testify competently hereto.

### A. Valve, Steam, and the SSA

2. Valve is a video game developer, publisher, and digital distribution company. Valve offers an online platform called Steam, where consumers can purchase, play, and interact with their friends about video games.

3. For an individual to create a Steam account and become a Steam user, he or she must first agree to a Steam Subscriber Agreement ("SSA").

4. Valve does not collect a user's name, physical address, or phone number when he or she creates a Steam account.

5. In 2012, Valve added to the SSA an arbitration agreement providing that, with limited exceptions, users and Valve "agree to resolve all disputes and claims between us in individual binding arbitration" with the AAA (the "Superseded SSA"). The most recent version of the SSA containing that arbitration agreement went into effect on April 25, 2023 ("the Superseded SSA"). A true and correct copy of the Superseded SSA is attached hereto as Exhibit A.

### B. Valve Replaces the Superseded SSA with the Current SSA

6. On September 26, 2024, Valve removed the arbitration agreement and class action waiver from the SSA. A true and correct copy of the current version of the SSA without an arbitration agreement or a class action waiver (the "Current SSA") is attached hereto as Exhibit B. It is also available at https://store.steampowered.com/subscriber_agreement/.

7. When Valve launched the Current SSA, Valve inserted a prominent banner at the top of the agreement. The banner is set forth below.

---

DECLARATION OF SCOTT LYNCH – 2

**CORR CRONIN LLP**
1015 Second Avenue, 10th Floor
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

> STEAM    STORE  COMMUNITY  ABOUT  SUPPORT    Install Steam  login | language
>
> Valve has updated the Steam Subscriber Agreement. The updates affect your legal rights, including how disputes and claims between you and Valve are resolved. Among other things, the new dispute resolution provisions in Section 10 require that all disputes and claims proceed in court and not in arbitration. Please review carefully.
>
> Home
> Steam Subscriber Agreement

8. The Current SSA has been continuously posted online on a public website since September 26, 2024, in 10 languages, with the prominent header calling out the changes. *See* https://store.steampowered.com/subscriber_agreement/.

9. Valve also provided notice of the change to the SSA to Steam users in three other ways.

10. First, beginning on September 26, 2024, Valve provided the below email notice to all U.S. Steam users (including all Defendants) of the change to the SSA (the "Email Notice"), sending the notice to the email address of record for their Steam accounts. The Email Notice specifically called out changes to the dispute resolution provision:

DECLARATION OF SCOTT LYNCH – 3

**CORR CRONIN LLP**
1015 Second Avenue, 10th Floor
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900



DECLARATION OF SCOTT LYNCH – 4

**CORR CRONIN LLP**
1015 Second Avenue, 10th Floor
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

11. The Email Notice included multiple links to the full text of the Current SSA, shown in blue text above.

12. Second, beginning on September 26, 2024, Valve provided notice of the new agreement through the below pop-up that appeared on the Steam client (the "Pop-Up Notice"). The Pop-Up Notice provided:



13. In addition to calling out the changes to the dispute resolution provision, the Pop-Up Notice included multiple links to the full text of the Current SSA, shown in blue text above.

14. The Pop-Up Notice enabled users to agree to the Current SSA by checking a box stating: "I Agree to the Updated Steam Subscriber Agreement" then clicking "Accept Updated SSA."

DECLARATION OF SCOTT LYNCH – 5

CORR CRONIN LLP
1015 Second Avenue, 10th Floor
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

15. Alternatively, users could close the Pop-Up Notice without agreeing to the Current SSA, as indicated by the "X" at the top right corner of the pop-up.

16. Third, beginning on September 26, 2024, Valve published the below blog post on the Steam platform providing notice of the change to the SSA, available at https://store.steampowered.com/news/app/593110/view/4696781406111167991 (the "Blog Post"). The Blog Post provided:



17. The Blog Post included multiple links to the Current SSA, shown in blue text above.

18. A "Steam Wallet" contains funds that may be used for the purchase of any game on Steam or within a game that supports Steam transactions.

