# EXHIBIT C

| Defendant First Name | Defendant Last Name[1] | Case Number | Arbitrator | Accepted By Pop-Up or Purchase Before Nov. 1, 2024 | Accepted By Continued Use After Nov. 1, 2024 | Purchase On or After Nov. 1, 2024 |
|---|---|---|---|---|---|---|
| Ryan | Ardito | 12300053635 | Badal | | X | |
| Riley | Baxter | 12300053643 | Badal | X | | X |
| Michael | Brewer | 12300053651 | Badal | X | | X |
| Owen | Butterworth | 12300053641 | Badal | X | | |
| Jonathan | Carlton | 12300053626 | Badal | | X | |
| Michael | Eastman | 12300053631 | Badal | | X | X |
| Brandon | Garwell | 12300053628 | Badal | X | | X |
| Liam | Gaume-wakefield | 12300053650 | Badal | X | | X |
| Ian | Govea | 12300053634 | Badal | X | | X |
| Evan | Grant | 12300053632 | Badal | X | | X |
| Ricky | Horne | 12300053630 | Badal | X | | X |
| Dane | Jordan | 12300053652 | Badal | | X | X |
| Nicholas | Keith | 12300053648 | Badal | X | | X |
| Aj | Lane | 12300053636 | Badal | | X | X |
| Max | Moakley | 12300053627 | Badal | X | | X |
| Malakye | Moody | 12300053644 | Badal | X | | X |
| Harley | Palmer | 12300053637 | Badal | X | | X |
| Mitchell | Papendorf | 12300053646 | Badal | X | | X |
| Alex | Patrao | 12300053625 | Badal | X | | X |
| Eric | Patton | 12300053639 | Badal | X | | X |
| Anthony | Rubino | 12300053647 | Badal | X | | X |
| Zachary | Smith | 12300053642 | Badal | X | | X |
| Isaiah | Taylor | 12300053633 | Badal | X | | X |
| Cody | Warren | 12300053640 | Badal | X | | X |
| Brian | Yeh | 12300053629 | Badal | X | | X |
| Jacob | Archer | 12300053080 | Brooks | X | | X |
| Eric | Buck | 12300053195 | Brooks | X | | X |
| Paul | Burnett | 12300053051 | Brooks | | X | |
| Harrison | Carlow | 12300052857 | Brooks | X | | X |
| Spencer | Duzant | 12300053604 | Brooks | X | | X |
| Robert | Fischer | 12300053152 | Brooks | X | | X |
| Matthew | Habursky | 12300053000 | Brooks | | X | X |
| Daniel | Harley | 12300053112 | Brooks | | X | |
| Logan | Herald | 12300053211 | Brooks | X | | X |
| Philipjohn | Holland | 12300057450 | Brooks | X | | X |
| Matthew | Husar | 12300053200 | Brooks | | X | |

---

[1] Names based on information provided by Bucher Law PLLC.

| Defendant First Name | Defendant Last Name[1] | Case Number | Arbitrator | Accepted By Pop-Up or Purchase Before Nov. 1, 2024 | Accepted By Continued Use After Nov. 1, 2024 | Purchase On or After Nov. 1, 2024 |
|---|---|---|---|---|---|---|
| Nick | Lauder | 12300053351 | Brooks | X | | X |
| Sam | Lomax | 12300053448 | Brooks | X | | X |
| Panayiotis | Maniscalco | 12300052879 | Brooks | X | | X |
| Ross | Martikke | 12300053423 | Brooks | X | | X |
| Luke | Ninemire | 12300053816 | Brooks | X | | X |
| Joseph | Risi | 12300053838 | Brooks | X | | X |
| Joshua | Sayles | 12300052851 | Brooks | | X | X |
| Jake | Sigal | 12300053654 | Brooks | X | | X |
| Holden | Stender | 12300053807 | Brooks | X | | X |
| Tyler | Strenge | 12300052865 | Brooks | X | | X |
| Jonah | Warner | 12300053348 | Brooks | X | | X |
| Eric | Alspaugh | 12300053672 | Coher | X | | X |
| Noah | Babincsak Styzen | 12300053666 | Coher | X | | X |
| Stephen | Barr | 12300053653 | Coher | X | | X |
| Michael | Bazzell | 12300053662 | Coher | X | | X |
| Anthony | Bennett | 12300053674 | Coher | X | | X |
| Ethan | Brown | 12300053682 | Coher | X | | X |
| Vincent | Brown | 12300053663 | Coher | X | | X |
| Ned | Budd | 12300053665 | Coher | X | | X |
| Benjamin | Camenker | 12300053669 | Coher | | X | X |
| Traber | Fischer | 12300053680 | Coher | X | | X |
| Mikel | Hatcher | 12300053676 | Coher | X | | X |
| Michael | Kutner | 12300053673 | Coher | X | | X |
| Jonathan | Lewis | 12300053668 | Coher | X | | X |
| Joshua | Lewis | 12300053664 | Coher | X | | X |
| Talon | Lewis | 12300053667 | Coher | X | | X |
| Thomas | Magera | 12300053661 | Coher | | X | X |
| Kyle | Mayfield | 12300053679 | Coher | X | | X |
| Hunter | Mcbrayer | 12300053670 | Coher | | X | X |
| Trey | Mundell | 12300053657 | Coher | X | | X |
| Harsh | Patel | 12300053659 | Coher | X | | X |
| Noah | Perry | 12300053675 | Coher | X | | X |
| Aaron | Peterson | 12300053677 | Coher | X | | X |
| Tristen | Watson | 12300053655 | Coher | X | | X |
| Amir | Wright | 12300038815 | Coher | X | | X |
| Jonah | Anders | 12300053368 | Collins | X | | X |
| Daniel | Armstrong | 12300053486 | Collins | X | | X |
| Michael | Blanco | 12300053525 | Collins | X | | X |

