HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VALVE CORPORATION,<br><br>        Plaintiff,<br><br>   v.<br><br>THOMAS ABBRUZZESE, *et al.*,<br><br>        Defendants. | Cause No. 2:24-cv-1717-JNW<br><br>NOTICE OF APPEARANCE OF WILLIAM R. BURNSIDE ON BEHALF OF DEFENDANTS |

TO:      The Clerk of the Court;

AND TO:  All Counsel of Record.

     PLEASE TAKE NOTICE that William R. Burnside of Bailey Duquette P.C. hereby enters his appearance in this matter as counsel to Defendants as represented in the attached Appendix. Counsel has previously appeared on behalf of some Defendants as represented in the

third column in the Appendix and is now entering his appearance on behalf of the remaining Defendants as represented in the fourth column in the Appendix.

All future notices and pleadings directed to any Defendant should be served upon him at the address of counsel below.

Dated this 8th day of September, 2025.

**BAILEY DUQUETTE P.C.**

By */s/ William R. Burnside*
William R. Burnside, WSBA #36002
800 Fifth Ave, Suite 101-800
Seattle, Washington 98104
Phone: 206.353.8021
Facsimile: 888.233.5869
Email: will@baileyduquette.com

*Attorney for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 8th, 2025, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the parties of record.

Dated this September 8, 2025 at Seattle, Washington.

/s/ William R. Burnside
William R. Burnside