HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

VALVE CORPORATION,

    Petitioner,

  v.

THOMAS ABBRUZZESE, et al.,

    Defendants.

Case No.  2:24-cv-1717-JNW

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE AN OVER-LENGTH RESPONSE BRIEF

NOTED ON MOTION CALENDAR:
September 8, 2025

    This matter, having come before the Court on Defendants' Motion for Leave to File an Over-length Brief ("Motion"), and the Court having considered the moving papers and the pleadings and files herein.

    **IT IS ORDERED** as follows:

Defendants' Motion is GRANTED. Defendants may file a consolidated over-length brief up to 12,000 words. Plaintiffs may file a reply of up to 6,000 words.

DATED this _____ day of September, 2025.

_____
HON. JAMAL N. WHITEHEAD
United States District Judge

*Presented by*:

BAILEY DUQUETTE P.C.

By: */s William R. Burnside*
William R. Burnside, WSBA #36002
800 Fifth Ave, Suite 101-800
Seattle, Washington 98104
T: 206.353.8021
E: will@baileyduquette.com

BUCHER LAW PLLC

William Ward Bucher IV
(*pro hac vice* admitted for some Defendants and for the remaining Defendants forthcoming)
350 Northern Blvd, STE 324-1519
Albany, NY 12204-1000
Tel. 202.997.3029
E: will@bucherlaw.com

*Attorneys for Defendants*

[PROPOSED] ORDER GRANTING DEFENDANTS'
MOTION FOR LEAVE TO AN OVER-LENGTH
RESPONSE BRIEF – Page 2

BAILEY DUQUETTE P.C.
800 FIFTH AVENUE, SUITE 101-800
SEATTLE, WASHINGTON 98104
T 206.353.8021 | F 888.233.5869