HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VALVE CORPORATION,<br><br>      Petitioner,<br><br>  v.<br><br>THOMAS ABBRUZZESE, et al.,<br><br>      Defendants. | CASE NO.: 2:24-cv-1717-JNW<br><br>ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE AN OVER-LENGTH RESPONSE BRIEF<br><br>NOTED ON MOTION CALENDAR: September 8, 2025 |

    This matter, having come before the Court on Defendants' Motion for Leave to File an Over-length Brief ("Motion"), and the Court having considered the moving papers and the pleadings and files herein.

    **IT IS ORDERED** as follows:

Defendants' Motion is GRANTED. Defendants may file a consolidated over-length brief up to 12,000 words. Plaintiffs may file a reply of up to 6,000 words.

DATED this 9th day of September, 2025.

HON. JAMAL N. WHITEHEAD
United States District Judge

*Presented by*:

BAILEY DUQUETTE P.C.

By: */s William R. Burnside*
William R. Burnside, WSBA #36002
800 Fifth Ave, Suite 101-800
Seattle, Washington 98104
T: 206.353.8021
E: will@baileyduquette.com

BUCHER LAW PLLC

William Ward Bucher IV
(*pro hac vice* admitted for some Defendants and for the remaining Defendants forthcoming)
350 Northern Blvd, STE 324-1519
Albany, NY 12204-1000
Tel. 202.997.3029
E: will@bucherlaw.com

*Attorneys for Defendants*

ORDER GRANTING DEFENDANTS' MOTION
FOR LEAVE TO AN OVER-LENGTH RESPONSE
BRIEF – Page 2

BAILEY DUQUETTE P.C.
800 FIFTH AVENUE, SUITE 101-800
SEATTLE, WASHINGTON 98104
T 206.353.8021 | F 888.233.5869