UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VALVE CORPORATION,<br><br>                    Plaintiff,<br><br>     v.<br><br>THOMAS ABBRUZZESE *et al.*,<br><br>                    Defendants. | No. 2:24-CV-1717-JNW<br><br>**STIPULATION AND ORDER EXTENDING DEFENDANTS' TIME TO RESPOND TO COMPLAINT (DKT. 78) AND MODIFYING BRIEFING SCHEDULE FOR VALVE CORPORATION'S MOTION FOR A PRELIMINARY INJUNCTION (DKT. 79)**<br><br>**NOTE ON MOTION CALENDAR: SEPTEMBER 9, 2025** |

STIPULATION
No. 2:24-CV-1717-JNW

1

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

Plaintiff Valve Corporation ("Valve") and all 572 Defendants (collectively, "Defendants") hereby stipulate as follows:

**WHEREAS**, on August 21, 2025, Valve filed a Complaint in this action brought "against each separately named Defendant" (Dkt. 78 ¶ 229);

**WHEREAS**, Valve seeks relief as to "each Defendant" (Dkt. 78 ¶¶ 230–251);

**WHEREAS**, on August 21, 2025, Valve filed a Motion for a Preliminary Injunction seeking relief as to all Defendants (Dkt. 79), noting the Motion for a Preliminary Injunction for September 26, 2025;

**WHEREAS**, Bailey Duquette P.C. filed a Notice of Appearance on behalf of all Defendants in this action;

**WHEREAS**, Defendants' current deadline to respond to the Complaint is September 11, 2025;

**WHEREAS**, Defendants' current deadline to file any Opposition to the Motion for a Preliminary Injunction is September 11, 2025;

**WHEREAS,** Defendants' counsel has requested on behalf of all Defendants, and Valve has agreed to, an extension of the foregoing deadlines; and

**WHEREAS**, the parties agree that an (i) extension of Defendants' deadline to respond to the Complaint and (ii) an agreed-upon briefing schedule for the Motion for a Preliminary Injunction will further the orderly administration of this action.

**NOW THEREFORE, IT IS HEREBY STIPULATED** by and among the undersigned counsel for the parties, subject to approval of the Court, that:

(i)   Defendants shall have up to and including October 3, 2025, to respond to the Complaint;

(ii)  Defendants shall have up to and including September 19, 2025, to file their Opposition to the Motion for a Preliminary Injunction, and Valve shall have up to and including October 3, 2025, to file a Reply in further support of the Motion for a

STIPULATION
No. 2:24-CV-1717-JNW

2

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

1 | Preliminary Injunction;

2 | (iii) The Motion for a Preliminary Injunction is re-noted for October 10, 2025; and

3 | (iv) This Stipulation is without prejudice to, or waiver of, any rights or defenses otherwise available to the parties.

DATED: September 9, 2025

CORR CRONIN LLP

By: *s/ Blake Marks-Dias*
Blake Marks-Dias, WSBA No. 28169
1015 Second Avenue, Floor 10
Seattle, WA 98104
(206) 625-8600 Phone
(206) 625-0900 Fax
bmarksdias@corrcronin.com

Michael W. McTigue Jr., *Admitted Pro Hac Vice*
Meredith C. Slawe, *Admitted Pro Hac Vice*
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, NY 10001
michael.mctigue@skadden.com
meredith.slawe@skadden.com

*Attorneys for Plaintiff Valve Corporation*

BAILEY DUQUETTE P.C.

By: *s/ William R. Burnside*
William R. Burnside, WSBA No. 36002
800 Fifth Avenue, Suite 101-800
Seattle, WA 98104
will@baileyduquette.com

William Bucher
BUCHER LAW PLLC
350 Northern Blvd.
STE 324-1519
Albany, NY 12204-1000

*Attorneys for Defendants*

STIPULATION
No. 2:24-CV-1717-JNW

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

3

1 | PURSUANT TO STIPULATION, IT IS SO
2 | ORDERED DATED this <u>10th</u> day of September, 2025

_____
The Honorable Jamal N. Whitehead
UNITED STATES DISTRICT JUDGE

STIPULATION
No. 2:24-CV-1717-JNW

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

4