# Exhibit A

1  So why are we here? According to the petitioners, all
2  that's happened is that they have some, one person, that's all
3  we know, because the only evidence --
4      **THE COURT:** We're here because you had a -- your
5  client had an agreement to go to AAA. And when it came time to
6  pay the fee, you backed out and reneged on the agreement.
7      **MR. FOGELMAN:** Your Honor, I --
8      **THE COURT:** That's why we're here.
9      **MR. FOGELMAN:** I hear you, and I have an answer to
10 that, but I wanted to --
11     **THE COURT:** You made the agreement. Your law firm
12 and all the defense law firms have tried for 30 years to keep
13 plaintiffs out of court in employment cases. And you've gotten
14 a lot of success in the courts.
15    After so finally somebody says: Okay, we'll take you to
16 arbitration. And suddenly it's not in your interest any more.
17 And now you're wiggling around trying to figure some way to
18 squirm out of your own agreement.
19    I am not -- you know, I'm a little older than you and
20 there is a lot of poetic justice here.
21     **MR. FOGELMAN:** Your Honor, I don't think you look
22 older than me, and I appreciate that, but I will tell you this
23 much.
24    First of all, we have a valid defense to the Motion to
25 Compel arbitration. I'm going to walk through that, but I