HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

VALVE CORPORATION,

    Plaintiff,

v.

THOMAS ABBRUZZESE, *et al.*,

    Defendants.

Case No. 2:24-cv-1717-JNW

DECLARATION OF WILL BUCHER IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION

I, Will Bucher, state under the penalty of perjury:

1. I am an attorney at the Bucher Law PLLC and represent the PC Gamers in the instant action. I am fully familiar with the facts set forth herein.

2. Following the ruling that the SSA was unenforceable by Valve against the Elliott plaintiffs, Valve continued to argue in the PC Gamer's arbitrations the Valid Contract remained enforceable. On September 10, 2024—nearly three months after the Elliott rulings—Valve argued in the Greg Fish's arbitration "The [Valid] SSA governs Valve's relationships with Claimants and is enforceable." Attached hereto as Exhibit A is a true and correct copy of Valve's submission in the Greg Fish arbitration.

DECLARATION OF WILL BUCHER IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION – Page 1

BAILEY DUQUETTE P.C.
800 FIFTH AVENUE, SUITE 101-800
SEATTLE, WASHINGTON 98104
T 206.353.8021 | F 888.233.5869

3. Ten arbitrators and a former judge—Saydah, Badal, Gaglione, Gilman, Kingsley, Morrill, Goins, Jossen, Sperow, Ohashi, and Samas—have ruled that the Valid Contract controls and that Valve's attempted rewrite is ineffective. Attached hereto as Exhibit B are true and correct copies of orders confirming these rulings.

4. Based on my review of the purchase histories available in the PC Gamers' arbitrations, the PC Gamers have typically spent more than $3,000 on their Valve PC games, which they would forfeit if they deleted their account. The average award for prevailing PC Gamers, which awards only a fraction of the PC Gamers total spending, suggests this amount might even be a low-end estimate.

5. Valve filed a nearly identical motion in December 2023 in all of the PC Gamers claims seeking sanctions, fee-shifting, and dismissal of the PC Gamers claims. Valve did not prevail in a single one of its December 2023 motions to dismiss.

6. In arbitration, Valve has argued that *American Pipe* tolling does not work to preserve the claims of the PC Gamers. Attached hereto as Exhibit C is a true and correct copy of the Gilman briefing making these arguments.

7. At the time of this affidavit's signing, more than a dozen PC Gamers Valve hailed before this Court have already completed their final merits hearings and are awaiting final arbitral decisions.

8. At least a half a dozen arbitrators, adjudicating the claims of hundreds of PC Gamers, have trials scheduled for dates during the next six months.

DECLARATION OF WILL BUCHER IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION – Page 2

BAILEY DUQUETTE P.C.
800 FIFTH AVENUE, SUITE 101-800
SEATTLE, WASHINGTON 98104
T 206.353.8021 | F 888.233.5869

9. Arbitrator Rubin was assigned to adjudicate Mr. Wirth's claim and by September 2024 had scheduled a hearing to resolve the parties' information exchange disputes and set a trial date. But unlike many other arbitrators, Arbitrator Rubin granted Valve's request for a stay when it filed this action last year. Arbitrator Rubin passed away in August of 2025, placing Mr. Wirth's claim in limbo.

10. No award in favor of a PC Gamer to date has been for any less than $750,000. This figure includes the mandatory treble damages, fees, and costs but excludes the substantial additional interest, collection costs, and litigation expenses necessary to enforce those awards.

11. Attached are true and correct copies of the following documents or records:

| Exhibit | Description |
|---|---|
| A | Valve's submission in the Greg Fish arbitration. dated September 10, 2024. |
| B | Orders by Arbitrator Saydah, Badal, Gaglione, Gilman, Kingsley, Morrill, Goins, Jossen, Sperow, Ohashi, and Samas dated October 11, 2024 (Saydah), October 9, 2024 (Badal), April 17, 2025 (Gaglione), October 9, 2024 (Gilman), October 20, 2024 (Kingsley), November 19, 2024 (Morrill), October 24, 2024 (Goins), March 17, 2025 (Jossen), November 13, 2024 (Sperow), November 22, 2024 (Ohashi), and September 9, |

DECLARATION OF WILL BUCHER IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION – Page 3

BAILEY DUQUETTE P.C.
800 FIFTH AVENUE, SUITE 101-800
SEATTLE, WASHINGTON 98104
T 206.353.8021 | F 888.233.5869

| | | |
|---|---|---|
| | | 2024 (Samas). |
| | **C** | Gilman Briefing dated May 5th, 2025. |

Executed on September 19, 2025.

                                              *s/ Will Bucher*
                                              Will Bucher

DECLARATION OF WILL BUCHER IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION – Page 4

BAILEY DUQUETTE P.C.
800 FIFTH AVENUE, SUITE 101-800
SEATTLE, WASHINGTON 98104
T 206.353.8021 | F 888.233.5869