Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VALVE CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>THOMAS ABBRUZZESE, *et al.*,<br><br>    Defendants. | Case No. 2:24-cv-1717-JNW<br><br>MOTION FOR ORDER GRANTING LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANTS XANDER BRENDE-PRINS AND JUSTIN JONES<br><br>NOTED ON MOTION CALENDAR:<br>October 16, 2025 |

## I. RELIEF REQUESTED

Pursuant to Local Rules W.D. Wash. LCR 83.2(b), William R. Burnside of Bailey Duquette P.C. ("**Bailey Duquette**") moves this Court for leave to withdraw as counsel for Defendants Xander Brende-Prins and Justin Jones ("**Defendants**").

## II. FACTS

Defendants informed counsel that they no longer desired to be represented by Bailey Duquette in this matter. Bailey Duquette agreed to withdraw as attorney of record in this matter and prepare this motion for withdrawal.

By signing this motion, undersigned counsel certifies that Defendants and opposing counsel are being served with copies of this motion. Opposing counsel will receive this motion through the Court's electronic service system, and Defendants will receive this motion by electronic and US mail.

Xander Brende-Prins's last known address and telephone number is:

1720 121st Ave NW
Coon Rapids MN 55448
T: 763.400.6003

Justin Jones's last known address and telephone number is:

17 Stephens Avenue
Hornell NY 14843
T: 516.500.5875

The Court should also be aware that Defendant Jones withdrew his arbitration on June 15, 2025—well before Valve filed its complaint and motion for preliminary injunction. Likewise, Defendant Brende-Prins withdrew his arbitration on September 8, 2025. In other words, Valve brought claims and now seeks extraordinary injunctive relief against individuals who are no longer arbitrating antitrust claims at all.

### III. ARGUMENT AND AUTHORITY

Under Local Civil Rule 83.2(b)(1) of the Western District of Washington, an attorney may withdraw from a civil case only with the Court's permission. Local Rules W.D. Wash. LCR 83.2(b)(1). The motion must certify that it was served on both the client and opposing counsel. *Id*. If the withdrawal would leave a party without representation, the motion must also provide that party's address and telephone number. *Id*.

Bailey Duquette has fully complied with the requirements of Local Civil Rule 83.2(b)(1). The firm obtained leave of Court to withdraw, certified that its motion

was served on both its client and opposing counsel, and provided the client's current address and telephone number to ensure continued communication. Having satisfied each procedural requirement, Bailey Duquette should be allowed to withdraw as Defendants requested.

### IV. CONCLUSION

For the above reasons, Bailey Duquette respectfully requests that the Court grant this motion to withdraw from representing Defendants Xander Brende-Prins and Justin Jones.

DATED this 25th day of September, 2025.

> BAILEY DUQUETTE P.C.
>
> By: /s William R. Burnside
> William R. Burnside, WSBA #36002
> 800 Fifth Ave, Suite 101-800
> Seattle, Washington 98104
> T: 206.353.8021
> E: will@baileyduquette.com
>
> *Attorney for Defendants Xander Brende-Prins and Justin Jones*

I certify that this motion contains less than 4,200 words pursuant to Local Rules W.D. Wash. LCR 7(e)(4)

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I caused a true and correct copy of the foregoing Defendants' Response In Opposition To Plaintiff's Motion For A Preliminary Injunction served upon counsel of record herein, as follows:

Blake Marks-Dias, WSBA No. 28169
1015 Second Avenue, Floor 10                    ☒ Via Electronic Service
Seattle, Washington 98104
(206) 625-8600 Phone
(206) 625-0900 Fax
E: bmarksdias@corrcronin.com

Michael W. McTigue Jr., *Admitted Pro Hac Vice*
Meredith C. Slawe, *Admitted Pro Hac Vice*
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
E: michael.mctigue@skadden.com
E: meredith.slawe@skadden.com

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated: September 25, 2025 at Seattle, Washington.

                *s/ William R. Burnside*
                William Burnside, WSBA No. 36002