HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VALVE CORPORATION,<br><br>                    Plaintiff,<br><br>       v.<br><br>ABBRUZZESE et al.,<br><br>                    Defendants. | No. 2:24-cv-1717-JNW<br><br>**VALVE CORPORATION'S NOTICE OF VOLUNTARY DISMISSAL UNDER RULE 41(a)(1)(A)(i) AS TO 22 DEFENDANTS** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Valve Corporation hereby dismisses this action as to the 20 Defendants below (the "Concluded Defendants") because their arbitrations are now complete and closed:

1. Abraham Duman
2. Broderick Hebert
3. Cody Barker
4. Devon Musto
5. Gregory Kain
6. Jason Smith
7. Jodee Lynn Molina

PLAINTIFF VALVE CORPORATION'S
NOTICE OF VOLUNTARY DISMISSAL UNDER
RULE 41(a)(1)(A)(i) AS TO 22 DEFENDANTS -
NO. 24-CV-1717

Corr Cronin LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

8. Joshua Roberts
9. Kaleb Swaim
10. Mason Wright
11. Max Johnson
12. Michael Linares
13. Nathan Engols
14. Roger Maricle
15. Sacha Haghighi
16. Samuel Stevens
17. Seth Lewis
18. Taylor Edwards
19. Christian Graber
20. Ethan Lefebvre

Valve also dismisses this action pursuant to Rule 41(a)(1)(A)(i) with respect to the following additional Defendants whose arbitrations are also closed:

21. Justin Jones
22. X. B.-P.

**A.   The Arbitrations of the Concluded Respondents Ended with Awards, Rendering the Relief Sought in This Action Moot as to Them**

The Concluded Defendants' arbitrations ended with final merits awards.

In 18 of the 20 Concluded Defendants' arbitrations, the arbitrator ruled in Valve's favor on all claims.[1] On September 24, 2025, Valve filed a separate Petition To Confirm Arbitration

---

[1] These Defendants include Abraham Duman, Broderick Hebert, Cody Barker, Devon Musto, Gregory Kain, Jason Smith, Jodee Lynn Molina, Joshua Roberts, Kaleb Swaim, Mason Wright, Max Johnson, Michael Linares, Nathan Engols, Roger Maricle, Sacha Haghighi, Samuel Stevens, Seth Lewis, and

PLAINTIFF VALVE CORPORATION'S
NOTICE OF VOLUNTARY DISMISSAL UNDER
RULE 41(a)(1)(A)(i) AS TO 22 DEFENDANTS - 2
NO. 24-CV-1717

Corr Cronin LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

Award Pursuant to RCW 7.04A.220 and for a Judgment Pursuant to RCW 7.04A.250 in the Superior Court for the State of Washington in and for King's County with respect to these 18 Concluded Defendants. (S*ee, e.g.*, Ex. 1 (exemplar Petition To Confirm)[2].)[3]

In two of the 20 Concluded Defendants' arbitrations, the arbitrator ruled partially in Valve's favor and partially in the claimant's favor.[4] On September 8, 2025, Valve filed separate Petitions To Vacate Arbitration Awards pursuant to 9 U.S.C. § 12 in this Court with respect to these Concluded Defendants. *Valve Corp. v. Graber*, No. 25-cv-01730 (W.D. Wash. filed Sept. 8, 2025); *Valve Corp. v. Lefebvre*, No. 25-cv-01731 (W.D. Wash. filed Sept. 8, 2025). Those petitions are pending.

As the arbitrations of each of the Concluded Defendants are now closed, Valve's complaint has become moot with respect to those arbitrations. Valve accordingly no longer seeks the relief requested in the complaint with respect to the Concluded Defendants. Therefore, Valve hereby voluntarily dismisses this action as to the Concluded Defendants. No Concluded Defendant has filed an answer or a motion for summary judgment.

**B.    Defendants Justin Jones and X. B.-P. Voluntarily Withdrew Their Arbitrations**

Valve also voluntarily dismisses this action with respect to Defendants Justin Jones and X. B.-P. (who Valve believes is a minor). These Defendants have both voluntarily withdrawn their arbitrations from the AAA. The AAA closed these arbitrations after Valve filed its complaint and motion for preliminary injunction on August 21, 2025. (Dkt. 78-79.) The AAA

---

Taylor Edwards. While the parties disputed whether Defendants could proceed in arbitration, the arbitrator permitted the arbitrations to proceed to final awards. (Ex. 1 at 2.)

[2] The final merits awards in the 18 arbitrations and the Petitions To Confirm are all materially identical. A redacted copy of an exemplar award as filed with the Superior Court for the State of Washington is attached hereto as Exhibit 2.

[3] Valve also prevailed in 25 other merits arbitrations involving former defendants in this action. (*See* Dkt. 81 ¶¶ 46-49.)

[4] These Defendants include Christian Graber and Ethan Lefebvre.

PLAINTIFF VALVE CORPORATION'S
NOTICE OF VOLUNTARY DISMISSAL UNDER
RULE 41(a)(1)(A)(i) AS TO 22 DEFENDANTS - 3
NO. 24-CV-1717

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

closed Defendant Jones's arbitration on August 22, 2025 (Ex. 3), and Defendant X. B.-P.'s arbitration on September 10, 2025 (Ex. 4). Neither Defendant Jones nor Defendant X. B.-P. has filed an answer or a motion for summary judgment.

DATED this 26th day of September 2025.

        CORR CRONIN LLP

        *s/ Blake Marks-Dias*
        Blake Marks-Dias, WSBA No. 28169
        1015 Second Avenue, Floor 10
        Seattle, Washington 98104
        (206) 625-8600 Phone
        (206) 625-0900 Fax
        bmarksdias@corrcronin.com

        Michael W. McTigue Jr., *Admitted Pro Hac Vice*
        Meredith C. Slawe, *Admitted Pro Hac Vice*
        SKADDEN, ARPS, SLATE,
           MEAGHER & FLOM LLP
        One Manhattan West
        New York, New York 10001
        michael.mctigue@skadden.com
        meredith.slawe@skadden.com

        *Attorneys for Plaintiff Valve Corporation*

PLAINTIFF VALVE CORPORATION'S
NOTICE OF VOLUNTARY DISMISSAL UNDER
RULE 41(a)(1)(A)(i) AS TO 22 DEFENDANTS - 4
NO. 24-CV-1717

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900