THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VALVE CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>THOMAS ABBRUZZESE *et al.*,<br><br>Defendants. | No. 2:24-CV-1717-JNW<br><br>**REPLY DECLARATION OF ANDREW J. FUCHS IN FURTHER SUPPORT OF VALVE CORPORATION'S MOTION FOR PRELIMINARY INJUNCTION** |

DECLARATION OF ANDREW J. FUCHS - 1

No. 2:24-CV-1717-JNW

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

**REPLY DECLARATION OF ANDREW J. FUCHS**

I, Andrew J. Fuchs, declare as follows:

1. I am an attorney licensed to practice in the State of Texas and a counsel in the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, counsel for Plaintiff Valve Corporation ("Valve") in the above-captioned matter. I submit this declaration in further support of Valve's Motion for Preliminary Injunction.

2. The majority of arbitrators presiding over arbitrations brought by Bucher Law PLLC against Valve Corporation entered orders staying arbitrations before them. This declaration attaches at Exhibits 14-18 examples of such orders.

3. I also submit this declaration to transmit to the Court true and correct copies of the following documents that are attached hereto:

|  | **DESCRIPTION** |
|---|---|
| Exhibit 14 | Arbitrator Brooks Order dated Oct. 23, 2024, *Joshua Sayles & 21 Other Individual Claimants v. Valve Corp.* |
| Exhibit 15 | Arbitrator Gruber Order dated Oct. 28, 2024, *Trevor Rupel & 27 Other Individual Claimants v. Valve Corp.* |
| Exhibit 16 | Arbitrator Thompson Order dated Nov. 11, 2024, *William Marcellus & 1 Other Individual Claimant v. Valve Corp.* |
| Exhibit 17 | Arbitrator McNamara Order dated Dec. 11, 2024, *Meagan Argo & 1 Other Individual Claimant v. Valve Corp.* |
| Exhibit 18 | Arbitrator Mainland Order dated Dec. 20, 2024, *James Mcinerney & 24 Other Individual Claimants v. Valve Corp.* |
| Exhibit 19 | Arbitrator Dasteel Order dated June 11, 2025, *In re Valve Corp.* |
| Exhibit 20 | Defendant Valve Corporation's Opposition to Plaintiff Ryan Lally's Motion for Sanctions, *In re Valve Antitrust Litigation*, No. 2:21-cv-00563-JNW (W.D. Wash. filed June 26, 2025) (Dkt. 470) |

DECLARATION OF ANDREW J. FUCHS – 1
No. 2:24-CV-1717-JNW

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 3, 2025 in Austin, Texas

_____
ANDREW J. FUCHS

DECLARATION OF ANDREW J. FUCHS - 2

No. 2:24-CV-1717-JNW

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900