HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

VALVE CORPORATION,

    Plaintiff,

v.

THOMAS ABBRUZZESE et al.,

    Defendants.

No. 2:24-cv-1717-JNW

**VALVE CORPORATION'S NOTICE OF VOLUNTARY DISMISSAL UNDER RULE 41(a)(1)(A)(i) AS TO TWO DEFENDANTS**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Valve Corporation hereby dismisses this action as to the two Defendants below (the "Concluded Defendants") because their arbitrations are now complete and closed:

1. Alec Birenbaum
2. Lance Vicente

The Concluded Defendants' arbitrations ended with final merits awards that were partially in Valve's favor and partially in the Concluded Defendants' favor. Valve filed separate Petitions To Vacate Arbitration Awards in this Court with respect to the Concluded Defendants. *Valve Corp. v. Birenbaum*, No. 25-cv-01975 (W.D. Wash. filed October 10, 2025); *Valve Corp. v. Vicente*, No. 25-cv-01976 (W.D. Wash. filed October 11, 2025). Those petitions are pending.

As the arbitrations of both of the Concluded Defendants are now closed, Valve's complaint has become moot with respect to those arbitrations. Valve accordingly no longer seeks the relief requested in the complaint with respect to the Concluded Defendants. Therefore,

PLAINTIFF VALVE CORPORATION'S
NOTICE OF VOLUNTARY DISMISSAL UNDER
RULE 41(a)(1)(A)(i) AS TO TWO DEFENDANTS -
NO. 24-CV-1717-JNW

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

Valve hereby voluntarily dismisses this action as to the Concluded Defendants. No Concluded Defendant has filed an answer or a motion for summary judgment.

DATED this _th day of October 2025.

        CORR CRONIN LLP

        *s/ Blake Marks-Dias*
        Blake Marks-Dias, WSBA No. 28169
        1015 Second Avenue, Floor 10
        Seattle, Washington 98104
        (206) 625-8600 Phone
        (206) 625-0900 Fax
        bmarksdias@corrcronin.com

        Michael W. McTigue Jr., *Admitted Pro Hac Vice*
        Meredith C. Slawe, *Admitted Pro Hac Vice*
        SKADDEN, ARPS, SLATE,
           MEAGHER & FLOM LLP
        One Manhattan West
        New York, New York 10001
        michael.mctigue@skadden.com
        meredith.slawe@skadden.com

        *Attorneys for Plaintiff Valve Corporation*

PLAINTIFF VALVE CORPORATION'S
NOTICE OF VOLUNTARY DISMISSAL UNDER
RULE 41(a)(1)(A)(i) AS TO TWO DEFENDANTS - 2
NO. 24-CV-1717-JNW

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900