Honorable Jamal N. Whitehead

United States District Court
Western District of Washington
At Seattle

| | |
|---|---|
| Valve Corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Thomas Abbruzzese, *et al.*,<br><br>　　　　Defendants. | Case No.  2:24-cv-1717-JNW<br><br>Motion for Order Granting Leave To Withdraw as Counsel For Defendants<br><br>Noted on Motion Calendar:<br>November 24, 2025 |

## I. Relief Requested

Pursuant to Local Rules W.D. Wash. LCR 83.2(b), William R. Burnside of Bailey Duquette P.C. ("**Bailey Duquette**") moves this Court for leave to withdraw as counsel for Defendants Jonathan Lewis, Andrew Davidson, Brian Sherwood, Baylen James, Gabriel Durbin, and Bonnie Murphy ("**Defendants**").

## II. Facts

Defendants informed counsel that they no longer desired to be represented by Bailey Duquette in this matter. Bailey Duquette agreed to withdraw as attorney of record in this matter and prepare this motion for withdrawal.

By signing this motion, undersigned counsel certifies that Defendants and opposing counsel are being served with copies of this motion. Opposing counsel will receive this motion through the Court's electronic service system, and Defendants will receive this motion by electronic and US mail.

Defendants and their current addresses are as follows:

Jonathan Lewis - 431 Bubbling Springs Ct, Mason, MI 48854

Andrew Davidson - 1361 N Windsor Ave, Cottage Grove, WI 53527

Brian Sherwood - 633 Sw 132nd Ave, Davie, FL 33325

Baylen James - 1615 Winding Trail Dr, Allen, TX 75002

Gabriel Durbin - 111 Springhill Court, Mooresville, IN 46158

Bonnie Murphy - 1320 Uhlhorn St, Evansville, IN 47710

## III. ARGUMENT AND AUTHORITY

Under Local Civil Rule 83.2(b)(1) of the Western District of Washington, an attorney may withdraw from a civil case only with the Court's permission. Local Rules W.D. Wash. LCR 83.2(b)(1). The motion must certify that it was served on both the client and opposing counsel. *Id*. If the withdrawal would leave a party without representation, the motion must also provide that party's address and telephone number. *Id*.

Bailey Duquette has fully complied with the requirements of Local Civil Rule 83.2(b)(1). The firm obtained leave of Court to withdraw, certified that its motion was served on both its client and opposing counsel, and provided the client's current address and telephone number to ensure continued communication. Having

satisfied each procedural requirement, Bailey Duquette should be allowed to withdraw as Defendants requested.

### IV. CONCLUSION

For the above reasons, Bailey Duquette respectfully requests that the Court grant this motion to withdraw from representing Defendants Xander Brende-Prins and Justin Jones.

DATED this 3rd day of November, 2025.

>BAILEY DUQUETTE P.C.
>
>By: /s William R. Burnside
>William R. Burnside, WSBA #36002
>800 Fifth Ave, Suite 101-800
>Seattle, Washington 98104
>T: 206.353.8021
>E: will@baileyduquette.com
>
>*Attorney for Defendants*

*I certify that this motion contains less than 4,200 words pursuant to Local Rules W.D. Wash. LCR 7(e)(4)*

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I caused a true and correct copy of the foregoing Motion for Order Granting Leave to Withdraw as Counsel for Defendants served upon counsel of record herein, as follows:

| | |
|---|---|
| Blake Marks-Dias, WSBA No. 28169<br>1015 Second Avenue, Floor 10<br>Seattle, Washington 98104<br>(206) 625-8600 Phone<br>(206) 625-0900 Fax<br>E: bmarksdias@corrcronin.com | ☒ Via Electronic Service |

Michael W. McTigue Jr., *Admitted Pro Hac Vice*
Meredith C. Slawe, *Admitted Pro Hac Vice*
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
E: michael.mctigue@skadden.com
E: meredith.slawe@skadden.com

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated: November 3, 2025 at Seattle, Washington.

          *s/ William R. Burnside*
          William Burnside, WSBA No. 36002

MOTION FOR ORDER GRANTING LEAVE TO WITHDRAW
AS COUNSEL FOR DEFENDANTS – Page 1

BAILEY DUQUETTE P.C.
800 FIFTH AVENUE, SUITE 101-800
SEATTLE, WASHINGTON 98104
T 206.353.8021 | F 888.233.5869