Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

VALVE CORPORATION,

    Plaintiff,

v.

THOMAS ABBRUZZESE, *et al.*,

    Defendants.

Case No. 2:24-cv-1717-JNW

[PROPOSED] ORDER GRANTING BAILEY DUQUETTE P.C. LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANTS

Pursuant to Local Rules W.D. Wash. LCR 83.2(b), William R. Burnside of Bailey Duquette P.C. moved this Court for leave to withdraw as counsel for Defendants Jonathan Lewis, Andrew Davidson, Brian Sherwood, Baylen James, Gabriel Durbin, and Bonnie Murphy.

It is hereby **ORDERED** that leave to withdraw is **GRANTED**. The Clerk shall terminate William R. Burnside and Bailey Duquette P.C.'s association with these Defendants.

**IT IS SO ORDERED**.

DATED this __th day of November, 2025.

HONORABLE JAMAL N. WHITEHEAD
UNITED STATES DISTRICT JUDGE

*Presented by:*

BAILEY DUQUETTE P.C.
William R. Burnside, WSBA #36002
800 Fifth Ave, Suite 101-800
Seattle, Washington 98104
T: 206.353.8021
E: will@baileyduquette.com

*Attorney for Defendants*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

DEFENDANTS' RESPONSE IN OPPOSITION TO
PLAINTIFF'S MOTION FOR A PRELIMINARY
INJUNCTION– Page 1

BAILEY DUQUETTE P.C.
800 FIFTH AVENUE, SUITE 101-800
SEATTLE, WASHINGTON 98104
T 206.353.8021 | F 888.233.5869