The Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

VALVE CORPORATION,

                Plaintiff,

v.

THOMAS ABBRUZZESE et al.,

                Defendants.

No. 2:24-CV-1717-JNW

**DECLARATION OF SCOTT LYNCH IN OPPOSITION TO MOTIONS TO CONFIRM ARBITRATION AWARDS (DKTS. 115-116)**

I, Scott Lynch, declare as follows:

1. I am the Chief Operating Officer for Plaintiff Valve Corporation ("Valve") in the above-captioned matter. I submit this declaration in Opposition to the Motions to Confirm Arbitration Award filed by movants Alec Birenbaum and Lance Vicente (collectively, "Movants") (Dkts. 115-116). I make this declaration based on my personal knowledge and, if called upon to do so, would testify competently hereto.

**A.    Valve, Steam, and the SSA**

2. Valve is a video game developer, publisher, and digital distribution company. Valve offers an online platform called Steam, where consumers can purchase, play and interact with their friends about video games.

3. For an individual to create a Steam account and become a Steam user, he or she must first agree to a Steam Subscriber Agreement ("SSA").

DECLARATION OF SCOTT LYNCH – 1

**CORR CRONIN LLP**
1015 Second Avenue, 10th Floor
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

4. Valve does not collect a user's name, physical address, or phone number when he or she creates a Steam account.

5. In 2012, Valve added to the SSA an arbitration agreement providing that, with limited exceptions, users and Valve "agree to resolve all disputes and claims between us in individual binding arbitration" with the AAA. The most recent version of the SSA containing that arbitration agreement became effective on April 25, 2023 (the "Superseded SSA").

**B.      Valve Replaces the Superseded SSA with the Controlling SSA**

6. On September 26, 2024, Valve removed the arbitration agreement and class action waiver from the SSA. A true and correct copy of the current version of the SSA without an arbitration agreement or a class action waiver (the "Controlling SSA") is attached hereto as Exhibit A. It is also available at https://store.steampowered.com/subscriber_agreement/.[1]

7. When Valve launched the Controlling SSA, Valve inserted a prominent banner at the top of the agreement. The banner is set forth below.



8. Valve also provided notice of the change to the SSA to Steam users in three other ways.

---

[1] Valve updated the Controlling SSA on September 18, 2025. That update did not modify the dispute resolution provision for U.S. customers and is not relevant to this motion.

DECLARATION OF SCOTT LYNCH – 2

9. First, beginning on September 26, 2024, Valve provided the email notice shown below to all U.S. Steam users (including Movants) of the change to the SSA (the "Email Notice"), sending the notice to the email address of record for their Steam accounts. The Email Notice specifically called out changes to the dispute resolution provision:



DECLARATION OF SCOTT LYNCH – 3

CORR CRONIN LLP
1015 Second Avenue, 10th Floor
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

10. The Email Notice included multiple links to the full text of the Controlling SSA, shown in blue text above.

11. Second, beginning on September 26, 2024, Valve provided notice of the new agreement through the below pop-up that appeared on the Steam client (the "Pop-Up Notice"). The Pop-Up Notice provided:



12. In addition to calling out the changes to the dispute resolution provision, the Pop-Up Notice included multiple links to the full text of the Controlling SSA, shown in blue text above.

13. The Pop-Up Notice enabled users to agree to the Controlling SSA by checking a box stating: "I Agree to the Updated Steam Subscriber Agreement" then clicking "Accept Updated SSA."

14. Alternatively, users could close the Pop-Up Notice without agreeing to the Controlling SSA, as indicated by the "X" at the top right corner of the pop-up.

DECLARATION OF SCOTT LYNCH – 4

15. Third, beginning on September 26, 2024, Valve published the below blog post on the Steam platform providing notice of the change to the SSA, available at https://store.steampowered.com/news/app/593110/view/4696781406111167991 (the "Blog Post"). The Blog Post provided:



16. The Blog Post included multiple prominent and easily accessible links to the full text of the Controlling SSA, shown in blue text above.

17. A "Steam Wallet" contains funds that may be used for the purchase of any game on Steam or within a game that supports Steam transactions.

18. Users must accept the Controlling SSA every time they fund their Steam Wallet or make a purchase on Steam itself[2] after September 26, 2024.

---

[2] As opposed to a purchase made using Steam Wallet funds from within a game launched through Steam.

DECLARATION OF SCOTT LYNCH – 5

CORR CRONIN LLP
1015 Second Avenue, 10th Floor
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

19. Consistent with the Email Notice and Pop-Up Notice, when a user makes a purchase on Steam, the user is presented with an unchecked box requiring the user to check the box and accept the Controlling SSA, which is hyperlinked in white text to the words "Steam Subscriber Agreement" shown below:



20. Consistent with the Email Notice and Pop-Up Notice, when a user funds their Steam Wallet, the user is presented with an unchecked box requiring the user to check the box and accept the Controlling SSA, which is hyperlinked in white text to the words "Steam Subscriber Agreement" shown below:

DECLARATION OF SCOTT LYNCH – 6



C.  **Movants Affirmatively Agreed to the Controlling SSA**

21. There are two claimants who brought arbitrations against Valve before the American Arbitration Association that were assigned to Arbitrator Suzanne M. McSorley and whose arbitrations proceeded to award: (i) Alec Birenbaum and (ii) Lance Vicente. The Arbitrator issued a Final Award in each of Movants' arbitrations. I am informed that counsel for Movants provided Steam IDs they allege belong to the Movants. As explained in ¶ 4, Valve does not collect a user's name when they create a Steam account. Below, I assume that the Steam IDs provided by counsel

DECLARATION OF SCOTT LYNCH – 7

for Movants belong to them, but do not have personal knowledge as to whether they are in fact the owners of these accounts.

### (i) Movant Alec Birenbaum

22. Movant Birenbaum is bound by the Controlling SSA pursuant to the terms of the Email Notice and Pop-Up Notice because he did not delete or discontinue use of his Steam account by November 1, 2024.

23. Based on Valve's business records, Movant Birenbaum did not delete or request to delete his Steam account before November 1, 2024.

24. Based on Valve's business records, Movant Birenbaum logged into Steam on November 17, 2024, and more than 30 times between that date and January 17, 2025.

25. Based on Valve's business records, on January 17, 2025, Movant Birenbaum affirmatively accepted the Controlling SSA when making a purchase on Steam by checking the box next to "I agree to the terms of the Steam Subscriber Agreement (last updated Sep 26, 2024)" and clicking the "Purchase" button.

### (ii) Movant Lance Vicente

26. Movant Vicente is bound by the Controlling SSA pursuant to the terms of the Email Notice and Pop-Up Notice because he did not delete or discontinue use of his Steam account by November 1, 2024.

27. Based on Valve's business records, Movant Vicente did not delete or request to delete his Steam account before November 1, 2024.

28. Based on Valve's business records, Movant Vicente logged into Steam on November 2, 2024, and more than 30 times between that date and December 2, 2024.

29. Based on Valve's business records, on December 2, 2024, Movant Vicente affirmatively accepted the Controlling SSA when making a purchase on Steam by checking the box next to "I agree to the terms of the Steam Subscriber Agreement (last updated Sep 26, 2024)" and clicking the "Purchase" button.

DECLARATION OF SCOTT LYNCH – 8

CORR CRONIN LLP
1015 Second Avenue, 10th Floor
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 12th day of November, 2025, at Palm Desert, California.

_____
Scott Lynch

DECLARATION OF SCOTT LYNCH – 9

**CORR CRONIN LLP**
1015 Second Avenue, 10th Floor
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900