The Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

VALVE CORPORATION,

                              Plaintiff,

        v.

THOMAS ABBRUZZESE et al.,

                              Defendants.

No. 2:24-CV-1717-JNW

**DECLARATION OF BLAKE MARKS-DIAS IN OPPOSITION TO MOTIONS TO CONFIRM ARBITRATION AWARDS (DKTS. 115-116)**

Blake Marks-Dias states and declares as follows:

1.      I am over 18 years of age, I have personal knowledge of the matters stated herein and I am competent to testify to these matters.

2.      I am one of the attorneys representing Valve Corporation ("Valve") and make this Declaration in Opposition to the Motions to Confirm Arbitration Award filed by movants Alec Birenbaum and Lance Vicente (collectively, "Movants") (Dkts. 115-116).

3.      I respectfully submit this declaration to transmit true and correct copies of the following documents:

**I.      Exhibits Related to the Arbitrations:**

4.      Attached hereto as **Exhibit 1** is a true and correct copy of the demand Movant Alec Birenbaum filed with the AAA.

5.      Attached hereto as **Exhibit 2** is a true and correct copy of the demand Movant Lance Vicente filed with the AAA.

6.      The AAA assigned Movants' arbitrations to Suzanne M. McSorley (the "Arbitrator").

DECLARATION OF BLAKE MARKS-DIAS – 1

**CORR CRONIN LLP**
1015 Second Avenue, 10th Floor
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

7.      Attached hereto as **Exhibit 3** is a true and correct copy of a letter from Valve's counsel Michael McTigue dated October 19, 2024, to the Arbitrator and Movants' counsel moving to stay Movants' arbitrations pending resolution of Valve's request to enjoin the arbitrations of Movants and more than 600 other defendants in this action.

8.      Attached hereto as **Exhibit 4** is true and correct copy of an order the Arbitrator issued dated October 27, 2024, denying the stay Valve sought in its October 19, 2024, letter.

9.      In its communications with the Arbitrator and the AAA following the October 27, 2024, order, Valve consistently raised its objection that Valve "reserved all rights" and contended that "these arbitrations should be closed because there is no longer an agreement to arbitrate between the parties." By way of example, attached hereto as **Exhibit 5** is true and correct excerpt of a letter from Michael McTigue to the Arbitrator dated December 20, 2024, in which Valve raised its continuing objection to the arbitrations' proceeding.

10.     In July 2025, the Arbitrator held merits hearings on Movants' claims over Valve's objections.

**II.      Exhibits Related to the Awards:**

11.     Attached hereto as **Exhibits 6** is a true and correct redacted copy of the Final Award dated October 9, 2025, for Movant Alec Birenbaum.

12.     Attached hereto as **Exhibits 7** is a true and correct redacted copy of the Final Award dated October 9, 2025, for Movant Lance Vicente.

13.     The Arbitrator and the AAA transmitted the Final Awards to the parties on October 10, 2025.

14.     The copies of the Final Awards attached hereto contain minimal redactions of expert discussions of market share percentages and Valve's internal discussions of market share percentages. Judge Coughenour and Judge Whitehead previously ordered that these figures be redacted and filed under seal. In *In re Valve Antitrust Litigation*, No. 2:21-cv-00563-JNW ("*In re Valve*"), Valve filed a report authored by Dr. Steven Schwartz (*In re Valve*, Dkt. 316-7) with the

DECLARATION OF BLAKE MARKS-DIAS – 2

specific market share estimates contained in the Final Awards as well as another expert report (*In re Valve*, Dkt. 316-3) with related market share figures under seal. Judge Coughenour ordered that the exhibits remain under seal. (*In re Valve*, Dkt. 336.) Valve then filed a redacted version. (*In re Valve*, Dkt. 348-7, 348-3.) Valve later filed its internal discussions of market share percentages from 2013 contained in the Final Awards under seal. (*In re Valve*, Dkt. 355.) Judge Whitehead ordered that they remain under seal. (Dkt. 361.) Given that all of the figures that are redacted in the copies of the Final Awards attached hereto as **Exhibits 6 and 7** have already been ordered sealed, Valve does not believe a redundant motion to seal is required. To the extent a motion to seal is required, however, Valve will promptly schedule a conference with counsel and file a motion to seal.

15.     Attached hereto as **Exhibit 8** is a true and correct copy of an email dated August 7, 2025, from Valve's counsel to the Arbitrator and Movants' counsel requesting that any briefing on entitlement to an award of attorneys' fees and costs be reserved until after the Arbitrator issued an award on the merits, so that any such briefing could more accurately assess the scope of costs.

16.     Attached hereto as **Exhibit 9** is a true and correct copy of an email dated August, 9 2025, from the Arbitrator to the parties denying Valve's request and ordering the parties to (i) address entitlement to attorneys' fees in their post-hearing briefs on the merits, due August 26, 2025, and (ii) submit on September 5, 2025, "affidavits of services in excel format" specifying their claimed fees. The September 5, 2025, deadline was subsequently extended at Movants' request to September 9, 2025.

17.     Attached hereto as **Exhibit 10** is a true and correct excerpted copy of Valve's post-hearing brief dated August 19, 2025, and submitted August 26, 2025.

18.     Attached hereto as **Exhibit 11** is a true and correct copy of a declaration by Movants' counsel Will Bucher, dated September 9, 2025, submitted on September 10, 2025, in support of Movants' request for fees and costs. In a footnote to that declaration, Bucher notes that he "counted 100% of the fees charged  . . . as attributable to this case." Bucher continues that Movants' counsel

DECLARATION OF BLAKE MARKS-DIAS – 3

"ask[s] that time entries that were tagged for this arbitrations [sic] but also involved tasks or meetings where other arbitrations were also discussed or were only attributable in part to this case, be billed in full to this case. Alternatively, we ask that the tribunal award 50% of the time attributable to such entries."

19.     Attached hereto as **Exhibit 12** is a true and correct copy of a spreadsheet titled "Exhibit E - Consolodated [sic] Timesheets for McSorley Fee App" submitted September 10, 2025, in support of Movants' request for fees and costs. The spreadsheet contains more than 900 individual time entries from ten attorneys and four legal support staff purportedly in connection with both arbitrations.

20.     Attached hereto as **Exhibit 13** is a true and correct copy of a spreadsheet titled "Exhibit F – MoNi McSorley Hours" submitted September 10, 2025, in support of Movants' request for fees and costs. The spreadsheet purports to show time entries from Morrow Ni LLP made in connection with the two arbitrations before the Arbitrator.

