Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VALVE CORPORATION,<br><br>      Plaintiff,<br><br>  v.<br><br>THOMAS ABBRUZZESE, *et al.*,<br><br>      Defendants. | Case No. 2:24-cv-1717-JNW<br><br>CERTAIN DEFENDANTS' MOTION TO FILE SUPPLEMENTAL BRIEF IN FURTHER OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION<br><br>NOTED ON MOTION CALENDAR:<br>December 22, 2025 |

## MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF

Defendants Chase Froelich, Ethan Sams, Cole Nelson, Matthew Powell, Michael Owens, Tyler Stulz, Norm Somers, Quinn Rasmussen, Nicholas Rugama, Trevor Laturner, Eliel Pedro, Anthony Simoni, Cortland Pinnick, Alyssa Phillips, Lucian Thompson, Ryan Smith, Barry Morganti, Noah Burch, Fabian Arevalo, Corinne Lee, Tasha Goldsmith, Broden Mcduffee, Luther Williams, and Kevin Viloria ("**Defendants**"), respectfully request leave to file a supplemental brief in further opposition to Plaintiff Valve Corporation's ("**Valve**") motion for a preliminary injunction. Dkt. 79.

CERTAIN DEFENDANTS' MOTION TO FILE SUPPLEMENTAL BRIEF IN FURTHER OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION – Page 1

BAILEY DUQUETTE P.C.
800 FIFTH AVENUE, SUITE 101-800
SEATTLE, WASHINGTON 98104
T 206.353.8021 | F 888.233.5869

After the parties completed briefing on Valve's motion, new facts and circumstances arose that bear directly on the positions and representations made in that motion and the pleadings on file. These developments are detailed in the attached supplemental brief and supporting exhibits. *See Kinoshita v. Canadian Pac. Airlines, Ltd.*, 803 F.2d 471, 474 n.2 (9th Cir. 1986) (recognizing that supplemental briefing may be appropriate to address later developments); *In re Valve Antitrust Litigation*, C21-0563-JNW (W.D. Wash). Dkts. 542 (Valve's motion for leave to file supplemental brief), 563 (order granting leave to file supplemental brief).

DATED this 1st day of December, 2025.

BAILEY DUQUETTE P.C.

By: */s William R. Burnside*
William R. Burnside, WSBA #36002
800 Fifth Ave, Suite 101-800
Seattle, Washington 98104
T: 206.353.8021
E: will@baileyduquette.com

BUCHER LAW PLLC

William Ward Bucher IV
(*pro hac vice* forthcoming)
350 Northern Blvd, STE 324-1519
Albany, NY 12204-1000
T: 202.997.3029
E: will@bucherlaw.com

*Attorneys for Defendants*

I certify that this motion contains less than 4,200 words pursuant to Local Rules W.D. Wash. LCR 7(e)(4).

CERTAIN DEFENDANTS' MOTION TO FILE SUPPLEMENTAL BRIEF IN FURTHER OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION – Page 2

BAILEY DUQUETTE P.C.
800 FIFTH AVENUE, SUITE 101-800
SEATTLE, WASHINGTON 98104
T 206.353.8021 | F 888.233.5869

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I caused a true and correct copy of the foregoing Certain Defendants' Motion To File Supplemental Brief In Further Opposition To Motion For Preliminary Injunction served upon counsel of record herein, as follows:

| | |
|---|---|
| Blake Marks-Dias, WSBA No. 28169<br>1015 Second Avenue, Floor 10<br>Seattle, Washington 98104<br>(206) 625-8600 Phone<br>(206) 625-0900 Fax<br>E: bmarksdias@corrcronin.com | ☒ Via Electronic Service |

Michael W. McTigue Jr., *Admitted Pro Hac Vice*
Meredith C. Slawe, *Admitted Pro Hac Vice*
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
E: michael.mctigue@skadden.com
E: meredith.slawe@skadden.com

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated: December 1, 2025 at Seattle, Washington.

*s/ William R. Burnside*
William Burnside, WSBA No. 36002

CERTAIN DEFENDANTS' MOTION TO FILE SUPPLEMENTAL BRIEF IN FURTHER OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION – Page 3

BAILEY DUQUETTE P.C.
800 FIFTH AVENUE, SUITE 101-800
SEATTLE, WASHINGTON 98104
T 206.353.8021 | F 888.233.5869