THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VALVE CORPORATION,<br><br>             Plaintiff,<br><br>     v.<br><br>THOMAS ABBRUZZESE et al.,<br><br>             Defendants. | No. 2:24-CV-1717-JNW<br><br>**DECLARATION OF ANDREW J. FUCHS IN OPPOSITION TO 24 DEFENDANTS'\* MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF**<br><br>**NOTED ON MOTION CALENDAR: DECEMBER 22, 2025** |

---

\* Fabian Arevalo, Noah Burch, Chase Froelich, Tasha Goldsmith, Trevor Laturner, Corinne Lee, Broden Mcduffee, Barry Morganti, Cole Nelson, Michael Owens, Eliel Pedro, Alyssa Phillips, Cortland Pinnick, Matthew Powell, Quinn Rasmussen, Nicholas Rugama, Ethan Sams, Anthony Simoni, Ryan Smith, Norm Somers, Tyler Stulz, Lucian Thompson, Kevin Viloria, and Luther Williams.

DECLARATION OF ANDREW J. FUCHS

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

Andrew J. Fuchs states and declares as follows:

1. I am over 18 years of age, I have personal knowledge of the matters stated herein, and I am competent to testify to these matters.

2. I am one of the attorneys representing Valve Corporation ("Valve") and make this Declaration in opposition to the motion by certain defendants ("Moving Defendants") for leave to file a Supplemental Brief.

3. On October 18, 2024, Valve commenced this action by filing a petition to enjoin hundreds of arbitrations that Defendants are prosecuting before the American Arbitration Association ("AAA") because there is no agreement to arbitrate between the parties.

4. Among the more than 500 arbitrations Valve requests to enjoin are 25 arbitrations assigned to Arbitrator John Ohashi brought by (i) Defendant Daniel Guadarrama and (ii) the 24 Moving Defendants.

5. On October 19, 2024, Valve requested that Arbitrator Ohashi close or stay the arbitrations before him based on the relief sought in this action. Defendant Guadarrama's and the Moving Defendants' counsel successfully opposed this request. They insisted that the arbitrator should move "on to the merits" of the claims and that the claimants "want to move these [arbitrations] forward as fast as possible."

6. Following Arbitrator Ohashi's order denying Valve's request for a stay, Valve proceeded with Defendant Guadarrama's and the Moving Defendants' arbitrations under a reservation of rights. Over the next 12 months, Moving Defendants subjected Valve to time-consuming and costly pre-hearing preparations before the AAA.

7. The arbitrator set the final merits hearing for consolidated proceedings to run from October 20, 2025, to October 31, 2025. Defendant Guadarrama's final merits hearing would proceed from October 20, 2025, to October 24, 2025. This hearing would cover all issues common to the 25 claimants before Arbitrator Ohashi, including testimony by Valve and all

DECLARATION OF ANDREW J. FUCHS – 1

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

1  expert testimony. Accordingly, Valve would incur the lion's share of its burden and expense
2  during Defendant Guadarrama's hearing. Moving Defendants' final merits hearings would
3  proceed from October 27, 2025, to October 31, 2025, to cover testimony of the Moving
4  Defendants.

5      8. Claimants' witness disclosures for the arbitrations before Arbitrator Ohashi listed
6  21 Moving Defendants as potential witnesses. Accordingly, in the days before the start of the
7  consolidated final merits hearings before Arbitrator Ohashi, Valve continually requested that
8  Moving Defendants' counsel Will Bucher advise which claimants would testify and when. Mr.
9  Bucher assiduously avoided providing that information.

10     9. On October 14, 2025, the arbitrator rendered a pre-hearing decision that Moving
11  Defendants viewed as unfavorable: an order denying a request for subpoenas to five Valve
12  witnesses. This ruling applied to Defendant Guadarrama and the Moving Defendants.

13     10. On October 16, 2025, Moving Defendants' counsel requested that Valve agree to
14  stay the Moving Defendants' arbitrations "without prejudice[] until [this action] is resolved or
15  one year, whichever occurs first."

16     11. Ultimately, only six of the 24 Moving Defendants appeared at their own final
17  merits hearings.

18     I declare under penalty of perjury that the foregoing is true and correct.

20     DATED this 16th day of December, 2025, at New York, New York.

*s/ Andrew J. Fuchs*
Andrew J. Fuchs

DECLARATION OF ANDREW J. FUCHS – 2

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900