HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

VALVE CORPORATION,

      Plaintiff,

v.

THOMAS ABBRUZZESE, *et al.*,

      Defendants.

Case No.  2:24-cv-1717-JNW

CERTAIN DEFENDANTS' REPLY TO MOTION TO FILE SUPPLEMENTAL BRIEF IN FURTHER OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION

NOTED ON MOTION CALENDAR:
December 22, 2025

## REPLY TO MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF

Defendants Chase Froelich, Ethan Sams, Cole Nelson, Matthew Powell, Michael Owens, Tyler Stulz, Norm Somers, Quinn Rasmussen, Nicholas Rugama, Trevor Laturner, Eliel Pedro, Anthony Simoni, Cortland Pinnick, Alyssa Phillips, Lucian Thompson, Ryan Smith, Barry Morganti, Noah Burch, Fabian Arevalo, Corinne Lee, Tasha Goldsmith, Broden Mcduffee, Luther Williams, and Kevin Viloria ("**Defendants**"), respectfully file this reply in support of their request for

CERTAIN DEFENDANTS' REPLY TO MOTION TO FILE SUPPLEMENTAL BRIEF IN FURTHER OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION – Page 1

BAILEY DUQUETTE P.C.
800 FIFTH AVENUE, SUITE 101-800
SEATTLE, WASHINGTON 98104
T 206.353.8021 | F 888.233.5869

leave to file a supplemental brief in further opposition to Plaintiff Valve Corporation's ("**Valve**") motion for a preliminary injunction. Dkt. 79.

Valve's opposition disputes the significance of Defendants' proffered developments, not their occurrence. Valve acknowledges that it declined a proposed stay and continued participating in arbitrations it seeks to enjoin on the ground of irreparable harm. Whether that conduct undermines Valve's prior representations is a merits question. But the existence of those post-briefing circumstances is undisputed, and they did not exist when briefing closed. Supplemental briefing is therefore appropriate to permit the Court to evaluate Valve's motion on a complete and accurate factual record.

DATED this 22nd day of December, 2025.

>BAILEY DUQUETTE P.C.
>
>By: */s William R. Burnside*
>William R. Burnside, WSBA #36002
>800 Fifth Ave, Suite 101-800
>Seattle, Washington 98104
>T: 206.353.8021
>E: will@baileyduquette.com
>
>BUCHER LAW PLLC
>
>William Ward Bucher IV
>(*pro hac vice* forthcoming)
>350 Northern Blvd, STE 324-1519
>Albany, NY 12204-1000
>T: 202.997.3029
>E: will@bucherlaw.com
>
>*Attorneys for Defendants*

I certify that this motion contains less than 2,100 words pursuant to Local Rules W.D. Wash. LCR 7(e)(4).

CERTAIN DEFENDANTS' REPLY TO MOTION TO FILE SUPPLEMENTAL BRIEF IN FURTHER OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION – Page 2

BAILEY DUQUETTE P.C.
800 FIFTH AVENUE, SUITE 101-800
SEATTLE, WASHINGTON 98104
T 206.353.8021 | F 888.233.5869

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I caused a true and correct copy of the foregoing Certain Defendants' Reply To Motion To File Supplemental Brief In Further Opposition To Motion For Preliminary Injunction served upon counsel of record herein, as follows:

| | |
|---|---|
| Blake Marks-Dias, WSBA No. 28169<br>1015 Second Avenue, Floor 10<br>Seattle, Washington 98104<br>(206) 625-8600 Phone<br>(206) 625-0900 Fax<br>E: bmarksdias@corrcronin.com | ☒ Via Electronic Service |

Michael W. McTigue Jr., *Admitted Pro Hac Vice*
Meredith C. Slawe, *Admitted Pro Hac Vice*
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
E: michael.mctigue@skadden.com
E: meredith.slawe@skadden.com

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated: December 22, 2025 at Seattle, Washington.

                                          *s/ William R. Burnside*
                                          William Burnside, WSBA No. 36002

CERTAIN DEFENDANTS' REPLY TO MOTION TO FILE SUPPLEMENTAL BRIEF IN FURTHER OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION – Page 3

BAILEY DUQUETTE P.C.
800 FIFTH AVENUE, SUITE 101-800
SEATTLE, WASHINGTON 98104
T 206.353.8021 | F 888.233.5869