Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

VALVE CORPORATION,

    Plaintiff,

v.

THOMAS ABBRUZZESE, *et al.*,

    Defendants.

Case No. 2:24-cv-1717-JNW

[PROPOSED] ORDER GRANTING CERTAIN DEFENDANTS' REPLY TO MOTION TO FILE SUPPLEMENTAL BRIEF IN FURTHER OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION

THIS MATTER, having come before the Court on Certain Defendants Motion To File Supplemental Brief In Further Opposition To Motion For Preliminary Injunction; and the Court having considered the moving papers and the pleadings and files herein,

IT IS ORDERED as follows:

Certain Defendants may file a supplemental brief in opposition to Valve's motion for preliminary injunction no later than _____, 2026.

DATED this \_\_th day of December, 2025.

_____
HONORABLE JAMAL N. WHITEHEAD
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING CERTAIN DEFENDANTS' REPLY TO MOTION TO FILE SUPPLEMENTAL BRIEF IN FURTHER OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION – Page 1

BAILEY DUQUETTE P.C.
800 FIFTH AVENUE, SUITE 101-800
SEATTLE, WASHINGTON 98104
T 206.353.8021 | F 888.233.5869

*Presented by:*

BAILEY DUQUETTE P.C.
William R. Burnside, WSBA #36002
800 Fifth Ave, Suite 101-800
Seattle, Washington 98104
T: 206.353.8021
E: will@baileyduquette.com

*Attorney for Defendants*

[PROPOSED] ORDER GRANTING CERTAIN DEFENDANTS' REPLY TO MOTION TO FILE SUPPLEMENTAL BRIEF IN FURTHER OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION – Page 2

BAILEY DUQUETTE P.C.
800 FIFTH AVENUE, SUITE 101-800
SEATTLE, WASHINGTON 98104
T 206.353.8021 | F 888.233.5869