Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

VALVE CORPORATION,

    Plaintiff,

v.

THOMAS ABBRUZZESE, *et al.*,

    Defendants.

Case No. 2:24-cv-1717-JNW

ORDER GRANTING BAILEY DUQUETTE P.C. LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANTS XANDER BRENDE-PRINS AND JUSTIN JONES

NOTED ON MOTION CALENDAR: October 16, 2025

Pursuant to Local Rules W.D. Wash. LCR 83.2(b), William R. Burnside of Bailey Duquette P.C. moved this Court for leave to withdraw as counsel for Defendants Xander Brende-Prins and Justin Jones.

It is hereby **ORDERED** that leave to withdraw is **GRANTED**. The Clerk shall terminate William R. Burnside and Bailey Duquette P.C.'s association with these Defendants.

**IT IS SO ORDERED**.

ORDER GRANTING BAILEY DUQUETTE P.C. LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANTS XANDER BRENDE-PRINS AND JUSTIN JONES – Page 1

BAILEY DUQUETTE P.C.
800 FIFTH AVENUE, SUITE 101-800
SEATTLE, WASHINGTON 98104
T 206.353.8021 | F 888.233.5869

DATED this 16th day of January, 2026.

                                                                   HONORABLE JAMAL N. WHITEHEAD
                                                                   UNITED STATES DISTRICT JUDGE

*Presented by:*

BAILEY DUQUETTE P.C.
William R. Burnside, WSBA #36002
800 Fifth Ave, Suite 101-800
Seattle, Washington 98104
T: 206.353.8021
E: will@baileyduquette.com

*Attorney for Defendants Xander Brende-Prins and Justin Jones*

ORDER GRANTING BAILEY DUQUETTE P.C. LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANTS XANDER BRENDE-PRINS AND JUSTIN JONES – Page 2

BAILEY DUQUETTE P.C.
800 FIFTH AVENUE, SUITE 101-800
SEATTLE, WASHINGTON 98104
T 206.353.8021 | F 888.233.5869