HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

VALVE CORPORATION,

    Plaintiff,

 v.

THOMAS ABBRUZZESE et al.,

    Defendants.

No. 2:24-CV-1717-JNW

**PLAINTIFF VALVE CORPORATION'S NOTICE OF VOLUNTARY DISMISSAL UNDER RULE 41(a)(1)(A)(i) AS TO 56 DEFENDANTS**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Valve Corporation ("Valve") hereby dismisses this action as to the 26 Defendants below (the "Concluded Defendants") because their arbitrations are now complete and closed:

1. Chase Froelich
2. Ethan Sams
3. Cole Nelson
4. Matthew Powell
5. Michael Owens
6. Tyler Stulz
7. Norm Somers

PLAINTIFF VALVE CORPORATION'S
NOTICE OF VOLUNTARY DISMISSAL UNDER
RULE 41(a)(1)(A)(i) AS TO 56 DEFENDANTS
NO. 2:24-CV-1717-JNW

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

8. Quinn Rasmussen

9. Nicholas Rugama

10. Trevor Laturner

11. Eliel Pedro

12. Anthony Simoni

13. Cortland Pinnick

14. Alyssa Phillips

15. Lucian Thompson

16. Ryan Smith

17. Daniel Guadarrama

18. Barry Morganti

19. Noah Burch

20. Fabian Arevalo

21. Corinne Lee

22. Tasha Goldsmith

23. Broden Mcduffee

24. Luther Williams

25. Kevin Viloria

26. Amir Wright

Valve also dismisses this action pursuant to Rule 41(a)(1)(A)(i) with respect to the following additional 30 Defendants (the "Additional Defendants") whose arbitrations are also closed:

27. Baylen James

28. Andrew Davidson

PLAINTIFF VALVE CORPORATION'S
NOTICE OF VOLUNTARY DISMISSAL UNDER
RULE 41(a)(1)(A)(i) AS TO 56 DEFENDANTS       2
NO. 2:24-CV-1717-JNW

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

Case 2:24-cv-01717-JNW    Document 131    Filed 02/09/26    Page 3 of 5

29. Brian Sherwood

30. Bonnie Murphy

31. Jonathan Lewis

32. Jacob Ford

33. Ezekiel Mccracken

34. Gary Palmatier

35. Raymond Garay

36. Jurell Jordan

37. Deric Landers

38. Dylan Smyers

39. Matthew Stengel

40. Ramon Serrano

41. Matthew Baer

42. Virgil Glisson

43. Devin Harvey

44. Ryan Moore

45. Garland Noel

46. Adrian Monter

47. Robert Richards

48. Derek Krause

49. Decker Spencer

50. Randy Wozniak

51. Joshua Sammons

52. Alexander Rodriguez

PLAINTIFF VALVE CORPORATION'S
NOTICE OF VOLUNTARY DISMISSAL UNDER
RULE 41(a)(1)(A)(i) AS TO 56 DEFENDANTS  — 3
NO. 2:24-CV-1717-JNW

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

53. Nathaniel Moore

54. Ryan Adreani

55. Harley Palmer

56. Cory Cleri

**A.   The Arbitrations of the Concluded Defendants Ended with Awards, Rendering the Relief Sought in This Action Moot as to Them**

The Concluded Defendants' arbitrations ended with final merits awards. In each of the Concluded Defendants' arbitrations, the arbitrator ruled in Valve's favor on all claims. On February 3, 2026, and February 5, 2026, Valve filed separate Petitions To Confirm Arbitration Award Pursuant to RCW 7.04A.220 and for a Judgment Pursuant to RCW 7.04A.250 in the Superior Court for the State of Washington in and for King County with respect to these 26 Concluded Defendants. (See Ex. 1[1]; Ex. 3.[2])[3]

As the arbitrations of each of the Concluded Defendants are now closed, Valve's complaint has become moot with respect to those arbitrations. Valve accordingly no longer seeks the relief requested in the complaint with respect to the Concluded Defendants. Therefore, Valve hereby voluntarily dismisses this action as to the Concluded Defendants. No Concluded Defendant has filed an answer or a motion for summary judgment.

**B.   The Thirty Additional Defendants Voluntarily Withdrew Their Arbitrations**

Valve also voluntarily dismisses this action with respect to the 30 Additional

---

[1] The final merits awards in 25 of the arbitrations and the associated Petitions To Confirm are substantively the same as Exhibit 1. A copy of an exemplar award as filed with the Superior Court for the State of Washington with respect to these 25 Concluded Defendants is attached hereto as Exhibit 2.

[2] The final merits award as filed with the Superior Court for the State of Washington with respect to Concluded Defendant Amir Wright's arbitration is attached hereto as Exhibit 4.

[3] Valve also prevailed in 66 other merits arbitrations involving former defendants in this action. (See Dkt. 81 ¶¶ 45-49; Dkt. 98 at 2-3; Dkt. 118 at 1-3.)

PLAINTIFF VALVE CORPORATION'S
NOTICE OF VOLUNTARY DISMISSAL UNDER
RULE 41(a)(1)(A)(i) AS TO 56 DEFENDANTS — 4
NO. 2:24-CV-1717-JNW

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

Defendants. These Defendants have voluntarily withdrawn their arbitrations from the AAA. The AAA closed the arbitrations of these Additional Defendants on November 11, 2025, November 18, 2025, November 19, 2025, January 7, 2026, January 23, 2026, and February 3, 2026. (Exs. 5-13), after Valve filed its complaint and motion for preliminary injunction in this action on August 21, 2025, (Dkts. 78-79). No Additional Defendant has filed an answer or a motion for summary judgment.

DATED this 9th day of February 2026.

CORR CRONIN LLP

*s/ Blake Marks-Dias*
Blake Marks-Dias, WSBA No. 28169
1015 Second Avenue, Floor 10
Seattle, Washington 98104
(206) 625-8600 Phone
(206) 625-0900 Fax
bmarksdias@corrcronin.com

Michael W. McTigue Jr., *Admitted Pro Hac Vice*
Meredith C. Slawe, *Admitted Pro Hac Vice*
SKADDEN, ARPS, SLATE,
    MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
michael.mctigue@skadden.com
meredith.slawe@skadden.com

*Attorneys for Plaintiff Valve Corporation*

PLAINTIFF VALVE CORPORATION'S
NOTICE OF VOLUNTARY DISMISSAL UNDER
RULE 41(a)(1)(A)(i) AS TO 56 DEFENDANTS
NO. 2:24-CV-1717-JNW

5

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900