HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VALVE CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>THOMAS ABBRUZZESE et al.,<br><br>    Defendants. | No. 2:24-CV-1717-JNW<br><br>**PLAINTIFF VALVE CORPORATION'S NOTICE THAT CERTAIN DEFENDANTS' MOTION TO FILE SUPPLEMENTAL BRIEF IN FURTHER OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION (DKT. 125) IS MOOT** |

PLAINTIFF VALVE CORPORATION'S
NOTICE OF MOOTNESS
NO. 2:24-CV-1717-JNW

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

Plaintiff Valve Corporation ("Valve") submits this notice of mootness with respect to Certain Defendants' Motion to File Supplemental Brief in Further Opposition to Motion for Preliminary Injunction filed on December 1, 2025 (the "Ohashi Defendants' Motion," Dkt. 125), on behalf of 24 Defendants (the "Ohashi Defendants").[1] The Ohashi Defendants' Motion should be denied as moot because the Ohashi Defendants have been dismissed from this action. (Dkt. 131.) *See, e.g.*, *Habelt v. iRhythm Techs., Inc.*, 83 F.4th 1162, 1166-67 (9th Cir. 2023) (plaintiff who filed initial complaint but who was removed in amended complaint was no longer a party and therefore had no standing to appeal), *cert. denied*, 145 S. Ct. 144 (2024).

DATED this 9th day of February, 2026.

CORR CRONIN LLP

s/ Blake Marks-Dias
Blake Marks-Dias, WSBA No. 28169
1015 Second Avenue, Floor 10
Seattle, Washington 98104
(206) 625-8600 Phone
(206) 625-0900 Fax
bmarksdias@corrcronin.com

Michael W. McTigue Jr., *Admitted Pro Hac Vice*
Meredith C. Slawe, *Admitted Pro Hac Vice*
SKADDEN, ARPS, SLATE,
    MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
michael.mctigue@skadden.com
meredith.slawe@skadden.com

*Attorneys for Plaintiff Valve Corporation*

---

[1] The Ohashi Defendants include Chase Froelich, Ethan Sams, Cole Nelson, Matthew Powell, Michael Owens, Tyler Stulz, Norm Somers, Quinn Rasmussen, Nicholas Rugama, Trevor Laturner, Eliel Pedro, Anthony Simoni, Cortland Pinnick, Alyssa Phillips, Lucian Thompson, Ryan Smith, Barry Morganti, Noah Burch, Fabian Arevalo, Corinne Lee, Tasha Goldsmith, Broden Mcduffee, Luther Williams, and Kevin Viloria. Their arbitrations were before Arbitrator John E. Ohashi and have concluded with final awards in Valve's favor. (Dkt. 131)

PLAINTIFF VALVE CORPORATION'S
NOTICE OF MOOTNESS – 1
NO. 2:24-CV-1717-JNW

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900