HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VALVE CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>THOMAS ABBRUZZESE, *et al*.,<br><br>    Defendants. | Case No.  2:24-cv-1717-JNW<br><br>MOTION FOR ORDER GRANTING LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANT HARLEY PALMER<br><br>NOTED ON MOTION CALENDAR:<br>March 3, 2025 |

## I. RELIEF REQUESTED

Pursuant to Local Rules W.D. Wash. LCR 83.2(b), William R. Burnside of Bailey Duquette P.C. ("**Bailey Duquette**") moves this Court for leave to withdraw as counsel for Defendant Harley Palmer ("**Defendant**").

## II. FACTS

Defendant informed counsel that Defendant no longer desired to be represented by Bailey Duquette in this matter. Bailey Duquette agreed to

withdraw as attorney of record in this matter and prepare this motion for withdrawal.

By signing this motion, undersigned counsel certifies that Defendant and opposing counsel are being served with copies of this motion. Opposing counsel will receive this motion through the Court's electronic service system, and Defendant will receive this motion by electronic and US mail.

Harley Palmer's last known address is:

2117 Winterset Road
Winter Haven FL 33884

### III. ARGUMENT AND AUTHORITY

Under Local Civil Rule 83.2(b)(1) of the Western District of Washington, an attorney may withdraw from a civil case only with the Court's permission. Local Rules W.D. Wash. LCR 83.2(b)(1). The motion must certify that it was served on both the client and opposing counsel. *Id*. If the withdrawal would leave a party without representation, the motion must also provide that party's address and telephone number. *Id*.

Bailey Duquette has satisfied these requirements except for providing Defendant's telephone number. Defendant has expressed concerns about further contact in this matter and therefore requests that his telephone number not be disclosed in this filing.

Regarding the other requirements, the firm obtained leave of Court to withdraw, certified that its motion was served on both its client and opposing counsel, and provided the client's current address to ensure continued communication. Having satisfied each procedural requirement, Bailey Duquette should be allowed to withdraw as Defendant requested.

## IV. Conclusion

For the above reasons, Bailey Duquette respectfully requests that the Court grant this motion to withdraw from representing Defendant Harley Palmer.

DATED this 10th day of February, 2026.

        BAILEY DUQUETTE P.C.

        By: */s William R. Burnside*
        William R. Burnside, WSBA #36002
        800 Fifth Ave, Suite 101-800
        Seattle, Washington 98104
        T: 206.353.8021
        E: will@baileyduquette.com

        *Attorney for Defendant Harley Palmer*

*I certify that this motion contains less than 4,200 words pursuant to Local Rules W.D. Wash. LCR 7(e)(4)*

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I caused a true and correct copy of the foregoing Motion For Order Granting Leave To Withdraw As Counsel For Defendant Harley Palmer served upon counsel of record herein, as follows:

| | |
|---|---|
| Blake Marks-Dias, WSBA No. 28169<br>1015 Second Avenue, Floor 10<br>Seattle, Washington 98104<br>(206) 625-8600 Phone<br>(206) 625-0900 Fax<br>E: bmarksdias@corrcronin.com | ☒ Via Electronic Service |

Michael W. McTigue Jr., *Admitted Pro Hac Vice*
Meredith C. Slawe, *Admitted Pro Hac Vice*
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
E: michael.mctigue@skadden.com
E: meredith.slawe@skadden.com

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated: February 10, 2026 at Seattle, Washington.

*s/ William R. Burnside*
William Burnside, WSBA No. 36002