HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

VALVE CORPORATION,

Plaintiff,

v.

THOMAS ABBRUZZESE et al.,

Defendants.

No. 2:24-CV-1717-JNW

**PLAINTIFF VALVE CORPORATION'S NOTICE OF VOLUNTARY DISMISSAL UNDER RULE 41(a)(1)(A)(i) AS TO 14 DEFENDANTS**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Valve Corporation ("Valve") hereby dismisses this action as to the following two Defendants (the "Concluded Defendants") because their arbitrations are now complete and closed:

1.  Ryan Tutor

2.  Gavin Borchers

Valve also dismisses this action pursuant to Rule 41(a)(1)(A)(i) with respect to the following eight Defendants (the "Dismissed Defendants") because their arbitrations have been dismissed and closed:

3.  Sean Dolle

4.  Jennifer Nelson

PLAINTIFF VALVE CORPORATION'S
NOTICE OF VOLUNTARY DISMISSAL UNDER
RULE 41(a)(1)(A)(i) AS TO 14 DEFENDANTS
NO. 2:24-CV-1717-JNW

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

5.  Martin Mendez

6.  Kolby Louks

7.  Veda Valles

8.  Mark Henley

9.  Anthony Mittasch

10. Kenshad Brown

Valve also dismisses this action pursuant to Rule 41(a)(1)(A)(i) with respect to the following four Defendants (the "Withdrawn Defendants") because their arbitrations have been withdrawn and closed:

11. Augustus Gerbo

12. Joshua Bosman

13. Andrew Osborne

14. Jared Hardison

## A.   The Arbitrations of the Concluded Defendants Ended with Awards, Rendering the Relief Sought in This Action Moot as to Them

The Concluded Defendants' arbitrations ended with final merits awards in Valve's favor on February 26, 2026, with respect to Defendant Gavin Borchers and March 10, 2026, with respect to Defendant Ryan Tutor.[1] As the arbitrations of the Concluded Defendants are now closed, (Exs. 1-2), Valve's complaint has become moot with respect to the Concluded Defendants. Therefore, Valve hereby voluntarily dismisses this action as to the Concluded Defendants. No Concluded Defendant has filed an answer or a motion for summary judgment.

---

[1] Valve also prevailed in 93 other merits arbitrations involving former defendants in this action. (*See* Dkt. 81 ¶¶ 45-49; Dkt. 98 at 2-3; Dkt. 118 at 1-3; Dkt. 131 at 1-2.)

PLAINTIFF VALVE CORPORATION'S
NOTICE OF VOLUNTARY DISMISSAL UNDER
RULE 41(a)(1)(A)(i) AS TO 14 DEFENDANTS          2
NO. 2:24-CV-1717-JNW

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

**B.    The Eight Dismissed Defendants Had Their Claims Dismissed Without Prejudice**

Valve also voluntarily dismisses this action with respect to the eight Dismissed Defendants. The arbitrators in the Dismissed Defendants' arbitrations dismissed their claims on February 18, 2026 (Defendants Dolle, Nelson, Mendez, Louks, and Valles), February 24, 2026 (Defendant Henley), and February 28, 2026 (Defendants Brown and Mittasch), because the Dismissed Defendants declined to appear to testify at their final merits arbitration hearings. (Exs. 3-10.) In five of the Dismissed Defendants' arbitrations, counsel to the Dismissed Defendants "stated that because of the inability to communicate with the [Dismissed Defendant], [counsel] did not have the authority to withdraw the claims." (Exs. 3-7.) The AAA closed the arbitrations of the Dismissed Defendants on February 24, 2026 (Defendants Dolle, Nelson, Mendez, Louks, and Valles), February 27, 2026 (Defendant Henley), and March 4, 2026 (Defendants Brown and Mittasch). (Exs. 11-13.) Valve's complaint has therefore become moot with respect to the Dismissed Defendants. No Dismissed Defendant has filed an answer or a motion for summary judgment.

**C.    The Four Withdrawn Defendants Voluntarily Withdrew Their Arbitrations**

Valve also voluntarily dismisses this action with respect to the four Withdrawn Defendants. These Defendants have voluntarily withdrawn their arbitrations from the AAA. The AAA closed the arbitrations of these Withdrawn Defendants on February 9, 2026. (Ex. 14.) Valve's complaint has therefore become moot with respect to the Withdrawn Defendants. No Withdrawn Defendant has filed an answer or a motion for summary judgment.

\*        \*        \*

For the Court's convenience, attached hereto as (i) **Appendix A** is a list of the 453 current Defendants and (ii) **Appendix B** is a list of the 119 Defendants who have been voluntarily dismissed after the filing of Valve's Complaint (Dkt. 78), including the 14 Defendants dismissed through this Notice.

PLAINTIFF VALVE CORPORATION'S
NOTICE OF VOLUNTARY DISMISSAL UNDER
RULE 41(a)(1)(A)(i) AS TO 14 DEFENDANTS            3
NO. 2:24-CV-1717-JNW

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

DATED this 27th day of March 2026.

CORR CRONIN LLP

*s/ Blake Marks-Dias*
Blake Marks-Dias, WSBA No. 28169
1015 Second Avenue, Floor 10
Seattle, Washington 98104
(206) 625-8600 Phone
(206) 625-0900 Fax
bmarksdias@corrcronin.com

Michael W. McTigue Jr., *Admitted Pro Hac Vice*
Meredith C. Slawe, *Admitted Pro Hac Vice*
SKADDEN, ARPS, SLATE,
    MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
michael.mctigue@skadden.com
meredith.slawe@skadden.com

*Attorneys for Plaintiff Valve Corporation*

PLAINTIFF VALVE CORPORATION'S
NOTICE OF VOLUNTARY DISMISSAL UNDER
RULE 41(a)(1)(A)(i) AS TO 14 DEFENDANTS        4
NO. 2:24-CV-1717-JNW