**APPENDIX A**
**Current Defendants**

| No.[1] | Defendant First Name | Defendant Last Name[2] | AAA Case Number | Arbitrator[3] |
|---|---|---|---|---|
| 1 | Ryan | Ardito | 01-23-0005-3635 | Badal |
| 2 | Riley | Baxter | 01-23-0005-3643 | Badal |
| 3 | Michael | Brewer | 01-23-0005-3651 | Badal |
| 4 | Owen | Butterworth | 01-23-0005-3641 | Badal |
| 5 | Jonathan | Carlton | 01-23-0005-3626 | Badal |
| 6 | Michael | Eastman | 01-23-0005-3631 | Badal |
| 7 | Brandon | Garwell | 01-23-0005-3628 | Badal |
| 8 | Liam | Gaume-wakefield | 01-23-0005-3650 | Badal |
| 9 | Ian | Govea | 01-23-0005-3634 | Badal |
| 10 | Evan | Grant | 01-23-0005-3632 | Badal |
| 11 | Ricky | Horne | 01-23-0005-3630 | Badal |
| 12 | Dane | Jordan | 01-23-0005-3652 | Badal |
| 13 | Nicholas | Keith | 01-23-0005-3648 | Badal |
| 14 | AJ | Lane | 01-23-0005-3636 | Badal |
| 15 | Max | Moakley | 01-23-0005-3627 | Badal |
| 16 | Malakye | Moody | 01-23-0005-3644 | Badal |
| 17 | Mitchell | Papendorf | 01-23-0005-3646 | Badal |
| 18 | Alex | Patrao | 01-23-0005-3625 | Badal |
| 19 | Eric | Patton | 01-23-0005-3639 | Badal |
| 20 | Anthony | Rubino | 01-23-0005-3647 | Badal |
| 21 | Zachary | Smith | 01-23-0005-3642 | Badal |
| 22 | Isaiah | Taylor | 01-23-0005-3633 | Badal |
| 23 | Cody | Warren | 01-23-0005-3640 | Badal |
| 24 | Brian | Yeh | 01-23-0005-3629 | Badal |
| 25 | Jacob | Archer | 01-23-0005-3080 | Brooks |
| 26 | Eric | Buck | 01-23-0005-3195 | Brooks |
| 27 | Paul | Burnett | 01-23-0005-3051 | Brooks |
| 28 | Harrison | Carlow | 01-23-0005-2857 | Brooks |
| 29 | Spencer | Duzant | 01-23-0005-3604 | Brooks |
| 30 | Robert | Fischer | 01-23-0005-3152 | Brooks |
| 31 | Matthew | Habursky | 01-23-0005-3000 | Brooks |
| 32 | Daniel | Harley | 01-23-0005-3112 | Brooks |
| 33 | Logan | Herald | 01-23-0005-3211 | Brooks |
| 34 | Philipjohn | Holland | 01-23-0005-7450 | Brooks |
| 35 | Matthew | Husar | 01-23-0005-3200 | Brooks |
| 36 | Nick | Lauder | 01-23-0005-3351 | Brooks |
| 37 | Sam | Lomax | 01-23-0005-3448 | Brooks |
| 38 | Panayiotis | Maniscalco | 01-23-0005-2879 | Brooks |
| 39 | Ross | Martikke | 01-23-0005-3423 | Brooks |

[1] Defendants appear in order based on (i) the American Arbitration Association ("AAA") arbitrator to whom their arbitration is or was previously assigned and (ii) their last name.

[2] Names based on information provided by Bucher Law PLLC.

[3] Arbitrator Katz was disqualified, Arbitrator Rubin died, and Arbitrator Morrill resigned.

