**APPENDIX B**
**Dismissed Defendants**

| No.[1] | Defendant First Name | Defendant Last Name[2] | AAA Case Number | Arbitrator[3] | Date of Dismissal From This Action | Notice of Dismissal |
|---|---|---|---|---|---|---|
| 1 | Christian | Graber | 01-23-0005-3702 | Goins | Sep. 26, 2025 | Dkt. 98 |
| 2 | Ethan | Lefebvre | 01-23-0005-7452 | Goins | Sep. 26, 2025 | Dkt. 98 |
| 3 | Cody | Barker | 01-23-0005-3417 | Kingsley | Sep. 26, 2025 | Dkt. 98 |
| 4 | Abraham | Duman | 01-23-0005-3399 | Kingsley | Sep. 26, 2025 | Dkt. 98 |
| 5 | Taylor | Edwards | 01-23-0005-3399 | Kingsley | Sep. 26, 2025 | Dkt. 98 |
| 6 | Nathan | Engols | 01-23-0005-3402 | Kingsley | Sep. 26, 2025 | Dkt. 98 |
| 7 | Sacha | Haghighi | 01-23-0005-3392 | Kingsley | Sep. 26, 2025 | Dkt. 98 |
| 8 | Broderick | Hebert | 01-23-0005-3393 | Kingsley | Sep. 26, 2025 | Dkt. 98 |
| 9 | Max | Johnson | 01-23-0005-3404 | Kingsley | Sep. 26, 2025 | Dkt. 98 |
| 10 | Justin | Jones | 01-23-0005-3412 | Kingsley | Sep. 26, 2025 | Dkt. 98 |
| 11 | Gregory | Kain | 01-23-0005-3414 | Kingsley | Sep. 26, 2025 | Dkt. 98 |
| 12 | Seth | Lewis | 01-23-0005-3395 | Kingsley | Sep. 26, 2025 | Dkt. 98 |
| 13 | Michael | Linares | 01-23-0005-3413 | Kingsley | Sep. 26, 2025 | Dkt. 98 |
| 14 | Jodee | Lynn Molina | 01-23-0005-3403 | Kingsley | Sep. 26, 2025 | Dkt. 98 |
| 15 | Roger | Maricle | 01-23-0005-3398 | Kingsley | Sep. 26, 2025 | Dkt. 98 |
| 16 | Devon | Musto | 01-23-0005-3411 | Kingsley | Sep. 26, 2025 | Dkt. 98 |
| 17 | Joshua | Roberts | 01-23-0005-3396 | Kingsley | Sep. 26, 2025 | Dkt. 98 |
| 18 | Jason | Smith | 01-23-0005-3408 | Kingsley | Sep. 26, 2025 | Dkt. 98 |
| 19 | Samuel | Stevens | 01-23-0005-3418 | Kingsley | Sep. 26, 2025 | Dkt. 98 |
| 20 | Kaleb | Swaim | 01-23-0005-3397 | Kingsley | Sep. 26, 2025 | Dkt. 98 |
| 21 | Mason | Wright | 01-23-0005-3401 | Kingsley | Sep. 26, 2025 | Dkt. 98 |
| 22 | Xander | Brende-Prins | 01-23-0005-3278 | R. Brown | Sep. 26, 2025 | Dkt. 98 |
| 23 | Alec | Birenbaum | 01-23-0005-3145 | McSorley | Oct. 11, 2025 | Dkt. 112 |
| 24 | Lance | Vicente | 01-23-0005-3352 | McSorley | Oct. 11, 2025 | Dkt. 112 |
| 25 | Cody | Ackley | 01-23-0005-3336 | Gaglione | Nov. 5, 2025 | Dkt. 118 |
| 26 | Christien | Ayson | 01-23-0005-3334 | Gaglione | Nov. 5, 2025 | Dkt. 118 |
| 27 | Matthew | Baldwin | 01-23-0005-3347 | Gaglione | Nov. 5, 2025 | Dkt. 118 |
| 28 | Ryan | Borek | 01-23-0005-3360 | Gaglione | Nov. 5, 2025 | Dkt. 118 |
| 29 | Mitchell | Coburn | 01-23-0005-3343 | Gaglione | Nov. 5, 2025 | Dkt. 118 |
| 30 | Michael | Daughtery | 01-23-0005-3337 | Gaglione | Nov. 5, 2025 | Dkt. 118 |
| 31 | Gabriel | Durbin | 01-23-0005-3335 | Gaglione | Nov. 5, 2025 | Dkt. 118 |
| 32 | Mason | Field | 01-23-0005-3355 | Gaglione | Nov. 5, 2025 | Dkt. 118 |
| 33 | Tyler | Francesconi | 01-23-0005-3338 | Gaglione | Nov. 5, 2025 | Dkt. 118 |
| 34 | Thomas | Garrett | 01-23-0005-3353 | Gaglione | Nov. 5, 2025 | Dkt. 118 |
| 35 | Robert | Grescowle | 01-23-0005-3333 | Gaglione | Nov. 5, 2025 | Dkt. 118 |
| 36 | Rob | Hauser | 01-23-0005-3345 | Gaglione | Nov. 5, 2025 | Dkt. 118 |
| 37 | Ann | Hefner | 01-23-0005-3340 | Gaglione | Nov. 5, 2025 | Dkt. 118 |

