UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VALVE CORPORATION, | CASE NO. 2:24-cv-1717-JNW |
| Plaintiff, | ORDER |
| v. | |
| THOMAS ABBRUZZESE et al., | |
| Defendants. | |

Defense counsel moves for leave to withdraw as counsel for Defendants Jonathan Lewis, Andrew Davidson, Brian Sherwood, Baylen James, Gabriel Durbin, and Bonnie Murphy. However, the motion to withdraw does not provide the telephone numbers of each Defendant left unrepresented, as required by Local Civil Rule 83.2(b)(1). Accordingly, the motion is DENIED with leave to renew. Dkt. No. 117.

Dated this 31st day of March, 2026.

Jamal N. Whitehead
United States District Judge

**ORDER** - 1