UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VALVE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS ABBRUZZESE et al.,<br><br>Defendants. | CASE NO. 2:24-cv-1717-JNW<br><br>ORDER DENYING LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANT HARLEY PALMER WITH LEAVE TO RENEW |

Defense counsel moves for leave to withdraw as counsel for Defendant Harley Palmer. Dkt. No. 133. Because Palmer will be left unrepresented, the Local Civil Rules require counsel to provide his telephone number to the Court. LCR 83.2(b)(1). Counsel states that Palmer has "expressed concerns about further contact in this matter and therefore requests that his telephone number not be disclosed in this filing." Dkt. No. 133 at 2. But the rule exists to ensure that pro se parties can be contacted. Accordingly, the motion is DENIED with leave to renew.

ORDER DENYING LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANT HARLEY PALMER WITH LEAVE TO RENEW - 1

Dated this 9th day of April, 2026.

Jamal N. Whitehead
United States District Judge