# Exhibit A

(Placeholder per Valve's request to redact/seal awards)