HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

VALVE CORPORATION,

       Plaintiff,

     v.

THOMAS ABBRUZZESE, *et al.*,

       Defendants.

Case No.  2:24-cv-1717-JNW

DEFENDANTS' NOTICE OF PARTIAL
WITHDRAWAL OF MOTION TO SEAL
AWARDS PROVISIONALLY (DKT. 144)

## NOTICE OF PARTIAL WITHDRAWAL

Pursuant to Local Rules W.D. Wash. LCR 7(l), Defendants hereby provide notice that they partially withdraw thier Motion to Seal Awards Provisionally. Dkt. 144 ("Motion").

Before filing that motion, Plaintiff Valve Corporation requested a meet-and-confer regarding the sealing of portions of the arbitration awards issued by Arbitrator Dasteel. Although Defendants did not share Plaintiff's view that the awards warranted broad sealing, they agreed—out of professional courtesy—to

DEFENDANTS' NOTICE OF PARTIAL
WITHDRAWAL OF MOTION TO SEAL AWARDS
PROVISIONALLY – PAGE 1

BAILEY DUQUETTE P.C.
800 FIFTH AVENUE, SUITE 101-800
SEATTLE, WASHINGTON 98104
T 206.353.8021 | F 888.233.5869

temporarily file the awards under seal (Dkt. 145) and to meet and confer on Plaintiff's requested schedule.

The parties completed that meet-and-confer on May 1, 2026. That process confirmed Defendants' original position: there is no basis to seal the awards in their entirety. At most, only limited contract language between Valve and Microsoft could arguably fall within the scope of prior sealing orders or otherwise warrant protection. *See Shane Group, Inc. v. Blue Cross Blue Shield*, 825 F.3d 299, 308 (6th Cir. 2016) (recognizing that companies engaged in antitrust violations have no interest in keeping information relating to their conduct sealed from the public, as distinct from the privacy interests of innocent third parties).

Even as to that narrow category, sealing is doubtful. It is unlikely that a horizontal price-fixing agreement between companies serving millions of customers—both in this district and worldwide—could satisfy the stringent standards governing the sealing of judicial records. See *Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006) ("strong presumption" in favor of public access to documents that can only be overcome by "compelling reasons").

Consistent with Local Rules W.D. Wash. LCR 5(g) and the governing standards, Defendants therefore withdraw their request to seal the awards in full. They maintain the motion only as to those limited portions that could plausibly be subject to sealing and submit the awards in provisionally redacted form for the Court's determination.

DATED this 1st day of May, 2026.

DEFENDANTS' NOTICE OF PARTIAL
WITHDRAWAL OF MOTION TO SEAL AWARDS
PROVISIONALLY – PAGE 2

BAILEY DUQUETTE P.C.
800 FIFTH AVENUE, SUITE 101-800
SEATTLE, WASHINGTON 98104
T 206.353.8021 | F 888.233.5869

BAILEY DUQUETTE P.C.

By:  */s William R. Burnside*
William R. Burnside, WSBA #36002
800 Fifth Ave, Suite 101-800
Seattle, Washington 98104
T: 206.353.8021
E: will@baileyduquette.com

BUCHER LAW PLLC

William Ward Bucher IV
(*pro hac vice* admitted for some Defendants and
for the remaining Defendants forthcoming)
350 Northern Blvd, STE 324-1519
Albany, NY 12204-1000
Tel. 202.997.3029
E: will@bucherlaw.com

*Attorneys for Defendants*

DEFENDANTS' NOTICE OF PARTIAL
WITHDRAWAL OF MOTION TO SEAL AWARDS
PROVISIONALLY – PAGE 3

BAILEY DUQUETTE P.C.
800 FIFTH AVENUE, SUITE 101-800
SEATTLE, WASHINGTON 98104
T 206.353.8021 | F 888.233.5869

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I caused a true and correct copy of the foregoing Defendants' Notice of Partial Withdrawal of Motion to Seal Awards served upon counsel of record herein, as follows:

Blake Marks-Dias, WSBA No. 28169
1015 Second Avenue, Floor 10                    ☒ Via Electronic Service
Seattle, Washington 98104
(206) 625-8600 Phone
(206) 625-0900 Fax
E: bmarksdias@corrcronin.com

Michael W. McTigue Jr., *Admitted Pro Hac Vice*
Meredith C. Slawe, *Admitted Pro Hac Vice*
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
E: michael.mctigue@skadden.com
E: meredith.slawe@skadden.com

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated: May 1, 2026 at Seattle, Washington.

*s/ William R. Burnside*
William Burnside, WSBA No. 36002

DEFENDANTS' NOTICE OF PARTIAL
WITHDRAWAL OF MOTION TO SEAL AWARDS
PROVISIONALLY – PAGE 4

BAILEY DUQUETTE P.C.
800 FIFTH AVENUE, SUITE 101-800
SEATTLE, WASHINGTON 98104
T 206.353.8021 | F 888.233.5869