UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

VALVE CORPORATION,

              Plaintiff,

      v.

THOMAS ABBRUZZESE *et al.*,

              Defendants.

No. 2:24-CV-1717-JNW

**STIPULATION AND [~~PROPOSED~~] ORDER RE: BRIEFING ON MOTION TO CONFIRM ARBITRATION AWARDS (DKT. 142) AND FORTHCOMING CROSS-MOTION TO VACATE ARBITRATION AWARDS**

**NOTE ON MOTION CALENDAR: MAY 8, 2026**

STIPULATED MOTION AND
[~~PROPOSED~~] ORDER
No. 2:24-CV-1717-JNW

Plaintiff Valve Corporation ("Valve") and certain Defendants hereby stipulate as follows:

**WHEREAS**, on August 21, 2025, Valve filed the operative complaint in this action (the "Complaint," Dkt. 78) and a motion for a preliminary injunction (Dkt. 79);

**WHEREAS**, the arbitrations of certain Defendants named in the Complaint proceeded before AAA arbitrator Suzanne M. McSorley (the "McSorley Defendants");

**WHEREAS**, between April 21, 2026, and April 23, 2026, Arbitrator McSorley issued final awards in the McSorley Defendants' arbitrations (the "Awards");

**WHEREAS**, on April 24, 2026, the McSorley Defendants filed a motion to confirm their Awards (the "Motion to Confirm") (Dkt. 142);

**WHEREAS**, Valve intends to oppose the Motion to Confirm;

**WHEREAS**, Valve intends to file a cross-motion to vacate the Awards (the "Cross-Motion to Vacate"); and

**WHEREAS**, in the interest of efficiency and judicial economy, Valve and the McSorley Defendants have agreed to file four briefs sequentially rather than three pairs of briefing (i.e., six briefs): (i) the McSorley Defendants' Motion to Confirm (already filed), (ii) Valve's combined opposition to the Motion to Confirm and Cross-Motion to Vacate, (iii) the McSorley Defendants' combined reply in further support of the Motion to Confirm and opposition to the Cross-Motion to Vacate, and (iv) Valve's reply in further support of its Cross-Motion to Vacate.

**NOW THEREFORE, IT IS HEREBY STIPULATED** by and among the undersigned counsel for Valve and the McSorley Defendants, subject to approval of the Court, that:

(i)     Valve shall have up to and including May 26, 2026, to file a combined opposition to the Motion to Confirm and Cross-Motion to Vacate of up to 8,400 words;

(ii)    The McSorley Defendants shall have up to and including June 25, 2026, to file a combined reply in further support of the Motion to Confirm and opposition to the Cross-Motion to Vacate of up to 8,400 words;

(iii)   Valve shall have up to and including July 15, 2026, to file a reply in further support

STIPULATED MOTION AND
[~~PROPOSED~~] ORDER
No. 2:24-CV-1717-JNW

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

of its Cross-Motion to Vacate of up to 4,200 words;

(iv) This Stipulation is without prejudice to, or waiver of, any rights or defenses otherwise available to the Valve or the McSorley Defendants.

DATED: May 8, 2026

By: *s/ Blake Marks-Dias*
Blake Marks-Dias, WSBA No. 28169
CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, WA 98104
(206) 625-8600 Phone
(206) 625-0900 Fax
bmarksdias@corrcronin.com

Michael W. McTigue Jr., *Admitted Pro Hac Vice*
Meredith C. Slawe, *Admitted Pro Hac Vice*
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, NY 10001
michael.mctigue@skadden.com
meredith.slawe@skadden.com

*Attorneys for Plaintiff Valve Corporation*

By: *s/ William R. Burnside*
William R. Burnside, WSBA No. 36002
BAILEY DUQUETTE P.C.
800 Fifth Avenue, Suite 101-800
Seattle, WA 98104
will@baileyduquette.com

William Ward Bucher IV
(*pro hac vice forthcoming*)
350 Northern Blvd, STE 324-1519
Albany, NY 12204-1000
T: 202.997.3029
E: will@bucherlaw.com

*Attorneys for McSorley Defendants*

STIPULATED MOTION AND
[~~PROPOSED~~] ORDER
No. 2:24-CV-1717-JNW

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED May 11, 2026

Jamal N. Whitehead
United States District Judge

STIPULATED MOTION AND
[~~PROPOSED~~] ORDER
No. 2:24-CV-1717-JNW

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

4