HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

VALVE CORPORATION,

        Plaintiff,

    v.

THOMAS ABBRUZZESE, *et al.*,

        Defendants.

Case No.  2:24-cv-1717-JNW

MOTION FOR ORDER GRANTING LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANT LAUREN TYNER

NOTED ON MOTION CALENDAR:
May 29, 2026

## I. RELIEF REQUESTED

Pursuant to Local Rules W.D. Wash. LCR 83.2(b), William R. Burnside of Bailey Duquette P.C. ("**Bailey Duquette**") moves this Court for leave to withdraw as counsel for Defendant Lauren Tyner ("**Defendant**").

## II. FACTS

Defendant informed counsel that Defendant no longer desired to be represented by Bailey Duquette in this matter. Bailey Duquette agreed to

MOTION FOR ORDER GRANTING LEAVE TO
WITHDRAW AS COUNSEL FOR DEFENDANT
LAUREN TYNER – Page 1

BAILEY DUQUETTE P.C.
800 FIFTH AVENUE, SUITE 101-800
SEATTLE, WASHINGTON 98104
T 206.353.8021 | F 888.233.5869

withdraw as attorney of record in this matter and prepare this motion for withdrawal.

By signing this motion, undersigned counsel certifies that Defendant and opposing counsel are being served with copies of this motion. Opposing counsel will receive this motion through the Court's electronic service system, and Defendant will receive this motion by electronic and US mail.

Lauren Tyner's last known contact information is:

3931 NW Third Ave
Oakland Park FL 33309
954-856-4633

### III.  ARGUMENT AND AUTHORITY

Under Local Civil Rule 83.2(b)(1) of the Western District of Washington, an attorney may withdraw from a civil case only with the Court's permission. Local Rules W.D. Wash. LCR 83.2(b)(1). The motion must certify that it was served on both the client and opposing counsel. *Id*. If the withdrawal would leave a party without representation, the motion must also provide that party's address and telephone number. *Id*.

Bailey Duquette has satisfied these requirements. The firm obtained leave of Court to withdraw, certified that its motion was served on both its client and opposing counsel, and provided the client's current address and telephone number to ensure any potential future communication from the Court. Having satisfied each procedural requirement, Bailey Duquette should be allowed to withdraw as Defendant requested.

//

//

**IV. CONCLUSION**

For the above reasons, Bailey Duquette respectfully requests that the Court grant this motion to withdraw from representing Defendant Harley Palmer.

DATED this 11th day of May, 2026.

BAILEY DUQUETTE P.C.

By: */s William R. Burnside*
William R. Burnside, WSBA #36002
800 Fifth Ave, Suite 101-800
Seattle, Washington 98104
T: 206.353.8021
E: will@baileyduquette.com

*Attorney for Defendant Harley Palmer*

*I certify that this motion contains less than 4,200 words pursuant to Local Rules W.D. Wash. LCR 7(e)(4)*

# CERTIFICATE OF SERVICE

I hereby certify that on this date, I caused a true and correct copy of the foregoing Motion For Order Granting Leave To Withdraw As Counsel For Defendant Lauren Tyler served upon counsel of record herein, as follows:

Blake Marks-Dias, WSBA No. 28169
1015 Second Avenue, Floor 10                    ☒ Via Electronic Service
Seattle, Washington 98104
(206) 625-8600 Phone
(206) 625-0900 Fax
E: bmarksdias@corrcronin.com

Michael W. McTigue Jr., *Admitted Pro Hac Vice*
Meredith C. Slawe, *Admitted Pro Hac Vice*
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
E: michael.mctigue@skadden.com
E: meredith.slawe@skadden.com

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated: May 11, 2026 at Seattle, Washington.

*s/ William R. Burnside*
William Burnside, WSBA No. 36002

DEFENDANTS' RESPONSE IN OPPOSITION TO
PLAINTIFF'S MOTION FOR A PRELIMINARY
INJUNCTION– Page 1

BAILEY DUQUETTE P.C.
800 FIFTH AVENUE, SUITE 101-800
SEATTLE, WASHINGTON 98104
T 206.353.8021 | F 888.233.5869