UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

VALVE CORPORATION,

Plaintiff,

v.

THOMAS ABBRUZZESE *et al.*,

Defendants.

No. 2:24-CV-1717-JNW

**STIPULATION AND [PROPOSED] ORDER RE: BRIEFING ON MOTION TO CONFIRM ARBITRATION AWARDS (DKT. 143) AND FORTHCOMING CROSS-MOTION TO VACATE ARBITRATION AWARDS**

**NOTE ON MOTION CALENDAR: MAY 11, 2026**

STIPULATED MOTION AND
[PROPOSED] ORDER
No. 2:24-CV-1717-JNW

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

1

Plaintiff Valve Corporation ("Valve") and Defendants James Davis, Vincent Keegan, Kevin Montes, and Nicholas Tynes ("Dasteel Defendants") hereby stipulate as follows:

**WHEREAS**, on August 21, 2025, Valve filed the operative complaint in this action (the "Complaint," Dkt. 78) and a motion for a preliminary injunction (Dkt. 79);

**WHEREAS**, the arbitrations of certain Defendants named in the Complaint proceeded before AAA arbitrator Jeffrey H. Dasteel;

**WHEREAS**, on December 15, 2025, and February 26, 2026, Arbitrator Dasteel entered Interim Awards in the Dasteel Defendants' arbitrations, and on April 24, 2026, Arbitrator Dasteel entered Final Awards in the Dasteel Defendants' arbitrations (collectively, the "Awards");

**WHEREAS**, on April 28, 2026, the Dasteel Defendants filed a Motion To Confirm Arbitration Awards (the "Motion to Confirm") (Dkt. 143);

**WHEREAS**, Valve intends to oppose the Motion to Confirm;

**WHEREAS**, Valve intends to file a cross-motion to vacate the Awards (the "Cross-Motion to Vacate"); and

**WHEREAS**, in the interest of efficiency and judicial economy, Valve and the Dasteel Defendants have agreed to file four briefs sequentially rather than three pairs of briefing (i.e., six briefs): (i) the Dasteel Defendants' Motion to Confirm (already filed), (ii) Valve's combined opposition to the Motion to Confirm and Cross-Motion to Vacate, (iii) the Dasteel Defendants' combined reply in further support of the Motion to Confirm and opposition to the Cross-Motion to Vacate, and (iv) Valve's reply in further support of its Cross-Motion to Vacate.

**NOW THEREFORE, IT IS HEREBY STIPULATED** by and among the undersigned counsel for Valve and the Dasteel Defendants, subject to approval of the Court, that:

(i)    Valve shall have up to and including May 28, 2026, to file a combined opposition to the Motion to Confirm and Cross-Motion to Vacate of up to 8,400 words;

(ii)    The Dasteel Defendants shall have up to and including June 29, 2026, to file a combined reply in further support of the Motion to Confirm and opposition to the

STIPULATED MOTION AND
[PROPOSED] ORDER
No. 2:24-CV-1717-JNW

Cross-Motion to Vacate of up to 8,400 words;

(iii)    Valve shall have up to and including July 20, 2026, to file a reply in further support of its Cross-Motion to Vacate of up to 4,200 words;

(iv)    This Stipulation is without prejudice to, or waiver of, any rights or defenses otherwise available to Valve or the Dasteel Defendants.

DATED: May 11, 2026

By: *s/ Blake Marks-Dias*
Blake Marks-Dias, WSBA No. 28169
CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, WA 98104
(206) 625-8600 Phone
(206) 625-0900 Fax
bmarksdias@corrcronin.com

Michael W. McTigue Jr., *Admitted Pro Hac Vice*
Meredith C. Slawe, *Admitted Pro Hac Vice*
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, NY 10001
michael.mctigue@skadden.com
meredith.slawe@skadden.com

*Attorneys for Plaintiff Valve Corporation*

By: *s/ William R. Burnside*
William R. Burnside, WSBA No. 36002
BAILEY DUQUETTE P.C.
800 Fifth Avenue, Suite 101-800
Seattle, WA 98104
will@baileyduquette.com

William Ward Bucher IV
(*pro hac vice forthcoming*)
350 Northern Blvd, STE 324-1519
Albany, NY 12204-1000
T: 202.997.3029
E: will@bucherlaw.com

*Attorneys for Dasteel Defendants*

STIPULATED MOTION AND
[PROPOSED] ORDER
No. 2:24-CV-1717-JNW

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED this 12th day of May, 2026

Jamal N. Whitehead
United States District Judge

STIPULATED MOTION AND
[PROPOSED] ORDER
No. 2:24-CV-1717-JNW

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

4