THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

VALVE CORPORATION,

                          Plaintiff,

        v.

THOMAS ABBRUZZESE et al.,

                          Defendants.

No. 2:24-cv-1717-JNW

**VALVE CORPORATION'S RESPONSE TO DEFENDANTS' PROVISIONAL MOTION TO SEAL ARBITRATION AWARDS**

Plaintiff Valve Corporation ("Valve") submits this brief response to Defendants' Provisional Motion to Seal Arbitration Awards (Dkt. No. 144) ("Defendants' Provisional Motion"). For the reasons stated below, Valve respectfully requests that the Court defer ruling on Defendants' Provisional Motion and instead rule on, and grant, the relief requested in Valve's Motion to Seal Arbitration Awards (Dkt. No. 149) ("Valve's Motion to Seal Arbitration Awards").

Defendants' Provisional Motion asked the Court to seal, pending a final ruling from the Court, 4 sets of Interim, Second Interim and Final Awards entered by arbitrator Jeffrey H. Dasteel (the "Dasteel Awards") (Dkt. Nos. 143 and 145). Defendants made no concessions

VALVE CORPORATION'S RESPONSE TO DEFENDANTS'
PROVISIONAL MOTION TO SEAL ARBITRATION AWARDS
CASE NO. 2:24-cv-1717-JNW – 1

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

regarding sealing the Dasteel Awards and instead shifted the burden to Valve to provide its justification for sealing the Dasteel Awards. Three days later, Defendants, without providing Valve or an affected third party with the normal time allowed to respond to Defendants' Provisional Motion, filed a pleading called a "Notice of Partial Withdrawal of Motion to Seal Awards Provisionally" (Dkt. No. 147), along with publicly filed, and partially redacted, Dasteel Awards. Defendants' public filing rendered moot the issue regarding whether or not to redact the name of a third party from the Dasteel Awards.

Valve's Motion to Seal Arbitration Awards, noted for May 26, 2026, provides the bases for sealing the Dasteel Awards. It further provides the bases for sealing 22 final awards entered by arbitrator Suzanne M. McSorley (the "McSorley Awards") (Dkt Nos. 115, 116, and 142). Specifically, Valve proposes only minimal redactions to each set of Awards, consistent with this Court's prior orders on motions to seal. *See generally* Declaration of Christopher Schenck in Support of Valve's Motion to Seal Arbitration Awards (Dkt. No. 150) and Declaration of Blake Marks-Dias in Support of Valve's Motion to Seal Arbitration Awards (Dkt. No. 151).

Valve respectfully refers the Court to Valve's Motion to Seal Arbitration Awards and requests that the Court grant the relief requested therein.

DATED this 13th day of May, 2026.

CORR CRONIN LLP

*s/ Blake Marks-Dias*
Blake Marks-Dias, WSBA No. 28169
1015 Second Avenue, Floor 10
Seattle, WA 98104
Tel: (206) 625-8600
Fax: (206) 625-0900
bmarksdias@corrcronin.com

VALVE CORPORATION'S RESPONSE TO DEFENDANTS'
PROVISIONAL MOTION TO SEAL ARBITRATION AWARDS
CASE NO. 2:24-cv-1717-JNW – 2

Michael W. McTigue Jr., *Admitted Pro Hac Vice*
Meredith C. Slawe, *Admitted Pro Hac Vice*
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
michael.mctigue@skadden.com
meredith.slawe@skadden.com

*Attorneys for Plaintiff Valve Corporation*

VALVE CORPORATION'S RESPONSE TO DEFENDANTS' PROVISIONAL MOTION TO SEAL ARBITRATION AWARDS
CASE NO. 2:24-cv-1717-JNW – 3

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900