HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

VALVE CORPORATION,

                Plaintiff,

     v.

THOMAS ABBRUZZESE et al.,

                Defendants.

No. 2:24-CV-1717-JNW

**PLAINTIFF VALVE CORPORATION'S NOTICE OF VOLUNTARY DISMISSAL UNDER RULE 41(a)(1)(A)(i) AS TO 57 DEFENDANTS**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Valve Corporation ("Valve") hereby dismisses this action as to the following 56 Defendants (the "Dismissed Defendants") because their arbitrations have been dismissed and closed:

1. Stephen Barr

2. Tristen Watson

3. Trey Mundell

4. Harsh Patel

5. Thomas Magera

6. Michael Bazzell

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

7. Vincent Brown

8. Joshua Lewis

9. Ned Budd

10. Noah Babincsak Styzen

11. Talon Lewis

12. Benjamin Camenker

13. Hunter McBrayer

14. Eric Alspaugh

15. Michael Kutner

16. Anthony Bennett

17. Noah Perry

18. Mikel Hatcher

19. Aaron Peterson

20. Kyle Mayfield

21. Traber Fischer

22. Ethan Brown

23. David Arroyo

24. Ethan Cowan-Wright

25. Andres Hernandez

26. Jacob Graves

27. Tyler Freehill

PLAINTIFF VALVE CORPORATION'S
NOTICE OF VOLUNTARY DISMISSAL UNDER
RULE 41(a)(1)(A)(i) AS TO 57 DEFENDANTS          2
NO. 2:24-CV-1717-JNW

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

28. Joel Sandkamp

29. Sydney Cutler-Gilbert

30. Daniel Morris

31. Brandan Christner

32. Marcus Pettway

33. Sean Mitchell

34. Zackery Sessions

35. Dylan Fleckenstein

36. Edwin Ayala

37. Garrett Athay

38. James Gallant

39. Jared Huggett

40. John Marcotte

41. Stephen Adams

42. Travis Hickey

43. Alexander Thomas

44. Ralph Gonzales

45. David Antolic

46. Carter Baker

47. Stephanie Blomstrom

48. Raciel Diaz

PLAINTIFF VALVE CORPORATION'S
NOTICE OF VOLUNTARY DISMISSAL UNDER
RULE 41(a)(1)(A)(i) AS TO 57 DEFENDANTS          3
NO. 2:24-CV-1717-JNW

**CORR CRONIN** LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

49. Jeremiah Dieujuste

50. Collin Evans

51. Pharaun Potts

52. Luis Sotillet Rojas

53. Simon Savlas

54. Jacob Deegan

55. Logan Doose

56. Dominique Ward

Valve also dismisses this action pursuant to Rule 41(a)(1)(A)(i) with respect to the following Defendant because her arbitration has been withdrawn and closed:

57. Lauren Tyner

**A.    The 56 Dismissed Defendants Had Their Claims Dismissed With Prejudice (44 Dismissed Defendants) and Without Prejudice (12 Dismissed Defendants)**

Valve voluntarily dismisses this action with respect to the 56 Dismissed Defendants. The arbitrators in 44 of the Dismissed Defendants' arbitrations dismissed their claims on April 12, 2026 (Ex. 1),[1] and May 4 and 5, 2026 (Ex. 2).[2] In these 44 arbitrations, the arbitrators dismissed Defendants' claims **with prejudice**, following briefing on whether Defendants'

---

[1] Exhibit 1 is an exemplar dismissal order issued by Arbitrator David B. Coher on April 12, 2026. Arbitrator Coher entered substantively identical orders with respect to 22 Defendants: Defendants Barr, Watson, Mundell, Patel, Magera, Bazzell, Brown, Lewis, Budd, Babincsak Styzen, Lewis, Camenker, McBrayer, Alspaugh, Kutner, Bennett, Perry, Hatcher, Peterson, Mayfield, Fischer, and Brown.

[2] Exhibit 2 is an exemplar dismissal order issued by Arbitrator Ruth A. Samas on May 4 and 5, 2026. Arbitrator Samas entered substantively identical orders with respect to 22 Defendants: Defendants Arroyo, Cowan-Wright, Hernandez, Graves, Freehill, Sandkamp, Cutler-Gilbert, Morris, Christner, Pettway, Mitchell, Sessions, Fleckenstein, Ayala, Athay, Gallant, Huggett, Marcotte, Adams, Hickey, Thomas, and Gonzales.

PLAINTIFF VALVE CORPORATION'S
NOTICE OF VOLUNTARY DISMISSAL UNDER
RULE 41(a)(1)(A)(i) AS TO 57 DEFENDANTS        4
NO. 2:24-CV-1717-JNW

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

counsel was permitted to withdraw their claims without prejudice. (*See* Exs. 1-2.) The arbitrators in 12 of the Dismissed Defendants' arbitrations dismissed their claims without prejudice on October 29, 2025 (Ex. 3),[3] and May 7, 2026 (Ex. 4),[4] for failure to prosecute.

The AAA closed the arbitrations of the Dismissed Defendants on October 30, 2025,[5] April 14, 2026,[6] May 5, 2026,[7] and May 7, 2026.[8] (Exs. 5-8.) Valve's Complaint has therefore become moot with respect to the Dismissed Defendants. No Dismissed Defendant has filed an answer or a motion for summary judgment.

**B.    Defendant Lauren Tyner Voluntarily Withdrew Her Arbitration**

Valve also voluntarily dismisses this action with respect to Defendant Lauren Tyner.

In November 2024, Ms. Tyner informed Valve through a Steam Support Help Request and separately by email that she wished to "withdraw from the Bucher Law Arbitration case."[9] (Exs. 9-10.) More than 17 months later, on April 9, 2026, Ms. Tyner's counsel requested to withdraw her arbitration. (Ex. 11.) On April 13, 2026, the AAA closed her arbitration. (Ex. 12.) Valve's Complaint has therefore become moot with respect to Ms. Tyner. Ms. Tyner has not

---

[3] Exhibit 3 is an exemplar dismissal order issued by Arbitrator Carol M. Kingsley on October 29, 2025. Arbitrator Kingsley entered substantively identical orders with respect to three Defendants: Deegan, Doose, and Ward.

[4] Exhibit 4 is an exemplar dismissal order issued by Arbitrator Jeffrey H. Dasteel on May 7, 2026. Arbitrator Dasteel entered substantively identical orders with respect to nine Defendants: Antolic, Baker, Blomstrom, Diaz, Dieujuste, Evans, Potts, Sotillet Rojas, and Savlas.

[5] Defendants Deegan, Doose, and Ward.

[6] Defendants Barr, Watson, Mundell, Patel, Magera, Bazzell, Brown, Lewis, Budd, Babincsak Styzen, Lewis, Camenker, McBrayer, Alspaugh, Kutner, Bennett, Perry, Hatcher, Peterson, Mayfield, Fischer, and Brown.

[7] Defendants Arroyo, Cowan-Wright, Hernandez, Graves, Freehill, Sandkamp, Cutler-Gilbert, Morris, Christner, Pettway, Mitchell, Sessions, Fleckenstein, Ayala, Athay, Gallant, Huggett, Marcotte, Adams, Hickey, Thomas, and Gonzales.

[8] Defendants Antolic, Baker, Blomstrom, Diaz, Dieujuste, Evans, Potts, Sotillet Rojas, and Savlas.

[9] Ms. Tyner also called Valve's counsel and left voicemails on November 13, 2024, and November 21, 2024. Valve did not respond to any of these communications. (*See* Dkt. 39.)

PLAINTIFF VALVE CORPORATION'S
NOTICE OF VOLUNTARY DISMISSAL UNDER
RULE 41(a)(1)(A)(i) AS TO 57 DEFENDANTS                5
NO. 2:24-CV-1717-JNW

filed an answer or a motion for summary judgment.

\*     \*     \*

For the Court's convenience, attached hereto as (i) **Appendix A** is a list of the 371 current Defendants for whom Valve seeks injunctive relief (*see* Dkt. 78); (ii) **Appendix B** is a list of the 25 Defendants who remain as Defendants in the case but for whom Valve does not seek injunctive relief[10]; and (iii) **Appendix C** is a list of the 176 Defendants who have been voluntarily dismissed after the filing of Valve's Complaint (Dkt. 78), including the 57 Defendants dismissed through this Notice.

DATED this 18th day of May 2026.

