UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VALVE CORPORATION,<br><br>    Plaintiff,<br><br>  v.<br><br>THOMAS ABBRUZZESE *et al.*,<br><br>    Defendants. | No. 2:24-CV-1717-JNW<br><br>**SUPPLEMENTAL DECLARATION OF SCOTT LYNCH IN FURTHER SUPPORT OF VALVE CORPORATION'S MOTION FOR PRELIMINARY INJUNCTION (DKT. 79)** |

SUPPLEMENTAL DECLARATION
OF SCOTT LYNCH –  1

**SUPPLEMENTAL DECLARATION OF SCOTT LYNCH**

I, Scott Lynch, declare as follows:

1.      I am the Chief Operating Officer for Plaintiff Valve Corporation ("Valve") in the above-captioned matter. I submit this declaration to supplement my declaration dated August 21, 2025 (Dkt. 80), and in further support of Valve's Motion for Preliminary Injunction (Dkt. 79). I make this declaration based on my personal knowledge and, if called upon to do so, would testify competently hereto.

**A.      Steam Users May Assent to the Current SSA by Redeeming a Steam Key**

2.      Valve may issue something called "Steam Keys" to developers or publishers who sell their games on Steam. These are single-use, unique, alphanumeric codes the developers and publishers can distribute outside of Steam to customers, who can then redeem them on Steam to add a Steam version of a game or app to their account. Valve gives Steam Keys to developers and publishers for free.

3.      To redeem a Steam Key, a user must log into Steam and navigate to the "Activate Product on Steam" page then enter the Steam Key code.



SUPPLEMENTAL DECLARATION
OF SCOTT LYNCH – 2

**CORR CRONIN LLP**
1015 Second Avenue, 10th Floor
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

4.      Before clicking "Continue" to activate the game, the user is presented with an unchecked box requiring the user to accept the Current SSA (as defined in my prior declaration, Dkt. 80 ¶ 6),[1] which is hyperlinked in white text to the words "Steam Subscriber Agreement" shown below:

ENTER YOUR PRODUCT CODE TO ACTIVATE YOUR PRODUCT ON STEAM

J5NG7-EMP5F-V8IBK                    Continue

☑ I agree to the terms of the Steam Subscriber Agreement (last updated Sep 26, 2024.)

To register your product with Steam and add it to your Steam library, enter the product code distributed with a retail CD/DVD or other Steam product code above. Click 'Continue' to continue.

Keys look like the following:
AAAAA-BBBBB-CCCCC
AAAAA-BBBBB-CCCCC-DDDDD-EEEEE
237ABCDGHJLPRST 23

**B.      Additional Defendants Affirmatively Agreed to the Current SSA After November 1, 2024**

5.      As set forth in my prior declaration, based on Valve's records as of August 21, 2025:

- 118 then-Defendants were bound by the Current SSA pursuant to the terms of the Email Notice and Pop-Up Notice because they did not delete or discontinue use of their Steam accounts by November 1, 2024. (Dkt. 80 ¶ 25.) All of these 118 then-Defendants had logged into Steam on or after November 1, 2024. (*Id.* ¶ 27.)

- Among these 118 then-Defendants, 76 also subsequently affirmatively accepted the Current SSA by making a purchase and agreeing to the Current SSA by checking "I

---

[1] Valve updated the Current SSA on September 18, 2025, and on April 20, 2026. Neither update modified the dispute resolution provision for U.S. customers and neither is relevant to this motion.

SUPPLEMENTAL DECLARATION
OF SCOTT LYNCH – 3

CORR CRONIN LLP
1015 Second Avenue, 10th Floor
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

agree to the terms of the Steam Subscriber Agreement (last updated Sep 26, 2024)" and clicking the "Purchase" button on or after November 1, 2024. (Dkt. 80 ¶ 28.)

6. Among these 118 then-Defendants, 29 have been voluntarily dismissed from this action, leaving 89 Defendants. (Dkts. 98, 112, 118, 131, 139, 160.)

7. Accordingly, there are 89 remaining Defendants who are bound by the Current SSA pursuant to the terms of the Email Notice and Pop-Up Notice because they did not delete or discontinue use of their Steam accounts by November 1, 2024.

8. Among these 89 Defendants, 62 subsequently affirmatively accepted the Current SSA by making a purchase and agreeing to the Current SSA by checking "I agree to the terms of the Steam Subscriber Agreement (last updated Sep 26, 2024)" and clicking the "Purchase" button on or after November 1, 2024.[2]

9. Among these 89 Defendants, two, Jeff Ramirez Ochoa and Matthew Ventures, subsequently affirmatively accepted the Current SSA by redeeming a Steam Key and agreeing to the Current SSA by checking "I agree to the terms of the Steam Subscriber Agreement (last updated Sep 26, 2024)" and clicking the "Continue" button on or after November 1, 2024.

10. A true and correct copy of an updated chart identifying the method(s) by which each Defendant accepted the Current SSA is attached hereto as Exhibit D.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 18th day of May, 2026, at Bellevue, Washington.

DocuSigned by:

*Scott Lynch*

E15DE3B2F05941C...

*Scott Lynch*

---

[2] This list now includes Defendants Jonathan Carlton, Eric Chastain, Joseph Gentry, Joseph Ray, Alice Millage, Grant Kegley, Devon Trujillo, Jack Cleary, and Steven Stucker, who, based on Valve's review of its current records, have made a purchase after November 1, 2024.

SUPPLEMENTAL DECLARATION
OF SCOTT LYNCH – 4

CORR CRONIN LLP
1015 Second Avenue, 10th Floor
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900