# EXHIBIT D

| Defendant First Name | Defendant Last Name[1] | Case Number | Arbitrator[2] | Accepted By Pop-Up or Purchase Before Nov. 1, 2024 | Accepted By Continued Use After Nov. 1, 2024 | Purchase or Steam Key Activation On or After Nov. 1, 2024[3] |
|---|---|---|---|---|---|---|
| Defendants For Whom Valve Seeks Injunctive Relief | | | | | | |
| Ryan | Ardito | 12300053635 | Badal | | X | |
| Riley | Baxter | 12300053643 | Badal | X | | X |
| Michael | Brewer | 12300053651 | Badal | X | | X |
| Owen | Butterworth | 12300053641 | Badal | X | | |
| Jonathan | Carlton | 12300053626 | Badal | | X | X |
| Michael | Eastman | 12300053631 | Badal | | X | X |
| Brandon | Garwell | 12300053628 | Badal | X | | X |
| Liam | Gaume-wakefield | 12300053650 | Badal | X | | X |
| Ian | Govea | 12300053634 | Badal | X | | X |
| Evan | Grant | 12300053632 | Badal | X | | X |
| Ricky | Horne | 12300053630 | Badal | X | | X |
| Dane | Jordan | 12300053652 | Badal | | X | X |
| Nicholas | Keith | 12300053648 | Badal | X | | X |
| Aj | Lane | 12300053636 | Badal | | X | X |
| Max | Moakley | 12300053627 | Badal | X | | X |
| Malakye | Moody | 12300053644 | Badal | X | | X |
| Mitchell | Papendorf | 12300053646 | Badal | X | | X |
| Alex | Patrao | 12300053625 | Badal | X | | X |
| Eric | Patton | 12300053639 | Badal | X | | X |
| Anthony | Rubino | 12300053647 | Badal | X | | X |
| Zachary | Smith | 12300053642 | Badal | X | | X |
| Isaiah | Taylor | 12300053633 | Badal | X | | X |
| Cody | Warren | 12300053640 | Badal | X | | X |
| Brian | Yeh | 12300053629 | Badal | X | | X |
| Jacob | Archer | 12300053080 | Brooks | X | | X |
| Eric | Buck | 12300053195 | Brooks | X | | X |
| Paul | Burnett | 12300053051 | Brooks | | X | |
| Harrison | Carlow | 12300052857 | Brooks | X | | X |
| Spencer | Duzant | 12300053604 | Brooks | X | | X |
| Robert | Fischer | 12300053152 | Brooks | X | | X |

[1] Names based on information provided by Bucher Law PLLC. Defendants appear in order based on (i) the American Arbitration Association ("AAA") arbitrator to whom their arbitration is or was previously assigned and (ii) their last name.

[2] Arbitrator Katz was disqualified, Arbitrator Rubin died, and Arbitrator Morrill resigned.

[3] Based on Valve's records (i) Jeff Ramirez Ochoa and Matthew Ventures activated a Steam Key after November 1, 2024, and (ii) all other Defendants listed in this column made a purchase on or after November 1, 2024.

