THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

VALVE CORPORATION,

                          Plaintiff,

        v.

THOMAS ABBRUZZESE et al.,

                          Defendants.

No. 2:24-cv-1717-JNW

**VALVE CORPORATION'S REPLY IN SUPPORT OF MOTION TO SEAL ARBITRATION AWARDS**

**NOTE ON MOTION CALENDAR:
May 26, 2026**

VALVE CORPORATION'S REPLY IN SUPPORT OF
MOTION TO SEAL ARBITRATION AWARDS
CASE NO. 2:24-cv-1717-JNW – 1

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

Plaintiff Valve Corporation ("Valve") submits this reply in support of Valve's Motion to Seal Arbitration Awards (the "Motion") (Dkt. No. 149). The Motion provides the basis for sealing the McSorley Awards (Dkts. 115, 116, and 142) and the Dasteel Awards (Dkts. 143 and 145). Specifically, Valve proposes only minimal redactions to each set of Awards, consistent with this Court's prior orders on motions to seal. *See generally* Declaration of Christopher Schenck in Support of Valve's Motion to Seal Arbitration Awards (Dkt. No. 150) and Declaration of Blake Marks-Dias in Support of Valve's Motion to Seal Arbitration Awards (Dkt. No. 151). Defendants declined to respond to the Motion and do not oppose Valve's current proposed redactions for either the McSorley Awards or the Dasteel Awards. *See* Marks-Dias Decl. ¶ 7(a)–(b). Valve respectfully requests that the Court grant the relief requested in the Motion.

DATED this 26th day of May, 2026.

CORR CRONIN LLP

*s/ Blake Marks-Dias*
Blake Marks-Dias, WSBA No. 28169
1015 Second Avenue, Floor 10
Seattle, WA 98104
Tel: (206) 625-8600
Fax: (206) 625-0900
bmarksdias@corrcronin.com

Michael W. McTigue Jr., *Admitted Pro Hac Vice*
Meredith C. Slawe, *Admitted Pro Hac Vice*
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
michael.mctigue@skadden.com
meredith.slawe@skadden.com

*Attorneys for Plaintiff Valve Corporation*

VALVE CORPORATION'S REPLY IN SUPPORT OF MOTION TO SEAL ARBITRATION AWARDS
CASE NO. 2:24-cv-1717-JNW – 2

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900