HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

VALVE CORPORATION,

Plaintiff,

v.

THOMAS ABBRUZZESE et al.,

Defendants.

No. 2:24-CV-1717-JNW

**PLAINTIFF VALVE CORPORATION'S NOTICE OF VOLUNTARY DISMISSAL UNDER RULE 41(a)(1)(A)(i) AS TO 38 DEFENDANTS**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Valve Corporation ("Valve") hereby dismisses this action as to the following 38 Defendants (the "Concluded Defendants") because their arbitrations are now complete and closed:

1. Michael Dufour

2. Marcus Crowley

3. Jonathan Hillman

4. Kai Trobaugh

5. William Jackson

6. Jack Uteg

PLAINTIFF VALVE CORPORATION'S
NOTICE OF VOLUNTARY DISMISSAL UNDER
RULE 41(a)(1)(A)(i) AS TO 38 DEFENDANTS
NO. 2:24-CV-1717-JNW

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

7. Brad Wilson

8. Paolo Galupo

9. Peter Cila

10. Michael Calloni

11. Ray Miller

12. Morgan Rushing

13. Eric Partlow

14. Jacob Barnhill

15. Alex Patrao

16. Jonathan Carlton

17. Max Moakley

18. Brandon Garwell

19. Brian Yeh

20. Ricky Horne

21. Michael Eastman

22. Evan Grant

23. Isaiah Taylor

24. Ian Govea

25. Ryan Ardito

26. AJ Lane

27. Eric Patton

PLAINTIFF VALVE CORPORATION'S
NOTICE OF VOLUNTARY DISMISSAL UNDER
RULE 41(a)(1)(A)(i) AS TO 38 DEFENDANTS          2
NO. 2:24-CV-1717-JNW

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

28. Cody Warren

29. Owen Butterworth

30. Zachary Smith

31. Riley Baxter

32. Malakye Moody

33. Mitchell Papendorf

34. Anthony Rubino

35. Nicholas Keith

36. Liam Gaume-wakefield

37. Michael Brewer

38. Dane Jordan

The Concluded Defendants' arbitrations ended with final merits awards in Valve's favor. (*See, e.g.*, Ex. 1 (exemplar Rundle Final Award); Ex. 2 (exemplar Badal Final Award).)[1] Because the arbitrations of the Concluded Defendants have concluded and are now closed, Valve's complaint has become moot with respect to them. Therefore, Valve hereby voluntarily dismisses this action as to the Concluded Defendants. No Concluded Defendant has filed an answer or a motion for summary judgment.

*    *    *

For the Court's convenience, attached hereto as (i) **Appendix A** is a list of the 333

---

[1] The final merits awards in the 14 arbitrations before Arbitrator Rundle, dated June 13 and June 16, 2026, are all materially identical. The final merits awards in the 24 arbitrations before Arbitrator Badal, dated June 12, 2026, are all materially identical. Valve also prevailed in 139 other merits arbitrations involving former defendants in this action. (*See* Dkt. 81 ¶¶ 45-49; Dkt. 98 at 2-3; Dkt. 118 at 1-3; Dkt. 131 at 1-2; Dkt. 139 at 2-3; Dkt. 160 at 4-5.)

PLAINTIFF VALVE CORPORATION'S
NOTICE OF VOLUNTARY DISMISSAL UNDER
RULE 41(a)(1)(A)(i) AS TO 38 DEFENDANTS
NO. 2:24-CV-1717-JNW

3

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

current Defendants for whom Valve seeks injunctive relief (*see* Dkt. 78); (ii) **Appendix B** is a list of the 25 Defendants who remain as Defendants in the case but for whom Valve does not seek injunctive relief[2]; and (iii) **Appendix C** is a list of the 215 Defendants who have been voluntarily dismissed after the filing of Valve's Complaint (Dkt. 78), including the 38 Defendants dismissed through this Notice.

DATED this 17th day of June 2026.

CORR CRONIN LLP

*s/ Blake Marks-Dias*
Blake Marks-Dias, WSBA No. 28169
1015 Second Avenue, Floor 10
Seattle, Washington 98104
(206) 625-8600 Phone
(206) 625-0900 Fax
bmarksdias@corrcronin.com

Michael W. McTigue Jr., *Admitted Pro Hac Vice*
Meredith C. Slawe, *Admitted Pro Hac Vice*
SKADDEN, ARPS, SLATE,
    MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
michael.mctigue@skadden.com
meredith.slawe@skadden.com

*Attorneys for Plaintiff Valve Corporation*

---

[2] Following the issuance of final awards in their arbitrations, the 25 Defendants listed in Appendix B filed Motions to Confirm Arbitration Awards in this action. (Dkts. 88, 91, 142, 143.) The Motions to Confirm filed by two of the 25 Defendants, Greg Fish and Jeremy Lucas, were fully briefed as of October 7, 2025. (*See* Dkts. 88, 91, 99, 102, 108, 111.) As to the Motions to Confirm filed by the other 23 Defendants (*see* Dkts. 142, 143), Valve has filed an opposition and cross-motion to vacate each award pursuant to the parties' stipulated briefing schedules. (*See* Dkts. 153, 156, 167, 170.) Because the arbitrations of these Defendants have concluded and are closed, Valve does not seek injunctive relief as to them.

PLAINTIFF VALVE CORPORATION'S
NOTICE OF VOLUNTARY DISMISSAL UNDER
RULE 41(a)(1)(A)(i) AS TO 38 DEFENDANTS                4
NO. 2:24-CV-1717-JNW

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

**APPENDIX A**
**Current Defendants For Whom Valve Seeks Injunctive Relief**

| No.[1] | Defendant First Name | Defendant Last Name[2] | AAA Case Number | Arbitrator[3] |
|---|---|---|---|---|
| 1 | Jacob | Archer | 01-23-0005-3080 | Brooks |
| 2 | Eric | Buck | 01-23-0005-3195 | Brooks |
| 3 | Paul | Burnett | 01-23-0005-3051 | Brooks |
| 4 | Harrison | Carlow | 01-23-0005-2857 | Brooks |
| 5 | Spencer | Duzant | 01-23-0005-3604 | Brooks |
| 6 | Robert | Fischer | 01-23-0005-3152 | Brooks |
| 7 | Matthew | Habursky | 01-23-0005-3000 | Brooks |
| 8 | Daniel | Harley | 01-23-0005-3112 | Brooks |
| 9 | Logan | Herald | 01-23-0005-3211 | Brooks |
| 10 | Philipjohn | Holland | 01-23-0005-7450 | Brooks |
| 11 | Matthew | Husar | 01-23-0005-3200 | Brooks |
| 12 | Nick | Lauder | 01-23-0005-3351 | Brooks |
| 13 | Sam | Lomax | 01-23-0005-3448 | Brooks |
| 14 | Panayiotis | Maniscalco | 01-23-0005-2879 | Brooks |
| 15 | Ross | Martikke | 01-23-0005-3423 | Brooks |
| 16 | Luke | Ninemire | 01-23-0005-3816 | Brooks |
| 17 | Joseph | Risi | 01-23-0005-3838 | Brooks |
| 18 | Joshua | Sayles | 01-23-0005-2851 | Brooks |
| 19 | Jake | Sigal | 01-23-0005-3654 | Brooks |
| 20 | Holden | Stender | 01-23-0005-3807 | Brooks |
| 21 | Tyler | Strenge | 01-23-0005-2865 | Brooks |
| 22 | Jonah | Warner | 01-23-0005-3348 | Brooks |
| 23 | Jonah | Anders | 01-23-0005-3368 | Collins |
| 24 | Daniel | Armstrong | 01-23-0005-3486 | Collins |
| 25 | Michael | Blanco | 01-23-0005-3525 | Collins |
| 26 | Jason | Courter | 01-23-0005-3312 | Collins |
| 27 | Drevayne | Dawkins | 01-23-0005-7461 | Collins |
| 28 | John | Forrest | 01-23-0005-2880 | Collins |
| 29 | Donald | Goldsmith | 01-23-0005-7449 | Collins |
| 30 | Eli | Groff | 01-23-0005-2990 | Collins |
| 31 | Christian | Horazeck | 01-23-0005-3527 | Collins |
| 32 | Odis | Kendrick | 01-23-0005-2856 | Collins |
| 33 | Mark | Legg | 01-23-0005-3004 | Collins |
| 34 | Kyle | Lynch | 01-23-0005-7462 | Collins |
| 35 | Clayton | Lynn | 01-23-0005-3808 | Collins |
| 36 | Yuri | Motruk | 01-23-0005-3738 | Collins |
| 37 | Collin | Peacock | 01-23-0005-7453 | Collins |

[1] Defendants appear in order based on (i) the American Arbitration Association ("AAA") arbitrator to whom their arbitration is or was previously assigned and (ii) their last name.

