HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

VALVE CORPORATION,

                    Plaintiff,

        v.

THOMAS ABBRUZZESE et al.,

                    Defendants.

No. 2:24-cv-1717-JNW

**DECLARATION OF SCOTT LYNCH**

I, Scott Lynch, declare as follows:

1.      I am the Chief Operating Officer for Plaintiff Valve Corporation ("Valve") in the above-captioned matter. I submit this declaration as a supplement to my declarations dated August 21, 2025, and May 18, 2026 (Dkts. 80, 162), and in support of Valve's Cross-Motions to Vacate Arbitration Awards (Dkts. 167, 170).[1] I make this declaration based on my personal knowledge and, if called upon to do so, would testify competently hereto.

2.      The following four Defendants in this action brought arbitrations against Valve before the American Arbitration Association that were assigned to Arbitrator Jeffrey H. Dasteel (each a "Dasteel Defendant" and collectively the "Dasteel Defendants"): James Davis, Vincent Keegan, Kevin Montes, and Nicholas Tynes.

---

[1] All defined terms have the definitions in my prior declarations (Dkts. 80, 162) unless otherwise indicated.

DECLARATION OF SCOTT LYNCH – 1

**CORR CRONIN LLP**
1015 Second Avenue, 10th Floor
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

3.      The following two Defendants in this action brought arbitrations against Valve before the American Arbitration Association that were assigned to Arbitrator Suzanne M. McSorley (each a "McSorley Defendant" and collectively the "McSorley Defendants"): Joshua DePalma and Matthew Ventures.

4.      I am informed that counsel for the Dasteel Defendants and the McSorley Defendants provided Steam IDs they allege belong to Defendants. Valve does not collect a user's name when they create a Steam account. Below, I assume that the Steam IDs provided by counsel for these defendants belong to them, but I do not have personal knowledge as to whether they are in fact the owners of these accounts.

**A.      Additional Data Regarding the Dasteel Defendants**

**(i)      Dasteel Defendant James Davis**

5.      Based on Valve's business records, on October 16, 2024, Dasteel Defendant James Davis affirmatively accepted the Current SSA when making a purchase on Steam by checking the box next to "I agree to the terms of the Steam Subscriber Agreement (last updated Sep 26, 2024)" and clicking the "Purchase" button.

6.      Since then, Dasteel Defendant Davis has made numerous additional purchases on Steam. Each time he made a purchase on Steam, he checked the box next to "I agree to the terms of the Steam Subscriber Agreement (last updated Sep 26, 2024)" and clicked the "Purchase" button, thereby re-affirming his agreement to the Current SSA.

7.      Additionally, Dasteel Defendant Davis has made Steam Key redemptions. Each time he redeemed a Steam Key on Steam, he checked the box next to "I agree to the terms of the Steam Subscriber Agreement (last updated Sep 26, 2024)" and clicked the "Continue" button, thereby re-affirming his agreement to the Current SSA.

DECLARATION OF SCOTT LYNCH – 2

**CORR CRONIN LLP**
1015 Second Avenue, 10th Floor
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

**(ii)    Dasteel Defendant Vincent Keegan**

8.    Based on Valve's business records, on September 28, 2024, Dasteel Defendant Vincent Keegan affirmatively accepted the Current SSA by checking a box in the Pop-Up Notice stating: "I Agree to the Updated Steam Subscriber Agreement" and then clicking "Accept Updated SSA."

9.    Since then, Dasteel Defendant Keegan has made numerous purchases on Steam. Each time he made a purchase on Steam, he checked the box next to "I agree to the terms of the Steam Subscriber Agreement (last updated Sep 26, 2024)" and clicked the "Purchase" button, thereby re-affirming his agreement to the Current SSA.

10.    Additionally, Dasteel Defendant Keegan has made Steam Key redemptions. Each time he redeemed a Steam Key on Steam, he checked the box next to "I agree to the terms of the Steam Subscriber Agreement (last updated Sep 26, 2024)" and clicked the "Continue" button, thereby re-affirming his agreement to the Current SSA.

