THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

VALVE CORPORATION,

                Plaintiff,

    v.

THOMAS ABBRUZZESE et al.,

                Defendants.

No. 2:24-cv-1717-JNW

**ORDER GRANTING VALVE CORPORATION'S MOTION TO SEAL ARBITRATION AWARDS**

**(~~PROPOSED~~)**

THIS MATTER having come before this Court on Valve Corporation's ("Valve") Motion to Seal Arbitration Awards and the Court having considered the materials on file on this issue, and being fully advised, now, therefore

IT IS HEREBY ORDERED that Valve's Motion to Seal Arbitration Awards is GRANTED.

(1)    Awards entered by arbitrator Suzanne M. McSorley (the "McSorley Awards") shall remain under seal, including:

(~~PROPOSED~~) ORDER GRANTING VALVE'S MOTION TO SEAL ARBITRATION AWARDS - CASE NO. 2:24-cv-1717-JNW – 1

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

a.  Exhibit 1 to Defendant Lance Vincente's Motion to Confirm Arbitration Award (Dkt. 115; currently administratively sealed);

b.  Exhibit 1 to Defendant Alec Birenbaum's Motion to Confirm Arbitration Award (Dkt. 116; currently administratively sealed); and

c.  Exhibit A to Defendant Abed Balbaky's Motion to Confirm Arbitration Awards (Dkt. 142; 20 Final Awards; currently administratively sealed).

(2)  Interim and Second Interim Awards entered by arbitrator Jeffrey H. Dasteel (the "Dasteel Awards") shall remain under seal, including:

a.  Exhibit A to Defendant James Davis's Motion to Confirm Arbitration Awards (Dkt. 143; 4 sets of Interim and Second Interim Awards; currently provisionally sealed); and

b.  Documents filed in connection with Defendants' Motion to Seal Awards Provisionally (Dkt. 145; 4 sets of Interim and Second Interim Awards; currently provisionally sealed).

(3)  The Declaration of Christopher Schenck in Support of Valve's Motion to Seal ("Schenck Decl.") and supporting exhibits filed with Valve's Motion shall remain under seal.

(4)  The Declaration of Blake Marks-Dias in Support of Valve's Motion to Seal ("Marks-Dias Decl.") and supporting exhibits filed with Valve's Motion shall remain under seal.

(5)  The proposed redactions set forth in the Final Award for Defendant Abed Balbaky (Dkt. 142) are representative of the virtually identical proposed redactions applicable to all twenty awards at issue under that docket number. Valve shall apply those same redactions to all awards in Dkt. 142.

(~~PROPOSED~~) ORDER GRANTING VALVE'S MOTION TO SEAL ARBITRATION AWARDS - CASE NO. 2:24-cv-1717-JNW – 2

(6)    The proposed redactions set forth in Interim and Second Interim Awards for Defendant James Davis (Dkt. 143) are representative of the virtually identical proposed redactions applicable to all Dasteel Awards. Valve shall apply those same redactions to the remaining Dasteel Awards filed under Dkt. 143 and 145.

(7)    Within 10 days of this Order, Valve shall file public redacted versions of the documents listed in Paragraphs 1–2 that make all redactions proposed in Valve's Motion to Seal and supporting materials, to the extent not already filed.

(8)    In subsequent briefing in this matter, the Parties may file redacted versions of the documents listed in Paragraphs 1–2 consistent with the redactions approved in this Order without filing a further motion to seal. Further, the Parties may file under seal the Steam Distribution Agreement quoted in Dkt. 143, 145, and may redact portions of that agreement, consistent with this Order, without filing a further motion to seal.

(9)    The Clerk shall administratively unseal Dkt. 147.

IT IS SO ORDERED.

DATED this 24th day of July, 2026.

Jamal N. Whitehead
United States District Judge

(PROPOSED) ORDER GRANTING VALVE'S MOTION TO
SEAL ARBITRATION AWARDS - CASE NO. 2:24-cv-1717-
JNW – 3

Presented by:


s/ Blake Marks-Dias
Blake Marks-Dias, WSBA No. 28169
CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, WA  98104
(206) 625-8600 Phone
(206) 625-0900 Fax
bmarksdias@corrcronin.com

Michael W. McTigue Jr., *Admitted Pro Hac Vice*
Meredith C. Slawe, *Admitted Pro Hac Vice*
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
michael.mctigue@skadden.com
meredith.slawe@skadden.com

*Attorneys for Plaintiff Valve Corporation*

(~~PROPOSED~~) ORDER GRANTING VALVE'S MOTION TO SEAL ARBITRATION AWARDS - CASE NO. 2:24-cv-1717-JNW – 4