HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

VALVE CORPORATION,

        Plaintiff,

    v.

THOMAS ABBRUZZESE, *et al.*,

        Defendants.

Case No. 2:24-cv-1717-JNW

ORDER GRANTING BAILEY DUQUETTE P.C. LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANT LAUREN TYNER

Pursuant to Local Rules W.D. Wash. LCR 83.2(b), William R. Burnside of Bailey Duquette P.C. moved this Court for leave to withdraw as counsel for Defendant Lauren Tyner.

It is hereby **ORDERED** that leave to withdraw is **GRANTED**. The Clerk shall terminate William R. Burnside and Bailey Duquette P.C.'s association with this Defendant.

**IT IS SO ORDERED**.

DATED this 24th day of July, 2026.

_____
HONORABLE JAMAL N. WHITEHEAD
UNITED STATES DISTRICT JUDGE

*Presented by:*

BAILEY DUQUETTE P.C.
William R. Burnside, WSBA #36002
800 Fifth Ave, Suite 101-800
Seattle, Washington 98104
T: 206.353.8021
E: will@baileyduquette.com

*Attorney for Defendant*

ORDER GRANTING BAILEY DUQUETTE P.C. LEAVE TO
WITHDRAW AS COUNSEL FOR DEFENDANT – Page 2