UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VALVE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS ABBRUZZESE et al.,<br><br>Defendants. | CASE NO. 2:24-cv-1717-JNW<br><br>ORDER DENYING MOTIONS TO CONFIRM FINAL AWARDS |

Four individual Defendants—Greg Fish, Ethan Lefebvre, Christian Graber, and Jeremy Lucas—move to confirm the Final Awards issued in their favor by Arbitrator Francis Floriano Goins. Dkt. Nos. 88–91. *Id.* But the Court has already vacated these awards under 9 U.S.C. § 10 in related proceedings. *See Valve Corp. v. Fish*, No. 2:25-cv-01729-JNW (W.D. Wash.) at Dkt. No. 28; *Valve Corp. v. Graber*, No. 2:25-cv-01730-JNW (W.D. Wash.) at Dkt. No. 27; *Valve Corp. v. Lefebvre*, No. 2:25-cv-01731-JNW (W.D. Wash.) at Dkt. No. 28; *Valve Corp. v. Lucas*, No. 2:25-cv-01732-JNW (W.D. Wash.) at Dkt. No. 28. Thus, these Final Awards are unable to be confirmed. *See* 9 U.S.C. § 9 (motions to confirm must be granted "unless the award is vacated, modified, or corrected" under Section 10 of the FAA).

ORDER DENYING MOTIONS TO CONFIRM FINAL AWARDS - 1

Accordingly, the motions are DENIED. Dkt. Nos. 88–91.

Dated this 24th day of July, 2026.

Jamal N. Whitehead
United States District Judge

ORDER DENYING MOTIONS TO CONFIRM FINAL AWARDS - 2