UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

VALVE CORPORATION,

Plaintiff,

v.

THOMAS ABBRUZZESE et al.,

Defendants.

CASE NO. 2:24-cv-1717-JNW

ORDER DENYING MOTIONS TO
CONFIRM AWARDS

Two individual Defendants—Alec Birenbaum and Lance Vicente—move to confirm the Final Awards issued in their favor by Arbitrator Suzzane M. McSorley. Dkt. Nos. 115, 116. *Id.* But the Court has already vacated these awards in part under 9 U.S.C. § 10 in related proceedings. *See Valve Corp. v. Birenbaum*, No. 2:25-cv-01975-JNW (W.D. Wash.) at Dkt. No. 18; *Valve Corp. v. Vicente*, No. 2:25-cv-01976-JNW (W.D. Wash.) at Dkt. No. 18. Thus, these awards are unable to be confirmed. *See* 9 U.S.C. § 9 (motions to confirm must be granted "unless the award is vacated, modified, or corrected" under Section 10 of the FAA).

Accordingly, the motions are DENIED. Dkt. Nos. 115, 116.

ORDER DENYING MOTIONS TO CONFIRM AWARDS - 1

Dated this 29 day of July, 2026.

Jamal N. Whitehead
United States District Judge

ORDER DENYING MOTIONS TO CONFIRM AWARDS - 2