HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VALVE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS ABBRUZZESE et al.,<br><br>Defendants. | No. 2:24-cv-1717-JNW<br><br>**REPLY IN SUPPORT OF NARROW MOTION FOR CLARIFICATION OF ORDER GRANTING INTERLOCUTORY APPEAL AND STAYING CASE** |



CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

On August 12, 2026, Valve filed a Narrow Motion for Clarification of Order Granting Interlocutory Appeal and Staying Case (Dkt. 195) (the "Motion"). The Motion seeks the Court's guidance as to a portion of its July 30, 2026, Order striking "with leave to renew" Valve's cross-motions to vacate two sets of arbitration awards (Dkt. 192).[1] Valve requests that the Court clarify that any renewed or refiled requests by Valve to vacate the awards at issue will be deemed "filed" on May 26, 2026, or May 28, 2026. No Defendant filed an opposition or otherwise responded to Valve's Motion. Valve respectfully submits that the Court should grant its unopposed Motion. *See Rodriguez v. Jaddou*, 2023 WL 255966, at *1 (W.D. Wash. Jan. 18, 2023) (granting motion where opposing party "did not oppose or respond to the motion").

DATED this 2nd day of September 2026.

I certify that this memorandum contains 151 words, in compliance with the Local Civil Rules.

CORR CRONIN LLP

*s/ Blake Marks-Dias*
Blake Marks-Dias, WSBA No. 28169
1015 Second Avenue, Floor 10
Seattle, Washington 98104
(206) 625-8600 Phone
(206) 625-0900 Fax
bmarksdias@corrcronin.com

Michael W. McTigue Jr., *Admitted Pro Hac Vice*
Meredith C. Slawe, *Admitted Pro Hac Vice*
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
michael.mctigue@skadden.com
meredith.slawe@skadden.com

*Attorneys for Plaintiff Valve Corporation*

[1] Capitalized terms not otherwise defined herein have the meanings ascribed to them in the Motion.