UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

SEP 16 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

VALVE CORPORATION,

Petitioner,

v.

USERS OF VALVE'S VIDEO GAME PLATFORM, STEAM,

Respondents.

No. 26-5123

D.C. No.
2:24-cv-01717-JNW
Western District of Washington, Seattle

ORDER

Before: VANDYKE and SUNG, Circuit Judges.

The motion (Docket Entry No. 8) for leave to file a reply in support of the petition is granted.

The petition for permission to appeal is granted. *See* 28 U.S.C. § 1292(b). Within 14 days, petitioner must comply with Federal Rule of Appellate Procedure 5(d)(1).