FILED

SEP 25 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| VALVE CORPORATION,<br><br>Petitioner - Appellee,<br><br>v.<br><br>GREGORY FISH; et al.,<br><br>Respondents - Appellants,<br><br>NON-APPEALING RESPONDENTS IN VALVE V. FISH,<br><br>Respondents. | No. 26-6269<br><br>D.C. No.<br>2:24-cv-01717-JNW<br>Western District of Washington, Seattle<br><br>ORDER |

For court efficiency and administration, the court has decided to process this case as a Large Party Case.

Instead of listing each respondent who did not file a notice of appeal and has no appellate court role on the docket, the respondents in the list attached to this order will proceed under the grouping name of: Non-Appealing Respondents in Valve v. Fish.

Moving forward, the phrase "Non-Appealing Respondents in Valve v. Fish" in any court notice, order, or opinion in this case will refer to all respondents in the

attached list. The case will proceed under the name: *Valve Corporation v. Fish*

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

**Non-Appealing Respondents in Valve v. Fish**

| First Name | Middle Name | Last Name | Generation |
|---|---|---|---|
| Thomas | | Abbruzzese | |
| Zaid | | Abuwandi | |
| Zachary | | Aletheia | |
| Yousif | | Alsaqlawi | |
| Jonah | | Anders | |
| Jose | | Aranda | |
| Jacob | | Archer | |
| Meagan | | Argo | |
| Steven | | Armant | |
| Daniel | | Armstrong | |
| Jacob | | Arthur | |
| Angel | | Ayala | |
| Cade | | Azarcon | |
| Gavin | | Baker | |
| Abed | | Balbaky | |
| Rob | | Baldwin | |
| Brian | | Baskovich | |
| Chris | | Bassford | |
| Adam | | Bernal | |
| Shountasia | | Bevins | |
| Tai | | Bishop | |
| Christopher | | Bittle | |
| Michael | | Blanco | |
| Leo | | Blondel | |
| Kiley | | Borba | |
| Aaron | | Briggs | |

| | | | |
|---|---|---|---|
| Timothy | | Broughton | |
| Alexander | | Brumley | |
| Eric | | Buck | |
| Paul | | Burnett | |
| Kevin | | Burnett | |
| Zachary | | Burry | |
| Jase | | Busby | |
| Nicolaas | | Bush | |
| Johnathon | | Bush | |
| Andrew | | Butler | |
| Griffin | | Byer | |
| Thomas | | Byrd | |
| Rich | | Cambern | |
| Harrison | | Carlow | |
| Steven | | Carmiencke | |
| Adam | | Carroll | |
| Nick | | Carter | |
| Jeffrey | | Cassick | |
| Aaron | | Castaneda | |
| Maurice | | Castro | |
| Clyde | | Chaffee | |
| Riley | | Chapman | |
| Eric | | Chastain | |
| Ian | | Cheney | |
| Rocco | | Cipolla | |
| Jason | | Clark | |
| James | | Clarke | |
| Jack | | Cleary | |
| Myles | | Coffman | |

| | | | |
|---|---|---|---|
| Brennan | | Coleman | |
| Benjamin | | Conrad | |
| Christopher | | Conrad | |
| Mason | | Coon | |
| Alexander | | Coren | |
| Duwayne | | Counts | |
| Jason | | Courter | |
| Chase | | Couzens | |
| Julio | | Cruz | |
| Mateus | | Cunha | |
| Kevin | | Dahlke | |
| Ajay | | Dalal | |
| Jordan | | Davis | |
| John | | Davis | |
| James | | Davis | |
| Drevayne | | Dawkins | |
| Manfred | | Dentice | |
| Joshua | | DePalma | |
| Elizabeth | | Dingman | |
| Don | | doc Gruger | |
| Curtis | | Drommerhausen | |
| Denver | | Dubhorn | |
| Daniel | | Ducos | |
| William | | Dudley | |
| Daniel | | Duncan | |
| Spencer | | Duzant | |
| Corbin | | Echevarria | |
| Johnathon | | Eimer | |
| Josiah | | Eredia | |

| | | | |
|---|---|---|---|
| Haley | | Eskridge | |
| Scott | | Eskridge | |
| Keelan | | Esquivel | |
| Nico | | Estebanez | |
| Andrew | | Evenson | |
| Michael | | Ewing | |
| Randall | | Farley | |
| Natalie | | Fields | |
| Zack | | Finfrock | |
| Robert | | Fischer | |
| Jake | | Flaherty | |
| Brett | | Flinn | |
| Jeremy | | Flippo | |
| John | | Forrest | |
| Nicholas | | Foster | |
| Alexander | | Fowler | |
| Matthew | | Fowler | |
| Jon | | Francisco | |
| Neil | | Francisco | |
| Adrian | | Fritzley | |
| Anthony | | Galatolo | |
| Julian | | Gariba | |
| Alejandro | | Garrido | |
| Anthony | | Gazzo | |
| Nels | | Geary | |
| Joseph | | Gentry | |
| Jason | | Gibbs | |
| Robert | | Gibson | |
| Tyler | | Gilbert | |

