HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VALVE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS ABBRUZZESE et al.,<br><br>Defendants. | No. 2:24-cv-1717-JNW<br><br>**PLAINTIFF VALVE CORPORATION'S OPPOSITION TO MOTION TO CONFIRM THE TIMELINESS OF NOTICE OF APPEAL OR, ALTERNATIVELY, FOR EXTENSION OF TIME TO APPEAL (DKT. 200)** |



CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

On September 21, 2026, Defendants Greg Fish and Jeremy Lucas and former defendants Ethan Lefebvre, Christian Graber, Alec Birenbaum, and Lance Vicente (collectively, "Movants") filed a notice of appeal of this Court's orders dated July 24, 2026, and July 29, 2026, denying Movants' motions to confirm arbitration awards. (Dkt. 197.) Two days later, on September 23, 2026, Movants filed this *ex parte* motion asking this Court to confirm their appeal was timely or to extend the time to appeal (the "Motion," Dkt. 200).

While there are several reasons the Court should deny the Motion (which should not have been filed *ex parte*), the Court need go no further than to recognize that Movants' notice of appeal divested the Court of jurisdiction to consider the Motion. *See Griggs v. Provident Consumer Discount Co.*, 459 U.S. 56, 58 (1982) (filing of a notice of appeal "confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal"); *Granger v. King*, 2025 WL 2355480, at *1 (W.D. Wash. June 30, 2025) (Whitehead, J.) (district court lacked jurisdiction over motion concerning order pending on appeal). The Ninth Circuit, not this Court, must therefore consider Movants' timeliness arguments. *See United States v. Jackson*, 995 F.3d 476, 483 (6th Cir. 2021) (vacating district court's grant of defendant's motion for leave to file late appeal where jurisdiction had already transferred to the Court of Appeals through defendant's notice of appeal).



CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

DATED this 29th day of September 2026.

I certify that this memorandum contains 246 words, in compliance with the Local Civil Rules.

CORR CRONIN LLP

*s/ Blake Marks-Dias*
Blake Marks-Dias, WSBA No. 28169
1015 Second Avenue, Floor 10
Seattle, Washington 98104
(206) 625-8600 Phone
(206) 625-0900 Fax
bmarksdias@corrcronin.com

Michael W. McTigue Jr., *Admitted Pro Hac Vice*
Meredith C. Slawe, *Admitted Pro Hac Vice*
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
michael.mctigue@skadden.com
meredith.slawe@skadden.com

*Attorneys for Plaintiff Valve Corporation*