HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VALVE CORPORATION,<br>Plaintiff,<br>v.<br>THOMAS ABBRUZZESE et al.,<br>Defendants. | No. 2:24-cv-1717-JNW<br>**STATUS REPORT** |



**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

On July 30, 2026, this Court ordered the parties to file a joint status report within 14 days of the Ninth Circuit's decision whether to grant Valve's petition to appeal in this action. The parties were actively discussing the contents of a proposed joint status report when Defendants abruptly abandoned those discussions and filed a status report on their own. (Dkt. 205.)

Below is a status report that includes a joint section to which the parties had already agreed and Valve's response to Defendants' "position" as set forth in their report.

**Joint Status Report**

On July 30, 2026, the Court (i) granted Valve Corporation's motion to certify for interlocutory appeal the Court's order denying Valve's motion for a preliminary injunction, (ii) stayed this action "pending the Ninth Circuit's decision whether to take the appeal," and (iii) ordered the parties to file a joint status report within 14 days of the Ninth Circuit's decision whether to grant Valve's petition to appeal. (Dkt. 192 at 6.) Pursuant to the order, the status report is to include a proposed litigation schedule only "[i]f the Ninth Circuit declines the appeal." (*Id.*)

On September 16, 2026, the Ninth Circuit granted Valve's petition to appeal. (Dkt. 198.) Under the current schedule, Valve's opening brief is due October 28, 2026, Respondents' response is due November 27, 2026, and Valve's reply is due December 18, 2026. (Dkt. 199.)

On September 21, 2026, Defendants Greg Fish and Jeremy Lucas and former defendants Ethan Lefebvre, Christian Graber, Alec Birenbaum, and Lance Vicente filed a notice of appeal of this Court's orders dated July 24, 2026, and July 29, 2026, denying their motions to confirm arbitration awards. (Dkt. 197.) Under the current schedule, appellants' opening brief is due November 4, 2026, Valve's response is due December 4, 2026, and appellants' reply is due December 28, 2026. (Dkt. 203.)

**Valve's Position**

Valve requests that the Court address its unopposed motion for clarification. (Dkt. 195.) Valve submits this action should otherwise remain stayed pending a decision on Valve's appeal because the Ninth Circuit will address the legal issue at the core of this action: whether the forum



CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

provision in the updated Steam Subscriber Agreement is enforceable as to Defendants.

On June 18, 2026, Defendants filed a motion to dismiss, which was fully briefed as of July 16, 2026. (Dkt. 175.) In its July 30, 2026 order, the Court stated:

> **There are still several pending motions in this matter, each hinging on the outcome of the potential appeal. See, e.g.,** Defendants' motion for attorney fees, Dkt. No. 134; Defendants' motions to confirm awards and Valve's cross-motions to vacate, Dkt. Nos. 142, 143, 167, 170; **Defendant's motion to dismiss, Dkt. No. 175. Rather than leave these pending motions unresolved while the matter is stayed, the Court finds it appropriate to strike them with leave to renew**. Should the Ninth Circuit decline review of the preliminary injunction denial, the Parties may choose to file new motions (or cross-motions) seeking fees, confirmation/vacatur of arbitral awards, **and dismissal**.

(Dkt. 192 at 5 (emphasis added).) The Court did not, however, include the motion to dismiss in the final sentence of the order listing the motions to be stricken. (*Id.* at 6 ("The pending motions at Dkt. Nos. 134, 142, 143, 167, and 170 are STRICKEN with leave to renew.").) Defendants argue that the Court should proceed to resolve their motion to dismiss, but that would make little sense. As the Court explained, that motion "hing[es] on the outcome of [Valve's] appeal." (*Id.* at 5.) It would be a waste of judicial resources to proceed while that appeal is pending.

DATED: October 1, 2026

By: s/ Blake Marks-Dias

Blake Marks-Dias, WSBA No. 28169
CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, WA 98104
(206) 625-8600 Phone
(206) 625-0900 Fax
bmarksdias@corrcronin.com

Michael W. McTigue Jr., *Admitted Pro Hac Vice*
Meredith C. Slawe, *Admitted Pro Hac Vice*
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, NY 10001
michael.mctigue@skadden.com
meredith.slawe@skadden.com

*Attorneys for Plaintiff Valve Corporation*