HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VALVE CORPORATION,<br>Plaintiff,<br>v.<br>THOMAS ABBRUZZESE et. al.,<br>Defendants. | No. 2:24-cv-1717-JNW<br>**ORDER GRANTING VALVE CORPORATION'S NARROW MOTION FOR CLARIFICATION OF ORDER GRANTING INTERLOCUTORY APPEAL AND STAYING CASE** |

THIS MATTER having come before this Court on Valve Corporation's ("Valve") Narrow Motion for Clarification of Order Granting Interlocutory Appeal and Staying Case (Dkt. 192, "Order") and the Court having considered the materials on file on this issue, and being fully advised, now, therefore the Court finds compelling reasons to clarify the Order.

IT IS HEREBY ORDERED that Valve's Motion for Clarification is GRANTED.

The Court clarifies that any renewed or refiled requests by Valve to vacate the awards at issue will be deemed "filed" on May 26, 2026, or May 28, 2026—i.e., the filing dates of the stricken cross-motions to which any such renewed filing would correspond.



CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

IT IS SO ORDERED.

DATED this 16th day of November, 2026.

HONORABLE JAMAL N. WHITEHEAD
United States District Judge

Presented by:

CORR CRONIN LLP

*s/ Blake Marks-Dias*
Blake Marks-Dias, WSBA No. 28169
1015 Second Avenue, Floor 10
Seattle, Washington 98104
(206) 625-8600 Phone
(206) 625-0900 Fax
bmarksdias@corrcronin.com

Michael W. McTigue Jr., *Admitted Pro Hac Vice*
Meredith C. Slawe, *Admitted Pro Hac Vice*
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
michael.mctigue@skadden.com
meredith.slawe@skadden.com

*Attorneys for Plaintiff Valve Corporation*