DECLARATION OF SCOTT LYNCH – 6

CORR CRONIN LLP
1015 Second Avenue, 10th Floor
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

19. Users must accept the Current SSA every time they fund their Steam Wallet or make a purchase on Steam itself[1] after September 26, 2024.

20. Consistent with the Email Notice and Pop-Up Notice, when a user makes a purchase on Steam, the user is presented with an unchecked box requiring the user to accept the Current SSA, which is hyperlinked in white text to the words "Steam Subscriber Agreement" shown below:



---

[1] As opposed to a purchase made using Steam Wallet funds from within a game launched through Steam.

DECLARATION OF SCOTT LYNCH – 7

21. Consistent with the Email Notice and Pop-Up Notice, when a user funds their Steam Wallet, the user is presented with an unchecked box requiring the user to accept the Current SSA, which is hyperlinked in white text to the words "Steam Subscriber Agreement" shown below:



C. **Valve Sent All Defendants Notice of the SSA Update**

22. I am informed that counsel for Defendants in the arbitrations that are the subject of this action provided Steam IDs that the Defendants allege belong to them. Throughout this

DECLARATION OF SCOTT LYNCH – 8

declaration, I assume that the Steam IDs provided by counsel for all Defendants belong to them, but do not have personal knowledge as to whether they are in fact the owners of these accounts.

23. Between September 26, 2024, and September 27, 2024, Valve sent the Email Notice to the email address associated with the Steam account claimed by every Defendant providing notice of the new SSA.

### D. 454 Defendants Affirmatively Agreed to the Current SSA Prior To November 1, 2024

24. Based on a review of Valve's records, 454 of the 572 Defendants affirmatively accepted the Current SSA prior to November 1, 2024, by (i) checking the check box affirming "I Agree to the Updated Steam Subscriber Agreement" and clicking "Accept Updated SSA" through the Pop-Up Notice; (ii) making a purchase and agreeing to the Current SSA by checking "I agree to the terms of the Steam Subscriber Agreement (last updated Sep 26, 2024)" and clicking the "Purchase" button; or (iii) performing both of those actions. Among these 454 Defendants, 417 also subsequently re-affirmed their acceptance to the Current SSA by making a purchase and agreeing to the Current SSA by checking "I agree to the terms of the Steam Subscriber Agreement (last updated Sep 26, 2024)" and clicking the "Purchase" button after November 1, 2024.

### E. The Remaining 118 Defendants Agreed to the Current SSA Because They Did Not Delete or Discontinue Use of Their Accounts By November 1, 2024

25. The remaining 118 Defendants are bound by the Current SSA pursuant to the terms of the Email Notice and Pop-Up Notice because they did not delete or discontinue use of their Steam accounts by November 1, 2024.

26. No Defendant deleted or requested to delete his or her Steam account before November 1, 2024.

27. Based on Valve's records, all 118 Defendants who did not affirmatively accept the Current SSA by November 1, 2024, have logged into Steam on or after November 1, 2024.

28. Based on Valve's records, among these 118 Defendants, 76 also subsequently affirmatively accepted the Current SSA by making a purchase and agreeing to the Current SSA by

DECLARATION OF SCOTT LYNCH – 9

**CORR CRONIN LLP**
1015 Second Avenue, 10th Floor
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

checking "I agree to the terms of the Steam Subscriber Agreement (last updated Sep 26, 2024)" and clicking the "Purchase" button on or after November 1, 2024.

29. A true and correct copy of a chart identifying the method(s) by which each Defendant accepted the Current SSA is attached hereto as <u>Exhibit C</u>.

**F. Valve Has Expended Significant Resources Defending Unauthorized Arbitrations**

30. Valve has incurred significant AAA and legal fees and devoted substantial employee time to preparing for and attending arbitration hearings in Defendants' arbitrations before the American Arbitration Association under a reservation of rights.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this <u>21</u> day of August, 2025.

DocuSigned by:<br>
*Scott Lynch*<br>
E15DE3B2F05941C...<br>
*Scott Lynch*

DECLARATION OF SCOTT LYNCH – 10

**CORR CRONIN LLP**
1015 Second Avenue, 10th Floor
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900