| Defendant First Name | Defendant Last Name[1] | Case Number | Arbitrator | Accepted By Pop-Up or Purchase Before Nov. 1, 2024 | Accepted By Continued Use After Nov. 1, 2024 | Purchase On or After Nov. 1, 2024 |
|---|---|---|---|---|---|---|
| Jason | Courter | 12300053312 | Collins | X | | X |
| Drevayne | Dawkins | 12300057461 | Collins | X | | X |
| John | Forrest | 12300052880 | Collins | X | | X |
| Donald | Goldsmith | 12300057449 | Collins | X | | X |
| Eli | Groff | 12300052990 | Collins | X | | X |
| Christian | Horazeck | 12300053527 | Collins | X | | X |
| Odis | Kendrick | 12300052856 | Collins | X | | X |
| Mark | Legg | 12300053004 | Collins | | X | X |
| Kyle | Lynch | 12300057462 | Collins | | X | X |
| Clayton | Lynn | 12300053808 | Collins | | X | X |
| Yuri | Motruk | 12300053738 | Collins | X | | X |
| Collin | Peacock | 12300057453 | Collins | X | | X |
| Deven | Peterson | 12300053275 | Collins | X | | X |
| John | Quarnstrom | 12300053316 | Collins | X | | X |
| Tracy | Richardson | 12300053361 | Collins | X | | X |
| Julius | Roberts | 12300053247 | Collins | X | | X |
| Chris | Robinson | 12300053649 | Collins | X | | X |
| Robert | Rule | 12300052881 | Collins | X | | X |
| Robert | Schindler | 12300053084 | Collins | X | | X |
| Daniel | Smith | 12300052869 | Collins | X | | X |
| J Derek | Wright | 12300057442 | Collins | X | | X |
| Thomas | Abbruzzese | 12300053479 | Dasteel | X | | X |
| David | Antolic | 12300053498 | Dasteel | X | | X |
| Jose | Aranda | 12300053494 | Dasteel | X | | X |
| Carter | Baker | 12300053490 | Dasteel | X | | |
| Gavin | Baker | 12300052868 | Dasteel | | X | X |
| Stephanie | Blomstrom | 12300052896 | Dasteel | X | | X |
| Kiley | Borba | 12300052889 | Dasteel | | X | |
| Gavin | Borchers | 12300053481 | Dasteel | X | | X |
| Alexander | Brumley | 12300053501 | Dasteel | | X | X |
| Andrew | Butler | 12300052900 | Dasteel | X | | X |
| Maurice | Castro | 12300052890 | Dasteel | | X | X |
| Riley | Chapman | 12300052898 | Dasteel | X | | X |
| James | Davis | 12300053499 | Dasteel | X | | X |
| Manfred | Dentice | 12300052901 | Dasteel | | X | X |
| Raciel | Diaz | 12300052872 | Dasteel | X | | X |
| Jeremiah | Dieujuste | 12300052884 | Dasteel | X | | X |
| Collin | Evans | 12300053493 | Dasteel | X | | X |

| Defendant First Name | Defendant Last Name[1] | Case Number | Arbitrator | Accepted By Pop-Up or Purchase Before Nov. 1, 2024 | Accepted By Continued Use After Nov. 1, 2024 | Purchase On or After Nov. 1, 2024 |
|---|---|---|---|---|---|---|
| Anthony | Galatolo | 12300053491 | Dasteel | X | | |
| Gordon | Huckaby | 12300052861 | Dasteel | | X | |
| Vincent | Keegan | 12300053504 | Dasteel | X | | X |
| Jeremy | Kirkwood | 12300053480 | Dasteel | X | | X |
| Robert | Lewis | 12300053488 | Dasteel | X | | X |
| Bridgette | Mcbride | 12300052892 | Dasteel | X | | X |
| James | McDonald | 12300052888 | Dasteel | | X | X |
| Kevin | Montes | 12300053487 | Dasteel | | X | X |
| Jared | Myers | 12300053500 | Dasteel | X | | X |
| Caleb | Orella | 12300053492 | Dasteel | X | | X |
| Timothy | Pablo Penaranda | 12300053503 | Dasteel | X | | X |
| Mitchell | Pakosz | 12300052853 | Dasteel | | X | X |
| Zachary | Parsley | 12300053485 | Dasteel | | X | |
| Michael | Patterson | 12300052860 | Dasteel | X | | |
| Brady | Paul | 12300053478 | Dasteel | X | | X |
| Hugh | Phillips | 12300053496 | Dasteel | X | | |
| Carson | Plaisance | 12300053489 | Dasteel | X | | X |
| Pharaun | Potts | 12300052859 | Dasteel | X | | X |
| Jeff | Ramirez Ochoa | 12300053483 | Dasteel | | X | |
| Joe | Rios | 12300052850 | Dasteel | | X | |
| Samuel | Roberts | 12300052893 | Dasteel | X | | X |
| Simon | Savlas | 12300053484 | Dasteel | X | | |
| Alexander | Schlosser | 12300053505 | Dasteel | X | | X |
| Greg | Smith | 12300052882 | Dasteel | X | | X |
| Luis | Sotillet Rojas | 12300052883 | Dasteel | X | | X |
| Nicholas | Tynes | 12300053502 | Dasteel | X | | X |
| Mark | Williams Jr | 12300052870 | Dasteel | X | | X |
| Jacob | Zide | 12300052854 | Dasteel | X | | X |
| Cody | Ackley | 12300053336 | Gaglione | X | | X |
| Christien | Ayson | 12300053334 | Gaglione | | X | X |
| Matthew | Baldwin | 12300053347 | Gaglione | X | | X |
| Ryan | Borek | 12300053360 | Gaglione | X | | X |
| Mitchell | Coburn | 12300053343 | Gaglione | X | | X |
| Michael | Daugherty | 12300053357 | Gaglione | X | | X |
| Gabriel | Durbin | 12300053335 | Gaglione | X | | X |
| Mason | Field | 12300053355 | Gaglione | X | | X |
| Tyler | Francesconi | 12300053338 | Gaglione | X | | X |
| Thomas | Garrett | 12300053353 | Gaglione | | X | X |