21.     Attached hereto as **Exhibit 14** is a true and correct copy of a spreadsheet titled "Exhibit G – KMW McSorley Time" submitted September 10, 2025, in support of Movants' request for fees and costs. The spreadsheet purports to show time entries from Siri & Glimstad LLP made in connection with both arbitrations.

22.     Attached hereto as **Exhibit 15** is a true and correct copy of a spreadsheet titled "Exhibit H – McSorley Itemized Expense Report" submitted September 10, 2025, in support of Movants' request for fees and costs. The spreadsheet purports to show costs borne by Movants' counsel in connection with the arbitrations in the amount of $162,889.82.

23.     Attached hereto as **Exhibit 16** is a true and correct copy of a document titled "Exhibit I – Expert and Consulting fees Invoices" submitted September 10, 2025, in support of Movants' request for fees and costs. The document purports to show invoices for expert witness and consulting fees from Kenyon Consulting LLC and Fideres Partners LLP ("Fideres") in connection

DECLARATION OF BLAKE MARKS-DIAS – 4

1  with both arbitrations, totaling $144,620. The invoices from Fideres include entries that are redacted;

2  the invoice totals are also redacted, including for a category called "Data Recharges."

3      24.    The invoice issued by Kenyon Consulting totals $63,370. While Dr. Philip Cross of

4  Kenyon Consulting gave expert testimony in the arbitrations before the Arbitrator, no one from

5  Fideres testified for or appeared in the arbitrations before the Arbitrator. Nonetheless, Movants'

6  counsel requested $81,250, or nearly 60% of the total fees requested for expert testimony and

7  consulting, in relation to work performed by individuals at Fideres purportedly in connection with

8  the two arbitrations before the Arbitrator.

9      25.    There is no entry from Kenyon Consulting that is labeled as specific to the arbitrations

10  before this Arbitrator. The descriptions instead consist of amorphous, often two-word entries such

11  as "Testimony Prep." Similarly, 83 of the 114 entries made by Fideres for work Movants claim was

12  performed in connection with these arbitrations have as their descriptions simply "General Work,"

13  with no indication that they relate to either arbitration before this Arbitrator.

14      26.    Attached hereto as **Exhibit 17** is a true and correct copy of an email dated

15  September 10, 2025, from the Arbitrator to the parties ordering the proceedings closed.

16      27.    In 66 of the 72 arbitrations brought by Movants' counsel against Valve that have

17  proceeded to final award, the arbitrator has issued an award in Valve's favor on all claims and has

18  not awarded any damages to the claimants or any fees to Movants' counsel.

19      28.    Attached hereto as **Exhibit 18** is a true and correct copy of a presentation entitled

20  "Mass Arbitration Strategy and Investment Opportunity," attached as Exhibit 1 to the Affidavit of

21  William Bucher in *Zaiger LLC v. Bucher Law PLLC*, Index. No. 154124/2023 (Sup. Ct. N.Y. Cnty.

22  filed May 9, 2023) (NYCEF No. 32). In this presentation that Movants' counsel developed when

23  seeking third-party funding to bring Movants' arbitrations and thousands of others, he estimated that

24  litigating each arbitration would take at most 160 attorney hours, and that it would cost approximately

25  $1.7 million in fees *total* to litigate 160 cases. That amounts to $10,625 in fees *per case*. In their fee

26  application here, however, Movants argued that their counsel's team spent 1,843 hours working on

27

28  DECLARATION OF BLAKE MARKS-DIAS – 5

just the two arbitrations before the Arbitrator that proceeded to a final merits hearing and award—roughly 920 hours each, nearly six times his counsel's initial estimate of 160 hours each. Movants' counsel's estimate and Movants' claimed actuals are not even in the same ballpark. The Arbitrator ultimately awarded $1,454,329.7 in fees and costs just for the two arbitrations—some 68 times counsel's estimate.

### III. The Time Entries Submitted in Connection With Movants' Request for Attorneys' Fees and Costs Abound with Entries That Are Not Compensable

29. **Exhibit 12**, Movants' "Exhibit E – Consolodated [sic] Timesheets for McSorley Fee App" contains a substantial number of improper entries for which the Arbitrator awarded fees. As shown below, multiple entries are arguably improper in numerous respects, but they are listed only once to avoid double-counting.

30. At least 84 hours worth of awarded entries reflect work done in other arbitrations, and accordingly recovery on the claimed work would be forbidden by the Superseded SSA as well as duplicative.

31. Several of these entries appear to represent charges for general mass arbitration work, such as "Bucher PLLC Weekly Meetings" or work related to the AAA's ruling on jurisdiction across arbitrations. Other entries explicitly pertain to separate arbitrations before other arbitrators, such as "Team meeting re: closing briefings in arbitrations before McSorley, Gaglione, and Coher."

32. Still other entries reflect preparation for examination of Valve employees who have testified at multiple arbitration hearings before separate arbitrators, without identifying in the descriptions to which arbitration the preparation pertained. Specifically, prior to this Arbitration, Tom Giardino had already testified before three different arbitrators, Augusta Butlin before two different arbitrators, Kassidy Gerber before three different arbitrators, and Adam Klaff before two different arbitrators. Yet, Movants' counsel claims to have spent *over 88 hours* of preparation related to these witnesses after that, just for this Arbitration.

DECLARATION OF BLAKE MARKS-DIAS – 6

**CORR CRONIN LLP**
1015 Second Avenue, 10th Floor
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

33.     Additionally, one time entry shows counsel for Movants billed 13.4 hours for taking the deposition of a Valve employee who was not deposed in these arbitrations—in fact, no depositions were taken for the proceedings before the Arbitrator.

34.     Movants' counsel obtained fee awards from another arbitrator in four other arbitrations that cover fees for work "undertake[n] for any and all arbitrations" Movants' counsel is prosecuting against Valve, including Movants' arbitrations. Petition to Vacate ¶ 23, *Valve Corp. v. Fish*, No. 25-cv-01729 (W.D. Wash. filed Sept. 8, 2025); Petition to Vacate ¶ 25, *Valve Corp. v. Graber*, No. 25-cv-01730 (W.D. Wash. filed Sept. 8, 2025); Petition to Vacate ¶ 23, *Valve Corp. v. Lefebvre*, No. 25-cv-01731 (W.D. Wash. filed Sept. 8, 2025); Petition to Vacate ¶ 23, *Valve Corp. v. Lucas*, No. 25-cv-01732 (W.D. Wash. filed Sept. 8, 2025) (collectively, the "Arbitrator Goins Awards Petitions to Vacate"). The arbitrator in those proceedings violated Valve's due process rights because she issued her fee award based on secret time records submitted *ex parte* over Valve's objection, as set forth in the Arbitrator Goins Awards Petitions to Vacate.