**APPENDIX A**
**Current Defendants**

| No.[1] | Defendant First Name | Defendant Last Name[2] | AAA Case Number | Arbitrator[3] |
|---|---|---|---|---|
| 40 | Joseph | Risi | 01-23-0005-3838 | Brooks |
| 41 | Joshua | Sayles | 01-23-0005-2851 | Brooks |
| 42 | Jake | Sigal | 01-23-0005-3654 | Brooks |
| 43 | Holden | Stender | 01-23-0005-3807 | Brooks |
| 44 | Tyler | Strenge | 01-23-0005-2865 | Brooks |
| 45 | Jonah | Warner | 01-23-0005-3348 | Brooks |
| 46 | Eric | Alspaugh | 01-23-0005-3672 | Coher |
| 47 | Noah | Babincsak Styzen | 01-23-0005-3666 | Coher |
| 48 | Stephen | Barr | 01-23-0005-3653 | Coher |
| 49 | Michael | Bazzell | 01-23-0005-3662 | Coher |
| 50 | Anthony | Bennett | 01-23-0005-3674 | Coher |
| 51 | Ethan | Brown | 01-23-0005-3682 | Coher |
| 52 | Vincent | Brown | 01-23-0005-3663 | Coher |
| 53 | Ned | Budd | 01-23-0005-3665 | Coher |
| 54 | Benjamin | Camenker | 01-23-0005-3669 | Coher |
| 55 | Traber | Fischer | 01-23-0005-3680 | Coher |
| 56 | Mikel | Hatcher | 01-23-0005-3676 | Coher |
| 57 | Michael | Kutner | 01-23-0005-3673 | Coher |
| 58 | Joshua | Lewis | 01-23-0005-3664 | Coher |
| 59 | Talon | Lewis | 01-23-0005-3667 | Coher |
| 60 | Thomas | Magera | 01-23-0005-3661 | Coher |
| 61 | Kyle | Mayfield | 01-23-0005-3679 | Coher |
| 62 | Hunter | Mcbrayer | 01-23-0005-3670 | Coher |
| 63 | Trey | Mundell | 01-23-0005-3657 | Coher |
| 64 | Harsh | Patel | 01-23-0005-3659 | Coher |
| 65 | Noah | Perry | 01-23-0005-3675 | Coher |
| 66 | Aaron | Peterson | 01-23-0005-3677 | Coher |
| 67 | Tristen | Watson | 01-23-0005-3655 | Coher |
| 68 | Jonah | Anders | 01-23-0005-3368 | Collins |
| 69 | Daniel | Armstrong | 01-23-0005-3486 | Collins |
| 70 | Michael | Blanco | 01-23-0005-3525 | Collins |
| 71 | Jason | Courter | 01-23-0005-3312 | Collins |
| 72 | Drevayne | Dawkins | 01-23-0005-7461 | Collins |
| 73 | John | Forrest | 01-23-0005-2880 | Collins |
| 74 | Donald | Goldsmith | 01-23-0005-7449 | Collins |
| 75 | Eli | Groff | 01-23-0005-2990 | Collins |
| 76 | Christian | Horazeck | 01-23-0005-3527 | Collins |
| 77 | Odis | Kendrick | 01-23-0005-2856 | Collins |
| 78 | Mark | Legg | 01-23-0005-3004 | Collins |
| 79 | Kyle | Lynch | 01-23-0005-7462 | Collins |
| 80 | Clayton | Lynn | 01-23-0005-3808 | Collins |
| 81 | Yuri | Motruk | 01-23-0005-3738 | Collins |
| 82 | Collin | Peacock | 01-23-0005-7453 | Collins |
| 83 | Deven | Peterson | 01-23-0005-3275 | Collins |

**APPENDIX A**
**Current Defendants**

| No.[1] | Defendant First Name | Defendant Last Name[2] | AAA Case Number | Arbitrator[3] |
|---|---|---|---|---|
| 84 | John | Quarnstrom | 01-23-0005-3316 | Collins |
| 85 | Tracy | Richardson | 01-23-0005-3361 | Collins |
| 86 | Julius | Roberts | 01-23-0005-3247 | Collins |
| 87 | Chris | Robinson | 01-23-0005-3649 | Collins |
| 88 | Robert | Rule | 01-23-0005-2881 | Collins |
| 89 | Robert | Schindler | 01-23-0005-3084 | Collins |
| 90 | Daniel | Smith | 01-23-0005-2869 | Collins |
| 91 | J. Derek | Wright | 01-23-0005-7442 | Collins |
| 92 | Thomas | Abbruzzese | 01-23-0005-3479 | Dasteel |
| 93 | David | Antolic | 01-23-0005-3498 | Dasteel |
| 94 | Jose | Aranda | 01-23-0005-3494 | Dasteel |
| 95 | Carter | Baker | 01-23-0005-3490 | Dasteel |
| 96 | Gavin | Baker | 01-23-0005-2868 | Dasteel |
| 97 | Stephanie | Blomstrom | 01-23-0005-2896 | Dasteel |
| 98 | Kiley | Borba | 01-23-0005-2889 | Dasteel |
| 99 | Alexander | Brumley | 01-23-0005-3501 | Dasteel |
| 100 | Andrew | Butler | 01-23-0005-2900 | Dasteel |
| 101 | Maurice | Castro | 01-23-0005-2890 | Dasteel |
| 102 | Riley | Chapman | 01-23-0005-2898 | Dasteel |
| 103 | James | Davis | 01-23-0005-3499 | Dasteel |
| 104 | Manfred | Dentice | 01-23-0005-2901 | Dasteel |
| 105 | Raciel | Diaz | 01-23-0005-2872 | Dasteel |
| 106 | Jeremiah | Dieujuste | 01-23-0005-2884 | Dasteel |
| 107 | Collin | Evans | 01-23-0005-3493 | Dasteel |
| 108 | Anthony | Galatolo | 01-23-0005-3491 | Dasteel |
| 109 | Gordon | Huckaby | 01-23-0005-2861 | Dasteel |
| 110 | Vincent | Keegan | 01-23-0005-3504 | Dasteel |
| 111 | Jeremy | Kirkwood | 01-23-0005-3480 | Dasteel |
| 112 | Robert | Lewis | 01-23-0005-3488 | Dasteel |
| 113 | Bridgette | Mcbride | 01-23-0005-2892 | Dasteel |
| 114 | James | McDonald | 01-23-0005-2888 | Dasteel |
| 115 | Kevin | Montes | 01-23-0005-3487 | Dasteel |
| 116 | Jared | Myers | 01-23-0005-3500 | Dasteel |
| 117 | Caleb | Orella | 01-23-0005-3492 | Dasteel |
| 118 | Timothy | Pablo Penaranda | 01-23-0005-3503 | Dasteel |
| 119 | Mitchell | Pakosz | 01-23-0005-2853 | Dasteel |
| 120 | Zachary | Parsley | 01-23-0005-3485 | Dasteel |
| 121 | Michael | Patterson | 01-23-0005-2860 | Dasteel |
| 122 | Brady | Paul | 01-23-0005-3478 | Dasteel |
| 123 | Hugh | Phillips | 01-23-0005-3496 | Dasteel |
| 124 | Carson | Plaisance | 01-23-0005-3489 | Dasteel |
| 125 | Pharaun | Potts | 01-23-0005-2859 | Dasteel |
| 126 | Jeff | Ramirez Ochoa | 01-23-0005-3483 | Dasteel |
| 127 | Joe | Rios | 01-23-0005-2850 | Dasteel |