[1] Dismissed Defendants appear in order based on (i) the date Valve voluntarily dismissed them from this action, (ii) the American Arbitration Association ("AAA") arbitrator to whom their arbitration was assigned, and (iii) their last name.

[2] Names based on information provided by Bucher Law PLLC. Defendants dismissed after the of filing of the Complaint on August 21, 2025 (Dkt. 78).

[3] Arbitrator at the time arbitration was closed.

**APPENDIX B**
**Dismissed Defendants**

| No.[1] | Defendant First Name | Defendant Last Name[2] | AAA Case Number | Arbitrator[3] | Date of Dismissal From This Action | Notice of Dismissal |
|---|---|---|---|---|---|---|
| 38 | Kasandra | Hiley | 01-23-0005-3346 | Gaglione | Nov. 5, 2025 | Dkt. 118 |
| 39 | Patrick | Kuller | 01-23-0005-3356 | Gaglione | Nov. 5, 2025 | Dkt. 118 |
| 40 | Richard | Lundsgaard | 01-23-0005-3358 | Gaglione | Nov. 5, 2025 | Dkt. 118 |
| 41 | Jordan | Newby | 01-23-0005-3359 | Gaglione | Nov. 5, 2025 | Dkt. 118 |
| 42 | Christopher | Prato-shein | 01-23-0005-3342 | Gaglione | Nov. 5, 2025 | Dkt. 118 |
| 43 | Bradley | Ratliff | 01-23-0005-3341 | Gaglione | Nov. 5, 2025 | Dkt. 118 |
| 44 | Andre | Santana | 01-23-0005-3362 | Gaglione | Nov. 5, 2025 | Dkt. 118 |
| 45 | John | Taddei | 01-23-0005-3339 | Gaglione | Nov. 5, 2025 | Dkt. 118 |
| 46 | Xzavier | Timmons | 01-23-0005-3349 | Gaglione | Nov. 5, 2025 | Dkt. 118 |
| 47 | Merrick | Tipton | 01-23-0005-3354 | Gaglione | Nov. 5, 2025 | Dkt. 118 |
| 48 | Katie | Uccello | 01-23-0005-3363 | Gaglione | Nov. 5, 2025 | Dkt. 118 |
| 49 | Michael | Wu | 01-23-0005-3357 | Gaglione | Nov. 5, 2025 | Dkt. 118 |
| 50 | Harley | Palmer | 01-23-0005-3637 | Badal | Feb. 9, 2026 | Dkt. 131 |
| 51 | Jonathan | Lewis | 01-23-0005-3668 | Coher | Feb. 9, 2026 | Dkt. 131 |
| 52 | Amir | Wright | 01-23-0003-8815 | Coher | Feb. 9, 2026 | Dkt. 131 |
| 53 | Cory | Cleari | 01-23-0005-3092 | Jossen | Feb. 9, 2026 | Dkt. 131 |
| 54 | Jacob | Ford | 01-23-0005-3075 | Jossen | Feb. 9, 2026 | Dkt. 131 |
| 55 | Andrew | Davidson | 01-23-0005-3330 | Levy | Feb. 9, 2026 | Dkt. 131 |