CORR CRONIN LLP

*s/ Blake Marks-Dias*
Blake Marks-Dias, WSBA No. 28169
1015 Second Avenue, Floor 10
Seattle, Washington 98104
(206) 625-8600 Phone
(206) 625-0900 Fax
bmarksdias@corrcronin.com

Michael W. McTigue Jr., *Admitted Pro Hac Vice*
Meredith C. Slawe, *Admitted Pro Hac Vice*
SKADDEN, ARPS, SLATE,
    MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
michael.mctigue@skadden.com
meredith.slawe@skadden.com

*Attorneys for Plaintiff Valve Corporation*

---

[10] Following the issuance of final awards in their arbitrations, the 25 Defendants listed in Appendix B filed Motions to Confirm Arbitration Awards in this action. (Dkts. 88, 91, 142, 143.) The Motions to Confirm of two of the 25 Defendants, Greg Fish and Jeremy Lucas, are fully briefed as of October 7, 2025. (*See* Dkts. 88, 91, 99, 102, 108, 111.) As to the Motions to Confirm of the other 23 Defendants (*see* Dkts. 142, 143), Valve intends to file an opposition and cross-motion to vacate each award pursuant to the parties' stipulated briefing schedules. (*See* Dkts. 153, 156.) Because the arbitrations of these Defendants are concluded and closed, Valve does not seek injunctive relief as to them.

PLAINTIFF VALVE CORPORATION'S
NOTICE OF VOLUNTARY DISMISSAL UNDER
RULE 41(a)(1)(A)(i) AS TO 57 DEFENDANTS
NO. 2:24-CV-1717-JNW

6

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

**APPENDIX A**
**Current Defendants For Whom Valve Seeks Injunctive Relief**

| No.[1] | Defendant First Name | Defendant Last Name[2] | AAA Case Number | Arbitrator[3] |
|---|---|---|---|---|
| 1 | Ryan | Ardito | 01-23-0005-3635 | Badal |
| 2 | Riley | Baxter | 01-23-0005-3643 | Badal |
| 3 | Michael | Brewer | 01-23-0005-3651 | Badal |
| 4 | Owen | Butterworth | 01-23-0005-3641 | Badal |
| 5 | Jonathan | Carlton | 01-23-0005-3626 | Badal |
| 6 | Michael | Eastman | 01-23-0005-3631 | Badal |
| 7 | Brandon | Garwell | 01-23-0005-3628 | Badal |
| 8 | Liam | Gaume-wakefield | 01-23-0005-3650 | Badal |
| 9 | Ian | Govea | 01-23-0005-3634 | Badal |
| 10 | Evan | Grant | 01-23-0005-3632 | Badal |
| 11 | Ricky | Horne | 01-23-0005-3630 | Badal |
| 12 | Dane | Jordan | 01-23-0005-3652 | Badal |
| 13 | Nicholas | Keith | 01-23-0005-3648 | Badal |
| 14 | AJ | Lane | 01-23-0005-3636 | Badal |
| 15 | Max | Moakley | 01-23-0005-3627 | Badal |
| 16 | Malakye | Moody | 01-23-0005-3644 | Badal |
| 17 | Mitchell | Papendorf | 01-23-0005-3646 | Badal |
| 18 | Alex | Patrao | 01-23-0005-3625 | Badal |
| 19 | Eric | Patton | 01-23-0005-3639 | Badal |
| 20 | Anthony | Rubino | 01-23-0005-3647 | Badal |
| 21 | Zachary | Smith | 01-23-0005-3642 | Badal |
| 22 | Isaiah | Taylor | 01-23-0005-3633 | Badal |
| 23 | Cody | Warren | 01-23-0005-3640 | Badal |
| 24 | Brian | Yeh | 01-23-0005-3629 | Badal |
| 25 | Jacob | Archer | 01-23-0005-3080 | Brooks |
| 26 | Eric | Buck | 01-23-0005-3195 | Brooks |
| 27 | Paul | Burnett | 01-23-0005-3051 | Brooks |
| 28 | Harrison | Carlow | 01-23-0005-2857 | Brooks |
| 29 | Spencer | Duzant | 01-23-0005-3604 | Brooks |
| 30 | Robert | Fischer | 01-23-0005-3152 | Brooks |
| 31 | Matthew | Habursky | 01-23-0005-3000 | Brooks |
| 32 | Daniel | Harley | 01-23-0005-3112 | Brooks |
| 33 | Logan | Herald | 01-23-0005-3211 | Brooks |
| 34 | Philipjohn | Holland | 01-23-0005-7450 | Brooks |
| 35 | Matthew | Husar | 01-23-0005-3200 | Brooks |
| 36 | Nick | Lauder | 01-23-0005-3351 | Brooks |
| 37 | Sam | Lomax | 01-23-0005-3448 | Brooks |

[1] Defendants appear in order based on (i) the American Arbitration Association ("AAA") arbitrator to whom their arbitration is or was previously assigned and (ii) their last name.

[2] Names based on information provided by Bucher Law PLLC.

[3] Arbitrator Katz was disqualified, Arbitrator Rubin died, and Arbitrator Morrill resigned.

1

**APPENDIX A**
**Current Defendants For Whom Valve Seeks Injunctive Relief**

| No.[1] | Defendant First Name | Defendant Last Name[2] | AAA Case Number | Arbitrator[3] |
|---|---|---|---|---|
| 38 | Panayiotis | Maniscalco | 01-23-0005-2879 | Brooks |
| 39 | Ross | Martikke | 01-23-0005-3423 | Brooks |
| 40 | Luke | Ninemire | 01-23-0005-3816 | Brooks |
| 41 | Joseph | Risi | 01-23-0005-3838 | Brooks |
| 42 | Joshua | Sayles | 01-23-0005-2851 | Brooks |
| 43 | Jake | Sigal | 01-23-0005-3654 | Brooks |
| 44 | Holden | Stender | 01-23-0005-3807 | Brooks |
| 45 | Tyler | Strenge | 01-23-0005-2865 | Brooks |
| 46 | Jonah | Warner | 01-23-0005-3348 | Brooks |
| 47 | Jonah | Anders | 01-23-0005-3368 | Collins |
| 48 | Daniel | Armstrong | 01-23-0005-3486 | Collins |
| 49 | Michael | Blanco | 01-23-0005-3525 | Collins |
| 50 | Jason | Courter | 01-23-0005-3312 | Collins |
| 51 | Drevayne | Dawkins | 01-23-0005-7461 | Collins |
| 52 | John | Forrest | 01-23-0005-2880 | Collins |
| 53 | Donald | Goldsmith | 01-23-0005-7449 | Collins |
| 54 | Eli | Groff | 01-23-0005-2990 | Collins |
| 55 | Christian | Horazeck | 01-23-0005-3527 | Collins |
| 56 | Odis | Kendrick | 01-23-0005-2856 | Collins |
| 57 | Mark | Legg | 01-23-0005-3004 | Collins |
| 58 | Kyle | Lynch | 01-23-0005-7462 | Collins |
| 59 | Clayton | Lynn | 01-23-0005-3808 | Collins |
| 60 | Yuri | Motruk | 01-23-0005-3738 | Collins |
| 61 | Collin | Peacock | 01-23-0005-7453 | Collins |
| 62 | Deven | Peterson | 01-23-0005-3275 | Collins |
| 63 | John | Quarnstrom | 01-23-0005-3316 | Collins |
| 64 | Tracy | Richardson | 01-23-0005-3361 | Collins |
| 65 | Julius | Roberts | 01-23-0005-3247 | Collins |
| 66 | Chris | Robinson | 01-23-0005-3649 | Collins |
| 67 | Robert | Rule | 01-23-0005-2881 | Collins |
| 68 | Robert | Schindler | 01-23-0005-3084 | Collins |
| 69 | Daniel | Smith | 01-23-0005-2869 | Collins |
| 70 | J. Derek | Wright | 01-23-0005-7442 | Collins |
| 71 | Thomas | Abbruzzese | 01-23-0005-3479 | Dasteel |
| 72 | Jose | Aranda | 01-23-0005-3494 | Dasteel |
| 73 | Gavin | Baker | 01-23-0005-2868 | Dasteel |
| 74 | Kiley | Borba | 01-23-0005-2889 | Dasteel |
| 75 | Alexander | Brumley | 01-23-0005-3501 | Dasteel |
| 76 | Andrew | Butler | 01-23-0005-2900 | Dasteel |
| 77 | Maurice | Castro | 01-23-0005-2890 | Dasteel |
| 78 | Riley | Chapman | 01-23-0005-2898 | Dasteel |
| 79 | Manfred | Dentice | 01-23-0005-2901 | Dasteel |
| 80 | Anthony | Galatolo | 01-23-0005-3491 | Dasteel |
| 81 | Gordon | Huckaby | 01-23-0005-2861 | Dasteel |