| Defendant First Name | Defendant Last Name[1] | Case Number | Arbitrator[2] | Accepted By Pop-Up or Purchase Before Nov. 1, 2024 | Accepted By Continued Use After Nov. 1, 2024 | Purchase or Steam Key Activation On or After Nov. 1, 2024[3] |
|---|---|---|---|---|---|---|
| Matthew | Habursky | 12300053000 | Brooks | | X | X |
| Daniel | Harley | 12300053112 | Brooks | | X | |
| Logan | Herald | 12300053211 | Brooks | X | | X |
| Philipjohn | Holland | 12300057450 | Brooks | X | | X |
| Matthew | Husar | 12300053200 | Brooks | | X | |
| Nick | Lauder | 12300053351 | Brooks | X | | X |
| Sam | Lomax | 12300053448 | Brooks | X | | X |
| Panayiotis | Maniscalco | 12300052879 | Brooks | X | | X |
| Ross | Martikke | 12300053423 | Brooks | X | | X |
| Luke | Ninemire | 12300053816 | Brooks | X | | X |
| Joseph | Risi | 12300053838 | Brooks | X | | X |
| Joshua | Sayles | 12300052851 | Brooks | | X | X |
| Jake | Sigal | 12300053654 | Brooks | X | | X |
| Holden | Stender | 12300053807 | Brooks | X | | X |
| Tyler | Strenge | 12300052865 | Brooks | X | | X |
| Jonah | Warner | 12300053348 | Brooks | X | | X |
| Jonah | Anders | 12300053368 | Collins | X | | X |
| Daniel | Armstrong | 12300053486 | Collins | X | | X |
| Michael | Blanco | 12300053525 | Collins | X | | X |
| Jason | Courter | 12300053312 | Collins | X | | X |
| Drevayne | Dawkins | 12300057461 | Collins | X | | X |
| John | Forrest | 12300052880 | Collins | X | | X |
| Donald | Goldsmith | 12300057449 | Collins | X | | X |
| Eli | Groff | 12300052990 | Collins | X | | X |
| Christian | Horazeck | 12300053527 | Collins | X | | X |
| Odis | Kendrick | 12300052856 | Collins | X | | X |
| Mark | Legg | 12300053004 | Collins | | X | X |
| Kyle | Lynch | 12300057462 | Collins | | X | X |
| Clayton | Lynn | 12300053808 | Collins | | X | X |
| Yuri | Motruk | 12300053738 | Collins | X | | X |
| Collin | Peacock | 12300057453 | Collins | X | | X |
| Deven | Peterson | 12300053275 | Collins | X | | X |
| John | Quarnstrom | 12300053316 | Collins | X | | X |
| Tracy | Richardson | 12300053361 | Collins | X | | X |
| Julius | Roberts | 12300053247 | Collins | X | | X |
| Chris | Robinson | 12300053649 | Collins | X | | X |
| Robert | Rule | 12300052881 | Collins | X | | X |
| Robert | Schindler | 12300053084 | Collins | X | | X |

2

| Defendant First Name | Defendant Last Name[1] | Case Number | Arbitrator[2] | Accepted By Pop-Up or Purchase Before Nov. 1, 2024 | Accepted By Continued Use After Nov. 1, 2024 | Purchase or Steam Key Activation On or After Nov. 1, 2024[3] |
|---|---|---|---|---|---|---|
| Daniel | Smith | 12300052869 | Collins | X | | X |
| J Derek | Wright | 12300057442 | Collins | X | | X |
| Thomas | Abbruzzese | 12300053479 | Dasteel | X | | X |
| Jose | Aranda | 12300053494 | Dasteel | X | | X |
| Gavin | Baker | 12300052868 | Dasteel | | X | X |
| Kiley | Borba | 12300052889 | Dasteel | | X | |
| Alexander | Brumley | 12300053501 | Dasteel | | X | X |
| Andrew | Butler | 12300052900 | Dasteel | X | | X |
| Maurice | Castro | 12300052890 | Dasteel | | X | X |
| Riley | Chapman | 12300052898 | Dasteel | X | | X |
| Manfred | Dentice | 12300052901 | Dasteel | | X | X |
| Anthony | Galatolo | 12300053491 | Dasteel | X | | |
| Gordon | Huckaby | 12300052861 | Dasteel | | X | |
| Jeremy | Kirkwood | 12300053480 | Dasteel | X | | X |
| Robert | Lewis | 12300053488 | Dasteel | X | | X |
| Bridgette | Mcbride | 12300052892 | Dasteel | X | | X |
| James | McDonald | 12300052888 | Dasteel | | X | X |
| Jared | Myers | 12300053500 | Dasteel | X | | X |
| Caleb | Orella | 12300053492 | Dasteel | X | | X |
| Timothy | Pablo Penaranda | 12300053503 | Dasteel | X | | X |
| Mitchell | Pakosz | 12300052853 | Dasteel | | X | X |
| Zachary | Parsley | 12300053485 | Dasteel | | X | |
| Michael | Patterson | 12300052860 | Dasteel | X | | |
| Brady | Paul | 12300053478 | Dasteel | X | | X |
| Hugh | Phillips | 12300053496 | Dasteel | X | | |
| Carson | Plaisance | 12300053489 | Dasteel | X | | X |
| Jeff | Ramirez Ochoa | 12300053483 | Dasteel | | X | X |
| Joe | Rios | 12300052850 | Dasteel | | X | |
| Samuel | Roberts | 12300052893 | Dasteel | X | | X |
| Alexander | Schlosser | 12300053505 | Dasteel | X | | X |
| Greg | Smith | 12300052882 | Dasteel | X | | X |
| Mark | Williams Jr | 12300052870 | Dasteel | X | | X |
| Jacob | Zide | 12300052854 | Dasteel | X | | X |
| Zachary | Aletheia | 12300053259 | Gruber | X | | X |
| Angel | Ayala | 12300053273 | Gruber | X | | X |
| Kevin | Burnett | 12300053268 | Gruber | X | | X |
| Eric | Chastain | 12300053058 | Gruber | | X | X |
| Rocco | Cipolla | 12300053066 | Gruber | X | | X |