[2] Names based on information provided by Bucher Law PLLC.

[3] Arbitrator Katz was disqualified, Arbitrator Rubin died, and Arbitrator Morrill resigned.

**APPENDIX A**
**Current Defendants For Whom Valve Seeks Injunctive Relief**

| No.[1] | Defendant First Name | Defendant Last Name[2] | AAA Case Number | Arbitrator[3] |
|---|---|---|---|---|
| 38 | Deven | Peterson | 01-23-0005-3275 | Collins |
| 39 | John | Quarnstrom | 01-23-0005-3316 | Collins |
| 40 | Tracy | Richardson | 01-23-0005-3361 | Collins |
| 41 | Julius | Roberts | 01-23-0005-3247 | Collins |
| 42 | Chris | Robinson | 01-23-0005-3649 | Collins |
| 43 | Robert | Rule | 01-23-0005-2881 | Collins |
| 44 | Robert | Schindler | 01-23-0005-3084 | Collins |
| 45 | Daniel | Smith | 01-23-0005-2869 | Collins |
| 46 | J. Derek | Wright | 01-23-0005-7442 | Collins |
| 47 | Thomas | Abbruzzese | 01-23-0005-3479 | Dasteel |
| 48 | Jose | Aranda | 01-23-0005-3494 | Dasteel |
| 49 | Gavin | Baker | 01-23-0005-2868 | Dasteel |
| 50 | Kiley | Borba | 01-23-0005-2889 | Dasteel |
| 51 | Alexander | Brumley | 01-23-0005-3501 | Dasteel |
| 52 | Andrew | Butler | 01-23-0005-2900 | Dasteel |
| 53 | Maurice | Castro | 01-23-0005-2890 | Dasteel |
| 54 | Riley | Chapman | 01-23-0005-2898 | Dasteel |
| 55 | Manfred | Dentice | 01-23-0005-2901 | Dasteel |
| 56 | Anthony | Galatolo | 01-23-0005-3491 | Dasteel |
| 57 | Gordon | Huckaby | 01-23-0005-2861 | Dasteel |
| 58 | Jeremy | Kirkwood | 01-23-0005-3480 | Dasteel |
| 59 | Robert | Lewis | 01-23-0005-3488 | Dasteel |
| 60 | Bridgette | Mcbride | 01-23-0005-2892 | Dasteel |
| 61 | James | McDonald | 01-23-0005-2888 | Dasteel |
| 62 | Jared | Myers | 01-23-0005-3500 | Dasteel |
| 63 | Caleb | Orella | 01-23-0005-3492 | Dasteel |
| 64 | Timothy | Pablo Penaranda | 01-23-0005-3503 | Dasteel |
| 65 | Mitchell | Pakosz | 01-23-0005-2853 | Dasteel |
| 66 | Zachary | Parsley | 01-23-0005-3485 | Dasteel |
| 67 | Michael | Patterson | 01-23-0005-2860 | Dasteel |
| 68 | Brady | Paul | 01-23-0005-3478 | Dasteel |
| 69 | Hugh | Phillips | 01-23-0005-3496 | Dasteel |
| 70 | Carson | Plaisance | 01-23-0005-3489 | Dasteel |
| 71 | Jeff | Ramirez Ochoa | 01-23-0005-3483 | Dasteel |
| 72 | Joe | Rios | 01-23-0005-2850 | Dasteel |
| 73 | Samuel | Roberts | 01-23-0005-2893 | Dasteel |
| 74 | Alexander | Schlosser | 01-23-0005-3505 | Dasteel |
| 75 | Greg | Smith | 01-23-0005-2882 | Dasteel |
| 76 | Mark | Williams Jr. | 01-23-0005-2870 | Dasteel |
| 77 | Jacob | Zide | 01-23-0005-2854 | Dasteel |
| 78 | Zachary | Aletheia | 01-23-0005-3259 | Gruber |
| 79 | Angel | Ayala | 01-23-0005-3273 | Gruber |
| 80 | Kevin | Burnett | 01-23-0005-3268 | Gruber |
| 81 | Eric | Chastain | 01-23-0005-3058 | Gruber |

2

**APPENDIX A**
**Current Defendants For Whom Valve Seeks Injunctive Relief**

| No.[1] | Defendant First Name | Defendant Last Name[2] | AAA Case Number | Arbitrator[3] |
|---|---|---|---|---|
| 82 | Rocco | Cipolla | 01-23-0005-3066 | Gruber |
| 83 | Julio | Cruz | 01-23-0005-3266 | Gruber |
| 84 | Kevin | Dahlke | 01-23-0005-3264 | Gruber |
| 85 | Jon | Francisco | 01-23-0005-3265 | Gruber |
| 86 | Robert | Gibson | 01-23-0005-3271 | Gruber |
| 87 | Tyler | Gilbert | 01-23-0005-3270 | Gruber |
| 88 | Supyo | Hong | 01-23-0005-3054 | Gruber |
| 89 | Jayson | Huber | 01-23-0005-3060 | Gruber |
| 90 | Maxwell | Johnson | 01-23-0005-3061 | Gruber |
| 91 | Nicholas | Kirse | 01-23-0005-3065 | Gruber |
| 92 | Jordan | Mack | 01-23-0005-3269 | Gruber |
| 93 | Jason | Mccall | 01-23-0005-3274 | Gruber |
| 94 | Ricky | Mullins | 01-23-0005-3056 | Gruber |
| 95 | Jacob | Naquin | 01-23-0005-3262 | Gruber |
| 96 | Jonathan | Ortiz | 01-23-0005-3272 | Gruber |
| 97 | Skylar | Pond | 01-23-0005-3261 | Gruber |
| 98 | David | Reed | 01-23-0005-3062 | Gruber |
| 99 | Allen | Roman | 01-23-0005-3260 | Gruber |
| 100 | Trevor | Rupel | 01-23-0005-3053 | Gruber |
| 101 | Ryan | Sheline | 01-23-0005-3059 | Gruber |
| 102 | Patrick | Squire | 01-23-0005-3064 | Gruber |
| 103 | Patrick | Titterness | 01-23-0005-3267 | Gruber |
| 104 | Kenneth | Walker | 01-23-0005-3055 | Gruber |
| 105 | Joshua | Wyant | 01-23-0005-3063 | Gruber |
| 106 | Tai | Bishop | 01-23-0005-3074 | Jossen |
| 107 | Elizabeth | Dingman | 01-23-0005-3071 | Jossen |
| 108 | Don | doc Gruger | 01-23-0005-3068 | Jossen |
| 109 | Joseph | Gentry | 01-23-0005-3076 | Jossen |
| 110 | Jason | Gibbs | 01-23-0005-3089 | Jossen |
| 111 | Jackson | Heath | 01-23-0005-3081 | Jossen |
| 112 | Adam | Henchen | 01-23-0005-3093 | Jossen |
| 113 | Nicholas | Howell | 01-23-0005-3090 | Jossen |
| 114 | Ryan | Jurado | 01-23-0005-3072 | Jossen |
| 115 | Amy | Lutes | 01-23-0005-3077 | Jossen |
| 116 | Javier | Nieto | 01-23-0005-3082 | Jossen |
| 117 | Richard | Noble | 01-23-0005-3083 | Jossen |
| 118 | Wesley | Parmer | 01-23-0005-3091 | Jossen |
| 119 | Mike | Pena | 01-23-0005-3078 | Jossen |
| 120 | Andrew | Rosson | 01-23-0005-3069 | Jossen |
| 121 | Leonard | Sanders | 01-23-0005-3088 | Jossen |
| 122 | Austin | Schau | 01-23-0005-3086 | Jossen |
| 123 | Joseph | Shelley | 01-23-0005-3087 | Jossen |
| 124 | Kevin | Taylor | 01-23-0005-3070 | Jossen |
| 125 | Leif | Tollefson | 01-23-0005-3073 | Jossen |