**(iii)    Dasteel Defendant Kevin Montes**

11.    Based on Valve's business records, Dasteel Defendant Kevin Montes logged into Steam on December 26, 2024, and four times between that date and February 21, 2025.

12.    Based on Valve's business records, on February 21, 2025, Dasteel Defendant Montes affirmatively accepted the Current SSA when redeeming a Steam Key by checking "I agree to the terms of the Steam Subscriber Agreement (last updated Sep 26, 2024)" and clicking the "Continue" button.

**(iv)    Dasteel Defendant Nicholas Tynes**

13.    Based on Valve's business records, on October 5, 2024, Dasteel Defendant Nicholas Tynes affirmatively accepted the Current SSA by checking a box in the Pop-Up Notice stating: "I Agree to the Updated Steam Subscriber Agreement" and then clicking "Accept Updated SSA."

14.    Also on October 5, 2024, Dasteel Defendant Tynes accepted the Current SSA when making a Steam Key redemption by checking the box next to "I agree to the terms of the Steam

DECLARATION OF SCOTT LYNCH – 3

**CORR CRONIN LLP**
1015 Second Avenue, 10th Floor
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

Subscriber Agreement (last updated Sep 26, 2024)" and clicking the "Continue" button, thereby re-affirming his agreement to the Current SSA.

15.    Since then, Dasteel Defendant Tynes has made numerous additional purchases on Steam. Each time he made a purchase on Steam, he checked the box next to "I agree to the terms of the Steam Subscriber Agreement (last updated Sep 26, 2024)" and clicked the "Purchase" button, thereby re-affirming his agreement to the Current SSA.

16.    Additionally, Dasteel Defendant Tynes has made additional Steam Key redemptions. Each time he redeemed a Steam Key on Steam, he checked the box next to "I agree to the terms of the Steam Subscriber Agreement (last updated Sep 26, 2024)" and clicked the "Continue" button, thereby re-affirming his agreement to the Current SSA.

**B.    Additional Data Regarding the McSorley Defendants**

**(i)    McSorley Defendant Joshua DePalma**

17.    Based on Valve's business records, on October 13, 2024, McSorley Defendant Joshua DePalma affirmatively accepted the Current SSA when making a purchase on Steam by checking the box next to "I agree to the terms of the Steam Subscriber Agreement (last updated Sep 26, 2024)" and clicking the "Purchase" button.[2]

18.    Since then, McSorley Defendant DePalma has made numerous additional purchases on Steam. Each time he made a purchase on Steam, he checked the box next to "I agree to the terms of the Steam Subscriber Agreement (last updated Sep 26, 2024)" and clicked the "Purchase" button, thereby re-affirming his agreement to the Current SSA.

**(ii)    McSorley Defendant Matthew Ventures**

19.    Based on Valve's business records, McSorley Defendant Matthew Ventures logged into Steam on November 2, 2024, and 450 times between that date and December 17, 2025.

---

[2]  My prior declarations stated that McSorley Defendant DePalma accepted the Current SSA through continued use before November 1, 2024, and made a purchase thereafter. (Dkt. 80 ¶¶ 25-28 & Ex. C; Dkt. 162 Ex. D.) Based on a further review of Valve's business records, McSorley Defendant DePalma made a purchase before November 1, 2024, as indicated herein.

DECLARATION OF SCOTT LYNCH – 4

Docusign Envelope ID: 4D29389C-6801-815D-8214-CDFD15C3245C

20.     Based on Valve's business records, on December 17, 2025, McSorley Defendant Ventures affirmatively accepted the Current SSA when redeeming a Steam Key by checking "I agree to the terms of the Steam Subscriber Agreement (last updated Sep 26, 2024)" and clicking the "Continue" button.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 20th day of July, 2026, at Bellevue, Washington.



Scott Lynch

DECLARATION OF SCOTT LYNCH – 5

**CORR CRONIN LLP**
1015 Second Avenue, 10th Floor
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900