| | | | |
|---|---|---|---|
| Charles | | Gill | |
| Donald | | Goldsmith | |
| Guido | | Gonzalez | |
| David | | Graham | |
| William | | Griffin | |
| Eli | | Groff | |
| Alexander | | Grow | |
| Michael | | Gualtieri | |
| Bashari | | Guidry | |
| Matthew | | Habursky | |
| Cole | | Hagan | |
| Bradyn | | Hamel | |
| Daniel | | Harley | |
| Jackson | | Heath | |
| David | | Hedrick | |
| Adam | | Henchen | |
| Austin | | Henry | |
| Logan | | Herald | |
| Renny | | Herbert | |
| Martin | | Hernandez | |
| Aleck | | Hernandez | |
| Mike | | Hespel | |
| Braxten | | Hieb | |
| Jon | | Hoke | |
| Philipjohn | | Holland | |
| William | | Holmes | |
| Supyo | | Hong | |
| Christian | | Horazeck | |
| Shaun | | Howe | |

| | | | |
|---|---|---|---|
| Nicholas | | Howell | |
| Jayson | | Huber | |
| Gordon | | Huckaby | |
| Chandlin | | Husain | |
| Matthew | | Husar | |
| Chris | | Huss | |
| Alexander | | Hyer | |
| Jennifer | | Jacks | |
| Chris | | Jaus | |
| Steven | | Jennett | |
| Itiel | | Jimenez | |
| Maxwell | | Johnson | |
| Jared | | Johnson | |
| Timothy | | Johnson | |
| Matthew | | Jones | |
| Benjamin | | Jordan | |
| Ryan | | Jurado | |
| Shane | | Kachman | |
| Timothy | | Kaiserlik | |
| Vincent | | Keegan | |
| Grant | | Kegley | |
| Odis | | Kendrick | |
| Paul | | Kiernan | |
| Brandon | | Kimpel | |
| Jeremy | | Kirkwood | |
| Nicholas | | Kirse | |
| John | | Knirr | |
| Andrew | | Kosko | |
| Joshua | | Kranz | |

| | | | |
|---|---|---|---|
| Max | | Kurtz | |
| Nick | | Lauder | |
| Justin | | Leffert | |
| Mark | | Legg | |
| Cameron | | Lester | |
| Robert | | Lewis | |
| Scott | | Lewis | |
| Sam | | Lomax | |
| Alexander | | Lopez | |
| Alan | | Lopez | |
| Jonathan | | Lopez | |
| Amy | | Lutes | |
| Kyle | | Lynch | |
| Clayton | | Lynn | |
| Jordan | | Mack | |
| Panayiotis | | Maniscalco | |
| William | | Marcellus | |
| Alicia | | Marshall | |
| Ross | | Martikke | |
| Armando | | Martinez | |
| Nicholas | | Mastriaco | |
| Paul | | Mayer | |
| Travis | | Maynard | |
| Bridgette | | Mcbride | |
| Jason | | Mccall | |
| Natasha | | Mccarthy | |
| James | | McDonald | |
| Graysen | | Mcgilligan | |
| James | | Mcinerny | |

| | | | |
|---|---|---|---|
| Austin | | Mcmillan | |
| Thomas | | Mcsweeney | |
| Mark | | Mendel | |
| Travis | | Micheletti | |
| Alice | | Millage | |
| Cary | | Miller | |
| Alexander | | Mishkevich | |
| Andrew | | Mitchell | |
| Kevin | | Montes | |
| Jared | | Moreno | |
| Conor | | Moschella | |
| Yuri | | Motruk | |
| Gavin | | Moye | |
| Michael | | Mrgich | |
| Maxwell | | Mucha | |
| Ricky | | Mullins | |
| Jared | | Myers | |
| Jacob | | Naquin | |
| Javier | | Nieto | |
| Charles | | Niles | |
| Luke | | Ninemire | |
| Richard | | Noble | |
| Caleb | | Orella | |
| Jonathan | | Ortiz | |
| Timothy | | Pablo Penaranda | |
| Alexander | | Pachnicki | |
| Michael | | Pacholczak | |
| Joshua | | Page | |
| Mitchell | | Pakosz | |