4

| Defendant First Name | Defendant Last Name[1] | Case Number | Arbitrator | Accepted By Pop-Up or Purchase Before Nov. 1, 2024 | Accepted By Continued Use After Nov. 1, 2024 | Purchase On or After Nov. 1, 2024 |
|---|---|---|---|---|---|---|
| Robert | Grescowle | 12300053333 | Gaglione | X | | |
| Rob | Hauser | 12300053345 | Gaglione | X | | X |
| Ann | Hefner | 12300053340 | Gaglione | | X | X |
| Kasandra | Hiley | 12300053346 | Gaglione | | X | X |
| Patrick | Kuller | 12300053356 | Gaglione | X | | X |
| Richard | Lundsgaard | 12300053358 | Gaglione | X | | X |
| Jordan | Newby | 12300053359 | Gaglione | X | | X |
| Christopher | Prato-shein | 12300053342 | Gaglione | X | | X |
| Bradley | Ratliff | 12300053341 | Gaglione | X | | X |
| Andre | Santana | 12300053362 | Gaglione | X | | X |
| John | Taddei | 12300053339 | Gaglione | | X | X |
| Xzavier | Timmons | 12300053349 | Gaglione | | X | X |
| Merrick | Tipton | 12300053354 | Gaglione | X | | X |
| Katie | Uccello | 12300053363 | Gaglione | X | | X |
| Michael | Wu | 12300053337 | Gaglione | X | | X |
| Greg | Fish | 12300053288 | Goins | X | | X |
| Christian | Graber | 12300053702 | Goins | | X | X |
| Ethan | Lefebvre | 12300057452 | Goins | X | | X |
| Jeremy | Lucas | 12300053823 | Goins | X | | X |
| Zachary | Aletheia | 12300053259 | Gruber | X | | X |
| Angel | Ayala | 12300053273 | Gruber | X | | X |
| Kevin | Burnett | 12300053268 | Gruber | X | | X |
| Eric | Chastain | 12300053058 | Gruber | | X | |
| Rocco | Cipolla | 12300053066 | Gruber | X | | X |
| Julio | Cruz | 12300053266 | Gruber | X | | X |
| Kevin | Dahlke | 12300053264 | Gruber | X | | X |
| Jon | Francisco | 12300053265 | Gruber | X | | X |
| Robert | Gibson | 12300053271 | Gruber | X | | X |
| Tyler | Gilbert | 12300053270 | Gruber | | X | X |
| Supyo | Hong | 12300053054 | Gruber | X | | X |
| Jayson | Huber | 12300053060 | Gruber | X | | X |
| Maxwell | Johnson | 12300053061 | Gruber | X | | X |
| Nicholas | Kirse | 12300053065 | Gruber | X | | X |
| Jordan | Mack | 12300053269 | Gruber | X | | X |
| Jason | Mccall | 12300053274 | Gruber | | X | X |
| Ricky | Mullins | 12300053056 | Gruber | X | | X |
| Jacob | Naquin | 12300053262 | Gruber | X | | X |
| Jonathan | Ortiz | 12300053272 | Gruber | X | | X |

| Defendant First Name | Defendant Last Name[1] | Case Number | Arbitrator | Accepted By Pop-Up or Purchase Before Nov. 1, 2024 | Accepted By Continued Use After Nov. 1, 2024 | Purchase On or After Nov. 1, 2024 |
|---|---|---|---|---|---|---|
| Skylar | Pond | 12300053261 | Gruber | X |  | X |
| David | Reed | 12300053062 | Gruber | X |  | X |
| Allen | Roman | 12300053260 | Gruber | X |  | X |
| Trevor | Rupel | 12300053053 | Gruber |  | X | X |
| Ryan | Sheline | 12300053059 | Gruber | X |  | X |
| Patrick | Squire | 12300053064 | Gruber | X |  |  |
| Patrick | Titterness | 12300053267 | Gruber |  | X | X |
| Kenneth | Walker | 12300053055 | Gruber |  | X | X |
| Joshua | Wyant | 12300053063 | Gruber | X |  | X |
| Tai | Bishop | 12300053074 | Jossen | X |  |  |
| Cory | Cleri | 12300053092 | Jossen | X |  | X |
| Elizabeth | Dingman | 12300053071 | Jossen | X |  | X |
| Don "doc" | Guger | 12300053068 | Jossen | X |  |  |
| Jacob | Ford | 12300053075 | Jossen | X |  | X |
| Joseph | Gentry | 12300053076 | Jossen |  | X |  |
| Jason | Gibbs | 12300053089 | Jossen | X |  |  |
| Jackson | Heath | 12300053081 | Jossen | X |  |  |
| Adam | Henchen | 12300053093 | Jossen | X |  | X |
| Nicholas | Howell | 12300053090 | Jossen | X |  | X |
| Ryan | Jurado | 12300053072 | Jossen | X |  | X |
| Amy | Lutes | 12300053077 | Jossen | X |  |  |
| Javier | Nieto | 12300053082 | Jossen |  | X | X |
| Richard | Noble | 12300053083 | Jossen | X |  | X |
| Wesley | Parmer | 12300053091 | Jossen |  | X |  |
| Mike | Pena | 12300053078 | Jossen |  | X |  |
| Andrew | Rosson | 12300053069 | Jossen |  | X | X |
| Leonard | Sanders | 12300053088 | Jossen | X |  | X |
| Austin | Schau | 12300053086 | Jossen |  | X | X |
| Joseph | Shelley | 12300053087 | Jossen |  | X |  |
| Kevin | Taylor | 12300053070 | Jossen | X |  | X |
| Leif | Tollefson | 12300053073 | Jossen | X |  | X |
| Tyler | Wright | 12300053067 | Jossen | X |  | X |
| Johnathan | Yi | 12300053079 | Jossen | X |  | X |
| John | Zwick | 12300053085 | Jossen | X |  | X |
| Yousif | Alsaqlawi | 12300053450 | Katz | X |  | X |
| Rich | Cambern | 12300053462 | Katz |  | X | X |
| Steven | Carmiencke | 12300053459 | Katz | X |  | X |
| Adam | Carroll | 12300053461 | Katz | X |  | X |