35.     The time entries that do not reflect work performed specifically for this Arbitration, or that appear to duplicate work from prior arbitrations, for which the Arbitrator appears to have awarded fees include, for example:

| Excel Entry Number | Description | User | Start Date | Duration (decimal) | Amount (USD) |
|---|---|---|---|---|---|
| 76 | Correspondence w/ Will re: AAA jurisdiction | Frank Palermo | 10/08/24 | 0.50 | $320.00 |
| 77 | Correspondence with F. Palermo re: AAA ruling on jurisdictional questions | Will Bucher | 10/08/24 | 0.25 | $242.50 |
| 328 | Attending Bucher Law PLLC Weekly Meeting | Frank Palermo | 06/17/25 | 0.70 | $448.00 |
| 332 | Attending Bucher Law PLLC Weekly Meeting | Frank Palermo | 06/24/25 | 0.70 | $448.00 |
| 334 | Attending Bucher Law PLLC Weekly Meeting | Will Bucher | 06/24/25 | 0.70 | $679.00 |
| 336 | Receive and reviewed entry of appearance of Lauren Cole for Valve | Zachary A. Horn | 06/25/25 | 0.10 | $64.00 |

DECLARATION OF BLAKE MARKS-DIAS – 7

| Excel Entry Number | Description | User | Start Date | Duration (decimal) | Amount (USD) |
|---|---|---|---|---|---|
| 345 | Bucher Law PLLC Weekly Meeting, discuss issues re: upcoming trials, receive assignments | Elliot Kovnick | 07/01/25 | 1.00 | $290.00 |
| 347 | Bucher Law PLLC Weekly Meeting | Will Bucher | 07/01/25 | 0.80 | $776.00 |
| 389 | Call with Xinlin Morrow re: Tom G. cross examination | Will Bucher | 07/14/25 | 0.2 | $194.00 |
| 397 | Bucher Law PLLC Weekly Meeting | Elliot Kovnick | 07/15/25 | 1.50 | $435 |
| 405 | Bucher Law PLLC Weekly Meeting | Will Bucher | 07/15/25 | 1.70 | $1,649.00 |
| 423 | DISCUSS WITNESS EXAMINATION OUTLINE PROJECT WITH W. BUCHER (.3); REVIEW AND SUMMARIZE KLAFF TRANSCRIPT (2.6); ATTEMPT TO ACCESS SHAREFILE LINK, EXCHANGE EMAILS REGARDING ACCESS (.3) | Kent Williams | 07/17/25 | 3.2 | $3,664.00 |
| 431 | REVIEW, DIGEST AND DESIGNATE PORTIONS OF A. KLAFF DEPOSITION FOR INCLUSION IN TRIAL WITNESS OUTLINE (2); WORK ON OUTLINE (4) | Kent Williams | 07/18/25 | 6 | $1,145.00 |
| 454 | Preparing A. Klaff examination; teleconference with K. Williams re: the same | Will Bucher | 07/19/25 | 2.20 | $2,134.00 |
| 471 | WORK ON OUTLINE FOR A. KLAFF DIRECT/CROSS TESTIMONY | Kent Williams | 07/20/25 | 15 | $17,175.00 |
| 472 | Discuss strategy and review outline and documents for Tom Giardino cross | Sherry Yu | 07/20/25 | 2.20 | $1,562 |
| 473 | Preparation for examination of Tom Giardino | Sherry Yu | 07/20/25 | 12.90 | $8,062.50 |
| 475 | Review hearing and deposition transcripts in preparation for examination of A. Butlin | Thomas Matthew | 07/20/25 | 3.75 | $2,400.00 |
| 449 | DIGEST AND DESIGNATE A. KLAFF DEPOSITION (4.5); | Kent Williams | 07/19/25 | 19.5 | $1,145 |

DECLARATION OF BLAKE MARKS-DIAS – 8

**CORR CRONIN LLP**
1015 Second Avenue, 10th Floor
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

| Excel Entry Number | Description | User | Start Date | Duration (decimal) | Amount (USD) |
|---|---|---|---|---|---|
| | REVIEW EXHIBITS FOR POTENTIAL INCLUSION IN WITNESS OUTLINE (3); WORK ON TRIAL WITNESS OUTLINE FOR A. KLAFF (12) | | | | |
| 500 | Preparing for examination of Tom Giardino; attend arbitration | Sherry Yu | 07/21/25 | 14.4 | $9,000 |
| 502 | Review hearing and deposition transcripts in preparation for examination of A. Butlin | Thomas Matthew | 7/21/25 | 2.25 | $1,440.00 |
| 521 | Bucher Law PLLC Weekly Meeting | Elliot Kovnick | 07/22/25 | 0.67 | $194.3 |
| 540 | Attend arbitration; taking Tom Giardino deposition | Sherry Yu | 07/22/25 | 13.40 | $8,375.00 |
| 541 | Cross examination prep A. Butlin | Thomas Matthew | 07/22/25 | 2.50 | $1,600 |
| 580 | Call with Judson Crump re: Gerber examination | Will Bucher | 07/23/25 | 0.20 | $194.00 |
| 597 | TC w/ Will re Gerber Cross | Judson Crump | 07/24/25 | 0.32 | $168.00 |
| 620 | Discovery Doc Review: Gerber | Judson Crump | 07/25/25 | 3.58 | $1,879.00 |
| 813 | Bucher Law PLLC Weekly Meeting | Will Bucher | 08/05/25 | 1.00 | $970.00 |
| 853 | Drafting and emailing to AAA E. Noteware case appearance | Will Bucher | 08/11/25 | 0.50 | $485.00 |
| 858 | Bucher Law PLLC Weekly Meeting | Will Bucher | 08/12/25 | 0.80 | $776.00 |
| 873 | Team meeting re: closing briefings in arbitrations before McSorley, Gaglione, and Coher | Will Bucher | 08/21/25 | 1.00 | $970.00 |
| 892 | Team meeting re: arbitrations | Ellen Noteware | 08/26/25 | 1.00 | $1,100.00 |
| 907 | Bucher Law PLLC Weekly Meeting | Will Bucher | 09/02/25 | 0.70 | $679.00 |

36.    Over 150 hours of time entries for which the Arbitrator appears to have awarded fees have vague or ambiguous descriptions which fail to clarify the nature of the work performed or the purpose of the task billed for.