**APPENDIX A**
**Current Defendants**

| No.[1] | Defendant First Name | Defendant Last Name[2] | AAA Case Number | Arbitrator[3] |
|---|---|---|---|---|
| 128 | Samuel | Roberts | 01-23-0005-2893 | Dasteel |
| 129 | Simon | Savlas | 01-23-0005-3484 | Dasteel |
| 130 | Alexander | Schlosser | 01-23-0005-3505 | Dasteel |
| 131 | Greg | Smith | 01-23-0005-2882 | Dasteel |
| 132 | Luis | Sotillet Rojas | 01-23-0005-2883 | Dasteel |
| 133 | Nicholas | Tynes | 01-23-0005-3502 | Dasteel |
| 134 | Mark | Williams Jr. | 01-23-0005-2870 | Dasteel |
| 135 | Jacob | Zide | 01-23-0005-2854 | Dasteel |
| 136 | Greg | Fish | 01-23-0005-3288 | Goins |
| 137 | Jeremy | Lucas | 01-23-0005-3823 | Goins |
| 138 | Zachary | Aletheia | 01-23-0005-3259 | Gruber |
| 139 | Angel | Ayala | 01-23-0005-3273 | Gruber |
| 140 | Kevin | Burnett | 01-23-0005-3268 | Gruber |
| 141 | Eric | Chastain | 01-23-0005-3058 | Gruber |
| 142 | Rocco | Cipolla | 01-23-0005-3066 | Gruber |
| 143 | Julio | Cruz | 01-23-0005-3266 | Gruber |
| 144 | Kevin | Dahlke | 01-23-0005-3264 | Gruber |
| 145 | Jon | Francisco | 01-23-0005-3265 | Gruber |
| 146 | Robert | Gibson | 01-23-0005-3271 | Gruber |
| 147 | Tyler | Gilbert | 01-23-0005-3270 | Gruber |
| 148 | Supyo | Hong | 01-23-0005-3054 | Gruber |
| 149 | Jayson | Huber | 01-23-0005-3060 | Gruber |
| 150 | Maxwell | Johnson | 01-23-0005-3061 | Gruber |
| 151 | Nicholas | Kirse | 01-23-0005-3065 | Gruber |
| 152 | Jordan | Mack | 01-23-0005-3269 | Gruber |
| 153 | Jason | Mccall | 01-23-0005-3274 | Gruber |
| 154 | Ricky | Mullins | 01-23-0005-3056 | Gruber |
| 155 | Jacob | Naquin | 01-23-0005-3262 | Gruber |
| 156 | Jonathan | Ortiz | 01-23-0005-3272 | Gruber |
| 157 | Skylar | Pond | 01-23-0005-3261 | Gruber |
| 158 | David | Reed | 01-23-0005-3062 | Gruber |
| 159 | Allen | Roman | 01-23-0005-3260 | Gruber |
| 160 | Trevor | Rupel | 01-23-0005-3053 | Gruber |
| 161 | Ryan | Sheline | 01-23-0005-3059 | Gruber |
| 162 | Patrick | Squire | 01-23-0005-3064 | Gruber |
| 163 | Patrick | Titterness | 01-23-0005-3267 | Gruber |
| 164 | Kenneth | Walker | 01-23-0005-3055 | Gruber |
| 165 | Joshua | Wyant | 01-23-0005-3063 | Gruber |
| 166 | Tai | Bishop | 01-23-0005-3074 | Jossen |
| 167 | Elizabeth | Dingman | 01-23-0005-3071 | Jossen |
| 168 | Don | doc Gruger | 01-23-0005-3068 | Jossen |
| 169 | Joseph | Gentry | 01-23-0005-3076 | Jossen |
| 170 | Jason | Gibbs | 01-23-0005-3089 | Jossen |
| 171 | Jackson | Heath | 01-23-0005-3081 | Jossen |