| 56 | Baylen | James | 01-23-0005-2947 | Morrill | Feb. 9, 2026 | Dkt. 131 |
| 57 | Fabian | Arevalo | 01-23-0005-3034 | Ohashi | Feb. 9, 2026 | Dkt. 131 |
| 58 | Noah | Burch | 01-23-0005-3033 | Ohashi | Feb. 9, 2026 | Dkt. 131 |
| 59 | Chase | Froelich | 01-23-0005-3015 | Ohashi | Feb. 9, 2026 | Dkt. 131 |
| 60 | Tasha | Goldsmith | 01-23-0005-3036 | Ohashi | Feb. 9, 2026 | Dkt. 131 |
| 61 | Daniel | Guadarrama | 01-23-0005-3031 | Ohashi | Feb. 9, 2026 | Dkt. 131 |
| 62 | Trevor | Laturner | 01-23-0005-3024 | Ohashi | Feb. 9, 2026 | Dkt. 131 |
| 63 | Corinne | Lee | 01-23-0005-3035 | Ohashi | Feb. 9, 2026 | Dkt. 131 |
| 64 | Broden | Mcduffee | 01-23-0005-3037 | Ohashi | Feb. 9, 2026 | Dkt. 131 |
| 65 | Barry | Morganti | 01-23-0005-3032 | Ohashi | Feb. 9, 2026 | Dkt. 131 |
| 66 | Cole | Nelson | 01-23-0005-3017 | Ohashi | Feb. 9, 2026 | Dkt. 131 |
| 67 | Michael | Owens | 01-23-0005-3019 | Ohashi | Feb. 9, 2026 | Dkt. 131 |
| 68 | Eliel | Pedro | 01-23-0005-3025 | Ohashi | Feb. 9, 2026 | Dkt. 131 |
| 69 | Alyssa | Phillips | 01-23-0005-3028 | Ohashi | Feb. 9, 2026 | Dkt. 131 |
| 70 | Cortland | Pinnick | 01-23-0005-3027 | Ohashi | Feb. 9, 2026 | Dkt. 131 |
| 71 | Matthew | Powell | 01-23-0005-3018 | Ohashi | Feb. 9, 2026 | Dkt. 131 |
| 72 | Quinn | Rasmussen | 01-23-0005-3022 | Ohashi | Feb. 9, 2026 | Dkt. 131 |
| 73 | Nicholas | Rugama | 01-23-0005-3023 | Ohashi | Feb. 9, 2026 | Dkt. 131 |
| 74 | Ethan | Sams | 01-23-0005-3016 | Ohashi | Feb. 9, 2026 | Dkt. 131 |
| 75 | Anthony | Simoni | 01-23-0005-3026 | Ohashi | Feb. 9, 2026 | Dkt. 131 |
| 76 | Ryan | Smith | 01-23-0005-3030 | Ohashi | Feb. 9, 2026 | Dkt. 131 |
| 77 | Norm | Somers | 01-23-0005-3021 | Ohashi | Feb. 9, 2026 | Dkt. 131 |
| 78 | Tyler | Stulz | 01-23-0005-3020 | Ohashi | Feb. 9, 2026 | Dkt. 131 |
| 79 | Lucian | Thompson | 01-23-0005-3029 | Ohashi | Feb. 9, 2026 | Dkt. 131 |
| 80 | Kevin | Viloria | 01-23-0005-3039 | Ohashi | Feb. 9, 2026 | Dkt. 131 |
| 81 | Luther | Williams | 01-23-0005-3038 | Ohashi | Feb. 9, 2026 | Dkt. 131 |