2

**APPENDIX A**
**Current Defendants For Whom Valve Seeks Injunctive Relief**

| No.[1] | Defendant First Name | Defendant Last Name[2] | AAA Case Number | Arbitrator[3] |
|---|---|---|---|---|
| 82 | Jeremy | Kirkwood | 01-23-0005-3480 | Dasteel |
| 83 | Robert | Lewis | 01-23-0005-3488 | Dasteel |
| 84 | Bridgette | Mcbride | 01-23-0005-2892 | Dasteel |
| 85 | James | McDonald | 01-23-0005-2888 | Dasteel |
| 86 | Jared | Myers | 01-23-0005-3500 | Dasteel |
| 87 | Caleb | Orella | 01-23-0005-3492 | Dasteel |
| 88 | Timothy | Pablo Penaranda | 01-23-0005-3503 | Dasteel |
| 89 | Mitchell | Pakosz | 01-23-0005-2853 | Dasteel |
| 90 | Zachary | Parsley | 01-23-0005-3485 | Dasteel |
| 91 | Michael | Patterson | 01-23-0005-2860 | Dasteel |
| 92 | Brady | Paul | 01-23-0005-3478 | Dasteel |
| 93 | Hugh | Phillips | 01-23-0005-3496 | Dasteel |
| 94 | Carson | Plaisance | 01-23-0005-3489 | Dasteel |
| 95 | Jeff | Ramirez Ochoa | 01-23-0005-3483 | Dasteel |
| 96 | Joe | Rios | 01-23-0005-2850 | Dasteel |
| 97 | Samuel | Roberts | 01-23-0005-2893 | Dasteel |
| 98 | Alexander | Schlosser | 01-23-0005-3505 | Dasteel |
| 99 | Greg | Smith | 01-23-0005-2882 | Dasteel |
| 100 | Mark | Williams Jr. | 01-23-0005-2870 | Dasteel |
| 101 | Jacob | Zide | 01-23-0005-2854 | Dasteel |
| 102 | Zachary | Aletheia | 01-23-0005-3259 | Gruber |
| 103 | Angel | Ayala | 01-23-0005-3273 | Gruber |
| 104 | Kevin | Burnett | 01-23-0005-3268 | Gruber |
| 105 | Eric | Chastain | 01-23-0005-3058 | Gruber |
| 106 | Rocco | Cipolla | 01-23-0005-3066 | Gruber |
| 107 | Julio | Cruz | 01-23-0005-3266 | Gruber |
| 108 | Kevin | Dahlke | 01-23-0005-3264 | Gruber |
| 109 | Jon | Francisco | 01-23-0005-3265 | Gruber |
| 110 | Robert | Gibson | 01-23-0005-3271 | Gruber |
| 111 | Tyler | Gilbert | 01-23-0005-3270 | Gruber |
| 112 | Supyo | Hong | 01-23-0005-3054 | Gruber |
| 113 | Jayson | Huber | 01-23-0005-3060 | Gruber |
| 114 | Maxwell | Johnson | 01-23-0005-3061 | Gruber |
| 115 | Nicholas | Kirse | 01-23-0005-3065 | Gruber |
| 116 | Jordan | Mack | 01-23-0005-3269 | Gruber |
| 117 | Jason | Mccall | 01-23-0005-3274 | Gruber |
| 118 | Ricky | Mullins | 01-23-0005-3056 | Gruber |
| 119 | Jacob | Naquin | 01-23-0005-3262 | Gruber |
| 120 | Jonathan | Ortiz | 01-23-0005-3272 | Gruber |
| 121 | Skylar | Pond | 01-23-0005-3261 | Gruber |
| 122 | David | Reed | 01-23-0005-3062 | Gruber |
| 123 | Allen | Roman | 01-23-0005-3260 | Gruber |
| 124 | Trevor | Rupel | 01-23-0005-3053 | Gruber |
| 125 | Ryan | Sheline | 01-23-0005-3059 | Gruber |

**APPENDIX A**
**Current Defendants For Whom Valve Seeks Injunctive Relief**

| No.[1] | Defendant First Name | Defendant Last Name[2] | AAA Case Number | Arbitrator[3] |
|---|---|---|---|---|
| 126 | Patrick | Squire | 01-23-0005-3064 | Gruber |
| 127 | Patrick | Titterness | 01-23-0005-3267 | Gruber |
| 128 | Kenneth | Walker | 01-23-0005-3055 | Gruber |
| 129 | Joshua | Wyant | 01-23-0005-3063 | Gruber |
| 130 | Tai | Bishop | 01-23-0005-3074 | Jossen |
| 131 | Elizabeth | Dingman | 01-23-0005-3071 | Jossen |
| 132 | Don | doc Gruger | 01-23-0005-3068 | Jossen |
| 133 | Joseph | Gentry | 01-23-0005-3076 | Jossen |
| 134 | Jason | Gibbs | 01-23-0005-3089 | Jossen |
| 135 | Jackson | Heath | 01-23-0005-3081 | Jossen |
| 136 | Adam | Henchen | 01-23-0005-3093 | Jossen |
| 137 | Nicholas | Howell | 01-23-0005-3090 | Jossen |
| 138 | Ryan | Jurado | 01-23-0005-3072 | Jossen |
| 139 | Amy | Lutes | 01-23-0005-3077 | Jossen |
| 140 | Javier | Nieto | 01-23-0005-3082 | Jossen |
| 141 | Richard | Noble | 01-23-0005-3083 | Jossen |
| 142 | Wesley | Parmer | 01-23-0005-3091 | Jossen |
| 143 | Mike | Pena | 01-23-0005-3078 | Jossen |
| 144 | Andrew | Rosson | 01-23-0005-3069 | Jossen |
| 145 | Leonard | Sanders | 01-23-0005-3088 | Jossen |
| 146 | Austin | Schau | 01-23-0005-3086 | Jossen |
| 147 | Joseph | Shelley | 01-23-0005-3087 | Jossen |
| 148 | Kevin | Taylor | 01-23-0005-3070 | Jossen |
| 149 | Leif | Tollefson | 01-23-0005-3073 | Jossen |
| 150 | Tyler | Wright | 01-23-0005-3067 | Jossen |
| 151 | Johnathan | Yi | 01-23-0005-3079 | Jossen |
| 152 | John | Zwick | 01-23-0005-3085 | Jossen |
| 153 | Yousif | Alsaqlawi | 01-23-0005-3450 | Katz |
| 154 | Rich | Cambern | 01-23-0005-3462 | Katz |
| 155 | Steven | Carmiencke | 01-23-0005-3459 | Katz |
| 156 | Adam | Carroll | 01-23-0005-3461 | Katz |
| 157 | Nick | Carter | 01-23-0005-3472 | Katz |
| 158 | Jason | Clark | 01-23-0005-3469 | Katz |
| 159 | Daniel | Duncan | 01-23-0005-3456 | Katz |
| 160 | Haley | Eskridge | 01-23-0005-3454 | Katz |
| 161 | Jake | Flaherty | 01-23-0005-3476 | Katz |
| 162 | Mike | Hespel | 01-23-0005-3474 | Katz |
| 163 | Braxten | Hieb | 01-23-0005-3463 | Katz |
| 164 | Timothy | Kaiserlik | 01-23-0005-3458 | Katz |
| 165 | Alexander | Lopez | 01-23-0005-3460 | Katz |
| 166 | Travis | Micheletti | 01-23-0005-3467 | Katz |
| 167 | Maxwell | Mucha | 01-23-0005-3471 | Katz |
| 168 | Jared | Perry | 01-23-0005-3477 | Katz |
| 169 | Blake | Petersen | 01-23-0005-3455 | Katz |