3

| Defendant First Name | Defendant Last Name[1] | Case Number | Arbitrator[2] | Accepted By Pop-Up or Purchase Before Nov. 1, 2024 | Accepted By Continued Use After Nov. 1, 2024 | Purchase or Steam Key Activation On or After Nov. 1, 2024[3] |
|---|---|---|---|---|---|---|
| Julio | Cruz | 12300053266 | Gruber | X | | X |
| Kevin | Dahlke | 12300053264 | Gruber | X | | X |
| Jon | Francisco | 12300053265 | Gruber | X | | X |
| Robert | Gibson | 12300053271 | Gruber | X | | X |
| Tyler | Gilbert | 12300053270 | Gruber | | X | X |
| Supyo | Hong | 12300053054 | Gruber | X | | X |
| Jayson | Huber | 12300053060 | Gruber | X | | X |
| Maxwell | Johnson | 12300053061 | Gruber | X | | X |
| Nicholas | Kirse | 12300053065 | Gruber | X | | X |
| Jordan | Mack | 12300053269 | Gruber | X | | X |
| Jason | Mccall | 12300053274 | Gruber | | X | X |
| Ricky | Mullins | 12300053056 | Gruber | X | | X |
| Jacob | Naquin | 12300053262 | Gruber | X | | X |
| Jonathan | Ortiz | 12300053272 | Gruber | X | | X |
| Skylar | Pond | 12300053261 | Gruber | X | | X |
| David | Reed | 12300053062 | Gruber | X | | X |
| Allen | Roman | 12300053260 | Gruber | X | | X |
| Trevor | Rupel | 12300053053 | Gruber | | X | X |
| Ryan | Sheline | 12300053059 | Gruber | X | | X |
| Patrick | Squire | 12300053064 | Gruber | X | | |
| Patrick | Titterness | 12300053267 | Gruber | | X | X |
| Kenneth | Walker | 12300053055 | Gruber | | X | X |
| Joshua | Wyant | 12300053063 | Gruber | X | | X |
| Tai | Bishop | 12300053074 | Jossen | X | | |
| Elizabeth | Dingman | 12300053071 | Jossen | X | | X |
| Joseph | Gentry | 12300053076 | Jossen | | X | X |
| Jason | Gibbs | 12300053089 | Jossen | X | | |
| Don "doc" | Guger | 12300053068 | Jossen | X | | |
| Jackson | Heath | 12300053081 | Jossen | X | | |
| Adam | Henchen | 12300053093 | Jossen | X | | X |
| Nicholas | Howell | 12300053090 | Jossen | X | | X |
| Ryan | Jurado | 12300053072 | Jossen | X | | X |
| Amy | Lutes | 12300053077 | Jossen | X | | |
| Javier | Nieto | 12300053082 | Jossen | | X | X |
| Richard | Noble | 12300053083 | Jossen | X | | X |
| Wesley | Parmer | 12300053091 | Jossen | | X | |
| Mike | Pena | 12300053078 | Jossen | | X | |
| Andrew | Rosson | 12300053069 | Jossen | | X | X |