3

**APPENDIX A**
**Current Defendants For Whom Valve Seeks Injunctive Relief**

| No.[1] | Defendant First Name | Defendant Last Name[2] | AAA Case Number | Arbitrator[3] |
|---|---|---|---|---|
| 126 | Tyler | Wright | 01-23-0005-3067 | Jossen |
| 127 | Johnathan | Yi | 01-23-0005-3079 | Jossen |
| 128 | John | Zwick | 01-23-0005-3085 | Jossen |
| 129 | Yousif | Alsaqlawi | 01-23-0005-3450 | Katz |
| 130 | Rich | Cambern | 01-23-0005-3462 | Katz |
| 131 | Steven | Carmiencke | 01-23-0005-3459 | Katz |
| 132 | Adam | Carroll | 01-23-0005-3461 | Katz |
| 133 | Nick | Carter | 01-23-0005-3472 | Katz |
| 134 | Jason | Clark | 01-23-0005-3469 | Katz |
| 135 | Daniel | Duncan | 01-23-0005-3456 | Katz |
| 136 | Haley | Eskridge | 01-23-0005-3454 | Katz |
| 137 | Jake | Flaherty | 01-23-0005-3476 | Katz |
| 138 | Mike | Hespel | 01-23-0005-3474 | Katz |
| 139 | Braxten | Hieb | 01-23-0005-3463 | Katz |
| 140 | Timothy | Kaiserlik | 01-23-0005-3458 | Katz |
| 141 | Alexander | Lopez | 01-23-0005-3460 | Katz |
| 142 | Travis | Micheletti | 01-23-0005-3467 | Katz |
| 143 | Maxwell | Mucha | 01-23-0005-3471 | Katz |
| 144 | Jared | Perry | 01-23-0005-3477 | Katz |
| 145 | Blake | Petersen | 01-23-0005-3455 | Katz |
| 146 | Kevin | Ramos | 01-23-0005-3465 | Katz |
| 147 | Ethan | Rodabaugh | 01-23-0005-3470 | Katz |
| 148 | Christopher | Stephan | 01-23-0005-3453 | Katz |
| 149 | Dillon | Stettler | 01-23-0005-3457 | Katz |
| 150 | Amber | Toney | 01-23-0005-3473 | Katz |
| 151 | Christopher | Veiga | 01-23-0005-3475 | Katz |
| 152 | Jonah | White | 01-23-0005-3452 | Katz |
| 153 | Anthony | Gazzo | 01-23-0005-3009 | Larkin |
| 154 | Nicholas | Mastriaco | 01-23-0005-3532 | Larkin |
| 155 | Marc | Ura | 01-23-0005-3407 | Larkin |
| 156 | Timothy | Broughton | 01-23-0005-3331 | Levy |
| 157 | Nicolaas | Bush | 01-23-0005-3319 | Levy |
| 158 | Duwayne | Counts | 01-23-0005-3325 | Levy |
| 159 | Josiah | Eredia | 01-23-0005-3323 | Levy |
| 160 | Keelan | Esquivel | 01-23-0005-3332 | Levy |
| 161 | Nico | Estebanez | 01-23-0005-3311 | Levy |
| 162 | Michael | Ewing | 01-23-0005-3308 | Levy |
| 163 | Alexander | Fowler | 01-23-0005-3320 | Levy |
| 164 | Adrian | Fritzley | 01-23-0005-3309 | Levy |
| 165 | David | Hedrick | 01-23-0005-3324 | Levy |
| 166 | Martin | Hernandez | 01-23-0005-3321 | Levy |
| 167 | Jon | Hoke | 01-23-0005-3328 | Levy |
| 168 | Shawn | Peck | 01-23-0005-3306 | Levy |
| 169 | Jonathan | Perry | 01-23-0005-3310 | Levy |

4

**APPENDIX A**
**Current Defendants For Whom Valve Seeks Injunctive Relief**

| No.[1] | Defendant First Name | Defendant Last Name[2] | AAA Case Number | Arbitrator[3] |
|---|---|---|---|---|
| 170 | Niko | Pitinii | 01-23-0005-3313 | Levy |
| 171 | Isaac | Ramos | 01-23-0005-3307 | Levy |
| 172 | Joseph | Ray | 01-23-0005-3304 | Levy |
| 173 | John | Reeves | 01-23-0005-3326 | Levy |
| 174 | Victor | Romo | 01-23-0005-3327 | Levy |
| 175 | Mitchell | Strang | 01-23-0005-3315 | Levy |
| 176 | James | Walters | 01-23-0005-3305 | Levy |
| 177 | Xenia | Yee | 01-23-0005-3329 | Levy |
| 178 | Jacob | Arthur | 01-23-0005-3560 | Mainland |
| 179 | Aaron | Castaneda | 01-23-0005-3539 | Mainland |
| 180 | Clyde | Chaffee | 01-23-0005-3548 | Mainland |
| 181 | Ian | Cheney | 01-23-0005-3544 | Mainland |
| 182 | James | Clarke | 01-23-0005-3537 | Mainland |
| 183 | Chase | Couzens | 01-23-0005-3546 | Mainland |
| 184 | Curtis | Drommerhausen | 01-23-0005-3556 | Mainland |
| 185 | Zack | Finfrock | 01-23-0005-3562 | Mainland |
| 186 | Julian | Gariba | 01-23-0005-3551 | Mainland |
| 187 | Alejandro | Garrido | 01-23-0005-3538 | Mainland |
| 188 | Chris | Huss | 01-23-0005-3559 | Mainland |
| 189 | Justin | Leffert | 01-23-0005-3547 | Mainland |
| 190 | Travis | Maynard | 01-23-0005-3550 | Mainland |
| 191 | James | Mcinerny | 01-23-0005-3536 | Mainland |
| 192 | Charles | Niles | 01-23-0005-3555 | Mainland |
| 193 | Michael | Pacholczak | 01-23-0005-3557 | Mainland |
| 194 | Jesse | Perlaza | 01-23-0005-3561 | Mainland |
| 195 | James | Reynolds | 01-23-0005-3540 | Mainland |
| 196 | Salvatore | Sardisco | 01-23-0005-3543 | Mainland |
| 197 | Michael | Shingleton | 01-23-0005-3554 | Mainland |
| 198 | Adam | Zuniga | 01-23-0005-3552 | Mainland |
| 199 | Meagan | Argo | 01-23-0005-2915 | McNamara |
| 200 | Seth | Weber | 01-23-0005-3581 | McNamara |
| 201 | Jeffrey | Cassick | 01-23-0005-2934 | Morrill |
| 202 | Nicholas | Foster | 01-23-0005-2940 | Morrill |
| 203 | Charles | Gill | 01-23-0005-2933 | Morrill |
| 204 | Bashari | Guidry | 01-23-0005-2935 | Morrill |
| 205 | Bradyn | Hamel | 01-23-0005-2942 | Morrill |
| 206 | Itiel | Jimenez | 01-23-0005-2954 | Morrill |
| 207 | Jared | Johnson | 01-23-0005-2946 | Morrill |
| 208 | Thomas | Mcsweeney | 01-23-0005-2938 | Morrill |
| 209 | Alice | Millage | 01-23-0005-2944 | Morrill |
| 210 | Alexander | Pachnicki | 01-23-0005-2953 | Morrill |
| 211 | Joshua | Page | 01-23-0005-2941 | Morrill |
| 212 | Jeff | Pellegrin | 01-23-0005-2929 | Morrill |
| 213 | Dustin | Phelps | 01-23-0005-2930 | Morrill |