| | | | |
|---|---|---|---|
| Wesley | | Parmer | |
| Zachary | | Parsley | |
| Michael | | Patterson | |
| Brady | | Paul | |
| Collin | | Peacock | |
| Aaron | | Pearson | |
| Shawn | | Peck | |
| Jeff | | Pellegrin | |
| Mike | | Pena | |
| Jesse | | Perlaza | |
| Jared | | Perry | |
| Jonathan | | Perry | |
| Blake | | Petersen | |
| Deven | | Peterson | |
| Dustin | | Phelps | |
| Hugh | | Phillips | |
| Jacob | | Phillips | |
| Evan | | Piepho | |
| Nathan | | Pippin | |
| Niko | | Pitinii | |
| Carson | | Plaisance | |
| Mateo | | Platero | |
| Skylar | | Pond | |
| Steven | | Prescott | |
| James | | Pruitt | |
| Jacob | | Pullen | |
| John | | Quarnstrom | |
| Abrahim | | Ramadan | |
| Jeff | | Ramirez Ochoa | |

| | | | |
|---|---|---|---|
| Kevin | | Ramos | |
| Isaac | | Ramos | |
| Joseph | | Ray | |
| Cristian | | Raynes | |
| Vincent | | Rebokus | |
| David | | Reed | |
| John | | Reeves | |
| James | | Reynolds | |
| Tracy | | Richardson | |
| Robert | | Richelson | |
| David | | Richey | |
| Joe | | Rios | |
| Joseph | | Risi | |
| Julius | | Roberts | |
| Samuel | | Roberts | |
| Stephen | | Robertson | |
| Chris | | Robinson | |
| Ethan | | Rodabaugh | |
| Gabriel | | Rodrigues | |
| Joshua | | Rodriguez | |
| Thomas | | Rolando | |
| Allen | | Roman | |
| Victor | | Romo | |
| Andrew | | Rosson | |
| Robert | | Rule | |
| Trevor | | Rupel | |
| Tyler | | Salyer | |
| Leonard | | Sanders | |
| Gabriel | | Santana | |

| | | | |
|---|---|---|---|
| Salvatore | | Sardisco | |
| Joshua | | Sayles | |
| Austin | | Schau | |
| Robert | | Schindler | |
| Alexander | | Schlosser | |
| John | | Schweizer | II |
| Ethan | | Scifers | |
| Isaac | | Sellers | |
| Ryan | | Sheline | |
| Joseph | | Shelley | |
| Michael | | Shingleton | |
| Jake | | Sigal | |
| Daniel | | Smith | |
| Greg | | Smith | |
| Ian | | Smith | |
| Aaron | | Solomon | |
| Patrick | | Squire | |
| Darian | | Stark | |
| Holden | | Stender | |
| Christopher | | Stephan | |
| Dillon | | Stettler | |
| Robert | | Stillman | |
| Nicholas | | Stone | |
| Mitchell | | Strang | |
| Tyler | | Strenge | |
| Ian | | Stubbs | |
| Steven | | Stucker | |
| Nicky | | Sun | |
| Matthew | | Sweeney | |

| | | | |
|---|---|---|---|
| Kevin | | Taylor | |
| Zachary | | Taylor | |
| Patrick | | Titterness | |
| Leif | | Tollefson | |
| Amber | | Toney | |
| Ian | | Trefren | |
| Devon | | Trujillo | |
| Maisie | | Turner | |
| Nicholas | | Tynes | |
| Marc | | Ura | |
| Aaron | | Vaughn | |
| Christopher | | Veiga | |
| Matthew | | Ventures | |
| Bernard | | Vignali | |
| Kenneth | | Walker | |
| Jacob | | Walker | |
| Lloyd | | Walker | |
| James | | Walters | |
| Jonah | | Warner | |
| Joseph | | Wasielewski-walsh | |
| Joshua | | Webb | |
| Seth | | Weber | |
| Mark | | Wendt | |
| Daniel | | West | |
| Jonah | | White | |
| Joshua | | Whiteacre | |
| Mark | | Williams | Jr. |
| Daniel | | Wirth | |

| | | | |
|---|---|---|---|
| Thomas | | Wiseman | |
| Robert | | Woolf | |
| J. | Derek | Wright | |
| Tyler | | Wright | |
| Jake | | Wuebker | |
| Joshua | | Wyant | |
| Zachary | | Yahola | |
| Xenia | | Yee | |
| Johnathan | | Yi | |
| Jacob | | Zide | |
| Adam | | Zuniga | |
| John | | Zwick | |