6

| Defendant First Name | Defendant Last Name[1] | Case Number | Arbitrator | Accepted By Pop-Up or Purchase Before Nov. 1, 2024 | Accepted By Continued Use After Nov. 1, 2024 | Purchase On or After Nov. 1, 2024 |
|---|---|---|---|---|---|---|
| Nick | Carter | 12300053472 | Katz | X | | |
| Jason | Clark | 12300053469 | Katz | X | | X |
| Daniel | Duncan | 12300053456 | Katz | X | | |
| Haley | Eskridge | 12300053454 | Katz | X | | X |
| Jake | Flaherty | 12300053476 | Katz | X | | X |
| Mike | Hespel | 12300053474 | Katz | | X | X |
| Braxten | Hieb | 12300053463 | Katz | X | | X |
| Timothy | Kaiserlik | 12300053458 | Katz | X | | X |
| Alexander | Lopez | 12300053460 | Katz | X | | X |
| Travis | Micheletti | 12300053467 | Katz | | X | X |
| Maxwell | Mucha | 12300053471 | Katz | X | | X |
| Jared | Perry | 12300053477 | Katz | X | | X |
| Blake | Petersen | 12300053455 | Katz | X | | X |
| Kevin | Ramos | 12300053465 | Katz | | X | |
| Ethan | Rodabaugh | 12300053470 | Katz | X | | X |
| Christopher | Stephan | 12300053453 | Katz | X | | X |
| Dillon | Stettler | 12300053457 | Katz | X | | X |
| Amber | Toney | 12300053473 | Katz | X | | X |
| Christopher | Veiga | 12300053475 | Katz | X | | X |
| Jonah | White | 12300053452 | Katz | X | | X |
| Cody | Barker | 12300053417 | Kingsley | | X | X |
| Jacob | Deegan | 12300053400 | Kingsley | X | | X |
| Logan | Doose | 12300053394 | Kingsley | X | | X |
| Abraham | Duman | 12300053399 | Kingsley | X | | X |
| Taylor | Edwards | 12300053395 | Kingsley | X | | |
| Nathan | Engols | 12300053413 | Kingsley | | X | X |
| Sacha | Haghighi | 12300053398 | Kingsley | | X | X |
| Broderick | Hebert | 12300053393 | Kingsley | X | | X |
| Max | Johnson | 12300053401 | Kingsley | X | | X |
| Justin | Jones | 12300053410 | Kingsley | X | | |
| Gregory | Kain | 12300053414 | Kingsley | X | | X |
| Seth | Lewis | 12300053418 | Kingsley | | X | X |
| Michael | Linares | 12300053404 | Kingsley | | X | |
| Roger | Maricle | 12300053402 | Kingsley | X | | X |
| Jodee Lynn | Molina | 12300053403 | Kingsley | X | | X |
| Devon | Musto | 12300053411 | Kingsley | X | | X |
| Joshua | Roberts | 12300053396 | Kingsley | X | | X |
| Jason | Smith | 12300053408 | Kingsley | X | | X |

7

| Defendant First Name | Defendant Last Name[1] | Case Number | Arbitrator | Accepted By Pop-Up or Purchase Before Nov. 1, 2024 | Accepted By Continued Use After Nov. 1, 2024 | Purchase On or After Nov. 1, 2024 |
|---|---|---|---|---|---|---|
| Samuel | Stevens | 12300053392 | Kingsley | X | | X |
| Kaleb | Swaim | 12300053412 | Kingsley | X | | X |
| Dominique | Ward | 12300053405 | Kingsley | X | | X |
| Mason | Wright | 12300053397 | Kingsley | X | | X |
| Anthony | Gazzo | 12300053009 | Larkin | | X | X |
| Nicholas | Mastriaco | 12300053532 | Larkin | X | | X |
| Marc | Ura | 12300053407 | Larkin | X | | X |
| Timothy | Broughton | 12300053331 | Levy | | X | |
| Nicolaas | Bush | 12300053319 | Levy | X | | X |
| Duwayne | Counts | 12300053325 | Levy | X | | X |
| Andrew | Davidson | 12300053330 | Levy | | X | |
| Josiah | Eredia | 12300053323 | Levy | X | | X |
| Keelan | Esquivel | 12300053332 | Levy | X | | X |
| Nico | Estebanez | 12300053311 | Levy | | X | |
| Michael | Ewing | 12300053308 | Levy | X | | X |
| Alexander | Fowler | 12300053320 | Levy | X | | X |
| Adrian | Fritzley | 12300053309 | Levy | | X | X |
| David | Hedrick | 12300053324 | Levy | X | | X |
| Martin | Hernandez | 12300053321 | Levy | | X | |
| Jon | Hoke | 12300053328 | Levy | X | | X |
| Shawn | Peck | 12300053306 | Levy | X | | X |
| Jonathan | Perry | 12300053310 | Levy | X | | X |
| Niko | Pitinii | 12300053313 | Levy | X | | X |
| Isaac | Ramos | 12300053307 | Levy | X | | X |
| Joseph | Ray | 12300053304 | Levy | | X | |
| John | Reeves | 12300053326 | Levy | X | | X |
| Victor | Romo | 12300053327 | Levy | X | | |
| Mitchell | Strang | 12300053315 | Levy | | X | |
| James | Walters | 12300053305 | Levy | X | | X |
| Xenia | Yee | 12300053329 | Levy | X | | X |
| Jacob | Arthur | 12300053560 | Mainland | X | | X |
| Aaron | Castaneda | 12300053539 | Mainland | X | | X |
| Clyde | Chaffee | 12300053548 | Mainland | X | | X |
| Ian | Cheney | 12300053544 | Mainland | X | | X |
| James | Clarke | 12300053537 | Mainland | X | | X |
| Chase | Couzens | 12300053546 | Mainland | X | | X |
| Curtis | Drommerhausen | 12300053556 | Mainland | | X | X |
| Zack | Finfrock | 12300053562 | Mainland | X | | X |