DECLARATION OF BLAKE MARKS-DIAS – 9

37. These entries—for example, "McSorley," "Binders," "Call w/ Will," "ipad cases"—do not provide sufficient detail to assess the reasonableness of the work performed and thus cannot justify an attorneys' fee award.

38. The vague entries for which the Arbitrator appears to have awarded fees include, for example:

| Entry Number | Description | User | Start Date | Duration (decimal) | Amount (USD) |
|---|---|---|---|---|---|
| 16 | Meet and confer | Frank Palermo | 07/15/24 | 0.50 | $320.00 |
| 17 | Meet and Confer with Goldman | Will Bucher | 07/15/24 | 0.25 | $242.50 |
| 52 | Call with Frank VGBA, Number: 6463316286 | Will Bucher | 09/04/24 | 0.20 | $194.00 |
| 93 | Call with Frank Palermo (VGBA), Number: +16463316286 | Will Bucher | 10/24/24 | 0.20 | $194.00 |
| 110 | prepare for hearing | Erik Atzbach | 11/29/24 | 0.60 | $285.00 |
| 111 | prepare for hearing | Erik Atzbach | 11/30/24 | 4.60 | $2,185.00 |
| 116 | prepare for hearing | Erik Atzbach | 12/02/24 | 0.60 | $285.00 |
| 138 | emails with Max, Frank and Will | Erik Atzbach | 01/13/25 | 0.40 | $190.00 |
| 144 | prepare for hearing | Erik Atzbach | 01/14/25 | 0.20 | $95.00 |
| 146 | Arb hearing | Frank Palermo | 01/14/25 | 1.00 | $640.00 |
| 166 | Call with Frank Palermo (VGBA), Number: +16463316286 | Will Bucher | 01/28/25 | 0.47 | $455.90 |
| 170 | Call with Frank Palermo (VGBA), Number: 6463316286 | Will Bucher | 02/02/25 | 0.38 | $368.60 |
| 174 | Call w/ Will | Frank Palermo | 02/05/25 | 0.10 | $64.00 |
| 177 | Call with Frank Palermo (VGBA), Number: 6463316286 | Will Bucher | 02/05/25 | 0.06 | $58.20 |
| 189 | Call with Frank Palermo (VGBA), Number: 6463316286 | Will Bucher | 02/20/25 | 0.32 | $310.40 |
| 225 | Correspondence with F. Palermo | Will Bucher | 03/23/25 | 0.20 | $194.00 |
| 226 | Call w/ Will | Frank Palermo | 04/01/25 | 0.20 | $128.00 |

DECLARATION OF BLAKE MARKS-DIAS – 10

| Entry Number | Description | User | Start Date | Duration (decimal) | Amount (USD) |
|---|---|---|---|---|---|
| 227 | Call with Frank Palermo (VGBA), Number: 6463316286 | Will Bucher | 04/01/25 | 0.20 | $194.00 |
| 230 | Call w/ Will | Frank Palermo | 04/03/25 | 0.90 | $576.00 |
| 231 | Call w/ Will | Frank Palermo | 04/03/25 | 0.20 | $128.00 |
| 232 | Call with Frank Palermo (VGBA), Number: +16463316286 | Will Bucher | 04/03/25 | 0.87 | $843.90 |
| 233 | Call with Frank Palermo (VGBA), Number: 6463316286 | Will Bucher | 04/03/25 | 0.20 | $194.00 |
|  |  |  |  |  |  |
| 263 | TC w/ Will & Frank | Judson Crump | 05/22/25 | 0.50 | $262.50 |
| 266 | Subpoena Appendix & Goldfynch Searches | Judson Crump | 05/23/25 | 1.25 | $656.25 |
| 278 | Call w/ Will | Frank Palermo | 05/27/25 | 0.20 | $128.00 |
| 280 | Call w/ Will | Frank Palermo | 05/27/25 | 0.20 | $128.00 |
| 281 | Call w/ Will | Frank Palermo | 05/27/25 | 0.20 | $128.00 |
| 283 | Call with Frank Palermo (VGBA), Number: 6463316286 | Will Bucher | 05/27/25 | 0.20 | $194.00 |
| 284 | Call with Frank Palermo (VGBA), Number: 6463316286 | Will Bucher | 05/27/25 | 0.20 | $194.00 |
| 286 | Call with Frank Palermo (VGBA), Number: 6463316286 | Will Bucher | 05/27/25 | 0.20 | $194.00 |
| 310 | trial prep – exhibits | Erik Atzbach | 06/09/25 | 4.40 | $2,090.00 |
| 317 | conf vc w/ will & Frank | Judson Crump | 06/09/25 | 0.37 | $194.25 |
| 322 | trial prep – exhibits | Erik Atzbach | 06/10/25 | 0.50 | $237.50 |
| 324 | team meeting | Judson Crump | 06/10/25 | 0.75 | $393.75 |
| 333 | Attend weekly team meeting | Sherry Yu | 6/24/2025 | 0.70 | $437.50 |
| 339 | chat w/ Sherry Yu | Judson Crump | 06/27/25 | 0.50 | $262.50 |
| 346 | Attend team call | Sherry Yu | 7/1/2025 | 0.80 | $500.00 |
| 351 | Logistics & to Do list | Judson Crump | 07/05/25 | 0.42 | $220.50 |