**APPENDIX A**
**Current Defendants**

| No.[1] | Defendant First Name | Defendant Last Name[2] | AAA Case Number | Arbitrator[3] |
|---|---|---|---|---|
| 172 | Adam | Henchen | 01-23-0005-3093 | Jossen |
| 173 | Nicholas | Howell | 01-23-0005-3090 | Jossen |
| 174 | Ryan | Jurado | 01-23-0005-3072 | Jossen |
| 175 | Amy | Lutes | 01-23-0005-3077 | Jossen |
| 176 | Javier | Nieto | 01-23-0005-3082 | Jossen |
| 177 | Richard | Noble | 01-23-0005-3083 | Jossen |
| 178 | Wesley | Parmer | 01-23-0005-3091 | Jossen |
| 179 | Mike | Pena | 01-23-0005-3078 | Jossen |
| 180 | Andrew | Rosson | 01-23-0005-3069 | Jossen |
| 181 | Leonard | Sanders | 01-23-0005-3088 | Jossen |
| 182 | Austin | Schau | 01-23-0005-3086 | Jossen |
| 183 | Joseph | Shelley | 01-23-0005-3087 | Jossen |
| 184 | Kevin | Taylor | 01-23-0005-3070 | Jossen |
| 185 | Leif | Tollefson | 01-23-0005-3073 | Jossen |
| 186 | Tyler | Wright | 01-23-0005-3067 | Jossen |
| 187 | Johnathan | Yi | 01-23-0005-3079 | Jossen |
| 188 | John | Zwick | 01-23-0005-3085 | Jossen |
| 189 | Yousif | Alsaqlawi | 01-23-0005-3450 | Katz |
| 190 | Rich | Cambern | 01-23-0005-3462 | Katz |
| 191 | Steven | Carmiencke | 01-23-0005-3459 | Katz |
| 192 | Adam | Carroll | 01-23-0005-3461 | Katz |
| 193 | Nick | Carter | 01-23-0005-3472 | Katz |
| 194 | Jason | Clark | 01-23-0005-3469 | Katz |
| 195 | Daniel | Duncan | 01-23-0005-3456 | Katz |
| 196 | Haley | Eskridge | 01-23-0005-3454 | Katz |
| 197 | Jake | Flaherty | 01-23-0005-3476 | Katz |
| 198 | Mike | Hespel | 01-23-0005-3474 | Katz |
| 199 | Braxten | Hieb | 01-23-0005-3463 | Katz |
| 200 | Timothy | Kaiserlik | 01-23-0005-3458 | Katz |
| 201 | Alexander | Lopez | 01-23-0005-3460 | Katz |
| 202 | Travis | Micheletti | 01-23-0005-3467 | Katz |
| 203 | Maxwell | Mucha | 01-23-0005-3471 | Katz |
| 204 | Jared | Perry | 01-23-0005-3477 | Katz |
| 205 | Blake | Petersen | 01-23-0005-3455 | Katz |
| 206 | Kevin | Ramos | 01-23-0005-3465 | Katz |
| 207 | Ethan | Rodabaugh | 01-23-0005-3470 | Katz |
| 208 | Christopher | Stephan | 01-23-0005-3453 | Katz |
| 209 | Dillon | Stettler | 01-23-0005-3457 | Katz |
| 210 | Amber | Toney | 01-23-0005-3473 | Katz |
| 211 | Christopher | Veiga | 01-23-0005-3475 | Katz |
| 212 | Jonah | White | 01-23-0005-3452 | Katz |
| 213 | Jacob | Deegan | 01-23-0005-3400 | Kingsley |
| 214 | Logan | Doose | 01-23-0005-3394 | Kingsley |
| 215 | Dominique | Ward | 01-23-0005-3405 | Kingsley |