2

**APPENDIX B**
**Dismissed Defendants**

| No.[1] | Defendant First Name | Defendant Last Name[2] | AAA Case Number | Arbitrator[3] | Date of Dismissal From This Action | Notice of Dismissal |
|---|---|---|---|---|---|---|
| 82 | Ryan | Adreani | 01-23-0005-3645 | Palomo | Feb. 9, 2026 | Dkt. 131 |
| 83 | Matthew | Baer | 01-23-0005-3169 | Palomo | Feb. 9, 2026 | Dkt. 131 |
| 84 | Raymond | Garay | 01-23-0005-2907 | Palomo | Feb. 9, 2026 | Dkt. 131 |
| 85 | Virgil | Glisson | 01-23-0005-2877 | Palomo | Feb. 9, 2026 | Dkt. 131 |
| 86 | Devin | Harvey | 01-23-0005-3177 | Palomo | Feb. 9, 2026 | Dkt. 131 |
| 87 | Jurell | Jordan | 01-23-0005-2866 | Palomo | Feb. 9, 2026 | Dkt. 131 |
| 88 | Derek | Krause | 01-23-0005-7458 | Palomo | Feb. 9, 2026 | Dkt. 131 |
| 89 | Deric | Landers | 01-23-0005-3014 | Palomo | Feb. 9, 2026 | Dkt. 131 |
| 90 | Ezekiel | Mccracken | 01-23-0005-2897 | Palomo | Feb. 9, 2026 | Dkt. 131 |
| 91 | Adrian | Monter | 01-23-0005-3131 | Palomo | Feb. 9, 2026 | Dkt. 131 |
| 92 | Nathaniel | Moore | 01-23-0005-3597 | Palomo | Feb. 9, 2026 | Dkt. 131 |
| 93 | Ryan | Moore | 01-23-0005-2978 | Palomo | Feb. 9, 2026 | Dkt. 131 |
| 94 | Bonnie | Murphy | 01-23-0005-3777 | Palomo | Feb. 9, 2026 | Dkt. 131 |
| 95 | Garland | Noel | 01-23-0005-3256 | Palomo | Feb. 9, 2026 | Dkt. 131 |
| 96 | Gary | Palmatier | 01-23-0005-2858 | Palomo | Feb. 9, 2026 | Dkt. 131 |
| 97 | Robert | Richards | 01-23-0005-3224 | Palomo | Feb. 9, 2026 | Dkt. 131 |
| 98 | Alexander | Rodriguez | 01-23-0005-3464 | Palomo | Feb. 9, 2026 | Dkt. 131 |
| 99 | Joshua | Sammons | 01-23-0005-3549 | Palomo | Feb. 9, 2026 | Dkt. 131 |
| 100 | Ramon | Serrano | 01-23-0005-2873 | Palomo | Feb. 9, 2026 | Dkt. 131 |
| 101 | Dylan | Smyers | 01-23-0005-2871 | Palomo | Feb. 9, 2026 | Dkt. 131 |
| 102 | Decker | Spencer | 01-23-0005-3318 | Palomo | Feb. 9, 2026 | Dkt. 131 |
| 103 | Matthew | Stengel | 01-23-0005-3101 | Palomo | Feb. 9, 2026 | Dkt. 131 |
| 104 | Randy | Wozniak | 01-23-0005-3245 | Palomo | Feb. 9, 2026 | Dkt. 131 |
| 105 | Brian | Sherwood | 01-23-0005-3372 | Samas | Feb. 9, 2026 | Dkt. 131 |
| 106 | Gavin | Borchers | 01-23-0005-3481 | Dasteel | Mar. 27, 2026 | This Notice |
| 107 | Kenshad | Brown | 01-23-0005-2886 | McSorley | Mar. 27, 2026 | This Notice |
| 108 | Anthony | Mittasch | 01-23-0005-3698 | McSorley | Mar. 27, 2026 | This Notice |
| 109 | Joshua | Bosman | 01-23-0005-3252 | Rundle | Mar. 27, 2026 | This Notice |
| 110 | Sean | Dolle | 01-23-0005-3251 | Rundle | Mar. 27, 2026 | This Notice |
| 111 | Augustus | Gerbo | 01-23-0005-3250 | Rundle | Mar. 27, 2026 | This Notice |
| 112 | Jared | Hardison | 01-23-0005-3447 | Rundle | Mar. 27, 2026 | This Notice |
| 113 | Mark | Henley | 01-23-0005-3432 | Rundle | Mar. 27, 2026 | This Notice |
| 114 | Kolby | Louks | 01-23-0005-3443 | Rundle | Mar. 27, 2026 | This Notice |
| 115 | Martin | Mendez | 01-23-0005-3441 | Rundle | Mar. 27, 2026 | This Notice |
| 116 | Jennifer | Nelson | 01-23-0005-3436 | Rundle | Mar. 27, 2026 | This Notice |
| 117 | Andrew | Osborne | 01-23-0005-3442 | Rundle | Mar. 27, 2026 | This Notice |
| 118 | Veda | Valles | 01-23-0005-3446 | Rundle | Mar. 27, 2026 | This Notice |
| 119 | Ryan | Tutor | 01-23-0005-3375 | Samas | Mar. 27, 2026 | This Notice |