4

**APPENDIX A**
**Current Defendants For Whom Valve Seeks Injunctive Relief**

| No.[1] | Defendant First Name | Defendant Last Name[2] | AAA Case Number | Arbitrator[3] |
|---|---|---|---|---|
| 170 | Kevin | Ramos | 01-23-0005-3465 | Katz |
| 171 | Ethan | Rodabaugh | 01-23-0005-3470 | Katz |
| 172 | Christopher | Stephan | 01-23-0005-3453 | Katz |
| 173 | Dillon | Stettler | 01-23-0005-3457 | Katz |
| 174 | Amber | Toney | 01-23-0005-3473 | Katz |
| 175 | Christopher | Veiga | 01-23-0005-3475 | Katz |
| 176 | Jonah | White | 01-23-0005-3452 | Katz |
| 177 | Anthony | Gazzo | 01-23-0005-3009 | Larkin |
| 178 | Nicholas | Mastriaco | 01-23-0005-3532 | Larkin |
| 179 | Marc | Ura | 01-23-0005-3407 | Larkin |
| 180 | Timothy | Broughton | 01-23-0005-3331 | Levy |
| 181 | Nicolaas | Bush | 01-23-0005-3319 | Levy |
| 182 | Duwayne | Counts | 01-23-0005-3325 | Levy |
| 183 | Josiah | Eredia | 01-23-0005-3323 | Levy |
| 184 | Keelan | Esquivel | 01-23-0005-3332 | Levy |
| 185 | Nico | Estebanez | 01-23-0005-3311 | Levy |
| 186 | Michael | Ewing | 01-23-0005-3308 | Levy |
| 187 | Alexander | Fowler | 01-23-0005-3320 | Levy |
| 188 | Adrian | Fritzley | 01-23-0005-3309 | Levy |
| 189 | David | Hedrick | 01-23-0005-3324 | Levy |
| 190 | Martin | Hernandez | 01-23-0005-3321 | Levy |
| 191 | Jon | Hoke | 01-23-0005-3328 | Levy |
| 192 | Shawn | Peck | 01-23-0005-3306 | Levy |
| 193 | Jonathan | Perry | 01-23-0005-3310 | Levy |
| 194 | Niko | Pitinii | 01-23-0005-3313 | Levy |
| 195 | Isaac | Ramos | 01-23-0005-3307 | Levy |
| 196 | Joseph | Ray | 01-23-0005-3304 | Levy |
| 197 | John | Reeves | 01-23-0005-3326 | Levy |
| 198 | Victor | Romo | 01-23-0005-3327 | Levy |
| 199 | Mitchell | Strang | 01-23-0005-3315 | Levy |
| 200 | James | Walters | 01-23-0005-3305 | Levy |
| 201 | Xenia | Yee | 01-23-0005-3329 | Levy |
| 202 | Jacob | Arthur | 01-23-0005-3560 | Mainland |
| 203 | Aaron | Castaneda | 01-23-0005-3539 | Mainland |
| 204 | Clyde | Chaffee | 01-23-0005-3548 | Mainland |
| 205 | Ian | Cheney | 01-23-0005-3544 | Mainland |
| 206 | James | Clarke | 01-23-0005-3537 | Mainland |
| 207 | Chase | Couzens | 01-23-0005-3546 | Mainland |
| 208 | Curtis | Drommerhausen | 01-23-0005-3556 | Mainland |
| 209 | Zack | Finfrock | 01-23-0005-3562 | Mainland |
| 210 | Julian | Gariba | 01-23-0005-3551 | Mainland |
| 211 | Alejandro | Garrido | 01-23-0005-3538 | Mainland |
| 212 | Chris | Huss | 01-23-0005-3559 | Mainland |
| 213 | Justin | Leffert | 01-23-0005-3547 | Mainland |

**APPENDIX A**
**Current Defendants For Whom Valve Seeks Injunctive Relief**

| No.[1] | Defendant First Name | Defendant Last Name[2] | AAA Case Number | Arbitrator[3] |
|---|---|---|---|---|
| 214 | Travis | Maynard | 01-23-0005-3550 | Mainland |
| 215 | James | Mcinerny | 01-23-0005-3536 | Mainland |
| 216 | Charles | Niles | 01-23-0005-3555 | Mainland |
| 217 | Michael | Pacholczak | 01-23-0005-3557 | Mainland |
| 218 | Jesse | Perlaza | 01-23-0005-3561 | Mainland |
| 219 | James | Reynolds | 01-23-0005-3540 | Mainland |
| 220 | Salvatore | Sardisco | 01-23-0005-3543 | Mainland |
| 221 | Michael | Shingleton | 01-23-0005-3554 | Mainland |
| 222 | Adam | Zuniga | 01-23-0005-3552 | Mainland |
| 223 | Meagan | Argo | 01-23-0005-2915 | McNamara |
| 224 | Seth | Weber | 01-23-0005-3581 | McNamara |
| 225 | Jeffrey | Cassick | 01-23-0005-2934 | Morrill |
| 226 | Nicholas | Foster | 01-23-0005-2940 | Morrill |
| 227 | Charles | Gill | 01-23-0005-2933 | Morrill |
| 228 | Bashari | Guidry | 01-23-0005-2935 | Morrill |
| 229 | Bradyn | Hamel | 01-23-0005-2942 | Morrill |
| 230 | Itiel | Jimenez | 01-23-0005-2954 | Morrill |
| 231 | Jared | Johnson | 01-23-0005-2946 | Morrill |
| 232 | Thomas | Mcsweeney | 01-23-0005-2938 | Morrill |
| 233 | Alice | Millage | 01-23-0005-2944 | Morrill |
| 234 | Alexander | Pachnicki | 01-23-0005-2953 | Morrill |
| 235 | Joshua | Page | 01-23-0005-2941 | Morrill |
| 236 | Jeff | Pellegrin | 01-23-0005-2929 | Morrill |
| 237 | Dustin | Phelps | 01-23-0005-2930 | Morrill |
| 238 | Mateo | Platero | 01-23-0005-2937 | Morrill |
| 239 | Steven | Prescott | 01-23-0005-2943 | Morrill |
| 240 | Thomas | Rolando | 01-23-0005-2939 | Morrill |
| 241 | John | Schweizer Ii | 01-23-0005-2945 | Morrill |
| 242 | Ian | Stubbs | 01-23-0005-2932 | Morrill |
| 243 | Nicky | Sun | 01-23-0005-2950 | Morrill |
| 244 | Matthew | Sweeney | 01-23-0005-2948 | Morrill |
| 245 | Maisie | Turner | 01-23-0005-2949 | Morrill |
| 246 | Joseph | Wasielewski-walsh | 01-23-0005-2931 | Morrill |
| 247 | Zachary | Yahola | 01-23-0005-2952 | Morrill |
| 248 | Christopher | Bittle | 01-23-0005-3241 | Pope |
| 249 | Griffin | Byer | 01-23-0005-3237 | Pope |
| 250 | Myles | Coffman | 01-23-0005-3214 | Pope |
| 251 | Mason | Coon | 01-23-0005-3232 | Pope |
| 252 | Jordan | Davis | 01-23-0005-3216 | Pope |
| 253 | Daniel | Ducos | 01-23-0005-3215 | Pope |
| 254 | Jeremy | Flippo | 01-23-0005-3218 | Pope |
| 255 | Guido | Gonzalez | 01-23-0005-3239 | Pope |
| 256 | William | Griffin | 01-23-0005-3223 | Pope |
| 257 | William | Holmes | 01-23-0005-3217 | Pope |

6

**APPENDIX A**
**Current Defendants For Whom Valve Seeks Injunctive Relief**

| No.[1] | Defendant First Name | Defendant Last Name[2] | AAA Case Number | Arbitrator[3] |
|---|---|---|---|---|
| 258 | Chandlin | Husain | 01-23-0005-3240 | Pope |
| 259 | Timothy | Johnson | 01-23-0005-3242 | Pope |
| 260 | Matthew | Jones | 01-23-0005-3227 | Pope |
| 261 | Benjamin | Jordan | 01-23-0005-3243 | Pope |
| 262 | John | Knirr | 01-23-0005-3228 | Pope |
| 263 | Austin | Mcmillan | 01-23-0005-3235 | Pope |
| 264 | Aaron | Pearson | 01-23-0005-3231 | Pope |
| 265 | Vincent | Rebokus | 01-23-0005-3222 | Pope |
| 266 | Stephen | Robertson | 01-23-0005-3230 | Pope |
| 267 | Gabriel | Santana | 01-23-0005-3234 | Pope |
| 268 | Ian | Smith | 01-23-0005-3233 | Pope |
| 269 | Aaron | Solomon | 01-23-0005-3221 | Pope |
| 270 | Zachary | Taylor | 01-23-0005-3220 | Pope |
| 271 | Joshua | Whiteacre | 01-23-0005-3244 | Pope |
| 272 | Benjamin | Conrad | 01-23-0005-3129 | Quintanilla |
| 273 | Randall | Farley | 01-23-0005-3134 | Quintanilla |
| 274 | Neil | Francisco | 01-23-0005-3127 | Quintanilla |
| 275 | Austin | Henry | 01-23-0005-3128 | Quintanilla |
| 276 | Steven | Jennett | 01-23-0005-3126 | Quintanilla |
| 277 | Alicia | Marshall | 01-23-0005-3133 | Quintanilla |
| 278 | Jacob | Phillips | 01-23-0005-3135 | Quintanilla |
| 279 | Abraham | Ramadan | 01-23-0005-3132 | Quintanilla |
| 280 | Ethan | Scifers | 01-23-0005-3125 | Quintanilla |
| 281 | Thomas | Wiseman | 01-23-0005-3130 | Quintanilla |
| 282 | Zaid | Abuwandi | 01-23-0005-3286 | R. Brown |
| 283 | Steven | Armant | 01-23-0005-3279 | R. Brown |
| 284 | Adam | Bernal | 01-23-0005-3303 | R. Brown |
| 285 | Shountasia | Bevins | 01-23-0005-3283 | R. Brown |
| 286 | Zachary | Burry | 01-23-0005-3277 | R. Brown |
| 287 | Denver | Dubhorn | 01-23-0005-3295 | R. Brown |
| 288 | Andrew | Evenson | 01-23-0005-3282 | R. Brown |
| 289 | David | Graham | 01-23-0005-3284 | R. Brown |
| 290 | Alexander | Grow | 01-23-0005-3298 | R. Brown |
| 291 | Shane | Kachman | 01-23-0005-3301 | R. Brown |
| 292 | Grant | Kegley | 01-23-0005-3293 | R. Brown |
| 293 | Paul | Kiernan | 01-23-0005-3290 | R. Brown |
| 294 | Brandon | Kimpel | 01-23-0005-3296 | R. Brown |
| 295 | Jared | Moreno | 01-23-0005-3302 | R. Brown |
| 296 | Jacob | Pullen | 01-23-0005-3292 | R. Brown |
| 297 | David | Richey | 01-23-0005-3299 | R. Brown |
| 298 | Tyler | Salyer | 01-23-0005-3280 | R. Brown |
| 299 | Robert | Stillman | 01-23-0005-3291 | R. Brown |
| 300 | Nicholas | Stone | 01-23-0005-3287 | R. Brown |
| 301 | Devon | Trujillo | 01-23-0005-3300 | R. Brown |