| Defendant First Name | Defendant Last Name[1] | Case Number | Arbitrator[2] | Accepted By Pop-Up or Purchase Before Nov. 1, 2024 | Accepted By Continued Use After Nov. 1, 2024 | Purchase or Steam Key Activation On or After Nov. 1, 2024[3] |
|---|---|---|---|---|---|---|
| Leonard | Sanders | 12300053088 | Jossen | X | | X |
| Austin | Schau | 12300053086 | Jossen | | X | X |
| Joseph | Shelley | 12300053087 | Jossen | | X | |
| Kevin | Taylor | 12300053070 | Jossen | X | | X |
| Leif | Tollefson | 12300053073 | Jossen | X | | X |
| Tyler | Wright | 12300053067 | Jossen | X | | X |
| Johnathan | Yi | 12300053079 | Jossen | X | | X |
| John | Zwick | 12300053085 | Jossen | X | | X |
| Yousif | Alsaqlawi | 12300053450 | Katz | X | | X |
| Rich | Cambern | 12300053462 | Katz | | X | X |
| Steven | Carmiencke | 12300053459 | Katz | X | | X |
| Adam | Carroll | 12300053461 | Katz | X | | X |
| Nick | Carter | 12300053472 | Katz | X | | |
| Jason | Clark | 12300053469 | Katz | X | | X |
| Daniel | Duncan | 12300053456 | Katz | X | | |
| Haley | Eskridge | 12300053454 | Katz | X | | X |
| Jake | Flaherty | 12300053476 | Katz | X | | X |
| Mike | Hespel | 12300053474 | Katz | | X | X |
| Braxten | Hieb | 12300053463 | Katz | X | | X |
| Timothy | Kaiserlik | 12300053458 | Katz | X | | X |
| Alexander | Lopez | 12300053460 | Katz | X | | X |
| Travis | Micheletti | 12300053467 | Katz | | X | X |
| Maxwell | Mucha | 12300053471 | Katz | X | | X |
| Jared | Perry | 12300053477 | Katz | X | | X |
| Blake | Petersen | 12300053455 | Katz | X | | X |
| Kevin | Ramos | 12300053465 | Katz | | X | |
| Ethan | Rodabaugh | 12300053470 | Katz | X | | X |
| Christopher | Stephan | 12300053453 | Katz | X | | X |
| Dillon | Stettler | 12300053457 | Katz | X | | X |
| Amber | Toney | 12300053473 | Katz | X | | X |
| Christopher | Veiga | 12300053475 | Katz | X | | X |
| Jonah | White | 12300053452 | Katz | X | | X |
| Anthony | Gazzo | 12300053009 | Larkin | | X | X |
| Nicholas | Mastriaco | 12300053532 | Larkin | X | | X |
| Marc | Ura | 12300053407 | Larkin | X | | X |
| Timothy | Broughton | 12300053331 | Levy | | X | |
| Nicolaas | Bush | 12300053319 | Levy | X | | X |
| Duwayne | Counts | 12300053325 | Levy | X | | X |