**APPENDIX A**
**Current Defendants For Whom Valve Seeks Injunctive Relief**

| No.[1] | Defendant First Name | Defendant Last Name[2] | AAA Case Number | Arbitrator[3] |
|---|---|---|---|---|
| 214 | Mateo | Platero | 01-23-0005-2937 | Morrill |
| 215 | Steven | Prescott | 01-23-0005-2943 | Morrill |
| 216 | Thomas | Rolando | 01-23-0005-2939 | Morrill |
| 217 | John | Schweizer Ii | 01-23-0005-2945 | Morrill |
| 218 | Ian | Stubbs | 01-23-0005-2932 | Morrill |
| 219 | Nicky | Sun | 01-23-0005-2950 | Morrill |
| 220 | Matthew | Sweeney | 01-23-0005-2948 | Morrill |
| 221 | Maisie | Turner | 01-23-0005-2949 | Morrill |
| 222 | Joseph | Wasielewski-walsh | 01-23-0005-2931 | Morrill |
| 223 | Zachary | Yahola | 01-23-0005-2952 | Morrill |
| 224 | Christopher | Bittle | 01-23-0005-3241 | Pope |
| 225 | Griffin | Byer | 01-23-0005-3237 | Pope |
| 226 | Myles | Coffman | 01-23-0005-3214 | Pope |
| 227 | Mason | Coon | 01-23-0005-3232 | Pope |
| 228 | Jordan | Davis | 01-23-0005-3216 | Pope |
| 229 | Daniel | Ducos | 01-23-0005-3215 | Pope |
| 230 | Jeremy | Flippo | 01-23-0005-3218 | Pope |
| 231 | Guido | Gonzalez | 01-23-0005-3239 | Pope |
| 232 | William | Griffin | 01-23-0005-3223 | Pope |
| 233 | William | Holmes | 01-23-0005-3217 | Pope |
| 234 | Chandlin | Husain | 01-23-0005-3240 | Pope |
| 235 | Timothy | Johnson | 01-23-0005-3242 | Pope |
| 236 | Matthew | Jones | 01-23-0005-3227 | Pope |
| 237 | Benjamin | Jordan | 01-23-0005-3243 | Pope |
| 238 | John | Knirr | 01-23-0005-3228 | Pope |
| 239 | Austin | Mcmillan | 01-23-0005-3235 | Pope |
| 240 | Aaron | Pearson | 01-23-0005-3231 | Pope |
| 241 | Vincent | Rebokus | 01-23-0005-3222 | Pope |
| 242 | Stephen | Robertson | 01-23-0005-3230 | Pope |
| 243 | Gabriel | Santana | 01-23-0005-3234 | Pope |
| 244 | Ian | Smith | 01-23-0005-3233 | Pope |
| 245 | Aaron | Solomon | 01-23-0005-3221 | Pope |
| 246 | Zachary | Taylor | 01-23-0005-3220 | Pope |
| 247 | Joshua | Whiteacre | 01-23-0005-3244 | Pope |
| 248 | Benjamin | Conrad | 01-23-0005-3129 | Quintanilla |
| 249 | Randall | Farley | 01-23-0005-3134 | Quintanilla |
| 250 | Neil | Francisco | 01-23-0005-3127 | Quintanilla |
| 251 | Austin | Henry | 01-23-0005-3128 | Quintanilla |
| 252 | Steven | Jennett | 01-23-0005-3126 | Quintanilla |
| 253 | Alicia | Marshall | 01-23-0005-3133 | Quintanilla |
| 254 | Jacob | Phillips | 01-23-0005-3135 | Quintanilla |
| 255 | Abrahim | Ramadan | 01-23-0005-3132 | Quintanilla |
| 256 | Ethan | Scifers | 01-23-0005-3125 | Quintanilla |
| 257 | Thomas | Wiseman | 01-23-0005-3130 | Quintanilla |

**APPENDIX A**
**Current Defendants For Whom Valve Seeks Injunctive Relief**

| No.[1] | Defendant First Name | Defendant Last Name[2] | AAA Case Number | Arbitrator[3] |
|---|---|---|---|---|
| 258 | Zaid | Abuwandi | 01-23-0005-3286 | R. Brown |
| 259 | Steven | Armant | 01-23-0005-3279 | R. Brown |
| 260 | Adam | Bernal | 01-23-0005-3303 | R. Brown |
| 261 | Shountasia | Bevins | 01-23-0005-3283 | R. Brown |
| 262 | Zachary | Burry | 01-23-0005-3277 | R. Brown |
| 263 | Denver | Dubhorn | 01-23-0005-3295 | R. Brown |
| 264 | Andrew | Evenson | 01-23-0005-3282 | R. Brown |
| 265 | David | Graham | 01-23-0005-3284 | R. Brown |
| 266 | Alexander | Grow | 01-23-0005-3298 | R. Brown |
| 267 | Shane | Kachman | 01-23-0005-3301 | R. Brown |
| 268 | Grant | Kegley | 01-23-0005-3293 | R. Brown |
| 269 | Paul | Kiernan | 01-23-0005-3290 | R. Brown |
| 270 | Brandon | Kimpel | 01-23-0005-3296 | R. Brown |
| 271 | Jared | Moreno | 01-23-0005-3302 | R. Brown |
| 272 | Jacob | Pullen | 01-23-0005-3292 | R. Brown |
| 273 | David | Richey | 01-23-0005-3299 | R. Brown |
| 274 | Tyler | Salyer | 01-23-0005-3280 | R. Brown |
| 275 | Robert | Stillman | 01-23-0005-3291 | R. Brown |
| 276 | Nicholas | Stone | 01-23-0005-3287 | R. Brown |
| 277 | Devon | Trujillo | 01-23-0005-3300 | R. Brown |
| 278 | Jacob | Walker | 01-23-0005-3289 | R. Brown |
| 279 | Joshua | Webb | 01-23-0005-3281 | R. Brown |
| 280 | Daniel | West | 01-23-0005-3294 | R. Brown |
| 281 | Chris | Bassford | 01-23-0005-3186 | Radford |
| 282 | Jase | Busby | 01-23-0005-3187 | Radford |
| 283 | Christopher | Conrad | 01-23-0005-3213 | Radford |
| 284 | Alexander | Coren | 01-23-0005-3204 | Radford |
| 285 | John | Davis | 01-23-0005-3193 | Radford |
| 286 | William | Dudley | 01-23-0005-3184 | Radford |
| 287 | Matthew | Fowler | 01-23-0005-3196 | Radford |
| 288 | Nels | Geary | 01-23-0005-3208 | Radford |
| 289 | Renny | Herbert | 01-23-0005-3205 | Radford |
| 290 | Shaun | Howe | 01-23-0005-3185 | Radford |
| 291 | Alexander | Hyer | 01-23-0005-3203 | Radford |
| 292 | Jennifer | Jacks | 01-23-0005-3212 | Radford |
| 293 | Chris | Jaus | 01-23-0005-3202 | Radford |
| 294 | Andrew | Kosko | 01-23-0005-3209 | Radford |
| 295 | Joshua | Kranz | 01-23-0005-3199 | Radford |
| 296 | Alan | Lopez | 01-23-0005-3188 | Radford |
| 297 | Jonathan | Lopez | 01-23-0005-3210 | Radford |
| 298 | Natasha | Mccarthy | 01-23-0005-3190 | Radford |
| 299 | Andrew | Mitchell | 01-23-0005-3198 | Radford |
| 300 | Michael | Mrgich | 01-23-0005-3207 | Radford |
| 301 | Darian | Stark | 01-23-0005-3194 | Radford |

**APPENDIX A**
**Current Defendants For Whom Valve Seeks Injunctive Relief**

| No.[1] | Defendant First Name | Defendant Last Name[2] | AAA Case Number | Arbitrator[3] |
|---|---|---|---|---|
| 302 | Lloyd | Walker | 01-23-0005-3192 | Radford |
| 303 | Mark | Wendt | 01-23-0005-3189 | Radford |
| 304 | Thomas | Byrd | 01-23-0005-3796 | Reid |
| 305 | James | Pruitt | 01-23-0005-3236 | Reid |
| 306 | Brian | Baskovich | 01-23-0005-3047 | Rubin |
| 307 | Jack | Cleary | 01-23-0005-3042 | Rubin |
| 308 | Brennan | Coleman | 01-23-0005-3049 | Rubin |
| 309 | Max | Kurtz | 01-23-0005-3041 | Rubin |
| 310 | Scott | Lewis | 01-23-0005-3048 | Rubin |
| 311 | Graysen | Mcgilligan | 01-23-0005-3045 | Rubin |
| 312 | Gavin | Moye | 01-23-0005-3046 | Rubin |
| 313 | Nathan | Pippin | 01-23-0005-3050 | Rubin |
| 314 | Cristian | Raynes | 01-23-0005-3043 | Rubin |
| 315 | Joshua | Rodriguez | 01-23-0005-3044 | Rubin |
| 316 | Aaron | Vaughn | 01-23-0005-3040 | Rubin |
| 317 | Daniel | Wirth | 01-23-0005-3052 | Rubin |
| 318 | Cade | Azarcon | 01-23-0005-2876 | Schmitz |
| 319 | Rob | Baldwin | 01-23-0005-3514 | Schmitz |
| 320 | Aaron | Briggs | 01-23-0005-2874 | Schmitz |
| 321 | Johnathon | Eimer | 01-23-0005-2852 | Schmitz |
| 322 | Natalie | Fields | 01-23-0005-7456 | Schmitz |
| 323 | Cameron | Lester | 01-23-0005-2988 | Schmitz |
| 324 | Ian | Trefren | 01-23-0005-2864 | Schmitz |
| 325 | Cary | Miller | 01-23-0005-3005 | Silak |
| 326 | Leo | Blondel | 01-23-0005-3602 | T. Brown |
| 327 | Johnathon | Bush | 01-23-0005-3599 | T. Brown |
| 328 | Scott | Eskridge | 01-23-0005-3598 | T. Brown |
| 329 | Michael | Gualtieri | 01-23-0005-3595 | T. Brown |
| 330 | Evan | Piepho | 01-23-0005-3600 | T. Brown |
| 331 | Steven | Stucker | 01-23-0005-3594 | T. Brown |
| 332 | William | Marcellus | 01-23-0005-3350 | Thompson |
| 333 | Isaac | Sellers | 01-23-0005-3482 | Thompson |