| Defendant First Name | Defendant Last Name[1] | Case Number | Arbitrator | Accepted By Pop-Up or Purchase Before Nov. 1, 2024 | Accepted By Continued Use After Nov. 1, 2024 | Purchase On or After Nov. 1, 2024 |
|---|---|---|---|---|---|---|
| Julian | Gariba | 12300053551 | Mainland | X | | X |
| Alejandro | Garrido | 12300053538 | Mainland | X | | X |
| Chris | Huss | 12300053559 | Mainland | X | | X |
| Justin | Leffert | 12300053547 | Mainland | X | | X |
| Travis | Maynard | 12300053550 | Mainland | X | | X |
| James | Mcinerny | 12300053536 | Mainland | X | | X |
| Charles | Niles | 12300053555 | Mainland | | X | |
| Michael | Pacholczak | 12300053557 | Mainland | X | | |
| Jesse | Perlaza | 12300053561 | Mainland | X | | X |
| James | Reynolds | 12300053540 | Mainland | X | | X |
| Salvatore | Sardisco | 12300053543 | Mainland | X | | |
| Michael | Shingleton | 12300053554 | Mainland | X | | X |
| Adam | Zuniga | 12300053552 | Mainland | X | | X |
| Meagan | Argo | 12300052915 | McNamara | X | | X |
| Seth | Weber | 12300053581 | McNamara | | X | X |
| Abed | Balbaky | 12300053314 | McSorley | X | | X |
| Alec | Birenbaum | 12300053145 | McSorley | | X | X |
| Kenshad | Brown | 12300052886 | McSorley | X | | X |
| Mateus | Cunha | 12300053542 | McSorley | X | | X |
| Ajay | Dalal | 12300053696 | McSorley | X | | X |
| Joshua | Depalma | 12300053802 | McSorley | | X | X |
| Corbin | Echevarria | 12300053238 | McSorley | X | | X |
| Brett | Flinn | 12300053173 | McSorley | X | | X |
| Cole | Hagan | 12300053175 | McSorley | X | | X |
| Aleck | Hernandez | 12300053225 | McSorley | X | | X |
| Armando | Martinez | 12300053106 | McSorley | X | | X |
| Paul | Mayer | 12300053433 | McSorley | X | | X |
| Mark | Mendel | 12300053517 | McSorley | X | | X |
| Alexander | Mishkevich | 12300053344 | McSorley | X | | X |
| Anthony | Mittasch | 12300053698 | McSorley | | X | X |
| Conor | Moschella | 12300053762 | McSorley | X | | X |
| Robert | Richelson | 12300052936 | McSorley | X | | X |
| Gabriel | Rodrigues | 12300053105 | McSorley | X | | X |
| Matthew | Ventures | 12300053681 | McSorley | | X | |
| Lance | Vicente | 12300053352 | McSorley | | X | X |
| Bernard | Vignali | 12300052957 | McSorley | X | | X |
| Robert | Woolf | 12300053590 | McSorley | X | | X |
| Jake | Wuebker | 12300053219 | McSorley | X | | X |

| Defendant First Name | Defendant Last Name[1] | Case Number | Arbitrator | Accepted By Pop-Up or Purchase Before Nov. 1, 2024 | Accepted By Continued Use After Nov. 1, 2024 | Purchase On or After Nov. 1, 2024 |
|---|---|---|---|---|---|---|
| Jeffrey | Cassick | 12300052934 | Morrill | X | | X |
| Nicholas | Foster | 12300052940 | Morrill | X | | X |
| Charles | Gill | 12300052933 | Morrill | X | | X |
| Bashari | Guidry | 12300052935 | Morrill | X | | X |
| Bradyn | Hamel | 12300052942 | Morrill | | X | X |
| Baylen | James | 12300052947 | Morrill | X | | X |
| Itiel | Jimenez | 12300052954 | Morrill | | X | |
| Jared | Johnson | 12300052946 | Morrill | X | | X |
| Thomas | Mcsweeney | 12300052938 | Morrill | X | | X |
| Alice | Millage | 12300052944 | Morrill | | X | |
| Alexander | Pachnicki | 12300052953 | Morrill | X | | X |
| Joshua | Page | 12300052941 | Morrill | X | | X |
| Jeff | Pellegrin | 12300052929 | Morrill | X | | X |
| Dustin | Phelps | 12300052930 | Morrill | X | | X |
| Mateo | Platero | 12300052937 | Morrill | | X | X |
| Steven | Prescott | 12300052943 | Morrill | | X | |
| Thomas | Rolando | 12300052939 | Morrill | X | | X |
| John | Schweizer Ii | 12300052945 | Morrill | | X | X |
| Ian | Stubbs | 12300052932 | Morrill | X | | X |
| Nicky | Sun | 12300052950 | Morrill | X | | X |
| Matthew | Sweeney | 12300052948 | Morrill | X | | X |
| Maisie | Turner | 12300052949 | Morrill | X | | X |
| Joseph | Wasielewski-walsh | 12300052931 | Morrill | X | | X |
| Zachary | Yahola | 12300052952 | Morrill | X | | X |
| Fabian | Arevalo | 12300053034 | Ohashi | X | | X |
| Noah | Burch | 12300053033 | Ohashi | X | | X |
| Chase | Froelich | 12300053015 | Ohashi | X | | X |
| Tasha | Goldsmith | 12300053036 | Ohashi | X | | X |
| Daniel | Guadarrama | 12300053031 | Ohashi | | X | |
| Trevor | Laturner | 12300053024 | Ohashi | X | | X |
| Corinne | Lee | 12300053035 | Ohashi | | X | |
| Broden | Mcduffee | 12300053037 | Ohashi | X | | X |
| Barry | Morganti | 12300053032 | Ohashi | | X | X |
| Cole | Nelson | 12300053017 | Ohashi | X | | X |
| Michael | Owens | 12300053019 | Ohashi | X | | X |
| Eliel | Pedro | 12300053025 | Ohashi | X | | X |
| Alyssa | Phillips | 12300053028 | Ohashi | X | | X |