DECLARATION OF BLAKE MARKS-DIAS – 11

| Entry Number | Description | User | Start Date | Duration (decimal) | Amount (USD) |
|---|---|---|---|---|---|
| 352 | Logistics & to Do list | Judson Crump | 07/05/25 | 0.75 | $393.75 |
| 367 | trail [sic] prep - exhibits and exhibit list | Erik Atzbach | 07/08/25 | 4.00 | $1,900.00 |
| 402 | team meeting | Judson Crump | 07/15/25 | 1.00 | $525.00 |
| 403 | Attend team call | Sherry Yu | 7/15/2025 | 2.00 | $1,250.00 |
| 404 | iPad cases | Tina Huang | 07/15/25 | 1.00 | $290.00 |
| 432 | Preparing for McSorley trial | Sherry Yu | 7/18/2025 | 2.50 | $1,562.50 |
| 446 | trial prep - cross exam exhibits | Erik Atzbach | 07/19/25 | 3.50 | $1,662.50 |
| 495 | help with Mcsorley hearing | Isabel Skomro[1] | 07/21/25 | 6.00 | $1,740 |
| 505 | McSorley hearing | Tina Huang | 07/21/25 | 7.50 | $2,175.00 |
| 532 | help with Mcsorley hearing | Isabel Skomro | 07/22/25 | 5.00 | $1,450 |
| 533 | help with mcsorley hearing | Isabel Skomro | 07/22/25 | 1.00 | $290 |
| 544 | McSorley hearing | Tina Huang | 07/22/25 | 7.00 | $2,030.00 |
| 545 | Binders | Tina Huang | 07/22/25 | 2.50 | $725.00 |
| 569 | Mcsorley hearing | Isabel Skomro | 07/23/25 | 7.00 | $2,030 |
| 577 | McSorley hearing | Tina Huang | 07/23/25 | 7.00 | $2,030.00 |
| 578 | Binders | Tina Huang | 07/23/25 | 2.50 | $725.00 |
| 604 | McSorley hearing | Tina Huang | 07/24/25 | 7.00 | $2,030.00 |
| 605 | Binders | Tina Huang | 07/24/25 | 2.50 | $725.00 |
| 616 | Case discussion | Frank Palermo | 07/25/25 | 1.00 | $640.00 |
| 647 | Case discussion w/ team | Frank Palermo | 07/27/25 | 0.30 | $192.00 |

[1] The Arbitrator reduced the billing rates of law students Isabelle Skomro and Elliot Kovnick from $480/hour to $290/hour. The dollar figures in this chart reflect the awarded, reduced rates.

DECLARATION OF BLAKE MARKS-DIAS – 12

| Entry Number | Description | User | Start Date | Duration (decimal) | Amount (USD) |
|---|---|---|---|---|---|
| 648 | Texting Claimants | Frank Palermo | 07/27/25 | 0.40 | $256.00 |
| 650 | Case discussion w/ team | Frank Palermo | 07/27/25 | 0.50 | $320.00 |
| 655 | Trial Prep for Week 2 | Judson Crump | 07/27/25 | 5.00 | $2,625.00 |
| 676 | Trial | Judson Crump | 07/28/25 | 7.50 | $3,937.50 |
| 681 | McSorley hearing | Tina Huang | 07/28/25 | 7.00 | $2,030.00 |
| 682 | Binders | Tina Huang | 07/28/25 | 2.75 | $797.50 |
| 698 | Case discussion | Frank Palermo | 07/29/25 | 0.50 | $320.00 |
| 702 | observed hearing and helped with small tasks | Isabel Skomro | 07/29/25 | 5.00 | $1,450 |
| 703 | observed hearing and helped with small tasks | Isabel Skomro | 07/29/25 | 1.00 | $290 |
| 710 | McSorley | Tina Huang | 07/29/25 | 7.00 | $2,030.00 |
| 711 | Binders | Tina Huang | 07/29/25 | 2.75 | $797.50 |
| 750 | McSorley | Tina Huang | 07/30/25 | 7.00 | $2,030.00 |
| 751 | Binders | Tina Huang | 07/30/25 | 2.00 | $580.00 |
| 770 | Trial Team Support | Judson Crump | 07/31/25 | 5.50 | $2,887.50 |
| 774 | McSorley | Tina Huang | 07/31/25 | 7.00 | $2,030.00 |
| 775 | Binders | Tina Huang | 07/31/25 | 2.00 | $580.00 |
| 799 | Case discussion | Frank Palermo | 08/04/25 | 0.20 | $128.00 |
| 810 | Attend team meeting | Sherry Yu | 8/5/2025 | 0.90 | $562.50 |
| 844 | birenbaum expenses | Isabel Skomro | 08/08/25 | 0.50 | $145 |

39.     The Arbitrator also awarded over 100 hours worth of improper time entries for clerical tasks such as submitting documents, downloading, printing—even "shopping for groceries"—that are not reimbursable through an attorneys' fee award.

DECLARATION OF BLAKE MARKS-DIAS – 13

40. Many of the clerical time entries are billed by attorneys at attorneys' rates. For example, entries made by Movants' counsel Frank Palermo at a rate of $640 an hour include "Travel to and shopping at Staples for exhibit materials," "Travel to and shopping at Staples & best buy for exhibits, exhibit materials, office supplies," and "Travel to and back from Staples to pick up printed docs."

41. Additionally, the time billed for clerical tasks is excessive. By way of example, Frank Palermo (again, while billing at an attorney's rate), logged over **28 hours** over the course of just two days on tasks related to exhibit preparation, such as printing, stamping, and matching bates numbers.

42. The clerical time entries for which the Arbitrator appears to have awarded fees include, for example, the following:

| Entry Number | Description | User | Start Date | Duration (decimal) | Amount (USD) |
|---|---|---|---|---|---|
| 33 | submission Claimants R22 reply | Frank Palermo | 08/13/24 | 0.10 | $64.00 |
| 178 | Submit proposed order | Frank Palermo | 02/07/25 | 0.10 | $64.00 |
| 195 | submit email re: hearing format | Frank Palermo | 02/25/25 | 0.10 | $64.00 |
| 288 | Submit subpoena requests to Arb | Frank Palermo | 05/28/25 | 0.10 | $64.00 |
| 303 | Submit responsive expert disclosure | Frank Palermo | 06/04/25 | 0.10 | $64.00 |
| 329 | Prepare exhibits production + work on exhibit tracker | Elliot Kovnick | 06/20/25 | 4.37 | $1,267.3 |
| 379 | Call with Harry re driving logistics in Princeton | Will Bucher | 07/12/25 | 0.26 | $252.20 |
| 396 | train other clerk on use of ipads for mcsorley trial | Elliot Kovnick | 07/15/25 | 1.00 | $290.00 |
| 421 | Find, download, and organize Klaff-related exhibits produced for McSorley | Elliot Kovnick | 07/17/25 | 0.88 | $255.2 |
| 445 | trial prep - help Tina prepare iPads | Erik Atzbach | 07/19/25 | 2.00 | $950.00 |
| 447 | preparing accommodations as home base | Frank Palermo | 07/19/25 | 1.00 | $640.00 |
| 448 | Travel to pick up Will then to accommodations for hearing | Frank Palermo | 07/19/25 | 1.70 | $1,088.00 |