**APPENDIX A**
**Current Defendants**

| No.[1] | Defendant First Name | Defendant Last Name[2] | AAA Case Number | Arbitrator[3] |
|---|---|---|---|---|
| 216 | Anthony | Gazzo | 01-23-0005-3009 | Larkin |
| 217 | Nicholas | Mastriaco | 01-23-0005-3532 | Larkin |
| 218 | Marc | Ura | 01-23-0005-3407 | Larkin |
| 219 | Timothy | Broughton | 01-23-0005-3331 | Levy |
| 220 | Nicolaas | Bush | 01-23-0005-3319 | Levy |
| 221 | Duwayne | Counts | 01-23-0005-3325 | Levy |
| 222 | Josiah | Eredia | 01-23-0005-3323 | Levy |
| 223 | Keelan | Esquivel | 01-23-0005-3332 | Levy |
| 224 | Nico | Estebanez | 01-23-0005-3311 | Levy |
| 225 | Michael | Ewing | 01-23-0005-3308 | Levy |
| 226 | Alexander | Fowler | 01-23-0005-3320 | Levy |
| 227 | Adrian | Fritzley | 01-23-0005-3309 | Levy |
| 228 | David | Hedrick | 01-23-0005-3324 | Levy |
| 229 | Martin | Hernandez | 01-23-0005-3321 | Levy |
| 230 | Jon | Hoke | 01-23-0005-3328 | Levy |
| 231 | Shawn | Peck | 01-23-0005-3306 | Levy |
| 232 | Jonathan | Perry | 01-23-0005-3310 | Levy |
| 233 | Niko | Pitinii | 01-23-0005-3313 | Levy |
| 234 | Isaac | Ramos | 01-23-0005-3307 | Levy |
| 235 | Joseph | Ray | 01-23-0005-3304 | Levy |
| 236 | John | Reeves | 01-23-0005-3326 | Levy |
| 237 | Victor | Romo | 01-23-0005-3327 | Levy |
| 238 | Mitchell | Strang | 01-23-0005-3315 | Levy |
| 239 | James | Walters | 01-23-0005-3305 | Levy |
| 240 | Xenia | Yee | 01-23-0005-3329 | Levy |
| 241 | Jacob | Arthur | 01-23-0005-3560 | Mainland |
| 242 | Aaron | Castaneda | 01-23-0005-3539 | Mainland |
| 243 | Clyde | Chaffee | 01-23-0005-3548 | Mainland |
| 244 | Ian | Cheney | 01-23-0005-3544 | Mainland |
| 245 | James | Clarke | 01-23-0005-3537 | Mainland |
| 246 | Chase | Couzens | 01-23-0005-3546 | Mainland |
| 247 | Curtis | Drommerhausen | 01-23-0005-3556 | Mainland |
| 248 | Zack | Finfrock | 01-23-0005-3562 | Mainland |
| 249 | Julian | Gariba | 01-23-0005-3551 | Mainland |
| 250 | Alejandro | Garrido | 01-23-0005-3538 | Mainland |
| 251 | Chris | Huss | 01-23-0005-3559 | Mainland |
| 252 | Justin | Leffert | 01-23-0005-3547 | Mainland |
| 253 | Travis | Maynard | 01-23-0005-3550 | Mainland |
| 254 | James | Mcinerny | 01-23-0005-3536 | Mainland |
| 255 | Charles | Niles | 01-23-0005-3555 | Mainland |
| 256 | Michael | Pacholczak | 01-23-0005-3557 | Mainland |
| 257 | Jesse | Perlaza | 01-23-0005-3561 | Mainland |
| 258 | James | Reynolds | 01-23-0005-3540 | Mainland |
| 259 | Salvatore | Sardisco | 01-23-0005-3543 | Mainland |

**APPENDIX A**
**Current Defendants**

| No.[1] | Defendant First Name | Defendant Last Name[2] | AAA Case Number | Arbitrator[3] |
|---|---|---|---|---|
| 260 | Michael | Shingleton | 01-23-0005-3554 | Mainland |
| 261 | Adam | Zuniga | 01-23-0005-3552 | Mainland |
| 262 | Meagan | Argo | 01-23-0005-2915 | McNamara |
| 263 | Seth | Weber | 01-23-0005-3581 | McNamara |
| 264 | Abed | Balbaky | 01-23-0005-3314 | McSorley |
| 265 | Mateus | Cunha | 01-23-0005-3542 | McSorley |
| 266 | Ajay | Dalal | 01-23-0005-3696 | McSorley |
| 267 | Joshua | DePalma | 01-23-0005-3802 | McSorley |
| 268 | Corbin | Echevarria | 01-23-0005-3238 | McSorley |
| 269 | Brett | Flinn | 01-23-0005-3173 | McSorley |
| 270 | Cole | Hagan | 01-23-0005-3175 | McSorley |
| 271 | Aleck | Hernandez | 01-23-0005-3225 | McSorley |
| 272 | Armando | Martinez | 01-23-0005-3106 | McSorley |
| 273 | Paul | Mayer | 01-23-0005-3433 | McSorley |
| 274 | Mark | Mendel | 01-23-0005-3517 | McSorley |
| 275 | Alexander | Mishkevich | 01-23-0005-3344 | McSorley |
| 276 | Conor | Moschella | 01-23-0005-3762 | McSorley |
| 277 | Robert | Richelson | 01-23-0005-2936 | McSorley |
| 278 | Gabriel | Rodrigues | 01-23-0005-3105 | McSorley |
| 279 | Matthew | Ventures | 01-23-0005-3681 | McSorley |
| 280 | Bernard | Vignali | 01-23-0005-2957 | McSorley |
| 281 | Robert | Woolf | 01-23-0005-3590 | McSorley |
| 282 | Jake | Wuebker | 01-23-0005-3219 | McSorley |
| 283 | Jeffrey | Cassick | 01-23-0005-2934 | Morrill |
| 284 | Nicholas | Foster | 01-23-0005-2940 | Morrill |
| 285 | Charles | Gill | 01-23-0005-2933 | Morrill |
| 286 | Bashari | Guidry | 01-23-0005-2935 | Morrill |
| 287 | Bradyn | Hamel | 01-23-0005-2942 | Morrill |
| 288 | Itiel | Jimenez | 01-23-0005-2954 | Morrill |
| 289 | Jared | Johnson | 01-23-0005-2946 | Morrill |
| 290 | Thomas | Mcsweeney | 01-23-0005-2938 | Morrill |
| 291 | Alice | Millage | 01-23-0005-2944 | Morrill |
| 292 | Alexander | Pachnicki | 01-23-0005-2953 | Morrill |
| 293 | Joshua | Page | 01-23-0005-2941 | Morrill |
| 294 | Jeff | Pellegrin | 01-23-0005-2929 | Morrill |
| 295 | Dustin | Phelps | 01-23-0005-2930 | Morrill |
| 296 | Mateo | Platero | 01-23-0005-2937 | Morrill |
| 297 | Steven | Prescott | 01-23-0005-2943 | Morrill |
| 298 | Thomas | Rolando | 01-23-0005-2939 | Morrill |
| 299 | John | Schweizer Ii | 01-23-0005-2945 | Morrill |
| 300 | Ian | Stubbs | 01-23-0005-2932 | Morrill |
| 301 | Nicky | Sun | 01-23-0005-2950 | Morrill |
| 302 | Matthew | Sweeney | 01-23-0005-2948 | Morrill |
| 303 | Maisie | Turner | 01-23-0005-2949 | Morrill |