7

**APPENDIX A**
**Current Defendants For Whom Valve Seeks Injunctive Relief**

| No.[1] | Defendant First Name | Defendant Last Name[2] | AAA Case Number | Arbitrator[3] |
|---|---|---|---|---|
| 302 | Jacob | Walker | 01-23-0005-3289 | R. Brown |
| 303 | Joshua | Webb | 01-23-0005-3281 | R. Brown |
| 304 | Daniel | West | 01-23-0005-3294 | R. Brown |
| 305 | Chris | Bassford | 01-23-0005-3186 | Radford |
| 306 | Jase | Busby | 01-23-0005-3187 | Radford |
| 307 | Christopher | Conrad | 01-23-0005-3213 | Radford |
| 308 | Alexander | Coren | 01-23-0005-3204 | Radford |
| 309 | John | Davis | 01-23-0005-3193 | Radford |
| 310 | William | Dudley | 01-23-0005-3184 | Radford |
| 311 | Matthew | Fowler | 01-23-0005-3196 | Radford |
| 312 | Nels | Geary | 01-23-0005-3208 | Radford |
| 313 | Renny | Herbert | 01-23-0005-3205 | Radford |
| 314 | Shaun | Howe | 01-23-0005-3185 | Radford |
| 315 | Alexander | Hyer | 01-23-0005-3203 | Radford |
| 316 | Jennifer | Jacks | 01-23-0005-3212 | Radford |
| 317 | Chris | Jaus | 01-23-0005-3202 | Radford |
| 318 | Andrew | Kosko | 01-23-0005-3209 | Radford |
| 319 | Joshua | Kranz | 01-23-0005-3199 | Radford |
| 320 | Alan | Lopez | 01-23-0005-3188 | Radford |
| 321 | Jonathan | Lopez | 01-23-0005-3210 | Radford |
| 322 | Natasha | Mccarthy | 01-23-0005-3190 | Radford |
| 323 | Andrew | Mitchell | 01-23-0005-3198 | Radford |
| 324 | Michael | Mrgich | 01-23-0005-3207 | Radford |
| 325 | Darian | Stark | 01-23-0005-3194 | Radford |
| 326 | Lloyd | Walker | 01-23-0005-3192 | Radford |
| 327 | Mark | Wendt | 01-23-0005-3189 | Radford |
| 328 | Thomas | Byrd | 01-23-0005-3796 | Reid |
| 329 | James | Pruitt | 01-23-0005-3236 | Reid |
| 330 | Brian | Baskovich | 01-23-0005-3047 | Rubin |
| 331 | Jack | Cleary | 01-23-0005-3042 | Rubin |
| 332 | Brennan | Coleman | 01-23-0005-3049 | Rubin |
| 333 | Max | Kurtz | 01-23-0005-3041 | Rubin |
| 334 | Scott | Lewis | 01-23-0005-3048 | Rubin |
| 335 | Graysen | Mcgilligan | 01-23-0005-3045 | Rubin |
| 336 | Gavin | Moye | 01-23-0005-3046 | Rubin |
| 337 | Nathan | Pippin | 01-23-0005-3050 | Rubin |
| 338 | Cristian | Raynes | 01-23-0005-3043 | Rubin |
| 339 | Joshua | Rodriguez | 01-23-0005-3044 | Rubin |
| 340 | Aaron | Vaughn | 01-23-0005-3040 | Rubin |
| 341 | Daniel | Wirth | 01-23-0005-3052 | Rubin |
| 342 | Jacob | Barnhill | 01-23-0005-3449 | Rundle |
| 343 | Michael | Calloni | 01-23-0005-3439 | Rundle |
| 344 | Peter | Cila | 01-23-0005-3438 | Rundle |
| 345 | Marcus | Crowley | 01-23-0005-3255 | Rundle |

**APPENDIX A**
**Current Defendants For Whom Valve Seeks Injunctive Relief**

| No.[1] | Defendant First Name | Defendant Last Name[2] | AAA Case Number | Arbitrator[3] |
|---|---|---|---|---|
| 346 | Michael | Dufour | 01-23-0005-3253 | Rundle |
| 347 | Paolo | Galupo | 01-23-0005-3435 | Rundle |
| 348 | Jonathan | Hillman | 01-23-0005-3258 | Rundle |
| 349 | William | Jackson | 01-23-0005-3429 | Rundle |
| 350 | Ray | Miller | 01-23-0005-3440 | Rundle |
| 351 | Eric | Partlow | 01-23-0005-3445 | Rundle |
| 352 | Morgan | Rushing | 01-23-0005-3444 | Rundle |
| 353 | Kai | Trobaugh | 01-23-0005-3428 | Rundle |
| 354 | Jack | Uteg | 01-23-0005-3431 | Rundle |
| 355 | Brad | Wilson | 01-23-0005-3434 | Rundle |
| 356 | Cade | Azarcon | 01-23-0005-2876 | Schmitz |
| 357 | Rob | Baldwin | 01-23-0005-3514 | Schmitz |
| 358 | Aaron | Briggs | 01-23-0005-2874 | Schmitz |
| 359 | Johnathon | Eimer | 01-23-0005-2852 | Schmitz |
| 360 | Natalie | Fields | 01-23-0005-7456 | Schmitz |
| 361 | Cameron | Lester | 01-23-0005-2988 | Schmitz |
| 362 | Ian | Trefren | 01-23-0005-2864 | Schmitz |
| 363 | Cary | Miller | 01-23-0005-3005 | Silak |
| 364 | Leo | Blondel | 01-23-0005-3602 | T. Brown |
| 365 | Johnathon | Bush | 01-23-0005-3599 | T. Brown |
| 366 | Scott | Eskridge | 01-23-0005-3598 | T. Brown |
| 367 | Michael | Gualtieri | 01-23-0005-3595 | T. Brown |
| 368 | Evan | Piepho | 01-23-0005-3600 | T. Brown |
| 369 | Steven | Stucker | 01-23-0005-3594 | T. Brown |
| 370 | William | Marcellus | 01-23-0005-3350 | Thompson |
| 371 | Isaac | Sellers | 01-23-0005-3482 | Thompson |