5

| Defendant First Name | Defendant Last Name[1] | Case Number | Arbitrator[2] | Accepted By Pop-Up or Purchase Before Nov. 1, 2024 | Accepted By Continued Use After Nov. 1, 2024 | Purchase or Steam Key Activation On or After Nov. 1, 2024[3] |
|---|---|---|---|---|---|---|
| Josiah | Eredia | 12300053323 | Levy | X | | X |
| Keelan | Esquivel | 12300053332 | Levy | X | | X |
| Nico | Estebanez | 12300053311 | Levy | | X | |
| Michael | Ewing | 12300053308 | Levy | X | | X |
| Alexander | Fowler | 12300053320 | Levy | X | | X |
| Adrian | Fritzley | 12300053309 | Levy | | X | X |
| David | Hedrick | 12300053324 | Levy | X | | X |
| Martin | Hernandez | 12300053321 | Levy | | X | |
| Jon | Hoke | 12300053328 | Levy | X | | X |
| Shawn | Peck | 12300053306 | Levy | X | | X |
| Jonathan | Perry | 12300053310 | Levy | X | | X |
| Niko | Pitinii | 12300053313 | Levy | X | | X |
| Isaac | Ramos | 12300053307 | Levy | X | | X |
| Joseph | Ray | 12300053304 | Levy | | X | X |
| John | Reeves | 12300053326 | Levy | X | | X |
| Victor | Romo | 12300053327 | Levy | X | | |
| Mitchell | Strang | 12300053315 | Levy | | X | |
| James | Walters | 12300053305 | Levy | X | | X |
| Xenia | Yee | 12300053329 | Levy | X | | X |
| Jacob | Arthur | 12300053560 | Mainland | X | | X |
| Aaron | Castaneda | 12300053539 | Mainland | X | | X |
| Clyde | Chaffee | 12300053548 | Mainland | X | | X |
| Ian | Cheney | 12300053544 | Mainland | X | | X |
| James | Clarke | 12300053537 | Mainland | X | | X |
| Chase | Couzens | 12300053546 | Mainland | X | | X |
| Curtis | Drommerhausen | 12300053556 | Mainland | | X | X |
| Zack | Finfrock | 12300053562 | Mainland | X | | X |
| Julian | Gariba | 12300053551 | Mainland | X | | X |
| Alejandro | Garrido | 12300053538 | Mainland | X | | X |
| Chris | Huss | 12300053559 | Mainland | X | | X |
| Justin | Leffert | 12300053547 | Mainland | X | | X |
| Travis | Maynard | 12300053550 | Mainland | X | | X |
| James | Mcinerny | 12300053536 | Mainland | X | | X |
| Charles | Niles | 12300053555 | Mainland | | X | |
| Michael | Pacholczak | 12300053557 | Mainland | X | | |
| Jesse | Perlaza | 12300053561 | Mainland | X | | X |
| James | Reynolds | 12300053540 | Mainland | X | | X |
| Salvatore | Sardisco | 12300053543 | Mainland | X | | |

| Defendant First Name | Defendant Last Name[1] | Case Number | Arbitrator[2] | Accepted By Pop-Up or Purchase Before Nov. 1, 2024 | Accepted By Continued Use After Nov. 1, 2024 | Purchase or Steam Key Activation On or After Nov. 1, 2024[3] |
|---|---|---|---|---|---|---|
| Michael | Shingleton | 12300053554 | Mainland | X | | X |
| Adam | Zuniga | 12300053552 | Mainland | X | | X |
| Meagan | Argo | 12300052915 | McNamara | X | | X |
| Seth | Weber | 12300053581 | McNamara | | X | X |
| Jeffrey | Cassick | 12300052934 | Morrill | X | | X |
| Nicholas | Foster | 12300052940 | Morrill | X | | X |
| Charles | Gill | 12300052933 | Morrill | X | | X |
| Bashari | Guidry | 12300052935 | Morrill | X | | X |
| Bradyn | Hamel | 12300052942 | Morrill | | X | X |
| Itiel | Jimenez | 12300052954 | Morrill | | X | |
| Jared | Johnson | 12300052946 | Morrill | X | | X |
| Thomas | Mcsweeney | 12300052938 | Morrill | X | | X |
| Alice | Millage | 12300052944 | Morrill | | X | X |
| Alexander | Pachnicki | 12300052953 | Morrill | X | | X |
| Joshua | Page | 12300052941 | Morrill | X | | X |
| Jeff | Pellegrin | 12300052929 | Morrill | X | | X |
| Dustin | Phelps | 12300052930 | Morrill | X | | X |
| Mateo | Platero | 12300052937 | Morrill | | X | X |
| Steven | Prescott | 12300052943 | Morrill | | X | |
| Thomas | Rolando | 12300052939 | Morrill | X | | X |
| John | Schweizer Ii | 12300052945 | Morrill | | X | X |
| Ian | Stubbs | 12300052932 | Morrill | X | | X |
| Nicky | Sun | 12300052950 | Morrill | X | | X |
| Matthew | Sweeney | 12300052948 | Morrill | X | | X |
| Maisie | Turner | 12300052949 | Morrill | X | | X |
| Joseph | Wasielewski-walsh | 12300052931 | Morrill | X | | X |
| Zachary | Yahola | 12300052952 | Morrill | X | | X |
| Christopher | Bittle | 12300053241 | Pope | X | | X |
| Griffin | Byer | 12300053237 | Pope | | X | X |
| Myles | Coffman | 12300053214 | Pope | | X | X |
| Mason | Coon | 12300053232 | Pope | X | | X |
| Jordan | Davis | 12300053216 | Pope | X | | X |
| Daniel | Ducos | 12300053215 | Pope | X | | X |
| Jeremy | Flippo | 12300053218 | Pope | X | | X |
| Guido | Gonzalez | 12300053239 | Pope | X | | X |
| William | Griffin | 12300053223 | Pope | X | | X |
| William | Holmes | 12300053217 | Pope | X | | X |