**APPENDIX B**
**Current Defendants For Whom Request for Injunctive Relief Is Moot**

| No.[1] | Defendant First Name | Defendant Last Name[2] | AAA Case Number | Arbitrator |
|---|---|---|---|---|
| 1 | James | Davis | 01-23-0005-3499 | Dasteel |
| 2 | Vincent | Keegan | 01-23-0005-3504 | Dasteel |
| 3 | Kevin | Montes | 01-23-0005-3487 | Dasteel |
| 4 | Nicholas | Tynes | 01-23-0005-3502 | Dasteel |
| 5 | Greg | Fish | 01-23-0005-3288 | Goins |
| 6 | Jeremy | Lucas | 01-23-0005-3823 | Goins |
| 7 | Abed | Balbaky | 01-23-0005-3314 | McSorley |
| 8 | Mateus | Cunha | 01-23-0005-3542 | McSorley |
| 9 | Ajay | Dalal | 01-23-0005-3696 | McSorley |
| 10 | Joshua | DePalma | 01-23-0005-3802 | McSorley |
| 11 | Corbin | Echevarria | 01-23-0005-3238 | McSorley |
| 12 | Brett | Flinn | 01-23-0005-3173 | McSorley |
| 13 | Cole | Hagan | 01-23-0005-3175 | McSorley |
| 14 | Aleck | Hernandez | 01-23-0005-3225 | McSorley |
| 15 | Armando | Martinez | 01-23-0005-3106 | McSorley |
| 16 | Paul | Mayer | 01-23-0005-3433 | McSorley |
| 17 | Mark | Mendel | 01-23-0005-3517 | McSorley |
| 18 | Alexander | Mishkevich | 01-23-0005-3344 | McSorley |
| 19 | Conor | Moschella | 01-23-0005-3762 | McSorley |
| 20 | Robert | Richelson | 01-23-0005-2936 | McSorley |
| 21 | Gabriel | Rodrigues | 01-23-0005-3105 | McSorley |
| 22 | Matthew | Ventures | 01-23-0005-3681 | McSorley |
| 23 | Bernard | Vignali | 01-23-0005-2957 | McSorley |
| 24 | Robert | Woolf | 01-23-0005-3590 | McSorley |
| 25 | Jake | Wuebker | 01-23-0005-3219 | McSorley |

---

[1] Defendants appear in order based on (i) the American Arbitration Association ("AAA") arbitrator to whom their arbitration was assigned and (ii) their last name.

[2] Names based on information provided by Bucher Law PLLC.

1

**APPENDIX C**
**Dismissed Defendants**

| No.[1] | Defendant First Name | Defendant Last Name[2] | AAA Case Number | Arbitrator[3] | Date of Dismissal From This Action | Notice of Dismissal |
|---|---|---|---|---|---|---|
| 1 | Christian | Graber | 01-23-0005-3702 | Goins | Sep. 26, 2025 | Dkt. 98 |
| 2 | Ethan | Lefebvre | 01-23-0005-7452 | Goins | Sep. 26, 2025 | Dkt. 98 |
| 3 | Cody | Barker | 01-23-0005-3417 | Kingsley | Sep. 26, 2025 | Dkt. 98 |
| 4 | Abraham | Duman | 01-23-0005-3399 | Kingsley | Sep. 26, 2025 | Dkt. 98 |
| 5 | Taylor | Edwards | 01-23-0005-3399 | Kingsley | Sep. 26, 2025 | Dkt. 98 |
| 6 | Nathan | Engols | 01-23-0005-3402 | Kingsley | Sep. 26, 2025 | Dkt. 98 |
| 7 | Sacha | Haghighi | 01-23-0005-3392 | Kingsley | Sep. 26, 2025 | Dkt. 98 |
| 8 | Broderick | Hebert | 01-23-0005-3393 | Kingsley | Sep. 26, 2025 | Dkt. 98 |
| 9 | Max | Johnson | 01-23-0005-3404 | Kingsley | Sep. 26, 2025 | Dkt. 98 |
| 10 | Justin | Jones | 01-23-0005-3412 | Kingsley | Sep. 26, 2025 | Dkt. 98 |
| 11 | Gregory | Kain | 01-23-0005-3414 | Kingsley | Sep. 26, 2025 | Dkt. 98 |
| 12 | Seth | Lewis | 01-23-0005-3395 | Kingsley | Sep. 26, 2025 | Dkt. 98 |
| 13 | Michael | Linares | 01-23-0005-3413 | Kingsley | Sep. 26, 2025 | Dkt. 98 |
| 14 | Jodee | Lynn Molina | 01-23-0005-3403 | Kingsley | Sep. 26, 2025 | Dkt. 98 |
| 15 | Roger | Maricle | 01-23-0005-3398 | Kingsley | Sep. 26, 2025 | Dkt. 98 |
| 16 | Devon | Musto | 01-23-0005-3411 | Kingsley | Sep. 26, 2025 | Dkt. 98 |
| 17 | Joshua | Roberts | 01-23-0005-3396 | Kingsley | Sep. 26, 2025 | Dkt. 98 |
| 18 | Jason | Smith | 01-23-0005-3408 | Kingsley | Sep. 26, 2025 | Dkt. 98 |
| 19 | Samuel | Stevens | 01-23-0005-3418 | Kingsley | Sep. 26, 2025 | Dkt. 98 |
| 20 | Kaleb | Swaim | 01-23-0005-3397 | Kingsley | Sep. 26, 2025 | Dkt. 98 |
| 21 | Mason | Wright | 01-23-0005-3401 | Kingsley | Sep. 26, 2025 | Dkt. 98 |
| 22 | Xander | Brende-Prins | 01-23-0005-3278 | R. Brown | Sep. 26, 2025 | Dkt. 98 |
| 23 | Alec | Birenbaum | 01-23-0005-3145 | McSorley | Oct. 11, 2025 | Dkt. 112 |
| 24 | Lance | Vicente | 01-23-0005-3352 | McSorley | Oct. 11, 2025 | Dkt. 112 |
| 25 | Cody | Ackley | 01-23-0005-3336 | Gaglione | Nov. 5, 2025 | Dkt. 118 |
| 26 | Christien | Ayson | 01-23-0005-3334 | Gaglione | Nov. 5, 2025 | Dkt. 118 |
| 27 | Matthew | Baldwin | 01-23-0005-3347 | Gaglione | Nov. 5, 2025 | Dkt. 118 |
| 28 | Ryan | Borek | 01-23-0005-3360 | Gaglione | Nov. 5, 2025 | Dkt. 118 |
| 29 | Mitchell | Coburn | 01-23-0005-3343 | Gaglione | Nov. 5, 2025 | Dkt. 118 |
| 30 | Michael | Daughtery | 01-23-0005-3337 | Gaglione | Nov. 5, 2025 | Dkt. 118 |
| 31 | Gabriel | Durbin | 01-23-0005-3335 | Gaglione | Nov. 5, 2025 | Dkt. 118 |
| 32 | Mason | Field | 01-23-0005-3355 | Gaglione | Nov. 5, 2025 | Dkt. 118 |
| 33 | Tyler | Francesconi | 01-23-0005-3338 | Gaglione | Nov. 5, 2025 | Dkt. 118 |
| 34 | Thomas | Garrett | 01-23-0005-3353 | Gaglione | Nov. 5, 2025 | Dkt. 118 |

[1] Dismissed Defendants appear in order based on (i) the date Valve voluntarily dismissed them from this action, (ii) the American Arbitration Association ("AAA") arbitrator to whom their arbitration was assigned, and (iii) their last name.