10

| Defendant First Name | Defendant Last Name[1] | Case Number | Arbitrator | Accepted By Pop-Up or Purchase Before Nov. 1, 2024 | Accepted By Continued Use After Nov. 1, 2024 | Purchase On or After Nov. 1, 2024 |
|---|---|---|---|---|---|---|
| Cortland | Pinnick | 12300053027 | Ohashi | X | | X |
| Matthew | Powell | 12300053018 | Ohashi | X | | |
| Quinn | Rasmussen | 12300053022 | Ohashi | X | | X |
| Nicholas | Rugama | 12300053023 | Ohashi | X | | X |
| Ethan | Sams | 12300053016 | Ohashi | X | | X |
| Anthony | Simoni | 12300053026 | Ohashi | X | | X |
| Ryan | Smith | 12300053030 | Ohashi | X | | X |
| Norm | Somers | 12300053021 | Ohashi | X | | X |
| Tyler | Stulz | 12300053020 | Ohashi | X | | |
| Lucian | Thompson | 12300053029 | Ohashi | | X | X |
| Kevin | Viloria | 12300053039 | Ohashi | X | | X |
| Luther | Williams | 12300053038 | Ohashi | X | | |
| Ryan | Adreani | 12300053645 | Palomo | X | | X |
| Matthew | Baer | 12300053169 | Palomo | X | | X |
| Raymond | Garay | 12300052907 | Palomo | X | | X |
| Virgil | Glisson | 12300052877 | Palomo | X | | |
| Devin | Harvey | 12300053177 | Palomo | X | | X |
| Jurell | Jordan | 12300052866 | Palomo | X | | |
| Derek | Krause | 12300057458 | Palomo | X | | X |
| Deric | Landers | 12300053014 | Palomo | X | | X |
| Ezekiel | Mccracken | 12300052897 | Palomo | X | | X |
| Adrian | Monter | 12300053131 | Palomo | X | | X |
| Nathaniel | Moore | 12300053597 | Palomo | X | | X |
| Ryan | Moore | 12300052978 | Palomo | X | | X |
| Bonnie | Murphy | 12300053777 | Palomo | X | | X |
| Garland | Noel | 12300053256 | Palomo | X | | X |
| Gary | Palmatier | 12300052858 | Palomo | X | | X |
| Robert | Richards | 12300053224 | Palomo | X | | X |
| Alexander | Rodriguez | 12300053464 | Palomo | X | | X |
| Joshua | Sammons | 12300053549 | Palomo | X | | X |
| Ramon | Serrano | 12300052873 | Palomo | X | | X |
| Dylan | Smyers | 12300052871 | Palomo | X | | X |
| Decker | Spencer | 12300053318 | Palomo | X | | X |
| Matthew | Stengel | 12300053101 | Palomo | X | | X |
| Randy | Wozniak | 12300053245 | Palomo | X | | |
| Christopher | Bittle | 12300053241 | Pope | X | | X |
| Griffin | Byer | 12300053237 | Pope | | X | X |
| Myles | Coffman | 12300053214 | Pope | | X | X |