DECLARATION OF BLAKE MARKS-DIAS – 14

| Entry Number | Description | User | Start Date | Duration (decimal) | Amount (USD) |
|---|---|---|---|---|---|
| 455 | Setting up forward operating base with F. Palermo and T. Huang | Will Bucher | 07/19/25 | 1.00 | $970.00 |
| 459 | trial prep -help Tina prepare iPads | Erik Atzbach | 07/20/25 | 1.00 | $475.00 |
| 460 | trial prep - prepare iPad checklist | Erik Atzbach | 07/20/25 | 0.80 | $380.00 |
| 461 | trial prep - prepare cross exam exhibits | Erik Atzbach | 07/20/25 | 0.50 | $237.50 |
| 462 | Exhibit prep: finding, renaming, stamping, printing, preparing ipads, matching bates numbers; reviewing Valve's core exhibits | Frank Palermo | 07/20/25 | 5.80 | $3,712.00 |
| 464 | Exhibit prep: finding, renaming, stamping, printing, preparing ipads, matching bates numbers; reviewing Valve's core exhibits | Frank Palermo | 07/20/25 | 6.90 | $4,416.00 |
| 466 | Exhibit prep: finding, renaming, stamping, printing, preparing ipads, matching bates numbers; reviewing Valve's core exhibits | Frank Palermo | 07/20/25 | 2.30 | $1,472.00 |
| 477 | Accessing exhibits on Goldfynch | Tina Huang | 07/20/25 | 4.75 | $1,377.50 |
| 478 | Printing | Tina Huang | 07/20/25 | 2.00 | $580.00 |
| 479 | Renaming/uploading exhibits onto iPads | Tina Huang | 07/20/25 | 7.50 | $2,175.00 |
| 480 | Shopping for groceries | Tina Huang | 07/20/25 | 1.00 | $290.00 |
| 491 | Exhibit prep and organization w/ Tina | Frank Palermo | 07/21/25 | 7.80 | $4,992.00 |
| 493 | Exhibit prep: finding, renaming, stamping, printing, preparing binders, preparing ipads, matching bates numbers; Claimant direct prep | Frank Palermo | 07/21/25 | 7.70 | $4,928.00 |
| 494 | Travel to and shopping at Staples for exhibit materials | Frank Palermo | 07/21/25 | 0.80 | $512.00 |
| 504 | Document upload | Tina Huang | 07/21/25 | 5.00 | $1,450.00 |
| 520 | add images of exhibits to Nath Blue cross-outline for Will | Elliot Kovnick | 07/22/25 | 2.17 | $629.3 |
| 528 | Travel to and shopping at Staples & best buy for exhibits, exhibit materials, office supplies | Frank Palermo | 07/22/25 | 0.70 | $448.00 |

DECLARATION OF BLAKE MARKS-DIAS – 15

| Entry Number | Description | User | Start Date | Duration (decimal) | Amount (USD) |
|---|---|---|---|---|---|
| 543 | Document upload | Tina Huang | 07/22/25 | 5.00 | $1,450.00 |
| 576 | Document upload | Tina Huang | 07/23/25 | 6.00 | $1,740.00 |
| 588 | research how to create audio files from transcripts of legal materials to ease review by expert & create audio files | Elliot Kovnick | 07/24/25 | 4.00 | $1,160 |
| 626 | Coordinating w/ Judson re: travel | Frank Palermo | 07/26/25 | 0.30 | $192.00 |
| 646 | Travel to Staples, Document review and preparation | Frank Palermo | 07/27/25 | 1.00 | $640.00 |
| 651 | Travel to and back from Staples to pick up printed docs | Frank Palermo | 07/27/25 | 0.50 | $320.00 |
| 654 | Coordinating w/ Judson re: travel to accommodation, travel to pick him up and return | Frank Palermo | 07/27/25 | 0.70 | $448.00 |
| 661 | Call with Judson Crump re: travel to Princeton | Will Bucher | 07/27/25 | 0.20 | $194.00 |
| 680 | Document upload | Tina Huang | 07/28/25 | 4.00 | $1,160.00 |
| 695 | Travel to Staples, call re Exhibit prep discussion w/ team | Frank Palermo | 07/29/25 | 0.70 | $448.00 |
| 700 | Travel to Staples re: demonstrative materials, paper, printouts; organizing material for hearings | Frank Palermo | 07/29/25 | 1.20 | $768.00 |
| 709 | Document upload | Tina Huang | 07/29/25 | 4.00 | $1,160.00 |
| 749 | Document upload | Tina Huang | 07/30/25 | 4.00 | $1,160.00 |
| 796 | Document disposal | Frank Palermo | 08/04/25 | 1.70 | $1,088.00 |
| 808 | Correspondence w/ claimant Birenbaum re: reimbursement | Frank Palermo | 08/05/25 | 0.10 | $64.00 |
| 860 | Scanning receipts, organizing reimbursements for hearing, email to Airel re: same | Frank Palermo | 08/13/25 | 1.00 | $640.00 |
| 861 | Paralegals, reimbursement, email, scheduling | Ariel Thatcher | 08/14/25 | 5.22 | $1,513.80 |

DECLARATION OF BLAKE MARKS-DIAS – 16

CORR CRONIN LLP
1015 Second Avenue, 10th Floor
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

43.     More than 300 hours of awarded entries reflect impermissible block-billing. These entries include, for example, a single entry for nearly 14 hours billed for $13,386 and an entry for over 11 hours billed for $12,287.[2]