**APPENDIX A**
**Current Defendants**

| No.[1] | Defendant First Name | Defendant Last Name[2] | AAA Case Number | Arbitrator[3] |
|---|---|---|---|---|
| 304 | Joseph | Wasielewski-walsh | 01-23-0005-2931 | Morrill |
| 305 | Zachary | Yahola | 01-23-0005-2952 | Morrill |
| 306 | Christopher | Bittle | 01-23-0005-3241 | Pope |
| 307 | Griffin | Byer | 01-23-0005-3237 | Pope |
| 308 | Myles | Coffman | 01-23-0005-3214 | Pope |
| 309 | Mason | Coon | 01-23-0005-3232 | Pope |
| 310 | Jordan | Davis | 01-23-0005-3216 | Pope |
| 311 | Daniel | Ducos | 01-23-0005-3215 | Pope |
| 312 | Jeremy | Flippo | 01-23-0005-3218 | Pope |
| 313 | Guido | Gonzalez | 01-23-0005-3239 | Pope |
| 314 | William | Griffin | 01-23-0005-3223 | Pope |
| 315 | William | Holmes | 01-23-0005-3217 | Pope |
| 316 | Chandlin | Husain | 01-23-0005-3240 | Pope |
| 317 | Timothy | Johnson | 01-23-0005-3242 | Pope |
| 318 | Matthew | Jones | 01-23-0005-3227 | Pope |
| 319 | Benjamin | Jordan | 01-23-0005-3243 | Pope |
| 320 | John | Knirr | 01-23-0005-3228 | Pope |
| 321 | Austin | Mcmillan | 01-23-0005-3235 | Pope |
| 322 | Aaron | Pearson | 01-23-0005-3231 | Pope |
| 323 | Vincent | Rebokus | 01-23-0005-3222 | Pope |
| 324 | Stephen | Robertson | 01-23-0005-3230 | Pope |
| 325 | Gabriel | Santana | 01-23-0005-3234 | Pope |
| 326 | Ian | Smith | 01-23-0005-3233 | Pope |
| 327 | Aaron | Solomon | 01-23-0005-3221 | Pope |
| 328 | Zachary | Taylor | 01-23-0005-3220 | Pope |
| 329 | Joshua | Whiteacre | 01-23-0005-3244 | Pope |
| 330 | Benjamin | Conrad | 01-23-0005-3129 | Quintanilla |
| 331 | Randall | Farley | 01-23-0005-3134 | Quintanilla |
| 332 | Neil | Francisco | 01-23-0005-3127 | Quintanilla |
| 333 | Austin | Henry | 01-23-0005-3128 | Quintanilla |
| 334 | Steven | Jennett | 01-23-0005-3126 | Quintanilla |
| 335 | Alicia | Marshall | 01-23-0005-3133 | Quintanilla |
| 336 | Jacob | Phillips | 01-23-0005-3135 | Quintanilla |
| 337 | Abrahim | Ramadan | 01-23-0005-3132 | Quintanilla |
| 338 | Ethan | Scifers | 01-23-0005-3125 | Quintanilla |
| 339 | Thomas | Wiseman | 01-23-0005-3130 | Quintanilla |
| 340 | Zaid | Abuwandi | 01-23-0005-3286 | R. Brown |
| 341 | Steven | Armant | 01-23-0005-3279 | R. Brown |
| 342 | Adam | Bernal | 01-23-0005-3303 | R. Brown |
| 343 | Shountasia | Bevins | 01-23-0005-3283 | R. Brown |
| 344 | Zachary | Burry | 01-23-0005-3277 | R. Brown |
| 345 | Denver | Dubhorn | 01-23-0005-3295 | R. Brown |
| 346 | Andrew | Evenson | 01-23-0005-3282 | R. Brown |
| 347 | David | Graham | 01-23-0005-3284 | R. Brown |