9

**APPENDIX B**
**Current Defendants For Whom Request for Injunctive Relief Is Moot**

| No.[1] | Defendant First Name | Defendant Last Name[2] | AAA Case Number | Arbitrator |
|---|---|---|---|---|
| 1 | James | Davis | 01-23-0005-3499 | Dasteel |
| 2 | Vincent | Keegan | 01-23-0005-3504 | Dasteel |
| 3 | Kevin | Montes | 01-23-0005-3487 | Dasteel |
| 4 | Nicholas | Tynes | 01-23-0005-3502 | Dasteel |
| 5 | Greg | Fish | 01-23-0005-3288 | Goins |
| 6 | Jeremy | Lucas | 01-23-0005-3823 | Goins |
| 7 | Abed | Balbaky | 01-23-0005-3314 | McSorley |
| 8 | Mateus | Cunha | 01-23-0005-3542 | McSorley |
| 9 | Ajay | Dalal | 01-23-0005-3696 | McSorley |
| 10 | Joshua | DePalma | 01-23-0005-3802 | McSorley |
| 11 | Corbin | Echevarria | 01-23-0005-3238 | McSorley |
| 12 | Brett | Flinn | 01-23-0005-3173 | McSorley |
| 13 | Cole | Hagan | 01-23-0005-3175 | McSorley |
| 14 | Aleck | Hernandez | 01-23-0005-3225 | McSorley |
| 15 | Armando | Martinez | 01-23-0005-3106 | McSorley |
| 16 | Paul | Mayer | 01-23-0005-3433 | McSorley |
| 17 | Mark | Mendel | 01-23-0005-3517 | McSorley |
| 18 | Alexander | Mishkevich | 01-23-0005-3344 | McSorley |
| 19 | Conor | Moschella | 01-23-0005-3762 | McSorley |
| 20 | Robert | Richelson | 01-23-0005-2936 | McSorley |
| 21 | Gabriel | Rodrigues | 01-23-0005-3105 | McSorley |
| 22 | Matthew | Ventures | 01-23-0005-3681 | McSorley |
| 23 | Bernard | Vignali | 01-23-0005-2957 | McSorley |
| 24 | Robert | Woolf | 01-23-0005-3590 | McSorley |
| 25 | Jake | Wuebker | 01-23-0005-3219 | McSorley |

---

[1] Defendants appear in order based on (i) the American Arbitration Association ("AAA") arbitrator to whom their arbitration was assigned and (ii) their last name.

[2] Names based on information provided by Bucher Law PLLC.

1

**APPENDIX C**
**Dismissed Defendants**

| No.[1] | Defendant First Name | Defendant Last Name[2] | AAA Case Number | Arbitrator[3] | Date of Dismissal From This Action | Notice of Dismissal |
|---|---|---|---|---|---|---|
| 1 | Christian | Graber | 01-23-0005-3702 | Goins | Sep. 26, 2025 | Dkt. 98 |
| 2 | Ethan | Lefebvre | 01-23-0005-7452 | Goins | Sep. 26, 2025 | Dkt. 98 |
| 3 | Cody | Barker | 01-23-0005-3417 | Kingsley | Sep. 26, 2025 | Dkt. 98 |
| 4 | Abraham | Duman | 01-23-0005-3399 | Kingsley | Sep. 26, 2025 | Dkt. 98 |
| 5 | Taylor | Edwards | 01-23-0005-3399 | Kingsley | Sep. 26, 2025 | Dkt. 98 |
| 6 | Nathan | Engols | 01-23-0005-3402 | Kingsley | Sep. 26, 2025 | Dkt. 98 |
| 7 | Sacha | Haghighi | 01-23-0005-3392 | Kingsley | Sep. 26, 2025 | Dkt. 98 |
| 8 | Broderick | Hebert | 01-23-0005-3393 | Kingsley | Sep. 26, 2025 | Dkt. 98 |
| 9 | Max | Johnson | 01-23-0005-3404 | Kingsley | Sep. 26, 2025 | Dkt. 98 |
| 10 | Justin | Jones | 01-23-0005-3412 | Kingsley | Sep. 26, 2025 | Dkt. 98 |
| 11 | Gregory | Kain | 01-23-0005-3414 | Kingsley | Sep. 26, 2025 | Dkt. 98 |
| 12 | Seth | Lewis | 01-23-0005-3395 | Kingsley | Sep. 26, 2025 | Dkt. 98 |
| 13 | Michael | Linares | 01-23-0005-3413 | Kingsley | Sep. 26, 2025 | Dkt. 98 |
| 14 | Jodee | Lynn Molina | 01-23-0005-3403 | Kingsley | Sep. 26, 2025 | Dkt. 98 |
| 15 | Roger | Maricle | 01-23-0005-3398 | Kingsley | Sep. 26, 2025 | Dkt. 98 |
| 16 | Devon | Musto | 01-23-0005-3411 | Kingsley | Sep. 26, 2025 | Dkt. 98 |
| 17 | Joshua | Roberts | 01-23-0005-3396 | Kingsley | Sep. 26, 2025 | Dkt. 98 |
| 18 | Jason | Smith | 01-23-0005-3408 | Kingsley | Sep. 26, 2025 | Dkt. 98 |
| 19 | Samuel | Stevens | 01-23-0005-3418 | Kingsley | Sep. 26, 2025 | Dkt. 98 |
| 20 | Kaleb | Swaim | 01-23-0005-3397 | Kingsley | Sep. 26, 2025 | Dkt. 98 |
| 21 | Mason | Wright | 01-23-0005-3401 | Kingsley | Sep. 26, 2025 | Dkt. 98 |
| 22 | Xander | Brende-Prins | 01-23-0005-3278 | R. Brown | Sep. 26, 2025 | Dkt. 98 |
| 23 | Alec | Birenbaum | 01-23-0005-3145 | McSorley | Oct. 11, 2025 | Dkt. 112 |
| 24 | Lance | Vicente | 01-23-0005-3352 | McSorley | Oct. 11, 2025 | Dkt. 112 |
| 25 | Cody | Ackley | 01-23-0005-3336 | Gaglione | Nov. 5, 2025 | Dkt. 118 |
| 26 | Christien | Ayson | 01-23-0005-3334 | Gaglione | Nov. 5, 2025 | Dkt. 118 |
| 27 | Matthew | Baldwin | 01-23-0005-3347 | Gaglione | Nov. 5, 2025 | Dkt. 118 |
| 28 | Ryan | Borek | 01-23-0005-3360 | Gaglione | Nov. 5, 2025 | Dkt. 118 |
| 29 | Mitchell | Coburn | 01-23-0005-3343 | Gaglione | Nov. 5, 2025 | Dkt. 118 |
| 30 | Michael | Daughtery | 01-23-0005-3337 | Gaglione | Nov. 5, 2025 | Dkt. 118 |
| 31 | Gabriel | Durbin | 01-23-0005-3335 | Gaglione | Nov. 5, 2025 | Dkt. 118 |
| 32 | Mason | Field | 01-23-0005-3355 | Gaglione | Nov. 5, 2025 | Dkt. 118 |
| 33 | Tyler | Francesconi | 01-23-0005-3338 | Gaglione | Nov. 5, 2025 | Dkt. 118 |
| 34 | Thomas | Garrett | 01-23-0005-3353 | Gaglione | Nov. 5, 2025 | Dkt. 118 |

[1] Dismissed Defendants appear in order based on (i) the date Valve voluntarily dismissed them from this action, (ii) the American Arbitration Association ("AAA") arbitrator to whom their arbitration was assigned, and (iii) their last name.

[2] Names based on information provided by Bucher Law PLLC. Defendants dismissed after the of filing of the Complaint on August 21, 2025 (Dkt. 78).

[3] Arbitrator at the time arbitration was closed.