| Defendant First Name | Defendant Last Name[1] | Case Number | Arbitrator[2] | Accepted By Pop-Up or Purchase Before Nov. 1, 2024 | Accepted By Continued Use After Nov. 1, 2024 | Purchase or Steam Key Activation On or After Nov. 1, 2024[3] |
|---|---|---|---|---|---|---|
| Chandlin | Husain | 12300053240 | Pope | X | | X |
| Timothy | Johnson | 12300053242 | Pope | X | | |
| Matthew | Jones | 12300053227 | Pope | | X | X |
| Benjamin | Jordan | 12300053243 | Pope | X | | X |
| John | Knirr | 12300053228 | Pope | X | | |
| Austin | Mcmillan | 12300053235 | Pope | X | | X |
| Aaron | Pearson | 12300053231 | Pope | X | | X |
| Vincent | Rebokus | 12300053222 | Pope | X | | X |
| Stephen | Robertson | 12300053230 | Pope | | X | X |
| Gabriel | Santana | 12300053234 | Pope | X | | X |
| Ian | Smith | 12300053233 | Pope | X | | X |
| Aaron | Solomon | 12300053221 | Pope | X | | |
| Zachary | Taylor | 12300053220 | Pope | X | | X |
| Joshua | Whiteacre | 12300053244 | Pope | X | | X |
| Benjamin | Conrad | 12300053129 | Quintanilla | | X | X |
| Randall | Farley | 12300053134 | Quintanilla | X | | X |
| Neil Andrew | Francisco | 12300053127 | Quintanilla | X | | X |
| Austin | Henry | 12300053128 | Quintanilla | X | | X |
| Steven | Jennett | 12300053126 | Quintanilla | X | | X |
| Alicia | Marshall | 12300053133 | Quintanilla | | X | |
| Jacob | Phillips | 12300053135 | Quintanilla | X | | X |
| Abrahim | Ramadan | 12300053132 | Quintanilla | X | | X |
| Ethan | Scifers | 12300053125 | Quintanilla | X | | X |
| Thmoas | Wiseman | 12300053130 | Quintanilla | X | | X |
| Zaid | Abuwandi | 12300053286 | R. Brown | X | | X |
| Steven | Armant | 12300053279 | R. Brown | X | | X |
| Adam | Bernal | 12300053303 | R. Brown | | X | X |
| Shountasia | Bevins | 12300053283 | R. Brown | X | | X |
| Zachary | Burry | 12300053277 | R. Brown | X | | X |
| Denver | Dubhorn | 12300053295 | R. Brown | X | | X |
| Andrew M. | Evenson | 12300053282 | R. Brown | X | | X |
| David | Graham | 12300053284 | R. Brown | X | | X |
| Alexander | Grow | 12300053298 | R. Brown | X | | X |
| Shane | Kachman | 12300053301 | R. Brown | X | | X |
| Grant | Kegley | 12300053293 | R. Brown | | X | X |
| Paul | Kiernan | 12300053290 | R. Brown | X | | |
| Brandon | Kimpel | 12300053296 | R. Brown | X | | X |