[2] Names based on information provided by Bucher Law PLLC. Defendants dismissed after the of filing of the Complaint on August 21, 2025 (Dkt. 78).

[3] Arbitrator at the time arbitration was closed.

1

**APPENDIX C**
**Dismissed Defendants**

| No.[1] | Defendant First Name | Defendant Last Name[2] | AAA Case Number | Arbitrator[3] | Date of Dismissal From This Action | Notice of Dismissal |
|---|---|---|---|---|---|---|
| 35 | Robert | Grescowle | 01-23-0005-3333 | Gaglione | Nov. 5, 2025 | Dkt. 118 |
| 36 | Rob | Hauser | 01-23-0005-3345 | Gaglione | Nov. 5, 2025 | Dkt. 118 |
| 37 | Ann | Hefner | 01-23-0005-3340 | Gaglione | Nov. 5, 2025 | Dkt. 118 |
| 38 | Kasandra | Hiley | 01-23-0005-3346 | Gaglione | Nov. 5, 2025 | Dkt. 118 |
| 39 | Patrick | Kuller | 01-23-0005-3356 | Gaglione | Nov. 5, 2025 | Dkt. 118 |
| 40 | Richard | Lundsgaard | 01-23-0005-3358 | Gaglione | Nov. 5, 2025 | Dkt. 118 |
| 41 | Jordan | Newby | 01-23-0005-3359 | Gaglione | Nov. 5, 2025 | Dkt. 118 |
| 42 | Christopher | Prato-shein | 01-23-0005-3342 | Gaglione | Nov. 5, 2025 | Dkt. 118 |
| 43 | Bradley | Ratliff | 01-23-0005-3341 | Gaglione | Nov. 5, 2025 | Dkt. 118 |
| 44 | Andre | Santana | 01-23-0005-3362 | Gaglione | Nov. 5, 2025 | Dkt. 118 |
| 45 | John | Taddei | 01-23-0005-3339 | Gaglione | Nov. 5, 2025 | Dkt. 118 |
| 46 | Xzavier | Timmons | 01-23-0005-3349 | Gaglione | Nov. 5, 2025 | Dkt. 118 |
| 47 | Merrick | Tipton | 01-23-0005-3354 | Gaglione | Nov. 5, 2025 | Dkt. 118 |
| 48 | Katie | Uccello | 01-23-0005-3363 | Gaglione | Nov. 5, 2025 | Dkt. 118 |
| 49 | Michael | Wu | 01-23-0005-3357 | Gaglione | Nov. 5, 2025 | Dkt. 118 |
| 50 | Harley | Palmer | 01-23-0005-3637 | Badal | Feb. 9, 2026 | Dkt. 131 |
| 51 | Jonathan | Lewis | 01-23-0005-3668 | Coher | Feb. 9, 2026 | Dkt. 131 |
| 52 | Amir | Wright | 01-23-0003-8815 | Coher | Feb. 9, 2026 | Dkt. 131 |
| 53 | Cory | Cleari | 01-23-0005-3092 | Jossen | Feb. 9, 2026 | Dkt. 131 |
| 54 | Jacob | Ford | 01-23-0005-3075 | Jossen | Feb. 9, 2026 | Dkt. 131 |
| 55 | Andrew | Davidson | 01-23-0005-3330 | Levy | Feb. 9, 2026 | Dkt. 131 |
| 56 | Baylen | James | 01-23-0005-2947 | Morrill | Feb. 9, 2026 | Dkt. 131 |
| 57 | Fabian | Arevalo | 01-23-0005-3034 | Ohashi | Feb. 9, 2026 | Dkt. 131 |
| 58 | Noah | Burch | 01-23-0005-3033 | Ohashi | Feb. 9, 2026 | Dkt. 131 |
| 59 | Chase | Froelich | 01-23-0005-3015 | Ohashi | Feb. 9, 2026 | Dkt. 131 |
| 60 | Tasha | Goldsmith | 01-23-0005-3036 | Ohashi | Feb. 9, 2026 | Dkt. 131 |
| 61 | Daniel | Guadarrama | 01-23-0005-3031 | Ohashi | Feb. 9, 2026 | Dkt. 131 |
| 62 | Trevor | Laturner | 01-23-0005-3024 | Ohashi | Feb. 9, 2026 | Dkt. 131 |
| 63 | Corinne | Lee | 01-23-0005-3035 | Ohashi | Feb. 9, 2026 | Dkt. 131 |
| 64 | Broden | Mcduffee | 01-23-0005-3037 | Ohashi | Feb. 9, 2026 | Dkt. 131 |
| 65 | Barry | Morganti | 01-23-0005-3032 | Ohashi | Feb. 9, 2026 | Dkt. 131 |
| 66 | Cole | Nelson | 01-23-0005-3017 | Ohashi | Feb. 9, 2026 | Dkt. 131 |
| 67 | Michael | Owens | 01-23-0005-3019 | Ohashi | Feb. 9, 2026 | Dkt. 131 |
| 68 | Eliel | Pedro | 01-23-0005-3025 | Ohashi | Feb. 9, 2026 | Dkt. 131 |
| 69 | Alyssa | Phillips | 01-23-0005-3028 | Ohashi | Feb. 9, 2026 | Dkt. 131 |
| 70 | Cortland | Pinnick | 01-23-0005-3027 | Ohashi | Feb. 9, 2026 | Dkt. 131 |
| 71 | Matthew | Powell | 01-23-0005-3018 | Ohashi | Feb. 9, 2026 | Dkt. 131 |
| 72 | Quinn | Rasmussen | 01-23-0005-3022 | Ohashi | Feb. 9, 2026 | Dkt. 131 |
| 73 | Nicholas | Rugama | 01-23-0005-3023 | Ohashi | Feb. 9, 2026 | Dkt. 131 |
| 74 | Ethan | Sams | 01-23-0005-3016 | Ohashi | Feb. 9, 2026 | Dkt. 131 |
| 75 | Anthony | Simoni | 01-23-0005-3026 | Ohashi | Feb. 9, 2026 | Dkt. 131 |
| 76 | Ryan | Smith | 01-23-0005-3030 | Ohashi | Feb. 9, 2026 | Dkt. 131 |