11

| Defendant First Name | Defendant Last Name[1] | Case Number | Arbitrator | Accepted By Pop-Up or Purchase Before Nov. 1, 2024 | Accepted By Continued Use After Nov. 1, 2024 | Purchase On or After Nov. 1, 2024 |
|---|---|---|---|---|---|---|
| Mason | Coon | 12300053232 | Pope | X | | X |
| Jordan | Davis | 12300053216 | Pope | X | | X |
| Daniel | Ducos | 12300053215 | Pope | X | | X |
| Jeremy | Flippo | 12300053218 | Pope | X | | X |
| Guido | Gonzalez | 12300053239 | Pope | X | | X |
| William | Griffin | 12300053223 | Pope | X | | X |
| William | Holmes | 12300053217 | Pope | X | | X |
| Chandlin | Husain | 12300053240 | Pope | X | | X |
| Timothy | Johnson | 12300053242 | Pope | X | | |
| Matthew | Jones | 12300053227 | Pope | | X | X |
| Benjamin | Jordan | 12300053243 | Pope | X | | X |
| John | Knirr | 12300053228 | Pope | X | | |
| Austin | Mcmillan | 12300053235 | Pope | X | | X |
| Aaron | Pearson | 12300053231 | Pope | X | | X |
| Vincent | Rebokus | 12300053222 | Pope | X | | X |
| Stephen | Robertson | 12300053230 | Pope | | X | X |
| Gabriel | Santana | 12300053234 | Pope | X | | X |
| Ian | Smith | 12300053233 | Pope | X | | X |
| Aaron | Solomon | 12300053221 | Pope | X | | |
| Zachary | Taylor | 12300053220 | Pope | X | | X |
| Joshua | Whiteacre | 12300053244 | Pope | X | | X |
| Benjamin | Conrad | 12300053129 | Quintanilla | | X | X |
| Randall | Farley | 12300053134 | Quintanilla | X | | X |
| Neil Andrew | Francisco | 12300053127 | Quintanilla | X | | X |
| Austin | Henry | 12300053128 | Quintanilla | X | | X |
| Steven | Jennett | 12300053126 | Quintanilla | X | | X |
| Alicia | Marshall | 12300053133 | Quintanilla | | X | |
| Jacob | Phillips | 12300053135 | Quintanilla | X | | X |
| Abraham | Ramadan | 12300053132 | Quintanilla | X | | X |
| Ethan | Scifers | 12300053125 | Quintanilla | X | | X |
| Thmoas | Wiseman | 12300053130 | Quintanilla | X | | X |
| Zaid | Abuwandi | 12300053286 | R. Brown | X | | X |
| Steven | Armant | 12300053279 | R. Brown | X | | X |
| Adam | Bernal | 12300053303 | R. Brown | | X | X |
| Shountasia | Bevins | 12300053283 | R. Brown | X | | X |
| X. | B. – P. | 12300053278 | R. Brown | X | | X |
| Zachary | Burry | 12300053277 | R. Brown | X | | X |
| Denver | Dubhorn | 12300053295 | R. Brown | X | | X |

| Defendant First Name | Defendant Last Name[1] | Case Number | Arbitrator | Accepted By Pop-Up or Purchase Before Nov. 1, 2024 | Accepted By Continued Use After Nov. 1, 2024 | Purchase On or After Nov. 1, 2024 |
|---|---|---|---|---|---|---|
| Andrew M. | Evenson | 12300053282 | R. Brown | X | | X |
| David | Graham | 12300053284 | R. Brown | X | | X |
| Alexander | Grow | 12300053298 | R. Brown | X | | X |
| Shane | Kachman | 12300053301 | R. Brown | X | | X |
| Grant | Kegley | 12300053293 | R. Brown | | X | |
| Paul | Kiernan | 12300053290 | R. Brown | X | | |
| Brandon | Kimpel | 12300053296 | R. Brown | X | | X |
| Jared | Moreno | 12300053302 | R. Brown | X | | X |
| Jacob | Pullen | 12300053292 | R. Brown | X | | X |
| David | Richey | 12300053299 | R. Brown | X | | X |
| Tyler | Salyer | 12300053280 | R. Brown | X | | X |
| Robert | Stillman | 12300053291 | R. Brown | X | | X |
| Nicholas | Stone | 12300053287 | R. Brown | X | | X |
| Devon | Trujillo | 12300053300 | R. Brown | | X | |
| Jacob | Walker | 12300053289 | R. Brown | X | | X |
| Joshua | Webb | 12300053281 | R. Brown | | X | X |
| Daniel | West | 12300053294 | R. Brown | X | | X |
| Chris | Bassford | 12300053186 | Radford | X | | X |
| Jase | Busby | 12300053187 | Radford | X | | X |
| Christopher | Conrad | 12300053213 | Radford | | X | |
| Alexander | Coren | 12300053204 | Radford | X | | X |
| John | Davis | 12300053193 | Radford | X | | |
| William | Dudley | 12300053184 | Radford | X | | X |
| Matthew | Fowler | 12300053196 | Radford | X | | X |
| Nels | Geary | 12300053208 | Radford | X | | X |
| Renny | Herbert | 12300053205 | Radford | | X | X |
| Shaun | Howe | 12300053185 | Radford | X | | X |
| Alex | Hyer | 12300053203 | Radford | X | | X |
| Jennifer | Jacks | 12300053212 | Radford | X | | X |
| Chris | Jaus | 12300053202 | Radford | | X | X |
| Andrew | Kosko | 12300053209 | Radford | X | | X |
| Joshua | Kranz | 12300053199 | Radford | | X | X |
| Alan | Lopez | 12300053188 | Radford | X | | X |
| Jonathan | Lopez | 12300053210 | Radford | X | | X |
| Natasha | Mccarthy | 12300053190 | Radford | X | | X |
| Andrew | Mitchell | 12300053198 | Radford | X | | |
| Michael | Mrgich | 12300053207 | Radford | | X | X |
| Darian | Stark | 12300053194 | Radford | X | | X |