44.     The block-billed entries for which the Arbitrator appears to have awarded fees include, for example, the following:

| Entry Number | Description | User | Start Date | Duration (decimal) | Amount (USD) |
|---|---|---|---|---|---|
| 4 | Suzanne M. McSorley Preliminary Hearing; debrief call with F. Palermo and T. Huang following McSorley preliminary hearing; correspondence with AAA re: adding F. Palermo as counsel of record | Will Bucher | 06/05/24 | 2.40 | $2,328.00 |
| 160 | drafting motion to compel discovery, correspondence w/ Will and Erik re: same, reviewing history of case and drafting a timeline revising draft w/ Qill [sic] | Frank Palermo | 01/27/25 | 8.80 | $5,632.00 |
| 161 | Correspondence with F. Palermo; teleconferences with F. Palermo; piecing together history and chart of what has happened in the case; reviewing and revising brief; reviewing and revising draft affidavit | Will Bucher | 01/27/25 | 11.00 | $10,670.00 |
| 201 | Drafting and revising submission on proposed jury "charges" for arbitration; correspondence and teleconferences with F. Palermo re: the same | Will Bucher | 02/28/25 | 2.75 | $2,667.50 |
| 203 | Review McSorley ruling on format of the hearing; | Will Bucher | 03/02/25 | 1.10 | $1,067.00 |

DECLARATION OF BLAKE MARKS-DIAS – 17

**CORR CRONIN LLP**
1015 Second Avenue, 10th Floor
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

| Entry Number | Description | User | Start Date | Duration (decimal) | Amount (USD) |
|---|---|---|---|---|---|
| | correspondence with F. Palermo re: the same; correspondence with F. Palermo re: attestation non-compliance | | | | |
| 205 | Drafting email to D. Black re: expert witness disclosure; correspondence with F. Palermo re: the same | Will Bucher | 03/04/25 | 0.30 | $291.00 |
| 249 | Correspondence with opposing counsel re: tax returns; correspondence with F. Palermo re: deadlines | Will Bucher | 04/28/25 | 0.80 | $776.00 |
| 261 | Teleconference w/ Will and Judson re: expert disclosures and subpoena requests; correspondence with Will and Judson re: same | Frank Palermo | 05/22/25 | 1.60 | $1,024.00 |
| 264 | Teleconference with J. Crump and F. Palermo re: expert disclosures and subpoena requests; correspondence with F. Palermo and J. Crump regarding the same | Will Bucher | 05/22/25 | 1.60 | $1,552.00 |
| 265 | drafting subpoena list and doc list; correspondence w/ Will Judson and Zachary re: subpoenas and doc list | Frank Palermo | 05/23/25 | 3.30 | $2,112.00 |
| 267 | Review of subpoena requests; correspondence with F. Palermo, Z. Horn, E. Atzbach, and J. Crump re: the same | Will Bucher | 05/23/25 | 1.30 | $1,261.00 |
| 275 | Review of updated subpoena requests; correspondence with F. Palermo, Z. Horn, E. Atzbach, and J. Crump re: the same | Will Bucher | 05/25/25 | 0.60 | $582.00 |
| 309 | Drafting and revising response to Valve's objections to subpoenas; correspondence with E. Atzbach, J. Crump, and F. Palermo re: the same | Will Bucher | 06/06/25 | 6.25 | $6,062.50 |
| 315 | Attend hearing; legal research; PACER document pulls | Isabel Skomro | 06/09/25 | 8.50 | $2,465 |

DECLARATION OF BLAKE MARKS-DIAS – 18

**CORR CRONIN LLP**
1015 Second Avenue, 10th Floor
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

| Entry Number | Description | User | Start Date | Duration (decimal) | Amount (USD) |
|---|---|---|---|---|---|
| 355 | organizing core & noncore exhibit lists, drafting pre-hearing submissions | Frank Palermo | 07/06/25 | 2.50 | $1,600.00 |
| 358 | Teleconferences with Kent Williams and meetings with J. Crump re: pre-hearing briefing; review of draft pre-hearing briefing | Will Bucher | 07/06/25 | 2.70 | $2,619.00 |
| 360 | drafting pre-hearing brief, organizing core & noncore exhibit lists | Frank Palermo | 07/07/25 | 7.20 | $4,608.00 |
| 362 | drafting pre-hearing brief, organizing core & noncore exhibit lists | Frank Palermo | 07/07/25 | 6.80 | $4,352.00 |
| 366 | Teleconferences with Frank Palermo and E. Atzbach re: exhibit list; locating exhibits for disclosure | Will Bucher | 07/07/25 | 2.10 | $2,037.00 |
| 372 | Review documents and draft cross outline | Sherry Yu | 7/8/2025 | 14.40 | $9,000.00 |
| 430 | Meetings with trial team re: Dr. Cross's economic testimony, demonstratives exhibits and preparation of Dr. Cross and cross-examination of defendants' economic expert for McSorley arbitration. | Ellen Noteware | 07/18/25 | 8.25 | $9,075.00 |
| 444 | Calls with trial team and Dr. Cross and work on McSorley exhibits, demonstratives and preparation of economic case, including Dr. Cross witness preparation and cross examination of Valve's economic case | Ellen Noteware | 07/19/25 | 4.00 | $4,400.00 |
| 458 | Call with Dr. Cross and work on economic case and McSorley economic testimony, demonstratives exhibits, cross-examination and witness preparation | Ellen Noteware | 07/20/25 | 3.50 | $3,850.00 |
| 469 | Nathaniel Blue Cross; Depo Review; Exhibit Searching | Judson Crump | 07/20/25 | 6.00 | $3,150.00 |

DECLARATION OF BLAKE MARKS-DIAS – 19

CORR CRONIN LLP
1015 Second Avenue, 10th Floor
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

| Entry Number | Description | User | Start Date | Duration (decimal) | Amount (USD) |
|---|---|---|---|---|---|
| 481 | Preparing for next day's hearing, including drafting and rehearsing opening statement; teleconferences with K. Williams re: A. Klaff examination; preparing slides for opening presentation; meeting with S. Yu re: T. Giardino cross examination, meeting re: A. Butlin cross examination with T. Matthew, reviewing second-half T. Giardino examination outline; meetings with T. Huang and F. Palermo re: exhibits | Will Bucher | 07/20/25 | 9.10 | $8,827.00 |
| 486 | Attend McSorley arbitration and work on preparation of economic evidence for McSorley Arbitration. | Ellen Noteware | 07/21/25 | 8.50 | $9,350.00 |
| 500 | Preparing for examination of Tom Giardino; attend arbitration | Sherry Yu | 7/21/2025 | 14.40 | $9,000.00 |
| 506 | Preparing for next day's hearing, including practicing T. Giardino cross examination with S. Yu, practicing A. Butlin cross examination with T. Matthew, reviewing second-half T. Giardino examination outline; meetings with T. Huang and F. Palermo re: exhibits | Will Bucher | 07/21/25 | 3.50 | $3,395.00 |
| 518 | McSorley prepare for attend and participate in trial | Ellen Noteware | 07/22/25 | 13.67 | $15,037.00 |
| 525 | Exhibit discussion, prep, and organization w/ Tina; email to Will re: cross notes; email to Arb and Cole re: Peterson testimony | Frank Palermo | 07/22/25 | 4.00 | $2,560.00 |
| 546 | Preparing for next day's hearing, inlcuding [sic]practicing A. Butlin cross examination with T. Matthew, reviewing second-half T. Giardino examination | Will Bucher | 07/22/25 | 4.40 | $4,268.00 |