**APPENDIX A**
**Current Defendants**

| No.[1] | Defendant First Name | Defendant Last Name[2] | AAA Case Number | Arbitrator[3] |
|---|---|---|---|---|
| 348 | Alexander | Grow | 01-23-0005-3298 | R. Brown |
| 349 | Shane | Kachman | 01-23-0005-3301 | R. Brown |
| 350 | Grant | Kegley | 01-23-0005-3293 | R. Brown |
| 351 | Paul | Kiernan | 01-23-0005-3290 | R. Brown |
| 352 | Brandon | Kimpel | 01-23-0005-3296 | R. Brown |
| 353 | Jared | Moreno | 01-23-0005-3302 | R. Brown |
| 354 | Jacob | Pullen | 01-23-0005-3292 | R. Brown |
| 355 | David | Richey | 01-23-0005-3299 | R. Brown |
| 356 | Tyler | Salyer | 01-23-0005-3280 | R. Brown |
| 357 | Robert | Stillman | 01-23-0005-3291 | R. Brown |
| 358 | Nicholas | Stone | 01-23-0005-3287 | R. Brown |
| 359 | Devon | Trujillo | 01-23-0005-3300 | R. Brown |
| 360 | Jacob | Walker | 01-23-0005-3289 | R. Brown |
| 361 | Joshua | Webb | 01-23-0005-3281 | R. Brown |
| 362 | Daniel | West | 01-23-0005-3294 | R. Brown |
| 363 | Chris | Bassford | 01-23-0005-3186 | Radford |
| 364 | Jase | Busby | 01-23-0005-3187 | Radford |
| 365 | Christopher | Conrad | 01-23-0005-3213 | Radford |
| 366 | Alexander | Coren | 01-23-0005-3204 | Radford |
| 367 | John | Davis | 01-23-0005-3193 | Radford |
| 368 | William | Dudley | 01-23-0005-3184 | Radford |
| 369 | Matthew | Fowler | 01-23-0005-3196 | Radford |
| 370 | Nels | Geary | 01-23-0005-3208 | Radford |
| 371 | Renny | Herbert | 01-23-0005-3205 | Radford |
| 372 | Shaun | Howe | 01-23-0005-3185 | Radford |
| 373 | Alexander | Hyer | 01-23-0005-3203 | Radford |
| 374 | Jennifer | Jacks | 01-23-0005-3212 | Radford |
| 375 | Chris | Jaus | 01-23-0005-3202 | Radford |
| 376 | Andrew | Kosko | 01-23-0005-3209 | Radford |
| 377 | Joshua | Kranz | 01-23-0005-3199 | Radford |
| 378 | Alan | Lopez | 01-23-0005-3188 | Radford |
| 379 | Jonathan | Lopez | 01-23-0005-3210 | Radford |
| 380 | Natasha | Mccarthy | 01-23-0005-3190 | Radford |
| 381 | Andrew | Mitchell | 01-23-0005-3198 | Radford |
| 382 | Michael | Mrgich | 01-23-0005-3207 | Radford |
| 383 | Darian | Stark | 01-23-0005-3194 | Radford |
| 384 | Lauren | Tyner | 01-23-0005-3183 | Radford |
| 385 | Lloyd | Walker | 01-23-0005-3192 | Radford |
| 386 | Mark | Wendt | 01-23-0005-3189 | Radford |
| 387 | Thomas | Byrd | 01-23-0005-3796 | Reid |
| 388 | James | Pruitt | 01-23-0005-3236 | Reid |
| 389 | Brian | Baskovich | 01-23-0005-3047 | Rubin |
| 390 | Jack | Cleary | 01-23-0005-3042 | Rubin |
| 391 | Brennan | Coleman | 01-23-0005-3049 | Rubin |