1

**APPENDIX C**
**Dismissed Defendants**

| No.[1] | Defendant First Name | Defendant Last Name[2] | AAA Case Number | Arbitrator[3] | Date of Dismissal From This Action | Notice of Dismissal |
|---|---|---|---|---|---|---|
| 35 | Robert | Grescowle | 01-23-0005-3333 | Gaglione | Nov. 5, 2025 | Dkt. 118 |
| 36 | Rob | Hauser | 01-23-0005-3345 | Gaglione | Nov. 5, 2025 | Dkt. 118 |
| 37 | Ann | Hefner | 01-23-0005-3340 | Gaglione | Nov. 5, 2025 | Dkt. 118 |
| 38 | Kasandra | Hiley | 01-23-0005-3346 | Gaglione | Nov. 5, 2025 | Dkt. 118 |
| 39 | Patrick | Kuller | 01-23-0005-3356 | Gaglione | Nov. 5, 2025 | Dkt. 118 |
| 40 | Richard | Lundsgaard | 01-23-0005-3358 | Gaglione | Nov. 5, 2025 | Dkt. 118 |
| 41 | Jordan | Newby | 01-23-0005-3359 | Gaglione | Nov. 5, 2025 | Dkt. 118 |
| 42 | Christopher | Prato-shein | 01-23-0005-3342 | Gaglione | Nov. 5, 2025 | Dkt. 118 |
| 43 | Bradley | Ratliff | 01-23-0005-3341 | Gaglione | Nov. 5, 2025 | Dkt. 118 |
| 44 | Andre | Santana | 01-23-0005-3362 | Gaglione | Nov. 5, 2025 | Dkt. 118 |
| 45 | John | Taddei | 01-23-0005-3339 | Gaglione | Nov. 5, 2025 | Dkt. 118 |
| 46 | Xzavier | Timmons | 01-23-0005-3349 | Gaglione | Nov. 5, 2025 | Dkt. 118 |
| 47 | Merrick | Tipton | 01-23-0005-3354 | Gaglione | Nov. 5, 2025 | Dkt. 118 |
| 48 | Katie | Uccello | 01-23-0005-3363 | Gaglione | Nov. 5, 2025 | Dkt. 118 |
| 49 | Michael | Wu | 01-23-0005-3357 | Gaglione | Nov. 5, 2025 | Dkt. 118 |
| 50 | Harley | Palmer | 01-23-0005-3637 | Badal | Feb. 9, 2026 | Dkt. 131 |
| 51 | Jonathan | Lewis | 01-23-0005-3668 | Coher | Feb. 9, 2026 | Dkt. 131 |
| 52 | Amir | Wright | 01-23-0003-8815 | Coher | Feb. 9, 2026 | Dkt. 131 |
| 53 | Cory | Cleari | 01-23-0005-3092 | Jossen | Feb. 9, 2026 | Dkt. 131 |
| 54 | Jacob | Ford | 01-23-0005-3075 | Jossen | Feb. 9, 2026 | Dkt. 131 |
| 55 | Andrew | Davidson | 01-23-0005-3330 | Levy | Feb. 9, 2026 | Dkt. 131 |
| 56 | Baylen | James | 01-23-0005-2947 | Morrill | Feb. 9, 2026 | Dkt. 131 |
| 57 | Fabian | Arevalo | 01-23-0005-3034 | Ohashi | Feb. 9, 2026 | Dkt. 131 |
| 58 | Noah | Burch | 01-23-0005-3033 | Ohashi | Feb. 9, 2026 | Dkt. 131 |
| 59 | Chase | Froelich | 01-23-0005-3015 | Ohashi | Feb. 9, 2026 | Dkt. 131 |
| 60 | Tasha | Goldsmith | 01-23-0005-3036 | Ohashi | Feb. 9, 2026 | Dkt. 131 |
| 61 | Daniel | Guadarrama | 01-23-0005-3031 | Ohashi | Feb. 9, 2026 | Dkt. 131 |
| 62 | Trevor | Laturner | 01-23-0005-3024 | Ohashi | Feb. 9, 2026 | Dkt. 131 |
| 63 | Corinne | Lee | 01-23-0005-3035 | Ohashi | Feb. 9, 2026 | Dkt. 131 |
| 64 | Broden | Mcduffee | 01-23-0005-3037 | Ohashi | Feb. 9, 2026 | Dkt. 131 |
| 65 | Barry | Morganti | 01-23-0005-3032 | Ohashi | Feb. 9, 2026 | Dkt. 131 |
| 66 | Cole | Nelson | 01-23-0005-3017 | Ohashi | Feb. 9, 2026 | Dkt. 131 |
| 67 | Michael | Owens | 01-23-0005-3019 | Ohashi | Feb. 9, 2026 | Dkt. 131 |
| 68 | Eliel | Pedro | 01-23-0005-3025 | Ohashi | Feb. 9, 2026 | Dkt. 131 |
| 69 | Alyssa | Phillips | 01-23-0005-3028 | Ohashi | Feb. 9, 2026 | Dkt. 131 |
| 70 | Cortland | Pinnick | 01-23-0005-3027 | Ohashi | Feb. 9, 2026 | Dkt. 131 |
| 71 | Matthew | Powell | 01-23-0005-3018 | Ohashi | Feb. 9, 2026 | Dkt. 131 |
| 72 | Quinn | Rasmussen | 01-23-0005-3022 | Ohashi | Feb. 9, 2026 | Dkt. 131 |
| 73 | Nicholas | Rugama | 01-23-0005-3023 | Ohashi | Feb. 9, 2026 | Dkt. 131 |
| 74 | Ethan | Sams | 01-23-0005-3016 | Ohashi | Feb. 9, 2026 | Dkt. 131 |
| 75 | Anthony | Simoni | 01-23-0005-3026 | Ohashi | Feb. 9, 2026 | Dkt. 131 |
| 76 | Ryan | Smith | 01-23-0005-3030 | Ohashi | Feb. 9, 2026 | Dkt. 131 |

2

**APPENDIX C**
**Dismissed Defendants**

| No.[1] | Defendant First Name | Defendant Last Name[2] | AAA Case Number | Arbitrator[3] | Date of Dismissal From This Action | Notice of Dismissal |
|---|---|---|---|---|---|---|
| 77 | Norm | Somers | 01-23-0005-3021 | Ohashi | Feb. 9, 2026 | Dkt. 131 |
| 78 | Tyler | Stulz | 01-23-0005-3020 | Ohashi | Feb. 9, 2026 | Dkt. 131 |
| 79 | Lucian | Thompson | 01-23-0005-3029 | Ohashi | Feb. 9, 2026 | Dkt. 131 |
| 80 | Kevin | Viloria | 01-23-0005-3039 | Ohashi | Feb. 9, 2026 | Dkt. 131 |
| 81 | Luther | Williams | 01-23-0005-3038 | Ohashi | Feb. 9, 2026 | Dkt. 131 |
| 82 | Ryan | Adreani | 01-23-0005-3645 | Palomo | Feb. 9, 2026 | Dkt. 131 |
| 83 | Matthew | Baer | 01-23-0005-3169 | Palomo | Feb. 9, 2026 | Dkt. 131 |
| 84 | Raymond | Garay | 01-23-0005-2907 | Palomo | Feb. 9, 2026 | Dkt. 131 |
| 85 | Virgil | Glisson | 01-23-0005-2877 | Palomo | Feb. 9, 2026 | Dkt. 131 |
| 86 | Devin | Harvey | 01-23-0005-3177 | Palomo | Feb. 9, 2026 | Dkt. 131 |
| 87 | Jurell | Jordan | 01-23-0005-2866 | Palomo | Feb. 9, 2026 | Dkt. 131 |
| 88 | Derek | Krause | 01-23-0005-7458 | Palomo | Feb. 9, 2026 | Dkt. 131 |
| 89 | Deric | Landers | 01-23-0005-3014 | Palomo | Feb. 9, 2026 | Dkt. 131 |
| 90 | Ezekiel | Mccracken | 01-23-0005-2897 | Palomo | Feb. 9, 2026 | Dkt. 131 |
| 91 | Adrian | Monter | 01-23-0005-3131 | Palomo | Feb. 9, 2026 | Dkt. 131 |
| 92 | Nathaniel | Moore | 01-23-0005-3597 | Palomo | Feb. 9, 2026 | Dkt. 131 |
| 93 | Ryan | Moore | 01-23-0005-2978 | Palomo | Feb. 9, 2026 | Dkt. 131 |
| 94 | Bonnie | Murphy | 01-23-0005-3777 | Palomo | Feb. 9, 2026 | Dkt. 131 |
| 95 | Garland | Noel | 01-23-0005-3256 | Palomo | Feb. 9, 2026 | Dkt. 131 |
| 96 | Gary | Palmatier | 01-23-0005-2858 | Palomo | Feb. 9, 2026 | Dkt. 131 |
| 97 | Robert | Richards | 01-23-0005-3224 | Palomo | Feb. 9, 2026 | Dkt. 131 |
| 98 | Alexander | Rodriguez | 01-23-0005-3464 | Palomo | Feb. 9, 2026 | Dkt. 131 |
| 99 | Joshua | Sammons | 01-23-0005-3549 | Palomo | Feb. 9, 2026 | Dkt. 131 |
| 100 | Ramon | Serrano | 01-23-0005-2873 | Palomo | Feb. 9, 2026 | Dkt. 131 |
| 101 | Dylan | Smyers | 01-23-0005-2871 | Palomo | Feb. 9, 2026 | Dkt. 131 |
| 102 | Decker | Spencer | 01-23-0005-3318 | Palomo | Feb. 9, 2026 | Dkt. 131 |
| 103 | Matthew | Stengel | 01-23-0005-3101 | Palomo | Feb. 9, 2026 | Dkt. 131 |
| 104 | Randy | Wozniak | 01-23-0005-3245 | Palomo | Feb. 9, 2026 | Dkt. 131 |
| 105 | Brian | Sherwood | 01-23-0005-3372 | Samas | Feb. 9, 2026 | Dkt. 131 |
| 106 | Gavin | Borchers | 01-23-0005-3481 | Dasteel | Mar. 26, 2026 | Dkt. 139 |
| 107 | Kenshad | Brown | 01-23-0005-2886 | McSorley | Mar. 26, 2026 | Dkt. 139 |
| 108 | Anthony | Mittasch | 01-23-0005-3698 | McSorley | Mar. 26, 2026 | Dkt. 139 |
| 109 | Joshua | Bosman | 01-23-0005-3252 | Rundle | Mar. 26, 2026 | Dkt. 139 |
| 110 | Sean | Dolle | 01-23-0005-3251 | Rundle | Mar. 26, 2026 | Dkt. 139 |
| 111 | Augustus | Gerbo | 01-23-0005-3250 | Rundle | Mar. 26, 2026 | Dkt. 139 |
| 112 | Jared | Hardison | 01-23-0005-3447 | Rundle | Mar. 26, 2026 | Dkt. 139 |
| 113 | Mark | Henley | 01-23-0005-3432 | Rundle | Mar. 26, 2026 | Dkt. 139 |
| 114 | Kolby | Louks | 01-23-0005-3443 | Rundle | Mar. 26, 2026 | Dkt. 139 |
| 115 | Martin | Mendez | 01-23-0005-3441 | Rundle | Mar. 26, 2026 | Dkt. 139 |
| 116 | Jennifer | Nelson | 01-23-0005-3436 | Rundle | Mar. 26, 2026 | Dkt. 139 |
| 117 | Andrew | Osborne | 01-23-0005-3442 | Rundle | Mar. 26, 2026 | Dkt. 139 |
| 118 | Veda | Valles | 01-23-0005-3446 | Rundle | Mar. 26, 2026 | Dkt. 139 |