8

| Defendant First Name | Defendant Last Name[1] | Case Number | Arbitrator[2] | Accepted By Pop-Up or Purchase Before Nov. 1, 2024 | Accepted By Continued Use After Nov. 1, 2024 | Purchase or Steam Key Activation On or After Nov. 1, 2024[3] |
|---|---|---|---|---|---|---|
| Jared | Moreno | 12300053302 | R. Brown | X | | X |
| Jacob | Pullen | 12300053292 | R. Brown | X | | X |
| David | Richey | 12300053299 | R. Brown | X | | X |
| Tyler | Salyer | 12300053280 | R. Brown | X | | X |
| Robert | Stillman | 12300053291 | R. Brown | X | | X |
| Nicholas | Stone | 12300053287 | R. Brown | X | | X |
| Devon | Trujillo | 12300053300 | R. Brown | | X | X |
| Jacob | Walker | 12300053289 | R. Brown | X | | X |
| Joshua | Webb | 12300053281 | R. Brown | | X | X |
| Daniel | West | 12300053294 | R. Brown | X | | X |
| Chris | Bassford | 12300053186 | Radford | X | | X |
| Jase | Busby | 12300053187 | Radford | X | | X |
| Christopher | Conrad | 12300053213 | Radford | | X | |
| Alexander | Coren | 12300053204 | Radford | X | | X |
| John | Davis | 12300053193 | Radford | X | | |
| William | Dudley | 12300053184 | Radford | X | | X |
| Matthew | Fowler | 12300053196 | Radford | X | | X |
| Nels | Geary | 12300053208 | Radford | X | | X |
| Renny | Herbert | 12300053205 | Radford | | X | X |
| Shaun | Howe | 12300053185 | Radford | X | | X |
| Alex | Hyer | 12300053203 | Radford | X | | X |
| Jennifer | Jacks | 12300053212 | Radford | X | | X |
| Chris | Jaus | 12300053202 | Radford | | X | X |
| Andrew | Kosko | 12300053209 | Radford | X | | X |
| Joshua | Kranz | 12300053199 | Radford | | X | X |
| Jonathan | Lopez | 12300053210 | Radford | X | | X |
| Alan | Lopez | 12300053188 | Radford | X | | X |
| Natasha | Mccarthy | 12300053190 | Radford | X | | X |
| Andrew | Mitchell | 12300053198 | Radford | X | | |
| Michael | Mrgich | 12300053207 | Radford | | X | X |
| Darian | Stark | 12300053194 | Radford | X | | X |
| Lloyd | Walker | 12300053192 | Radford | X | | X |
| Mark | Wendt | 12300053189 | Radford | X | | X |
| Thomas | Byrd | 12300053796 | Reid | X | | X |
| James | Pruitt | 12300053236 | Reid | X | | X |
| Brian | Baskovich | 12300053047 | Rubin | X | | X |
| Jack | Cleary | 12300053042 | Rubin | | X | X |
| Brennan | Coleman | 12300053049 | Rubin | X | | X |