**APPENDIX C**
**Dismissed Defendants**

| No.[1] | Defendant First Name | Defendant Last Name[2] | AAA Case Number | Arbitrator[3] | Date of Dismissal From This Action | Notice of Dismissal |
|---|---|---|---|---|---|---|
| 77 | Norm | Somers | 01-23-0005-3021 | Ohashi | Feb. 9, 2026 | Dkt. 131 |
| 78 | Tyler | Stulz | 01-23-0005-3020 | Ohashi | Feb. 9, 2026 | Dkt. 131 |
| 79 | Lucian | Thompson | 01-23-0005-3029 | Ohashi | Feb. 9, 2026 | Dkt. 131 |
| 80 | Kevin | Viloria | 01-23-0005-3039 | Ohashi | Feb. 9, 2026 | Dkt. 131 |
| 81 | Luther | Williams | 01-23-0005-3038 | Ohashi | Feb. 9, 2026 | Dkt. 131 |
| 82 | Ryan | Adreani | 01-23-0005-3645 | Palomo | Feb. 9, 2026 | Dkt. 131 |
| 83 | Matthew | Baer | 01-23-0005-3169 | Palomo | Feb. 9, 2026 | Dkt. 131 |
| 84 | Raymond | Garay | 01-23-0005-2907 | Palomo | Feb. 9, 2026 | Dkt. 131 |
| 85 | Virgil | Glisson | 01-23-0005-2877 | Palomo | Feb. 9, 2026 | Dkt. 131 |
| 86 | Devin | Harvey | 01-23-0005-3177 | Palomo | Feb. 9, 2026 | Dkt. 131 |
| 87 | Jurell | Jordan | 01-23-0005-2866 | Palomo | Feb. 9, 2026 | Dkt. 131 |
| 88 | Derek | Krause | 01-23-0005-7458 | Palomo | Feb. 9, 2026 | Dkt. 131 |
| 89 | Deric | Landers | 01-23-0005-3014 | Palomo | Feb. 9, 2026 | Dkt. 131 |
| 90 | Ezekiel | Mccracken | 01-23-0005-2897 | Palomo | Feb. 9, 2026 | Dkt. 131 |
| 91 | Adrian | Monter | 01-23-0005-3131 | Palomo | Feb. 9, 2026 | Dkt. 131 |
| 92 | Nathaniel | Moore | 01-23-0005-3597 | Palomo | Feb. 9, 2026 | Dkt. 131 |
| 93 | Ryan | Moore | 01-23-0005-2978 | Palomo | Feb. 9, 2026 | Dkt. 131 |
| 94 | Bonnie | Murphy | 01-23-0005-3777 | Palomo | Feb. 9, 2026 | Dkt. 131 |
| 95 | Garland | Noel | 01-23-0005-3256 | Palomo | Feb. 9, 2026 | Dkt. 131 |
| 96 | Gary | Palmatier | 01-23-0005-2858 | Palomo | Feb. 9, 2026 | Dkt. 131 |
| 97 | Robert | Richards | 01-23-0005-3224 | Palomo | Feb. 9, 2026 | Dkt. 131 |
| 98 | Alexander | Rodriguez | 01-23-0005-3464 | Palomo | Feb. 9, 2026 | Dkt. 131 |
| 99 | Joshua | Sammons | 01-23-0005-3549 | Palomo | Feb. 9, 2026 | Dkt. 131 |
| 100 | Ramon | Serrano | 01-23-0005-2873 | Palomo | Feb. 9, 2026 | Dkt. 131 |
| 101 | Dylan | Smyers | 01-23-0005-2871 | Palomo | Feb. 9, 2026 | Dkt. 131 |
| 102 | Decker | Spencer | 01-23-0005-3318 | Palomo | Feb. 9, 2026 | Dkt. 131 |
| 103 | Matthew | Stengel | 01-23-0005-3101 | Palomo | Feb. 9, 2026 | Dkt. 131 |
| 104 | Randy | Wozniak | 01-23-0005-3245 | Palomo | Feb. 9, 2026 | Dkt. 131 |
| 105 | Brian | Sherwood | 01-23-0005-3372 | Samas | Feb. 9, 2026 | Dkt. 131 |
| 106 | Gavin | Borchers | 01-23-0005-3481 | Dasteel | Mar. 26, 2026 | Dkt. 139 |
| 107 | Kenshad | Brown | 01-23-0005-2886 | McSorley | Mar. 26, 2026 | Dkt. 139 |
| 108 | Anthony | Mittasch | 01-23-0005-3698 | McSorley | Mar. 26, 2026 | Dkt. 139 |
| 109 | Joshua | Bosman | 01-23-0005-3252 | Rundle | Mar. 26, 2026 | Dkt. 139 |
| 110 | Sean | Dolle | 01-23-0005-3251 | Rundle | Mar. 26, 2026 | Dkt. 139 |
| 111 | Augustus | Gerbo | 01-23-0005-3250 | Rundle | Mar. 26, 2026 | Dkt. 139 |
| 112 | Jared | Hardison | 01-23-0005-3447 | Rundle | Mar. 26, 2026 | Dkt. 139 |
| 113 | Mark | Henley | 01-23-0005-3432 | Rundle | Mar. 26, 2026 | Dkt. 139 |
| 114 | Kolby | Louks | 01-23-0005-3443 | Rundle | Mar. 26, 2026 | Dkt. 139 |
| 115 | Martin | Mendez | 01-23-0005-3441 | Rundle | Mar. 26, 2026 | Dkt. 139 |
| 116 | Jennifer | Nelson | 01-23-0005-3436 | Rundle | Mar. 26, 2026 | Dkt. 139 |
| 117 | Andrew | Osborne | 01-23-0005-3442 | Rundle | Mar. 26, 2026 | Dkt. 139 |
| 118 | Veda | Valles | 01-23-0005-3446 | Rundle | Mar. 26, 2026 | Dkt. 139 |

**APPENDIX C**
**Dismissed Defendants**

| No.[1] | Defendant First Name | Defendant Last Name[2] | AAA Case Number | Arbitrator[3] | Date of Dismissal From This Action | Notice of Dismissal |
|---|---|---|---|---|---|---|
| 119 | Ryan | Tutor | 01-23-0005-3375 | Samas | Mar. 26, 2026 | Dkt. 139 |
| 120 | Eric | Alspaugh | 01-23-0005-3672 | Coher | May 18, 2026 | Dkt. 160 |
| 121 | Noah | Babincsak Styzen | 01-23-0005-3666 | Coher | May 18, 2026 | Dkt. 160 |
| 122 | Stephen | Barr | 01-23-0005-3653 | Coher | May 18, 2026 | Dkt. 160 |
| 123 | Michael | Bazzell | 01-23-0005-3662 | Coher | May 18, 2026 | Dkt. 160 |
| 124 | Anthony | Bennett | 01-23-0005-3674 | Coher | May 18, 2026 | Dkt. 160 |
| 125 | Ethan | Brown | 01-23-0005-3682 | Coher | May 18, 2026 | Dkt. 160 |
| 126 | Vincent | Brown | 01-23-0005-3663 | Coher | May 18, 2026 | Dkt. 160 |
| 127 | Ned | Budd | 01-23-0005-3665 | Coher | May 18, 2026 | Dkt. 160 |
| 128 | Benjamin | Camenker | 01-23-0005-3669 | Coher | May 18, 2026 | Dkt. 160 |
| 129 | Traber | Fischer | 01-23-0005-3680 | Coher | May 18, 2026 | Dkt. 160 |
| 130 | Mikel | Hatcher | 01-23-0005-3676 | Coher | May 18, 2026 | Dkt. 160 |
| 131 | Michael | Kutner | 01-23-0005-3673 | Coher | May 18, 2026 | Dkt. 160 |
| 132 | Joshua | Lewis | 01-23-0005-3664 | Coher | May 18, 2026 | Dkt. 160 |
| 133 | Talon | Lewis | 01-23-0005-3667 | Coher | May 18, 2026 | Dkt. 160 |
| 134 | Thomas | Magera | 01-23-0005-3661 | Coher | May 18, 2026 | Dkt. 160 |
| 135 | Kyle | Mayfield | 01-23-0005-3679 | Coher | May 18, 2026 | Dkt. 160 |
| 136 | Hunter | Mcbrayer | 01-23-0005-3670 | Coher | May 18, 2026 | Dkt. 160 |
| 137 | Trey | Mundell | 01-23-0005-3657 | Coher | May 18, 2026 | Dkt. 160 |
| 138 | Harsh | Patel | 01-23-0005-3659 | Coher | May 18, 2026 | Dkt. 160 |
| 139 | Noah | Perry | 01-23-0005-3675 | Coher | May 18, 2026 | Dkt. 160 |
| 140 | Aaron | Peterson | 01-23-0005-3677 | Coher | May 18, 2026 | Dkt. 160 |
| 141 | Tristen | Watson | 01-23-0005-3655 | Coher | May 18, 2026 | Dkt. 160 |
| 142 | David | Antolic | 01-23-0005-3498 | Dasteel | May 18, 2026 | Dkt. 160 |
| 143 | Carter | Baker | 01-23-0005-3490 | Dasteel | May 18, 2026 | Dkt. 160 |
| 144 | Stephanie | Blomstrom | 01-23-0005-2896 | Dasteel | May 18, 2026 | Dkt. 160 |
| 145 | Raciel | Diaz | 01-23-0005-2872 | Dasteel | May 18, 2026 | Dkt. 160 |
| 146 | Jeremiah | Dieujuste | 01-23-0005-2884 | Dasteel | May 18, 2026 | Dkt. 160 |
| 147 | Collin | Evans | 01-23-0005-3493 | Dasteel | May 18, 2026 | Dkt. 160 |
| 148 | Pharaun | Potts | 01-23-0005-2859 | Dasteel | May 18, 2026 | Dkt. 160 |
| 149 | Luis | Sotillet Rojas | 01-23-0005-2883 | Dasteel | May 18, 2026 | Dkt. 160 |
| 150 | Simon | Savlas | 01-23-0005-3484 | Dasteel | May 18, 2026 | Dkt. 160 |
| 151 | Jacob | Deegan | 01-23-0005-3400 | Kingsley | May 18, 2026 | Dkt. 160 |
| 152 | Logan | Doose | 01-23-0005-3394 | Kingsley | May 18, 2026 | Dkt. 160 |
| 153 | Dominique | Ward | 01-23-0005-3405 | Kingsley | May 18, 2026 | Dkt. 160 |
| 154 | Lauren | Tyner | 01-23-0005-3183 | Radford | May 18, 2026 | Dkt. 160 |
| 155 | Stephen | Adams | 01-23-0005-3378 | Samas | May 18, 2026 | Dkt. 160 |
| 156 | David | Arroyo | 01-23-0005-3371 | Samas | May 18, 2026 | Dkt. 160 |
| 157 | Garrett | Athay | 01-23-0005-3391 | Samas | May 18, 2026 | Dkt. 160 |
| 158 | Edwin | Ayala | 01-23-0005-3387 | Samas | May 18, 2026 | Dkt. 160 |
| 159 | Brandan | Christner | 01-23-0005-3366 | Samas | May 18, 2026 | Dkt. 160 |
| 160 | Ethan | Cowan-wright | 01-23-0005-3390 | Samas | May 18, 2026 | Dkt. 160 |