13

| Defendant First Name | Defendant Last Name[1] | Case Number | Arbitrator | Accepted By Pop-Up or Purchase Before Nov. 1, 2024 | Accepted By Continued Use After Nov. 1, 2024 | Purchase On or After Nov. 1, 2024 |
|---|---|---|---|---|---|---|
| Lauren | Tyner | 12300053183 | Radford | X | | X |
| Lloyd | Walker | 12300053192 | Radford | X | | X |
| Mark | Wendt | 12300053189 | Radford | X | | X |
| Thomas | Byrd | 12300053796 | Reid | X | | X |
| James | Pruitt | 12300053236 | Reid | X | | X |
| Brian | Baskovich | 12300053047 | Rubin | X | | X |
| Jack | Cleary | 12300053042 | Rubin | | X | |
| Brennan | Coleman | 12300053049 | Rubin | X | | X |
| Max | Kurtz | 12300053041 | Rubin | | X | X |
| Scott | Lewis | 12300053048 | Rubin | X | | |
| Graysen | Mcgilligan | 12300053045 | Rubin | X | | X |
| Gavin | Moye | 12300053046 | Rubin | X | | X |
| Nathan | Pippin | 12300053050 | Rubin | X | | X |
| Cristian | Raynes | 12300053043 | Rubin | X | | X |
| Joshua | Rodriguez | 12300053044 | Rubin | X | | X |
| Aaron | Vaughn | 12300053040 | Rubin | X | | X |
| Daniel | Wirth | 12300053052 | Rubin | X | | X |
| Jacob | Barnhill | 12300053449 | Rundle | X | | X |
| Joshua | Bosman | 12300053252 | Rundle | | X | X |
| Michael | Calloni | 12300053439 | Rundle | X | | X |
| Peter | Cila | 12300053438 | Rundle | X | | X |
| Marcus | Crowley | 12300053255 | Rundle | | X | |
| Sean | Dolle | 12300053251 | Rundle | X | | X |
| Michael | Dufour | 12300053253 | Rundle | X | | |
| Paolo | Galupo | 12300053435 | Rundle | X | | X |
| Augustus | Gerbo | 12300053250 | Rundle | X | | X |
| Jared | Hardison | 12300053447 | Rundle | | X | X |
| Mark | Henley | 12300053432 | Rundle | X | | X |
| Jonathan | Hillman | 12300053258 | Rundle | X | | X |
| William | Jackson | 12300053429 | Rundle | X | | X |
| Kolby | Louks | 12300053443 | Rundle | X | | X |
| Martin | Mendez | 12300053441 | Rundle | | X | |
| Ray | Miller | 12300053440 | Rundle | X | | X |
| Jennifer A. | Nelson | 12300053436 | Rundle | | X | X |
| Andrew | Osborne | 12300053442 | Rundle | X | | X |
| Eric | Partlow | 12300053445 | Rundle | X | | |
| Morgan | Rushing | 12300053444 | Rundle | | X | X |
| Kai | Trobaugh | 12300053428 | Rundle | | X | |

14

| Defendant First Name | Defendant Last Name[1] | Case Number | Arbitrator | Accepted By Pop-Up or Purchase Before Nov. 1, 2024 | Accepted By Continued Use After Nov. 1, 2024 | Purchase On or After Nov. 1, 2024 |
|---|---|---|---|---|---|---|
| Jack | Uteg | 12300053431 | Rundle |  | X | X |
| Veda | Valles | 12300053446 | Rundle | X |  |  |
| Brad | Wilson | 12300053434 | Rundle | X |  | X |
| Stephen | Adams | 12300053378 | Samas | X |  | X |
| David | Arroyo | 12300053371 | Samas | X |  | X |
| Garrett | Athay | 12300053391 | Samas | X |  | X |
| Edwin | Ayala | 12300053387 | Samas | X |  | X |
| Brandan | Christner | 12300053366 | Samas | X |  | X |
| Ethan | Cowan-wright | 12300053390 | Samas | X |  | X |
| Sydney | Cutler-gilbert | 12300053377 | Samas | X |  | X |
| Dylan | Fleckenstein | 12300053388 | Samas | X |  | X |
| Tyler | Freehill | 12300053379 | Samas | X |  | X |
| James | Gallant | 12300053385 | Samas | X |  | X |
| Ralph | Gonzales | 12300053364 | Samas | X |  |  |
| Jacob | Graves | 12300053367 | Samas | X |  | X |
| Andres | Hernandez | 12300053381 | Samas | X |  | X |
| Travis | Hickey | 12300053382 | Samas | X |  | X |
| Jared | Huggett | 12300053384 | Samas | X |  | X |
| John | Marcotte | 12300053386 | Samas | X |  | X |
| Sean | Mitchell | 12300053365 | Samas | X |  | X |
| Daniel | Morris | 12300053369 | Samas | X |  | X |
| Marcus | Pettway | 12300053374 | Samas | X |  | X |
| Joel | Sandkamp | 12300053373 | Samas | X |  | X |
| Zackery | Sessions | 12300053376 | Samas |  | X | X |
| Brian | Sherwood | 12300053372 | Samas | X |  | X |
| Alexander | Thomas | 12300053389 | Samas | X |  | X |
| Ryan | Tutor | 12300053375 | Samas |  | X |  |
| Cade | Azarcon | 12300052876 | Schmitz | X |  | X |
| Rob | Baldwin | 12300053514 | Schmitz |  | X | X |
| Aaron | Briggs | 12300052874 | Schmitz |  | X | X |
| Johnathon | Eimer | 12300052852 | Schmitz |  | X | X |
| Natalie | Fields | 12300057456 | Schmitz |  | X | X |
| Cameron | Lester | 12300052988 | Schmitz | X |  | X |
| Ian | Trefren | 12300052864 | Schmitz | X |  | X |
| Cary | Miller | 12300053005 | Silak |  | X |  |
| Leo | Blondel | 12300053602 | T. Brown |  | X | X |
| Johnathon | Bush | 12300053599 | T. Brown | X |  | X |
| Scott | Eskridge | 12300053598 | T. Brown | X |  | X |

| Defendant First Name | Defendant Last Name[1] | Case Number | Arbitrator | Accepted By Pop-Up or Purchase Before Nov. 1, 2024 | Accepted By Continued Use After Nov. 1, 2024 | Purchase On or After Nov. 1, 2024 |
|---|---|---|---|---|---|---|
| Michael | Gualtieri | 12300053595 | T. Brown | X |  | X |
| Evan | Piepho | 12300053600 | T. Brown | X |  | X |
| Steven | Stucker | 12300053594 | T. Brown |  | X |  |
| William | Marcellus | 12300053350 | Thompson | X |  | X |
| Isaac | Sellers | 12300053482 | Thompson |  | X |  |