DECLARATION OF BLAKE MARKS-DIAS – 20

| Entry Number | Description | User | Start Date | Duration (decimal) | Amount (USD) |
|---|---|---|---|---|---|
| | outline; meetings with T. Huang and F. Palermo re: exhibits | | | | |
| 553 | McSorley prepare for attend and participate in trial; prepare claimants and Dr. Cross and for cross examination of Dr. McCreary | Ellen Noteware | 07/23/25 | 11.50 | $12,650.00 |
| 574 | Attend McSorley arbitration; draft Izumi cross outline and review documents | Sherry Yu | 7/23/2025 | 15.70 | $9,812.50 |
| 579 | Preparing for E. Peterson examination; meetings with T. Huang and F. Palermo re: exhibits; meetings with S. Yu re: Izumi examination | Will Bucher | 07/23/25 | 4.50 | $4,365.00 |
| 602 | Attend arbitration and draft Izumi outline | Sherry Yu | 7/24/2025 | 14.90 | $9,312.50 |
| 610 | Attending final merits hearing; preparing for E. Peterson cross examination during lunch break | Will Bucher | 07/24/25 | 7.30 | $7,081.00 |
| 623 | Trial preparation with Dr. Cross, E. Noteware, T. Huang, and F. Palermo, including preparing Dr. Cross direct examination and Dr. McCrary cross examination; meetings with T. Huang and F. Palermo re: exhibit organization | Will Bucher | 07/25/25 | 8.10 | $7,857.00 |
| 659 | Trial preparation with T. Matthew, Dr. Cross, E. Noteware, T. Huang, and F. Palermo, including preparing Dr. Cross direct examination, Dr. Vicente and A. Birenbaum direct examinations, and Dr. McCrary cross examination; meeting with J. Crump re: K. Gerber cross examination | Will Bucher | 07/27/25 | 13.80 | $13,386.00 |
| 664 | Client and expert preparation, work on demonstratives and exhibits and other pretrial tasks for McSorely arbitration. | Ellen Noteware | 07/28/25 | 11.17 | $12,287.00 |
| 666 | Case discussion, doc review and prep | Frank Palermo | 07/28/25 | 0.40 | $256.00 |

DECLARATION OF BLAKE MARKS-DIAS – 21

CORR CRONIN LLP
1015 Second Avenue, 10th Floor
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

| Entry Number | Description | User | Start Date | Duration (decimal) | Amount (USD) |
|---|---|---|---|---|---|
| 691 | McSorley Arbitration - prepare Dr. Cross and cross of McCreary. Attend arbitration. | Ellen Noteware | 07/29/25 | 9.82 | $10,802.00 |
| 707 | Attend arbitration; help prepping expert cross | Sherry Yu | 7/29/2025 | 12.00 | $7,500.00 |
| 727 | work on closing slides, perform legal research related to steam key claims in connection with expert testimony, perform academic research related to economics in connection with expert testimony, call with team re: slides | Elliot Kovnick | 07/30/25 | 3.28 | $951.2 |
| 752 | Preparing for cross examination of Dr. McCrary; preparation with T. Matthew, Dr. Cross, and M. Theiler for Dr. Cross' rebuttal testimony; meeting with F. Palermo and T. Huang re: exhibits; meeting with A. Thatcher re: expectations at trial | Will Bucher | 07/30/25 | 6.50 | $6,305.00 |
| 814 | Work on list of issues, exhibits and post-hearing briefing and research re: same | Ellen Noteware | 08/06/25 | 0.75 | $825.00 |
| 815 | Work on list of issues, exhibits and post-hearing briefing and research re: same | Ellen Noteware | 08/06/25 | 2.75 | $3,025.00 |
| 824 | issues to be tried' doc review & edit; chat w/ team re: same | Judson Crump | 08/06/25 | 0.83 | $435.75 |
| 827 | Meetings with E. Noteware, T. Huang, F. Palermo, and E. Atzbach re Exhibit Tracking and Organization; correspondence with opposing counsel re: the same | Will Bucher | 08/06/25 | 3.10 | $3,007.00 |
| 836 | McSorley review transcripts and exhibits and work on post-hearing submissions and research re: same | Ellen Noteware | 08/08/25 | 5.50 | $6,050.00 |
| 850 | McSorley review transcripts and exhibits and work on post-hearing submissions and research for same | Ellen Noteware | 08/11/25 | 3.75 | $4,125.00 |

DECLARATION OF BLAKE MARKS-DIAS – 22

| Entry Number | Description | User | Start Date | Duration (decimal) | Amount (USD) |
|---|---|---|---|---|---|
| 857 | McSorley review transcripts and exhibits and work on post-hearing submissions | Ellen Noteware | 08/12/25 | 3.75 | $4,125.00 |
| 859 | McSorley review transcripts and exhibits and work on post-hearing submissions | Ellen Noteware | 08/13/25 | 4.50 | $4,950.00 |
| 869 | Work on closing briefing and fee briefing and research and review record and exhibits for same | Ellen Noteware | 08/20/25 | 4.25 | $4,675.00 |
| 883 | Reviewing and revising final merits briefing; correspondence with F. Palermo re: citation fills; email to team regarding sections/arguments to add to final merits briefing | Will Bucher | 08/24/25 | 7.70 | $7,469.00 |
| 884 | Work on finalizing briefing and research re: same and confer with co-counsel re: same | Ellen Noteware | 08/25/25 | 4.67 | $5,137.00 |

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 12th day of November, 2025, at Seattle, Washington.

*s/ Blake Marks-Dias*
Blake Marks-Dias

DECLARATION OF BLAKE MARKS-DIAS – 23

**CORR CRONIN LLP**
1015 Second Avenue, 10th Floor
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900