**APPENDIX A**
**Current Defendants**

| No.[1] | Defendant First Name | Defendant Last Name[2] | AAA Case Number | Arbitrator[3] |
|---|---|---|---|---|
| 392 | Max | Kurtz | 01-23-0005-3041 | Rubin |
| 393 | Scott | Lewis | 01-23-0005-3048 | Rubin |
| 394 | Graysen | Mcgilligan | 01-23-0005-3045 | Rubin |
| 395 | Gavin | Moye | 01-23-0005-3046 | Rubin |
| 396 | Nathan | Pippin | 01-23-0005-3050 | Rubin |
| 397 | Cristian | Raynes | 01-23-0005-3043 | Rubin |
| 398 | Joshua | Rodriguez | 01-23-0005-3044 | Rubin |
| 399 | Aaron | Vaughn | 01-23-0005-3040 | Rubin |
| 400 | Daniel | Wirth | 01-23-0005-3052 | Rubin |
| 401 | Jacob | Barnhill | 01-23-0005-3449 | Rundle |
| 402 | Scott | Brewster | 01-23-0005-3257 | Rundle |
| 403 | Michael | Calloni | 01-23-0005-3439 | Rundle |
| 404 | Peter | Cila | 01-23-0005-3438 | Rundle |
| 405 | Marcus | Crowley | 01-23-0005-3255 | Rundle |
| 406 | Michael | Dufour | 01-23-0005-3253 | Rundle |
| 407 | Paolo | Galupo | 01-23-0005-3435 | Rundle |
| 408 | Jonathan | Hillman | 01-23-0005-3258 | Rundle |
| 409 | William | Jackson | 01-23-0005-3429 | Rundle |
| 410 | Ray | Miller | 01-23-0005-3440 | Rundle |
| 411 | Eric | Partlow | 01-23-0005-3445 | Rundle |
| 412 | Morgan | Rushing | 01-23-0005-3444 | Rundle |
| 413 | Kai | Trobaugh | 01-23-0005-3428 | Rundle |
| 414 | Jack | Uteg | 01-23-0005-3431 | Rundle |
| 415 | Brad | Wilson | 01-23-0005-3434 | Rundle |
| 416 | Stephen | Adams | 01-23-0005-3378 | Samas |
| 417 | David | Arroyo | 01-23-0005-3371 | Samas |
| 418 | Garrett | Athay | 01-23-0005-3391 | Samas |
| 419 | Edwin | Ayala | 01-23-0005-3387 | Samas |
| 420 | Brandan | Christner | 01-23-0005-3366 | Samas |
| 421 | Ethan | Cowan-wright | 01-23-0005-3390 | Samas |
| 422 | Sydney | Cutler-gilbert | 01-23-0005-3377 | Samas |
| 423 | Dylan | Fleckenstein | 01-23-0005-3388 | Samas |
| 424 | Tyler | Freehill | 01-23-0005-3379 | Samas |
| 425 | James | Gallant | 01-23-0005-3385 | Samas |
| 426 | Ralph | Gonzales | 01-23-0005-3364 | Samas |
| 427 | Jacob | Graves | 01-23-0005-3367 | Samas |
| 428 | Andres | Hernandez | 01-23-0005-3381 | Samas |
| 429 | Travis | Hickey | 01-23-0005-3382 | Samas |
| 430 | Jared | Huggett | 01-23-0005-3384 | Samas |
| 431 | John | Marcotte | 01-23-0005-3386 | Samas |
| 432 | Sean | Mitchell | 01-23-0005-3365 | Samas |
| 433 | Daniel | Morris | 01-23-0005-3369 | Samas |
| 434 | Marcus | Pettway | 01-23-0005-3374 | Samas |
| 435 | Joel | Sandkamp | 01-23-0005-3373 | Samas |

**APPENDIX A**
**Current Defendants**

| No.[1] | Defendant First Name | Defendant Last Name[2] | AAA Case Number | Arbitrator[3] |
|---|---|---|---|---|
| 436 | Zackery | Sessions | 01-23-0005-3376 | Samas |
| 437 | Alexander | Thomas | 01-23-0005-3389 | Samas |
| 438 | Cade | Azarcon | 01-23-0005-2876 | Schmitz |
| 439 | Rob | Baldwin | 01-23-0005-3514 | Schmitz |
| 440 | Aaron | Briggs | 01-23-0005-2874 | Schmitz |
| 441 | Johnathon | Eimer | 01-23-0005-2852 | Schmitz |
| 442 | Natalie | Fields | 01-23-0005-7456 | Schmitz |
| 443 | Cameron | Lester | 01-23-0005-2988 | Schmitz |
| 444 | Ian | Trefren | 01-23-0005-2864 | Schmitz |
| 445 | Cary | Miller | 01-23-0005-3005 | Silak |
| 446 | Leo | Blondel | 01-23-0005-3602 | T. Brown |
| 447 | Johnathon | Bush | 01-23-0005-3599 | T. Brown |
| 448 | Scott | Eskridge | 01-23-0005-3598 | T. Brown |
| 449 | Michael | Gualtieri | 01-23-0005-3595 | T. Brown |
| 450 | Evan | Piepho | 01-23-0005-3600 | T. Brown |
| 451 | Steven | Stucker | 01-23-0005-3594 | T. Brown |
| 452 | William | Marcellus | 01-23-0005-3350 | Thompson |
| 453 | Isaac | Sellers | 01-23-0005-3482 | Thompson |