3

**APPENDIX C**
**Dismissed Defendants**

| No.[1] | Defendant First Name | Defendant Last Name[2] | AAA Case Number | Arbitrator[3] | Date of Dismissal From This Action | Notice of Dismissal |
|---|---|---|---|---|---|---|
| 119 | Ryan | Tutor | 01-23-0005-3375 | Samas | Mar. 26, 2026 | Dkt. 139 |
| 120 | Eric | Alspaugh | 01-23-0005-3672 | Coher | May 18, 2026 | This Notice |
| 121 | Noah | Babincsak Styzen | 01-23-0005-3666 | Coher | May 18, 2026 | This Notice |
| 122 | Stephen | Barr | 01-23-0005-3653 | Coher | May 18, 2026 | This Notice |
| 123 | Michael | Bazzell | 01-23-0005-3662 | Coher | May 18, 2026 | This Notice |
| 124 | Anthony | Bennett | 01-23-0005-3674 | Coher | May 18, 2026 | This Notice |
| 125 | Ethan | Brown | 01-23-0005-3682 | Coher | May 18, 2026 | This Notice |
| 126 | Vincent | Brown | 01-23-0005-3663 | Coher | May 18, 2026 | This Notice |
| 127 | Ned | Budd | 01-23-0005-3665 | Coher | May 18, 2026 | This Notice |
| 128 | Benjamin | Camenker | 01-23-0005-3669 | Coher | May 18, 2026 | This Notice |
| 129 | Traber | Fischer | 01-23-0005-3680 | Coher | May 18, 2026 | This Notice |
| 130 | Mikel | Hatcher | 01-23-0005-3676 | Coher | May 18, 2026 | This Notice |
| 131 | Michael | Kutner | 01-23-0005-3673 | Coher | May 18, 2026 | This Notice |
| 132 | Joshua | Lewis | 01-23-0005-3664 | Coher | May 18, 2026 | This Notice |
| 133 | Talon | Lewis | 01-23-0005-3667 | Coher | May 18, 2026 | This Notice |
| 134 | Thomas | Magera | 01-23-0005-3661 | Coher | May 18, 2026 | This Notice |
| 135 | Kyle | Mayfield | 01-23-0005-3679 | Coher | May 18, 2026 | This Notice |
| 136 | Hunter | Mcbrayer | 01-23-0005-3670 | Coher | May 18, 2026 | This Notice |
| 137 | Trey | Mundell | 01-23-0005-3657 | Coher | May 18, 2026 | This Notice |
| 138 | Harsh | Patel | 01-23-0005-3659 | Coher | May 18, 2026 | This Notice |
| 139 | Noah | Perry | 01-23-0005-3675 | Coher | May 18, 2026 | This Notice |
| 140 | Aaron | Peterson | 01-23-0005-3677 | Coher | May 18, 2026 | This Notice |
| 141 | Tristen | Watson | 01-23-0005-3655 | Coher | May 18, 2026 | This Notice |
| 142 | David | Antolic | 01-23-0005-3498 | Dasteel | May 18, 2026 | This Notice |
| 143 | Carter | Baker | 01-23-0005-3490 | Dasteel | May 18, 2026 | This Notice |
| 144 | Stephanie | Blomstrom | 01-23-0005-2896 | Dasteel | May 18, 2026 | This Notice |
| 145 | Raciel | Diaz | 01-23-0005-2872 | Dasteel | May 18, 2026 | This Notice |
| 146 | Jeremiah | Dieujuste | 01-23-0005-2884 | Dasteel | May 18, 2026 | This Notice |
| 147 | Collin | Evans | 01-23-0005-3493 | Dasteel | May 18, 2026 | This Notice |
| 148 | Pharaun | Potts | 01-23-0005-2859 | Dasteel | May 18, 2026 | This Notice |
| 149 | Luis | Sotillet Rojas | 01-23-0005-2883 | Dasteel | May 18, 2026 | This Notice |
| 150 | Simon | Savlas | 01-23-0005-3484 | Dasteel | May 18, 2026 | This Notice |
| 151 | Jacob | Deegan | 01-23-0005-3400 | Kingsley | May 18, 2026 | This Notice |
| 152 | Logan | Doose | 01-23-0005-3394 | Kingsley | May 18, 2026 | This Notice |
| 153 | Dominique | Ward | 01-23-0005-3405 | Kingsley | May 18, 2026 | This Notice |
| 154 | Lauren | Tyner | 01-23-0005-3183 | Radford | May 18, 2026 | This Notice |
| 155 | Stephen | Adams | 01-23-0005-3378 | Samas | May 18, 2026 | This Notice |
| 156 | David | Arroyo | 01-23-0005-3371 | Samas | May 18, 2026 | This Notice |
| 157 | Garrett | Athay | 01-23-0005-3391 | Samas | May 18, 2026 | This Notice |
| 158 | Edwin | Ayala | 01-23-0005-3387 | Samas | May 18, 2026 | This Notice |
| 159 | Brandan | Christner | 01-23-0005-3366 | Samas | May 18, 2026 | This Notice |
| 160 | Ethan | Cowan-wright | 01-23-0005-3390 | Samas | May 18, 2026 | This Notice |

4

**APPENDIX C**
**Dismissed Defendants**

| No.[1] | Defendant First Name | Defendant Last Name[2] | AAA Case Number | Arbitrator[3] | Date of Dismissal From This Action | Notice of Dismissal |
|---|---|---|---|---|---|---|
| 161 | Sydney | Cutler-gilbert | 01-23-0005-3377 | Samas | May 18, 2026 | This Notice |
| 162 | Dylan | Fleckenstein | 01-23-0005-3388 | Samas | May 18, 2026 | This Notice |
| 163 | Tyler | Freehill | 01-23-0005-3379 | Samas | May 18, 2026 | This Notice |
| 164 | James | Gallant | 01-23-0005-3385 | Samas | May 18, 2026 | This Notice |
| 165 | Ralph | Gonzales | 01-23-0005-3364 | Samas | May 18, 2026 | This Notice |
| 166 | Jacob | Graves | 01-23-0005-3367 | Samas | May 18, 2026 | This Notice |
| 167 | Andres | Hernandez | 01-23-0005-3381 | Samas | May 18, 2026 | This Notice |
| 168 | Travis | Hickey | 01-23-0005-3382 | Samas | May 18, 2026 | This Notice |
| 169 | Jared | Huggett | 01-23-0005-3384 | Samas | May 18, 2026 | This Notice |
| 170 | John | Marcotte | 01-23-0005-3386 | Samas | May 18, 2026 | This Notice |
| 171 | Sean | Mitchell | 01-23-0005-3365 | Samas | May 18, 2026 | This Notice |
| 172 | Daniel | Morris | 01-23-0005-3369 | Samas | May 18, 2026 | This Notice |
| 173 | Marcus | Pettway | 01-23-0005-3374 | Samas | May 18, 2026 | This Notice |
| 174 | Joel | Sandkamp | 01-23-0005-3373 | Samas | May 18, 2026 | This Notice |
| 175 | Zackery | Sessions | 01-23-0005-3376 | Samas | May 18, 2026 | This Notice |
| 176 | Alexander | Thomas | 01-23-0005-3389 | Samas | May 18, 2026 | This Notice |

5