| Defendant First Name | Defendant Last Name[1] | Case Number | Arbitrator[2] | Accepted By Pop-Up or Purchase Before Nov. 1, 2024 | Accepted By Continued Use After Nov. 1, 2024 | Purchase or Steam Key Activation On or After Nov. 1, 2024[3] |
|---|---|---|---|---|---|---|
| Max | Kurtz | 12300053041 | Rubin | | X | X |
| Scott | Lewis | 12300053048 | Rubin | X | | |
| Graysen | Mcgilligan | 12300053045 | Rubin | X | | X |
| Gavin | Moye | 12300053046 | Rubin | X | | X |
| Nathan | Pippin | 12300053050 | Rubin | X | | X |
| Cristian | Raynes | 12300053043 | Rubin | X | | X |
| Joshua | Rodriguez | 12300053044 | Rubin | X | | X |
| Aaron | Vaughn | 12300053040 | Rubin | X | | X |
| Daniel | Wirth | 12300053052 | Rubin | X | | X |
| Jacob | Barnhill | 12300053449 | Rundle | X | | X |
| Michael | Calloni | 12300053439 | Rundle | X | | X |
| Peter | Cila | 12300053438 | Rundle | X | | X |
| Marcus | Crowley | 12300053255 | Rundle | | X | |
| Michael | Dufour | 12300053253 | Rundle | X | | |
| Paolo | Galupo | 12300053435 | Rundle | X | | X |
| Jonathan | Hillman | 12300053258 | Rundle | X | | X |
| William | Jackson | 12300053429 | Rundle | X | | X |
| Ray | Miller | 12300053440 | Rundle | X | | X |
| Eric | Partlow | 12300053445 | Rundle | X | | |
| Morgan | Rushing | 12300053444 | Rundle | | X | X |
| Kai | Trobaugh | 12300053428 | Rundle | | X | |
| Jack | Uteg | 12300053431 | Rundle | | X | X |
| Brad | Wilson | 12300053434 | Rundle | X | | X |
| Cade | Azarcon | 12300052876 | Schmitz | X | | X |
| Rob | Baldwin | 12300053514 | Schmitz | | X | X |
| Aaron | Briggs | 12300052874 | Schmitz | | X | X |
| Johnathon | Eimer | 12300052852 | Schmitz | | X | X |
| Natalie | Fields | 12300057456 | Schmitz | | X | X |
| Cameron | Lester | 12300052988 | Schmitz | X | | X |
| Ian | Trefren | 12300052864 | Schmitz | X | | X |
| Cary | Miller | 12300053005 | Silak | | X | |
| Leo | Blondel | 12300053602 | T. Brown | | X | X |
| Johnathon | Bush | 12300053599 | T. Brown | X | | X |
| Scott | Eskridge | 12300053598 | T. Brown | X | | X |
| Michael | Gualtieri | 12300053595 | T. Brown | X | | X |
| Evan | Piepho | 12300053600 | T. Brown | X | | X |
| Steven | Stucker | 12300053594 | T. Brown | | X | X |
| William | Marcellus | 12300053350 | Thompson | X | | X |

10

| Defendant First Name | Defendant Last Name[1] | Case Number | Arbitrator[2] | Accepted By Pop-Up or Purchase Before Nov. 1, 2024 | Accepted By Continued Use After Nov. 1, 2024 | Purchase or Steam Key Activation On or After Nov. 1, 2024[3] |
|---|---|---|---|---|---|---|
| Isaac | Sellers | 12300053482 | Thompson | | X | |
| **Defendants For Whom Request For Injunctive Relief Is Moot** | | | | | | |
| James | Davis | 12300053499 | Dasteel | X | | X |
| Vincent | Keegan | 12300053504 | Dasteel | X | | X |
| Kevin | Montes | 12300053487 | Dasteel | | X | X |
| Nicholas | Tynes | 12300053502 | Dasteel | X | | X |
| Greg | Fish | 12300053288 | Goins | X | | X |
| Jeremy | Lucas | 12300053823 | Goins | X | | X |
| Abed | Balbaky | 12300053314 | McSorley | X | | X |
| Mateus | Cunha | 12300053542 | McSorley | X | | X |
| Ajay | Dalal | 12300053696 | McSorley | X | | X |
| Joshua | Depalma | 12300053802 | McSorley | | X | X |
| Corbin | Echevarria | 12300053238 | McSorley | X | | X |
| Brett | Flinn | 12300053173 | McSorley | X | | X |
| Cole | Hagan | 12300053175 | McSorley | X | | X |
| Aleck | Hernandez | 12300053225 | McSorley | X | | X |
| Armando | Martinez | 12300053106 | McSorley | X | | X |
| Paul | Mayer | 12300053433 | McSorley | X | | X |
| Mark | Mendel | 12300053517 | McSorley | X | | X |
| Alexander | Mishkevich | 12300053344 | McSorley | X | | X |
| Conor | Moschella | 12300053762 | McSorley | X | | X |
| Robert | Richelson | 12300052936 | McSorley | X | | X |
| Gabriel | Rodrigues | 12300053105 | McSorley | X | | X |
| Matthew | Ventures | 12300053681 | McSorley | | X | X |
| Bernard | Vignali | 12300052957 | McSorley | X | | X |
| Robert | Woolf | 12300053590 | McSorley | X | | X |
| Jake | Wuebker | 12300053219 | McSorley | X | | X |

11