4

**APPENDIX C**
**Dismissed Defendants**

| No.[1] | Defendant First Name | Defendant Last Name[2] | AAA Case Number | Arbitrator[3] | Date of Dismissal From This Action | Notice of Dismissal |
|---|---|---|---|---|---|---|
| 161 | Sydney | Cutler-gilbert | 01-23-0005-3377 | Samas | May 18, 2026 | Dkt. 160 |
| 162 | Dylan | Fleckenstein | 01-23-0005-3388 | Samas | May 18, 2026 | Dkt. 160 |
| 163 | Tyler | Freehill | 01-23-0005-3379 | Samas | May 18, 2026 | Dkt. 160 |
| 164 | James | Gallant | 01-23-0005-3385 | Samas | May 18, 2026 | Dkt. 160 |
| 165 | Ralph | Gonzales | 01-23-0005-3364 | Samas | May 18, 2026 | Dkt. 160 |
| 166 | Jacob | Graves | 01-23-0005-3367 | Samas | May 18, 2026 | Dkt. 160 |
| 167 | Andres | Hernandez | 01-23-0005-3381 | Samas | May 18, 2026 | Dkt. 160 |
| 168 | Travis | Hickey | 01-23-0005-3382 | Samas | May 18, 2026 | Dkt. 160 |
| 169 | Jared | Huggett | 01-23-0005-3384 | Samas | May 18, 2026 | Dkt. 160 |
| 170 | John | Marcotte | 01-23-0005-3386 | Samas | May 18, 2026 | Dkt. 160 |
| 171 | Sean | Mitchell | 01-23-0005-3365 | Samas | May 18, 2026 | Dkt. 160 |
| 172 | Daniel | Morris | 01-23-0005-3369 | Samas | May 18, 2026 | Dkt. 160 |
| 173 | Marcus | Pettway | 01-23-0005-3374 | Samas | May 18, 2026 | Dkt. 160 |
| 174 | Joel | Sandkamp | 01-23-0005-3373 | Samas | May 18, 2026 | Dkt. 160 |
| 175 | Zackery | Sessions | 01-23-0005-3376 | Samas | May 18, 2026 | Dkt. 160 |
| 176 | Alexander | Thomas | 01-23-0005-3389 | Samas | May 18, 2026 | Dkt. 160 |
| 177 | Ryan | Ardito | 01-23-0005-3635 | Badal | June 17, 2026 | This Notice |
| 178 | Riley | Baxter | 01-23-0005-3643 | Badal | June 17, 2026 | This Notice |
| 179 | Michael | Brewer | 01-23-0005-3651 | Badal | June 17, 2026 | This Notice |
| 180 | Owen | Butterworth | 01-23-0005-3641 | Badal | June 17, 2026 | This Notice |
| 181 | Jonathan | Carlton | 01-23-0005-3626 | Badal | June 17, 2026 | This Notice |
| 182 | Michael | Eastman | 01-23-0005-3631 | Badal | June 17, 2026 | This Notice |
| 183 | Brandon | Garwell | 01-23-0005-3628 | Badal | June 17, 2026 | This Notice |
| 184 | Liam | Gaume-wakefield | 01-23-0005-3650 | Badal | June 17, 2026 | This Notice |
| 185 | Ian | Govea | 01-23-0005-3634 | Badal | June 17, 2026 | This Notice |
| 186 | Evan | Grant | 01-23-0005-3632 | Badal | June 17, 2026 | This Notice |
| 187 | Ricky | Horne | 01-23-0005-3630 | Badal | June 17, 2026 | This Notice |
| 188 | Dane | Jordan | 01-23-0005-3652 | Badal | June 17, 2026 | This Notice |
| 189 | Nicholas | Keith | 01-23-0005-3648 | Badal | June 17, 2026 | This Notice |
| 190 | AJ | Lane | 01-23-0005-3636 | Badal | June 17, 2026 | This Notice |
| 191 | Max | Moakley | 01-23-0005-3627 | Badal | June 17, 2026 | This Notice |
| 192 | Malakye | Moody | 01-23-0005-3644 | Badal | June 17, 2026 | This Notice |
| 193 | Mitchell | Papendorf | 01-23-0005-3646 | Badal | June 17, 2026 | This Notice |
| 194 | Alex | Patrao | 01-23-0005-3625 | Badal | June 17, 2026 | This Notice |
| 195 | Eric | Patton | 01-23-0005-3639 | Badal | June 17, 2026 | This Notice |
| 196 | Anthony | Rubino | 01-23-0005-3647 | Badal | June 17, 2026 | This Notice |
| 197 | Zachary | Smith | 01-23-0005-3642 | Badal | June 17, 2026 | This Notice |
| 199 | Isaiah | Taylor | 01-23-0005-3633 | Badal | June 17, 2026 | This Notice |
| 200 | Cody | Warren | 01-23-0005-3640 | Badal | June 17, 2026 | This Notice |
| 201 | Brian | Yeh | 01-23-0005-3629 | Badal | June 17, 2026 | This Notice |
| 202 | Jacob | Barnhill | 01-23-0005-3449 | Rundle | June 17, 2026 | This Notice |
| 203 | Michael | Calloni | 01-23-0005-3439 | Rundle | June 17, 2026 | This Notice |

5

**APPENDIX C**
**Dismissed Defendants**

| No.[1] | Defendant First Name | Defendant Last Name[2] | AAA Case Number | Arbitrator[3] | Date of Dismissal From This Action | Notice of Dismissal |
|---|---|---|---|---|---|---|
| 204 | Peter | Cila | 01-23-0005-3438 | Rundle | June 17, 2026 | This Notice |
| 205 | Marcus | Crowley | 01-23-0005-3255 | Rundle | June 17, 2026 | This Notice |
| 206 | Michael | Dufour | 01-23-0005-3253 | Rundle | June 17, 2026 | This Notice |
| 207 | Paolo | Galupo | 01-23-0005-3435 | Rundle | June 17, 2026 | This Notice |
| 208 | Jonathan | Hillman | 01-23-0005-3258 | Rundle | June 17, 2026 | This Notice |
| 209 | William | Jackson | 01-23-0005-3429 | Rundle | June 17, 2026 | This Notice |
| 210 | Ray | Miller | 01-23-0005-3440 | Rundle | June 17, 2026 | This Notice |
| 211 | Eric | Partlow | 01-23-0005-3445 | Rundle | June 17, 2026 | This Notice |
| 212 | Morgan | Rushing | 01-23-0005-3444 | Rundle | June 17, 2026 | This Notice |
| 213 | Kai | Trobaugh | 01-23-0005-3428 | Rundle | June 17, 2026 | This Notice |
| 214 | Jack | Uteg | 01-23-0005-3431 | Rundle | June 17, 2026 | This Notice |
| 215 | Brad | Wilson | 01-23-0005-3434 | Rundle | June 17, 2026 | This Notice |